AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                MASSACHUSETTS

United States v.
Raymond Asselin, Sr., Arthur
Sotirion, Peter Davis, et
al.

**APPEARANCE**

Case Number:  04-300-35- MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Peter  Davis

I certify that I am admitted to practice in this court.

7/12/04
Date

Signature

Kathleen Luz                6432718
Print Name                  Bar Number

Goodwin Procter LLP, Exchange Place
Address

Boston        MA          02199
City          State       Zip Code

617-570-1000              617-523-1231
Phone Number              Fax Number