UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>　　　　　Defendants. | Criminal No. 04-30033-MAP |

**DEFENDANT PETER DAVIS'S NOTICE REGARDING AUTOMATIC DISCOVERY**

　　　　Please be advised that defendant Peter Davis hereby elects to participate in automatic discovery pursuant to Local Rule 116.1.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PETER DAVIS

　　　　　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　　　　 /s/ **Kathleen Luz**
　　　　　　　　　　　　　　　　　　　　　　James C. Rehnquist (BBO # 552602)
　　　　　　　　　　　　　　　　　　　　　　Kathleen Luz (BBO # 643278)
　　　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109-2881
　　　　　　　　　　　　　　　　　　　　　　(617) 570-1000

Dated: July 21, 2004

**CERTIFICATE OF SERVICE**

      I, Kathleen Luz, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 21st day of July, 2004.

                                                **/s/ Kathleen Luz**
                                                Kathleen Luz

LIBA/1399447.1