UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

### REQUEST TO TRAVEL OUTSIDE JURISDICTION

Defendant Peter Davis respectfully requests that this Court allow him to travel outside the jurisdiction to Carrabassett Valley, Maine. In support of this request, the defendant states as follows:

1. The defendant will be traveling from February 20, 2005 through February 22, 2005.

2. The defendant will be traveling with his wife and family.

3. The defendant will stay at the house of his brother, James Davis, located at 5030 Woody Creek, Carrabassett Valley, Maine.

4. The defendant will drive home on February 22, 2005.

WHEREFORE, the defendant seeks permission to be allowed to travel to Maine to spend some recreational time with his family.

1

2

          Respectfully submitted,

          PETER DAVIS,

          By his attorneys,

          ___**/s/ Kathleen Luz**_____
          James C. Rehnquist, Esquire
          Kathleen Luz, Esquire
          Goodwin Procter LLP
          Exchange Place
          Boston, MA 02109
          (617) 570-1000

## **CERTIFICATE OF SERVICE**

    I, Elizabeth K. Train, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 17th day of February, 2005.

           **/s/ Elizabeth K. Train**_____
          Elizabeth K. Train

LIBA/1465683.1