UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

## REQUEST TO TRAVEL OUTSIDE JURISDICTION

Defendant Peter Davis respectfully requests that this Court allow him to travel outside the jurisdiction to Staten Island, New York. In support of this request, the defendant states as follows:

1. The defendant will be traveling from April 16, 2005 through April 17, 2005.

2. The defendant will be traveling with his wife, Dorothy Davis. They are traveling to New York to attend a family gathering.

3. The defendant will stay at the Snug Harbor Cultural Center, Building D, located on Staten Island, New York. The telephone number there is (718) 447-6490.

4. The defendant will drive home on April 17, 2005.

WHEREFORE, the defendant seeks permission to be allowed to travel to New York to spend time with his family.

        Respectfully submitted,

        PETER DAVIS,

        By his attorneys,

        ___/s/ Kathleen Luz_____
        James C. Rehnquist, Esquire
        Kathleen Luz, Esquire
        Goodwin Procter LLP
        Exchange Place
        Boston, MA 02109
        (617) 570-1000

**CERTIFICATE OF SERVICE**

    I, Elizabeth K. Train, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 17th day of March, 2005.

        _/s/ Elizabeth K. Train_____
        Elizabeth K. Train

LIBA/1514861.1