UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth K. Train in the above-captioned matter as counsel for defendant Peter Davis.

                                        Respectfully submitted,

                                        PETER DAVIS

                                        By his attorneys,

                                         **/s/ Elizabeth K. Train**
                                        James C. Rehnquist (BBO # 552602)
                                        Kathleen Luz (BBO # 643278)
                                        Elizabeth K. Train (BBO #650682)
                                        GOODWIN PROCTER LLP
                                        Exchange Place
                                        Boston, MA 02109-2881
                                        (617) 570-1000

Dated: June 3, 2005

## CERTIFICATE OF SERVICE

     I, Elizabeth K. Train, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 3rd day of June 2005.

                                               **/s/ Elizabeth K. Train**
                                               Elizabeth K. Train

LIBA/1396538.1