FILED
K'S OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-N-04-30033-MAP |
| Plaintiff, | ) |
| vs. | ) |
| RAYMOND ASSELIN, SR., et al., | ) |
| Defendants. | ) |

## GOVERNMENT'S MOTION TO CONTINUE RESPONSE DATE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion to continue its response to defendant Davis' Motion for a Bill of Particulars from July 14, 2005 to July, 15, 2005.

As grounds, the Government states that on July 13, 2005, a defendant in United States v. Phillips, CR-N-03-30018-MAP, filed an appeal of the district court's denial of a motion to stay the execution of the defendant's sentence and a motion asking the First Circuit to stay the execution of the sentence. On July 13, 2005, at approximately 10:00 a.m., the First Circuit contacted the Government and ordered a response by 10:00 a.m. on July 14, 2005. Therefore, the undersigned spent virtually of July 13, 2005 and the morning of July 14, 2005 working on the Government's response

1

for the First Circuit.

Filed this \_\_14th day of July, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          July 14, 2005

   I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

All counsel of record

                                          _____
                                          WILLIAM M. WELCH II
                                          Assistant United States Attorney