UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND ASSELIN, SR., et al.

Defendants.

Criminal No. 04-30033-MAP

## REQUEST TO TRAVEL OUTSIDE JURISDICTION

Defendant Peter Davis respectfully requests that this Court allow him to travel outside the jurisdiction to Rockland, Maine. In support of this request, the defendant states as follows:

1. The defendant will be traveling on October 1, 2005 to Rockland, Maine.

2. The defendant will be traveling with his wife.

3. The defendant is a member of the Salisbury Point Railroad Historical Society, which planned this trip. Defendant and his wife will travel by bus from Amesbury, Massachusetts to Brunswick, Maine, and will then travel on a Maine Coast Railroad train to Rockland, Maine, where they will stay for approximately two hours.

4. The defendant will return home on October 1, 2005.

WHEREFORE, the defendant seeks permission to be allowed to travel to Maine to spend some recreational time with his wife.

Respectfully submitted,

PETER DAVIS,

By his attorneys,

　　　**/s/ Elizabeth K. Train**
James C. Rehnquist, Esquire
Kathleen Luz, Esquire
Elizabeth K. Train, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

**CERTIFICATE OF SERVICE**

I, Elizabeth K. Train, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 20th day of September, 2005.

　　　**/s/ Elizabeth K. Train**
Elizabeth K. Train

LIBA/1585538.1