UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

## EMERGENCY REQUEST TO TRAVEL OUTSIDE JURISDICTION

Defendant Peter Davis respectfully requests that this Court allow him to travel outside the jurisdiction to Barbados. In support of this request, the defendant states as follows:

1. The defendant will be traveling on January 22, 2006 from Boston, Massachusetts to Barbados.

2. The defendant will be traveling with his wife.

3. The defendant will be traveling with TNT Vacations, which will arrange and charter a plane for the trip.

4. The defendant will stay at the Allamanda Beach Hotel, approximately 3 miles from Bridgetown, Barbados; the hotel's phone number is (246) 438-1000.

5. The defendant will return home on January 29, 2006.

6. United States Pretrial Services is currently in possession of the defendant's passport. The defendant will provide a full itinerary for this trip to Toland K. Gladden, United States Pretrial Services Officer, in order to retrieve his passport for this trip.

7. This request is urgent because the current fare TNT Vacations is offering for the trip expires on November 15, 2006. Defendant would like permission from this Court before committing to the ticket purchase.

WHEREFORE, the defendant seeks permission to be allowed to travel to Barbados to spend some recreational time with his wife.

> Respectfully submitted,
>
> PETER DAVIS,
>
> By his attorneys,
>
> /s/ Elizabeth K. Train
> James C. Rehnquist, Esq.
> Kathleen Luz, Esq.
> Elizabeth K. Train, Esq.
> Goodwin Procter LLP
> Exchange Place
> Boston, MA 02109
> (617) 570-1000

## CERTIFICATE OF SERVICE

I, Elizabeth K. Train, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 14th day of November, 2005.

> /s/ Elizabeth K. Train
> Elizabeth K. Train

LIBA/1647467.1