UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

**DEFENDANT PETER DAVIS'S MOTION TO**
**COMPEL COMPLIANCE WITH RULE 16**

Pursuant to Fed. R. Crim. P. 7(f) and Local Rule 116.3, defendant Peter Davis hereby moves to obtain discovery of material information that is necessary to his defense and/or which the government intends to use in its case-in-chief, and which the government has refused to provide in any useful or meaningful manner.  By this motion, Mr. Davis seeks an order requiring the government to comply with Fed. R. Crim. P. 16 by making meaningful disclosure, as the Rule requires, of materials it intends to use in its case-in-chief at trial and that are material to the defense.  The reasons for this motion are more fully set forth in the Memorandum in Support of Defendant Peter Davis's Motion to Compel Compliance with Rule 16 submitted herewith.

WHEREFORE, defendant respectfully requests that this Court order the government to provide defendant with the requested discovery.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
Elizabeth K. Train (BBO # 650682)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: November 14, 2005

## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

 /s/ James C. Rehnquist
James. C. Rehnquist

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 14th day of November, 2005.

 /s/ James C. Rehnquist
James C. Rehnquist

LIBA/1647678.1