12/23/97

PETE   RAY   ART   G&R

37051 ← OWES

OWES → 18537                    – PAY TO PETE

OWES ──────→ 18537

4479 ←────── OWES

          9333 ←────── OWES

     9333 ←────────── OWES – PAY TO ART

9333 ───────────────── OWES – PAY TO ART

───────────────────────────────

37051
-18537
18514  NET TO PETE AFTER
-9333  PETE PAYS PAY FOR ADA 504 SITE
 9181  NET TO PETE AFTER RAY (G&R)
       PAYS ART

SAME MONIES → 18537
              9333
              9204 ← NET TO ART FROM PETE AFTER
              4479  RAY PAYS ART
              4725 ← NET TO ART FROM PETE AFTER
              9333  ART PAYS PETE
              4608 ← DUE PETE FROM G&R (CHECK)

$28,000
  4608
 23,400
  8,766
 14,634

GOVERNMENT EXHIBIT 1