UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-N-04-30033-MAP |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PETER DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S MOTION TO RECONSIDER MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANT DAVIS' MOTION TO COMPEL

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion requesting that the Magistrate Judge reconsider its motion granting defendant Davis' Motion to Compel due to lack of timely opposition as follows:

1. On October 19, 2005, U.S. District Judge Michael Ponsor set a scheduling order in the above-captioned case. That order included a filing date of November 14, 2005 to file discovery motions and a response date of December 2, 2005. This section of the scheduling order had been included specifically at the request of defense counsel for defendant Davis, who had indicated a desire to re-brief his original Rule 16 motion denied without prejudice by the Magistrate Judge. See Exhibit 1.

2. On December 2, 2005, the Government timely filed its response to defendant Davis' motion, which had been filed on November 14, 2005. The response was filed in the box in the courthouse lobby at

1

        approximately 3:00 p.m. on December 2, 2005. <u>See</u> Exhibit 2.

3. On December 2, 2005, at 5:25 p.m., the Magistrate Judge granted defendant Davis' motion due to the lack of "timely opposition." <u>See</u> Exhibit 3.

For the foregoing reasons, the Government respectfully asks that the court reconsider its motion granting defendant Davis' Motion to Compel.

Filed this 5th day of December, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              _____
                              WILLIAM M. WELCH II
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                                  Springfield, Massachusetts
                                              December 5, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

All counsel of record

                                                      _/s/ William M. Welch II_
                                                    WILLIAM M. WELCH II
                                                    Assistant United States Attorney