UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
            v.                ) NO. 04-CR-30033-MAP
                              )
RAYMOND ASSELIN, ET AL,       )
            Defendants        )


SCHEDULING ORDER

October 19, 2005

PONSOR, D.J.

Counsel appeared for a scheduling conference on October
18, 2005.   Based on counsel's representations, the court
orders as follows:

1.  Minor, discovery-related motions will be filed
by the defendants no later than November 14, 2005
and opposed by December 2, 2005.   It is likely the
court will rule on these motions on the papers.

2.  Motions to suppress, to dismiss and to sever
will be filed by the defendants no later than
December 19, 2005.   The government will file its
opposition by February 10, 2006.

3.  Counsel will appear again before this court for
argument on contested motions on February 14, 2006
at 2:00 p.m.  No evidence will be taken on that day,
and motions requiring an evidentiary hearing will be
scheduled for a subsequent date.

4.  Trial in this case will commence on September
11, 2006.  As presently configured, it is expected
that the trial will require at least four months.

