**Welch, William (USAMA)**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Monday, December 05, 2005 8:49 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:04-cr-30033-MAP USA v. Asselin et al "Response to Motion"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Finn, Mary entered on 12/5/2005 at 8:49 AM EST and filed on 12/2/2005
**Case Name:** USA v. Asselin et al
**Case Number:** 3:04-cr-30033
**Filer:** USA
**Document Number:** 114

**Docket Text:**
Govt's RESPONSE to Deft. Peter Davis' [111] MOTION to Compel *Compliance With Rule 16* filed. (Attachments: # (1)- Exhibit 1)(Finn, Mary)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/5/2005] [FileNumber=1224940-0
] [7b1c0471a6200b6558159224c11e6825009ae39b17f53cb06d54f746c03cf074f2c
db4db11e061d66cb9200eb0289e424194485d7b40db87e886a73cabfe09b2]]
**Document description:**
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/5/2005] [FileNumber=1224940-1
] [1c864bddd590f756a059e8c294df397ca2155165d4d6bc8b04da704de3641ab8c5f
829efb142a4902c5ca791d38598fc375515e96822545f93df8878b9d4887c]]

**3:04-cr-30033-3 Notice will be electronically mailed to:**

Vincent A. Bongiorni     Vbongiorni@choiceonemail.com, maddison@choiceonemail.com

William J. Cintolo    wcintolo@aol.com



12/5/2005