**Welch, William (USAMA)**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, December 02, 2005 5:25 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 3:04-cr-30033-MAP USA v. Asselin et al "Order on Motion to Compel "

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 12/2/2005 at 5:25 PM EST and filed on 12/2/2005
**Case Name:** USA v. Asselin et al
**Case Number:** 3:04-cr-30033
**Filer:**
**Document Number:**

**Docket Text:**
Judge Kenneth P. Neiman : Electronic ORDER entered granting without timely opposition [111] Motion to Compel as to Peter Davis (3). So ordered. (Neiman, Kenneth)

The following document(s) are associated with this transaction:

**3:04-cr-30033-3 Notice will be electronically mailed to:**

Vincent A. Bongiorni    Vbongiorni@choiceonemail.com, maddison@choiceonemail.com

William J. Cintolo    wcintolo@aol.com

Richard M. Egbert    regbert@egbertlaw.com, padejuneas@egbertlaw.com; mvelleman@egbertlaw.com

Bernard Grossberg    bgrossberg@grossberglaw.com

David P. Hoose    dhoose@ksht.tv

Steven W. Leary    admin@stevenwleary.com, nansicbald@stevenwleary.com

Thomas Lesser    Lesser@LNSN.com

Kathleen Luz    kluz@goodwinprocter.com

12/5/2005


GOVERNMENT EXHIBIT 3