UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

## DEFENDANT PETER DAVIS'S MOTION
## FOR LEAVE TO FILE A REPLY MEMORANDUM

Pursuant to Local Rule 7.1(b)(3), defendant Peter Davis hereby request leave to file a short reply memorandum. As grounds for this motion, Mr. Davis states that a short reply is necessary to address two fundamental errors of law in the government's opposition to Mr. Davis's Motion to Compel Compliance with Rule 16. Mr. Davis believes that this reply will assist the Court in ruling on the motion.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
Elizabeth K. Train (BBO # 650682)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: December 16, 2005

## LOCAL RULES CERTIFICATION

  I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

                **/s/ James C. Rehnquist**
                James. C. Rehnquist

## CERTIFICATE OF SERVICE

  I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 16th day of December, 2005.

                **/s/ James C. Rehnquist**
                James C. Rehnquist

LIBA/1657165.1