UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

**DEFENDANT PETER DAVIS'S MOTION FOR SEVERANCE**

Pursuant to Fed. R. Crim. P. 14 defendant Peter Davis submits this memorandum in support of his motion to sever his trial from that of co-defendants Raymond Asselin, Sr., Arthur Sotirion, Janet Asselin, James Asselin, Raymond Asselin, Jr., Joseph Asselin, Melinda Asselin, Maria Serrazina, Christopher Asselin, and Merilyna Asselin, and to try his case separately with the remaining charged contractor co-defendants John Spano and Paul Bannick. Mr. Davis will suffer substantial spillover prejudice if he is tried with all co-defendants, many of whose alleged conduct is at best tangentially related to Mr. Davis's. The fact that Mr. Davis has substantially less alleged culpability than other co-defendants, coupled with the fact that large amounts of evidence would likely be admitted in the government's case-in-chief that would not be admissible against Mr. Davis if tried separately, show that Mr. Davis's right to a fair trial would be seriously affected by joint trial. Finally, due to the size, scope, and number of defendants in this Indictment, the benefits of joint trial are greatly reduced, such that two smaller trials may actually be more efficient. If further support of this motion, Mr. Davis incorporates herein the reasons set forth in the Memorandum in Support of Defendant Peter Davis's Motion for Severance submitted herewith.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 **/s/ James C. Rehnquist**
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
Elizabeth K. Train (BBO # 650682)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated:  December 19, 2005

## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

 **/s/ James C. Rehnquist**
James. C. Rehnquist

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 19th day of December, 2005.

 **/s/ James C. Rehnquist**
James C. Rehnquist

LIBA/1657498.1

2