UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND ASSELIN, SR., et al.

Defendants.

Criminal No. 04-30033-MAP

**MOTION FOR EXTENSION OF TIME**

Defendant Peter Davis, hereby requests a three-week extension of time to file a renewed motion for a bill of particulars, as contemplated by Magistrate Judge Neiman's Order dated November 4, 2005. As grounds for this motion, defendants state as follows:

1. On June 30, 2005, Mr. Davis filed a Motion for a Bill of Particulars and to Compel Discovery, seeking, *inter alia*, a bill of particulars that identifies the contracts he bid on and any benefits he received from Springfield Housing Authority ("SHA") officials. After a hearing on August 25, the Court (M.J. Neiman) on September 9, 2005 ordered the government to "provide Defendant [Davis] with a bill of particulars identifying (a) all contracts and subcontracts for which a bid was submitted to SHA by or on behalf of Defendant, and (b) all actions allegedly taken by SHA as a result of Defendant's having given, offered, and/or provided something of value."

2. In response to the Court's Order, the government provided a purported bill of particulars on September 19, 2005.

3. On October 13, 2005, Mr. Davis filed a Motion to Compel Compliance with the Court's Order that the Government Provide a Bill of Particulars. Specifically, Mr. Davis argued that the government's generalized description of alleged SHA benefits

provided no particulars as to the government's charges beyond the same general, categorical allegations contained in the Superseding Indictment, which were the object of Mr. Davis's motion.

4. On November 4, 2005, Magistrate Judge Neiman denied Mr. Davis's motion to compel without prejudice. In doing so, the Court noted:

> If, after reviewing the voluminous automatic discovery produced by the Government (see footnote 1 to Defendant's motion), Defendant cannot readily identify particular actions in his favor taken by the Springfield Housing Authority as a result of his having allegedly given something of value, e.g., permitting ongoing contracts despite substandard work or certifying the completion of uncompleted work, Defendant may refile his motion by December 30, 2005, to which the Government shall respond by January 13, 2006.

5. Defendant Davis had reviewed the government's automatic discovery prior to the November 5 order, and does not believe that the particular information he seeks is "readily identifiable." In December, however, Mr. Davis asked the government if it were willing to identify any specific portions of the automatic discovery that contained the particulars. The government identified a subset of that universe consisting of approximately 50 boxes of materials. (*See* Letter from James C. Rehnquist, Attorney for Mr. Davis, to William M. Welch, II, Assistant U.S. Attorney (Dec. 20, 2005) (attached as Exhibit 1)). Although Mr. Davis's preliminary review of these materials makes him skeptical as to whether the particulars will be "readily identifiable" therefrom, he seeks a three-week extension in order to conduct a more searching review of these materials before deciding whether a renewal of his motion is necessary.

6. Counsel for Mr. Davis left a voice mail message with Assistant U.S. Attorney Welch on Thursday, December 29 regarding this motion, and had not received a response as of the filing of the motion.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
Elizabeth K. Train (BBO # 650682)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated:  December 30, 2005


## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

 /s/ James C. Rehnquist
James. C. Rehnquist


## CERTIFICATE OF SERVICE

I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record by first class mail, postage prepaid, on this 30th day of December, 2005.

 /s/ James C. Rehnquist
James C. Rehnquist

LIBA/1663373.1