GOODWIN | PROCTER

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

December 20, 2005

**_By Facsimile and Regular Mail_**

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

*Re:    USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP*

Dear Mr. Welch:

As you are aware, on November 4, 2005, Judge Neiman denied defendant Peter Davis's Motion
to Compel Compliance with the Court's Order that the Government Provide a Bill of Particulars.
The Court, however, denied the motion without prejudice, stating:

> If, after reviewing the voluminous automatic discovery produced
> by the Government . . . Defendant cannot readily identify
> particular actions in his favor taken by the Springfield Housing
> Authority as a result of his having allegedly given something of
> value, e.g., permitting ongoing contracts despite substandard work
> or certifying the completion of uncompleted work, Defendant may
> refile his motion by December 30, 2005.

My colleagues have been to the FBI offices in Springfield to review the documents housed there
in order to identify, more specifically, "particular actions in [Mr. Davis's] favor taken by the
Springfield Housing Authority." From discussions with your office and the FBI, it is my
understanding that the government has stated that this information can be found in documents
contained in the following sources:

- Documents labeled "Manny's Plumbing and Heating;"
- Documents labeled "G&R Associates"
- Documents seized from Arthur Sotirion's office; and
- Documents seized from Raymond Asselin, Sr.'s office.

GOODWIN | PROCTER

William M. Welch II
December 20, 2005
Page 2

Please confirm that information relating to alleged "benefits" received by Mr. Davis can be found in documents contained in one of these four sources. If there are additional boxes of documents we should review in order to locate this information, please let me know.

If you have any questions or concerns, please feel free to contact me at (617) 570-1820. I look forward to hearing from you.

Very truly yours,

James C. Rehnquist

JCR/kl

cc:    Defense counsel of record

LIBA/1656892.1