# EXHIBIT 2



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 19, 2005

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA  02109

Re:  United States v. Peter Davis, et al.
     CR-N-04-30033-MAP

Dear Mr. Rehnquist:

Pursuant to Judge Neiman's order, P.J. Richfield submitted the following bids to SHA:

```
Bid, dated on or about 10/15/90, for $   39,350.00;
Bid, dated on or about 07/29/91, for $  336,400.00;
Bid, dated on or about 02/03/92, for $   79,900.00;
Bid, dated on or about 04/06/92, for $   31,475.00;
Bid, dated on or about 09/14/92, for $  320,672.00;
Bid, dated on or about 02/22/93, for $  768,425.00;
Bid, dated on or about 06/21/93, for $   69,155.00;
Bid, dated on or about 06/28/93, for $  586,900.00;
Bid, dated on or about 03/28/94, for $   18,300.00;
Bid, dated on or about 06/26/95, for $  177,490.00;
Bid, dated on or about 03/25/96, for $  161,000.00;
Bid, dated on or about 05/28/96, for $  294,470.00;
Bid, dated on or about 09/23/96, for $1,027,458.00;
Bid, dated on or about 03/24/97, for $1,850,591.00;
Bid, dated on or about 05/27/97, for $1,100,400.00;
Bid, dated on or about 09/22/97, for $   10,375.00;
Bid, dated on or about 10/20/97, for $  108,500.00;
Bid, dated on or about 05/11/98, for $1,311,652.00;
Bid, dated on or about 05/11/98, for $1,695,000.00;
Bid, dated on or about 06/08/98, for $  967,000.00; and,
Bid, dated on or about 06/08/98, for $  995,000.00.
```

Regarding actions taken by SHA as a result of the defendant having given, offered, and/or provided something of value, those actions consisted of steering contracts to P.J. Richfield, Inc.; directing general contractors to use P.J. Richfield, Inc. as a sub-contractor; permitting the continued use of P.J. Richfield, Inc. as a contractor despite sub-standard work; directing SHA employees to finish work for P.J. Richfield, Inc.; permitting the use of SHA supplies by P.J. Richfield, Inc.; certifying the completion of work that had not been completed; and causing more lenient enforcement of site inspections and wage compliance for P.J. Richfield, Inc.

Of course, as you acknowledged during oral argument, the Government reserves the right to amend this bill of particulars at any time.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM M. WELCH II
Assistant United States Attorney

cc:    all defense counsel of record