# EXHIBIT 4



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

Federal Building and Courthouse
1550 Main Street, Room 310
Springfield, Massachusetts 01103

January 4, 2006

James C. Rehnquist, Esq.
Goodwin Proctor
Exchange Place
Boston, MA 02109

    Re: **United States v. Peter Davis**
         **CR-N-04-30033-MAP**

Dear Mr. Rehnquist:

    This letter responds to your discovery letter, dated December 20, 2005. In addition, this letter shall confirm a conversation that I had with your associate, Kathleen Luz, on today's date.

    In addition to the four sources of information identified in your letter, I identified to your paralegal, William Trach, several weeks ago as well as Ms. Luz three other sources: the SHA contract files, materials seized from Frank Ware; and the P.J. Richfield subpoenaed documents. Furthermore, this letter confirms that the information you seek may, but need not, be found within the seven sources. Finally, I personally have not gone through every box at the FBI and make no representations regarding other documentary sources for this information.

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                      By: _____
                                WILLIAM M. WELCH II
                                Assistant United States Attorney

cc: all defense counsel of record