UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

## EMERGENCY REQUEST TO TRAVEL OUTSIDE JURISDICTION

Defendant Peter Davis respectfully requests that this Court allow him to travel outside the jurisdiction to New York and New Jersey. In support of this request, the defendant states as follows:

1. The defendant will be traveling on January 17, 2006 from Boston, Massachusetts to New York and New Jersey.

2. The defendant will be traveling with his wife.

3. The defendant is traveling to attend the wake and funeral of his aunt. The wake will be held on the evening of January 17, 2006 at the Riverdale Funeral Parlor, 2114 Broad & Broadway Avenue, Riverdale, New York.

4. The defendant will stay with his cousin, Chris Hanges, at 1059 Briar Way, Fort Lee, New Jersey ((201) 8660-0782), on the night of January 17, 2006.

5. The defendant will return home after the funeral at Holy Trinity Church, 10 Mill Road, New Rochelle, New York, on January 18, 2006.

6. The Order Setting Conditions of Release allows the defendant to "travel to New York approved with prior notification to Pretrial Services." To that end, counsel for defendant

1

has notified Toland Gladden at Pretrial Services that defendant will be traveling to New York.

7. This request is urgent because the wake of defendant's aunt is being held this evening.

WHEREFORE, the defendant seeks permission to be allowed to travel to New York and New Jersey to attend his aunt's wake and funeral.

> Respectfully submitted,
>
> PETER DAVIS,
>
> By his attorneys,
>
>  /s/ Elizabeth K. Train
> James C. Rehnquist, Esq.
> Kathleen Luz, Esq.
> Elizabeth K. Train, Esq.
> Goodwin Procter LLP
> Exchange Place
> Boston, MA 02109
> (617) 570-1000

## CERTIFICATE OF SERVICE

I, Elizabeth K. Train, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record electronically and/or by first class mail, postage prepaid, on this 17th day of January, 2006.

 /s/ Elizabeth K. Train
Elizabeth K. Train

LIBA/1666959.1