UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-30033-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| PETER DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request to extend its response date to Defendant Davis' Renewed Motion for Bill of Particulars as follows:

1. On January 10, 2006, defendant Davis filed his Renewed Motion for a Bill of Particulars electronically after the clerk's office had closed. The Government received the motion on January 11, 2006.

2. Beginning on January 3, 2006, the Government had begun preparing for a trial in <u>United States v. David McCoy</u>. Therefore, the Government had been able to work on its response to Defendant Davis' Motion and intended to request an extension of time to respond in light of its trial commitment.

1

3. On January 13, 2006, defendant McCoy pled guilty.

4. On January 20, 2006, the Government had a response due to a sealed motion in a separate unrelated grand jury investigation. The Government requested an extension to January 30, 2006 due to the McCoy case and other matters.

5. The Government has been working on its responses to defendant Davis' motion and the sealed motion. The Government simply requests an extension to Friday, January 27, 2006 to respond to defendant Davis' motion.

Based upon the foregoing, the Government requests an extension of time to Friday, January 27, 2006 to respond to defendant Davis' Renewed Motion for Bill of Particulars.

Filed this 25th day of January, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ William M. Welch II
WILLIAM M. WELCH II
Assistant United States Attorney

2

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            January 25, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.  
99 Summer Street  
Suite 1620  
Boston, MA 02110

Vincent A. Bongiorni, Esq.  
95 State Street  
Springfield, MA 01103

James C. Rehnquist, Esq.  
Goodwin Proctor & Hoar  
Exchange Place  
Boston, MA 02109

Thomas Rooke, Esq.  
73 Chestnut Street  
Springfield, MA 01103

Steven W. Leary, Esq.  
95 State Street  
Springfield, MA 01103

Roy H. Anderson, Esq.  
Box 1420  
Springfield, MA 01101

Thomas Lesser, Esq.  
Lesser, Newman, Souweine & Nasser  
39 Main Street  
Northampton, MA 01060

Bernard Grossberg, Esq.  
99 Summer Street  
Suite 1800  
Boston, MA 02110

Thomas R. Kiley, Esq.  
Cosgrove, Eisenberg & Kiley  
1 International Place  
Boston, MA 02110

David P. Hoose, Esq.  
Katz, Sasson, Hoose & Turnbull  
1145 Main Street  
Springfield, MA 01103

Joseph Ballero, Esq.  
99 Summer Street  
Suite 1800  
Boston, MA 02110

_____  
WILLIAM M. WELCH II  
Assistant United States Attorney

3