HJD-51001
Rev. 9/70

U.S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
LOW-RENT PUBLIC HOUSING
**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**
(SUBMIT ORIGINAL AND ONE COPY TO LOCAL AUTHORITY)

Form Approved
Budget Bureau No. 63-R0640

**Springfield Housing Authority**
(Name of Owner)

Periodical Estimate No. __Ten (Final)__  For Period __September 16__, 19 _94_, To __October 17__, 19 _94_

Project __504/ADA Site Work__  __14 Developments__  Project No. __MA 35-C__
         (Name)                (Location)

Name of Contractor __P.J. Richfield Inc.__   Contract No. __35-C-1993-2-8__

| ITEM NO. (1) | DESCRIPTION OF ITEM (2) | | COMPLETED TO DATE % | (3) | Amount |
|---|---|---|---|---|---|
| 1. | Ramps   85 @ 2,300 | $195,500 | 100% | 85 | $195,500 |
| 2. | Railings   95 @ 2,293 | 206,400 | 100% | 95 | 206,400 |
| 3. | Curb Cuts   70 @ 600 | 42,000 | 100% | 10 | 42,000 |
| 4. | Sidewalks 400 ft. @ $75.00 | 30,000 | 100% | 400 | 30,000 |
| 5. | Roofs   10 @ 2,000 | 20,000 | 100% | 10 | 20,000 |
| 6. | Entrances 10 @ 5,000 | 50,000 | 100% | 10 | 50,000 |
| 7. | Paving | 10,000 | 100% | | 10,000 |
| 8. | Parking/Signs | 33,000 | 100% | | 33,000 |
|    |                | $586,900 | 100% | | 586,900 |
| 9. | Change Order No. 1 | 15,377.50 | 100% | | 15,377.50 |
| 10. | Change Order No. 2 | 19,460 | 100% | | 19,460 |
|    |                | 621,737.50 | | | |

VALUE OF CONTRACT WORK COMPLETED TO DATE


GOVERNMENT EXHIBIT

CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESENTATIVE

...est of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are correct; ... been performed and material supplied in full accordance with the terms and conditions of the contract between the

...ngfield Housing Authority    and    P.J. Richfield Inc.
(Name of Owner)                      (Contractor)

...ly 30, 19 93, and duly authorized deviations, substitutions, alterations, and additions; that the following ... correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no part ... Due This Payment" has been received:

| | | |
|---|---|---|
| ...l Contract Amount | One-Two | $ 586,900 |
| ...ROVED CHANGE ORDERS: | | |
| ...tions (Total, Col. 3, Form HUD-51002) | $ 34,837.50 | |
| ...eductions (Total, Col. 5, Form HUD-51002) | $ -0- | (Net) $ 34,837.50 |
| Current Adjusted Contract Amount (Line 1 Plus or Minus Net) | | $ |

COMPUTATION OF BALANCE DUE THIS PAYMENT

| | | |
|---|---|---|
| 5. Value of Original Contract work completed to date (From other side this Form) | | $ 586,900 |
| COMPLETED UNDER APPROVED CHANGE ORDERS: | | |
| 6. Additions (From Col. 4, Form HUD-51002) | $ 34,837.50 | |
| 7. Deductions (From Col. 5, Form HUD-51003) | $ -0- | (Net) $ 34,837.50 |
| 8. Total Value of Work in Place (Line 5 Plus or Minus net Line 7) | | $ 621,737.50 |
| 9. LESS: Retainage. 0 Final % | | $ -0- |
| 10. Net Amount earned to date (Line 8 Less Line 9) | | $ 621,737.50 |
| 11. LESS: Previously earned (Line 10, last Periodical Estimate) | | $ 590,650.50 |
| 12. Net amount due, work in place (Line 10 less Line 11) | | $ 31,087.00 |
| VALUE OF MATERIALS PROPERLY STORED: | | |
| 3. At close of this period (From Form HUD-51004) | $ -0- | |
| 1. LESS: Allowed last period | $ -0- | |
| . Increase (decrease) from amount allowed last period | | $ -0- |
| . BALANCE DUE THIS PAYMENT  Final | | $ 31,087.00 |

...THER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment em-
...d in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the un-
...ned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contract.

