UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND ASSELIN, SR., et al.

Defendants.

Criminal No. 04-30033-MAP

**DEFENDANT PETER DAVIS'S MOTION
FOR LEAVE TO FILE A REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(b)(3), defendant Peter Davis hereby requests leave to

file a reply memorandum.  As grounds for this motion, Mr. Davis states that a reply is necessary

to address fundamental factual errors in the government's opposition to Mr. Davis's Renewed

Motion for a Bill of Particulars.  Mr. Davis believes that this reply will assist the Court in ruling

on the motion.  Mr. Davis's reply memorandum is attached hereto as Exhibit A.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
Elizabeth K. Train (BBO # 650682)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: February 3, 2006

## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States via voicemail in a good-faith attempt to resolve or narrow the issues presented by this motion.

**/s/ James C. Rehnquist**
James. C. Rehnquist

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record electronically, and has been served on the following individuals by first-class mail, postage pre-paid, on this 3rd day of February, 2006:

Roy H. Anderson
935 Main Street
Springfield, MA 01103

**/s/ James C. Rehnquist**
James C. Rehnquist

LIBA/1672786.1