FR1
9/30/94

ART

① IT WOULD BE VERY TIMELY IF YOUR PAINTERS CAN GALVANIZE RAILS ON SAT.

② IT WOULD ALSO HELP OUR OCT 15 DEADLINE IF YOUR PAINTERS CAN DO 123 CLYDE ST (1ST FLOOR) (2 DAYS WORK TO PAINT)

③ DO NOT PAY GORDON TOUSSAINT!

④ AMANDO IS INSTALLING CURB STOPS SAT 10/1

⑤ ELECTRICIAN IS AMONGST THE MISSING!

(Centracchi's responsibility) Bldg.

Electrical


GOVERNMENT EXHIBIT A