```
                    FRANCIS X. MARONEY - 02/24/04                25
```

1   A   Yes. One time, I don't know why I asked him, but
2   I guess curiosity, I asked him, what he meant by taking care
3   of Art? And he told me had to give Art $600 in cash at that
4   time.
5   Q   And did you ever ask Mr. Bannick, again ---
6   A   No.
7   Q   --- about giving money to Arthur Sotirion?
8   A   No.
9   Q   How long would you say that this practice
10  continued until your resignation in March of 2003?
11  A   Right up until -- how long did he do this?
12  Q   Yeah. How long did he give you money?
13  A   I would say probably two or three months before my
14  resignation.
15  Q   Okay. You mentioned that Paul Bannick was on a
16  golf tournament committee?
17  A   Yes.
18  Q   And what was the golf tournament committee?
19  A   Chris Asselin, State Rep Chris Asselin.
20  Q   Did he have like a golf tournament fund raiser
21  that he was holding every summer?
22  A   Yes.
23  Q   Did you sit on that committee, as well?
24  A   Yes.
25  Q   Did there come a point in time when you learned

*APEX Reporting*
(617) 426-3077


GOVERNMENT EXHIBIT 6

FRANCIS X. MARONEY - 02/24/04                26

1  that Paul Bannick had doubled up on an order in order to pay
2  for the gifts that went to one of Chris Asselin's golf
3  tournament?
4      A   Yes.
5      Q   And go ahead and explain to us what happened with
6  respect to that.
7      A   Instead of getting -- it was a bid that he had won
8  for just say 200 cases of a chemical, and we would get
9  20 cases in at a time every month, just say; and that
10 particular month Ray called me up and told me to make it
11 40 cases instead of the normal 20. And I believe we only
12 got in 20 cases that time. But then when we did go to the
13 golf tournament, I remember Paul Bannick telling me that he
14 supplied all the gifts, the gloves and the trinkets and the
15 golf balls and all that for the golf tournament.
16     Q   And did you know whether or not he had supplied
17 those gifts through the doubling up of the order that you
18 had mentioned to us?
19     A   I believe he did, yes.
20     Q   I take it, despite the fact that only 20 cases of
21 whatever this chemical was that came in, he received a check
22 for 40 cases?
23     A   Correct.
24     Q   When Paul Bannick would bid on certain chemical
25 purchases, was there a competitive bidding process with