P.J. Richfield Inc.
(Name of Contractor)

October 17, 1994
(Date)

_(signature)_
(Signature of Authorized Representative)
Peter Davis    President
                  (Title)

CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

OF US CERTIFIES that he has checked and verified this Periodical Estimate No. 10; that to the best of his knowledge and belief it ...e statement of the value of work performed and material supplied by the Contractor; that all work and material included in this estimate ...n inspected by him or by his authorized assistants; and that such work has been performed or supplied in full accordance with the Draw- ...d Specifications, the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and additions, all ...ch have been duly approved.
We, therefore, approve as the "Balance Due This Payment" the amount of $ 31,087.

_(signatures)_

(Authorized Project Representative)
ARTHUR G. SOTIRION
Asst. Exec. Director - Operations  10/12/94
(Date)

(Contracting Officer)
Raymond B. Asselin
(Date)

INSTRUCTIONS
...DINGS: Enter all identifying data required. Periodical estimates shall be numbered in sequence beginning with No. 1.
...UMNS 1 and 2: The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to each ...ipal division of work in the "Schedule of amounts for Contract Payments", Forms HUD-51000a and 51000b.
...UMN 3: Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate. Ent ...e in the space provided.
...TIFICATIONS:
...certification of the Contractor includes the analysis of amounts used to determine the net balance due. In the first paragraph there ...ted the name of the Local Authority, the Contractor, and the date of contract. The calculations used in arriving at the "Balance ...Payment" shall be entered on lines 1 to 16, inclusive.
...Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 16.
The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment may be ...However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may modify ...guage to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by the ...dical Estimate, together with the individual Certifications of each.

GPO 886-477

FORM OF CERTIFICATE OF COMPLETION--CONSOLIDATED

(Not to be used if there are any incomplete or unsettled items outstanding)

CERTIFICATE OF COMPLETION--CONSOLIDATED    Page 1 of 1

THIS IS TO CERTIFY that all work and materials have been carefully inspected by duly authorized representatives or agents of the __Springfield Housing Authority__, hereinafter called the Local Authority, and that the __P.J. Richfield, Inc.__, hereinafter called the Contractor, has furnished all labor, materials, and services required for the __504/ADA Site Work__ of the __14 Developments__, located in __Springfield, MA__ in accordance with the requirements of the Specifications and Drawings and Contract No. __35-C-1993-2-8__, dated __July 30, 1993__, between the Local Authority and the Contractor.

THIS IS TO CERTIFY:

1. That all work covered by this contract, originally required to be completed on __07/08/93__, was actually completed on __07/08/94__;

2. That all changes permitted or required to be made, except minor modifications and field adjustments, have been authorized by written and duly approved Change Orders, and all stop orders have been confirmed and listed in writing;

3. That all Proceed Orders have been supported by approved Change Orders equitably adjusting the contract price and/or time, where adjustment is indicated;

4. That Change Orders Nos. __1 & 2__ constitute the only amendments to the contract price and/or time, and that ALL Change Orders issued in connection with this contract are listed on the attached Schedule;

5. That all certificates, bonds, guaranties, warranties, insurance, and tests required under the contract have been furnished or performed;

6. That the Local Authority has obtained from the Contractor the attached Certificate and Release releasing the Local Authority in full from all further claims under this contract;

7. That all laborers and mechanics have been paid not less than the minimum wage rates as established in said contract, and that there have been no claims made for infringement of any patent;

8. That no claims of any nature by any laborer, mechanic, subcontractor, materialman, or vendor are outstanding against the Local Authority; and

9. That:

| | |
|---|---|
| Date for completion fixed in contract | 12/10/93 |
| Date for completion as extended | 07/08/94 |
| Actual completion date of contract work | 07/08/94 |
| Original contract price | $586,900 |
| Authorized additions  1&2 | 34,837.50 |
| Subtotal | $621,737.50 |
| Authorized deductions excluding liquidated damages | ...-0-... |
| ADJUSTED CONTRACT PRICE | $621,737.50 |

LESS:
| | | |
|---|---|---|
| Total payments to Contractor | $590,650.50 | |
| Total amount of Liquidated Damages assessed | ...-0-... | $....-0-... |
| BALANCE | | $31,087 |

and

10. That voucher for final payment in the amount of __thirty one thousand eighty seven__ ($ __31,087__) is due and payable.

Springfield Housing Authority

By _____

Title  Raymond B. Asselin, Executive Director

Date  October 17, 1994

P.J. Richfield Inc.

By _____  Peter Davis, President

Title  October 17, 1994

FROM: P.J. Richfield Inc.

TO: Springfield Housing Authority

REFERENCE: CONTRACT NO. 35-C-1993-2-8 ENTERED INTO THE 30 DAY OF July, 19 93, BETWEEN THE

Springfield Housing Authority

OF Springfield, MA,

HEREINAFTER CALLED THE LOCAL AUTHORITY,

AND P.J. Richfield Inc.

OF 17 Lynnfield St., Longmeadow, MA,

HEREINAFTER CALLED THE CONTRACTOR,

FOR THE 504/ADA Site Work

OF 14 Developments PROJECT NO. 35-C,

LOCATED IN Springfield, MA.

**KNOW ALL MEN BY THESE PRESENTS:**

1. The undersigned hereby certifies that there is due and payable under the contract and duly approved Change Orders and modifications the undisputed balance of $ 31,087.

2. The undersigned further certifies that in addition to the amount set forth in paragraph 1 hereof there are outstanding and unsettled the following items which he claims are just and due and owing by the Local Authority to the Contractor:

(a) _____ None _____
(b) _____
(c) _____
(Itemize claims and amounts claimed. If none, so state.)

3. The undersigned further certifies that all work required under this contract including work required under Change Orders numbered one & two has been performed in accordance with the terms thereof, and that there are no claims of laborers or mechanics for unpaid wages arising out of the performance of this contract, and that the wage rates paid by the Contractor and all Subcontractors were in conformity with the contract provisions relating to said wage rates.

4. Except for the amounts stated in paragraphs 1 and 2 hereof the undersigned has received from the Local Authority all sums of money payable to the undersigned under or pursuant to the aforementioned contract or any change or modification thereof.

5. That in consideration of the payment of the amount stated in paragraph 1 hereof the undersigned does hereby release the Local Authority from any and all claims arising under or by virtue of this contract except the amounts listed in paragraph 2 hereof; provided, however, that if for any reason the Local Authority does not pay in full the amount stated in paragraph 1 hereof, said deduction shall not affect the validity of this release, but the amount so deducted shall be automatically included under paragraph 2 as an amount which the Contractor has not released but will release upon payment thereof. The Contractor further certifies that upon payment of the amounts listed in paragraph 2 hereof, and of any amount which may be deducted from paragraph 1 hereof, he will release the Local Authority from any and all claims of any nature whatsoever arising out of said contract or modification thereof, and will execute such further releases or assurances as the Local Authority may request.

IN WITNESS WHEREOF, the undersigned has signed and sealed this instrument this 14th. day of October, 19 94.

P.J. Richfield, Inc. (SEAL)
Peter Davis, President

Peter Davis, being first duly sworn on oath, deposes and says, first, that he is the President of the P.J. Richfield, Inc., second, that he has read the foregoing Certificate and Release by him subscribed as President of the P.J. Richfield, Inc.

Affiant further states that the matters and things stated therein are, to the best of his knowledge and belief, true.

Subscribed and sworn to before me this 14 day of October, 19 94.

My commission expires 8/15/97.

TO:       Raymond B. Asselin

FROM:     Arthur G. Sotirion

SUBJECT:  Certificate of Completion - Consolidated and Contractor's Certificate and Release from P.J. Richfield, Inc., for 504/ADA Site Work at 14 Developments: Riverview 35-1, Tri Towers 35-2, Sullivan 35-3, Harrigan 35-5, Pine James 35-6, Moxon 35-8, Pine Renee 35-9, Marble 35-11, Kathryne Jones 35-16, Bay-Sherman 35-22 under the Comprehensive Grant Program FY 92 & 93.

DATE:     October 17, 1994

------------------------------------------------------------

RESOLUTION NO. 7884

RESOLUTION AUTHORIZING EXECUTION OF CERTIFICATE OF COMPLETION CONSOLIDATED AND CONTRACTOR'S CERTIFICATE AND RELEASE, DATED OCTOBER 17, 1994 - FOR ALL LABOR, MATERIALS, AND SERVICE REQUIRED FOR THE 504/ADA SITE WORK AT FOURTEEN (14) DEVELOPMENTS PURSUANT TO CONTRACT NO. 35-C-1993-2-8 DATED JULY 30, 1993 BETWEEN THE SPRINGFIELD HOUSING AUTHORITY AND P.J. RICHFIELD, INC., 17 LYNNWOOD DRIVE, LONGMEADOW, MASSACHUSETTS UNDER THE CGP FY-92 & 93 PROGRAM AND AUTHORIZING PAYMENT OF RETAINAGE IN THE AMOUNT OF $31,087.00 AND AUTHORIZING THE EXECUTIVE DIRECTOR, RAYMOND B. ASSELIN TO EXECUTE THE CERTIFICATE OF COMPLETION ON BEHALF OF THE SPRINGFIELD HOUSING AUTHORITY.

# CAOLO & BIENIEK ASSOCIATES, INC.

**ARCHITECTS & ENGINEERS**

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413-734-3139
FAX 413-734-0822

November 3, 1994

Mr. Raymond Asselin
Executive Director
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101

Dear Mr. Asselin:

At your request of November 2, 1994, I began the inspection of the "Site Work at 14 Developments" project, (P.J. Richfield is the contractor).

I visited Moxon Apartments and Stephen J. Collins Apartments today. There is enough work which is not completed to make it impossible for me to prepare a punch list. Examples of work to be completed include:

1. Removing portions of chain link fence at Moxon.

2. Striping parking spaces and placing signs for accessible parking spaces at both Moxon and Stephen J. Collins.

3. None of the handrails that I measured are at the correct height. (19 + 34")

I wrote P.J. Richfield a letter several weeks ago requesting a report on what work was outstanding, and have not received a response. I understand your desire to have a punch list from me so this project can be completed, but I cannot provide that punch list until the project is closer to completion.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright, AIA

JB:dld

GOVERNMENT EXHIBIT 2

# CAOLO & BIENIEK ASSOCIATES, INC.

ARCHITECTS & ENGINEERS

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413 - 734-3139
FAX 413 - 734-0822

*Art
Please see me*

January 16, 1995

Mr. Raymond Asselin
Executive Director
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101-1609

Dear Ray:

Included are punch lists for the Site Work at 6 developments.

Below is each development's name and my estimate of the percentage of the work which has been completed.

| Development | % Complete |
|---|---|
| Bay Sherman Apartments | 30% |
| Pine James Apartments | 85% |
| Pine Renee Apartments | 92% |
| Central Apartments | 40% |
| Marble Apartments | 70% |
| Morgan Apartments | 20% |

Should you have any questions, or require additional information, please do not hesitate to contact me.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright

JB:did

GOVERNMENT EXHIBIT 3

T.O: RBA

○ – S.H.A.
□ – Peter Davis P/D
△ – Contractors Electrical MARc's – Plumbing (Mann

PUNCH LIST – RIVERVIEW APARTMENTS

142 – Downstairs

*Refrig* — Screws weathersky Shades. H/E Bedr
Tu PAC dun.

| | | |
|---|---|---|
| SHA | (1.) | Entry threshold missing |
| | (2.) | Oven to be installed |
| AGS ELECT | 3. | Cutting board missing at kitchen |
| | △4. | Outlet near sink need GFI sticker ←→ |
| | (5.) | Cooktop improperly installed |
| | (6.) | Light at hood does not work. |
| P/D | □7. | Another coat of paint needed |
| | (8.) | No bulb at exterior (rear) door. |
| | (9.) | Magnetic catch missing on door jamb in L.R. |
| PLMB | △10. | Thermostat missing |
| P/D | □11. | Doors to bathroom and bedrooms need another coat of polyurethane. |
| PLMB | △12. | Shower head assembly missing — *Plumbing Today* |
| | (13.) | Light at bedroom door does not work |
| | (14.) | Screen door at bedroom to be removed |
| P/D | □15. | Door at bedroom does not have correct hardware ←→ |
| | (16.) | Toilet paper holders and soap dish missing |
| PLMB | △17. | Cover at washer and dryer controls |
| P/D | □18. | Handrail needs to be secured |
| | (19.) | Vinyl base at cabinets in kitchen |
| P/D | □20. | Poor tape job in bathroom above switches — needs painting |

Cover jamb – Rear door

GOVERNMENT EXHIBIT 4

*can't charge —*                                                    Page 2

? (21.) Remount door to pantry flush with wall —

(22.) Mount magnet catch sq. with wall.

P/D [23.] Edge band cabinets where cut. — *stain + poly.*

*Screws* **144 Upstairs** *Paint B.B. lumpy / stove 1st Fl laundry*
*Pt - Caulk - Base Bd - wall                          Poly.*

(1.) Thresholds to bedrooms and (bathrooms) not finished ✓

SHA (2.) Baseboard covers (at valves) missing in bedrooms, dining
PLMB     and living rooms — *paint*

PLMB (3.) Two thermostats missing

(4.) Telephone jack cover missing

ELECT (5.) Outlet new sink to be GFI (2 are, 1 is not)

P/D (6.) General paint touch up.

(7.) Lens in bathroom missing

P/D [8.] Hood missing at cooktop. *install*

(9.) Catches at Acme runwell doors to be square on wall

(10.) Bedroom door (Acme runwell) catch does not work

(11.) Closet door inside to be cleaned — *To be painted*

(12.) General drywall work to be improved

P/D   *Painting By P/D*

**123 Downstairs**  *Screens - Refry*

(1.) Entry threshold missing — *Today*

(2.) Entry hardware missing

(3.) Remove screen door at bedroom

*H/C Bed Rm cover Wood exterior*

Page 3

P/D + SH#  4.   General note re: 1. Magnetic catches not being sq. to wall  *Today*
                               P/D → 2. Brackets for shelves not parallel

P/D  [5.]  Doors to be finished
     (6.)  No exterior light fixture from bedroom  *Today*
OK   (7.)  Medicine cabinet installed in Miami Grey CSW16014
                                                    B 294
OK-  (8.)  Sink installed is Gerber
     (9.)  Lens missing from hall light, entry foyer light
     (10.) Oven not installed
     (11.) Light at hood not working
     (12.) Secure base board to studs
ELECT △13. All outlets in kitchen to be GFI
     (14.) Cooktop not properly installed                 *Trim Kit.*
? →  15.  Pantry door missing a support at top
ELECT △16. Switches at living room do not fit properly —  ?
P/D  [17.] No dryer vent
PLMB △18. No trim at washer and dryer valves
ELECT △19. No outlet cover below electrical panel  *Blank cover*
     (20.) Soap dish, toilet paper holder missing

                                                   *Hand Rails*
125 Upstairs      *Finish paint + clean. —*

P/D  [1.]  General painting                        *Blank cover*
PLMB △2.  Thermostats missing in L.R.                L.R.
     (3.)  Telephone jack incomplete

*Kitchen - blank covers.*

Page 4

P/D  [4.]  Closet door not painted

ELECT  △5.  Outlets near sink to be GFI

6.  Hood lights not working

PLMB  △7.  Thermostat in dining

8.  Lenses at lights to be cleaned  Today

9.  Threshold into bedroom missing  Today

10.  Magnetic latch missing in bedroom  Today

ABS-  11.  Cutting board missing  TRI PAC

12.  Base boards at cabinets  Today.

FR 1
9/30/94

ART

1) IT WOULD BE VERY TIMELY IF YOUR PAINTERS CAN GALVANIZE RAILS ON SAT.

2) IT WOULD ALSO HELP OUR OCT 15 DEADLINE IF YOUR PAINTERS CAN DO 123 CLYDE ST (1ST FLOOR) (2 DAYS WORK TO PAINT)

3) DO NOT PAY GORDON TOUSSAINT!

4) AMANDIO IS INSTALLING CURB STOPS SAT 10/1

5) ELECTRICIAN IS AMONGST THE MISSING!

(Centiacchi's responsibility) Bldg.

Electrical

GOVERNMENT EXHIBIT 5

## AFFIDAVIT OF CLIFFORD W. HEDGES

I, Clifford W. Hedges, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) Boston Division, Springfield Resident Agency, located at 155 Brookdale Drive, Springfield, Massachusetts. I have been a FBI Special Agent since January 4, 1987.

2. On a number of occasions, I have made discovery available to counsel for defendant Davis at the FBI. It is my practice to remain within or close by the evidence rooms to answer any questions and to insure the integrity of the evidence for future use at trial. Attorney Rehnquist has never visited the FBI office to inspect any of the discovery in the United States v. Asselin matter.

3. There have been three individuals, two associates and one paralegal, who have visited the FBI office at various times to review discovery. On more than one occasion the two associates have separately stated to me that they have no idea what they are looking for.

4. Of the two associates, one visited the FBI more often than the other. The second associate filled in for the first associate when the first associate was on maternity leave. Of the two associates, the second associate appeared much less diligent in her review of the discovery than the first associate. I would describe her review as appearing to me more akin to going through the motions than actually conducting a diligent search for documents. Of the three, the paralegal appeared to conduct a review of the documents with the greatest diligence.

_____
CLIFFORD W. HEDGES
Special Agent, FBI

GOVERNMENT EXHIBIT 6