| Date Rec | First | Last | Address | City | State | Zip Code | Check # | Amount | Occupation | Employer |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/99 | Francisco | Claudino | 104 Dwight Street | Chicopee | MA | 01013 | 2661 | $100.00 | | |
| 5/4/99 | Brian | Cloonan | 41 Pacella Drive | Dedham | MA | 02026 | 2207 | $25.00 | | |
| 5/4/99 | Donna | Collamore | 20 Weymouth St. | Springfield | MA | 01108 | 3297 | $100.00 | | |
| 5/4/99 | Leonard | Collamore | 80 Bennington St. | Springfield | MA | 01108 | 6504 | $100.00 | | |
| 5/4/99 | Harry | Courniotes II | 1786 Wilbraham Road | Springfield | MA | 01119 | 1897 | $200.00 | Physican | Self Employed |
| 5/4/99 | Carl | Croteau | 106 Ferncliff Ave. | Springfield | MA | 01119 | 6353 | $100.00 | | |
| 5/4/99 | Dennis | Croteau | 32 Concord Ave. | Holyoke | MA | 01040 | 365 | $100.00 | | |
| 5/4/99 | Raffaele | Cuomo | 64 Plumtree Road | Springfield | MA | 01118 | 1233 | $100.00 | | |
| 5/6/99 | Salvatore & Linda | Damato | 80 Tracy Drive | Whitinville | MA | 01588 | 7066 | $100.00 | | |
| 5/4/99 | Joseph | D'Amour | 71 Church Street | Chicopee | MA | 01020 | 158 | $100.00 | | |
| 5/4/99 | Peter | Davis | 9 Overlook Drive | Newburyport | MA | 01950 | 101 | $100.00 | | |
| 5/4/99 | Michael | Delaney | 23 1/2 Wadsworth Ave | Waltham | MA | 02154 | 791 | $100.00 | | |
| 5/4/99 | Gerard | Di Santi | 20 Abbe Ave. | Springfield | MA | 01107 | 3585 | $100.00 | | |
| 5/4/99 | Gerard | Di Santi | 108 Bridle Path | Chicopee | MA | 01013 | 1529 | $100.00 | | |
| 5/4/99 | Josephine & Eugene | Di Santi | 585 Sheridan St. | Chicopee | MA | 01020 | 622 | $50.00 | | |
| 5/4/99 | Francis | Di Santi | 1284 Elm Street | W. Springfield | MA | 01089 | 3768 | $100.00 | | |
| 5/4/99 | James | Donovan | 14 Hubbard Ave. | Springfield | MA | 01105 | 2253 | $500.00 | Attorney | Bovearvi-Moriarty&Donovyan |
| 4/9/99 | Edward | Ebberston | 135 South Tallyho Drive | Springfield | MA | 01118 | 1092 | $100.00 | | |
| 4/20/99 | Joe | Finnerty | 111 Rockway St. | New Bedford | MA | 02740 | 43368 | $50.00 | | |
| 4/12/99 | Nicholas F. | Fiorentino | 156 Bolton Street | Springfield | MA | 01119 | 530 | $100.00 | | |
| 5/4/99 | Frank | Fitzgerald | 95 State Street | Springfield | MA | 01103 | 2055 | $100.00 | | |
| 5/4/99 | William | Foley | 221 Wildwood Ave | Springfield | MA | 01118 | 259 | $50.00 | | |
| 5/4/99 | Charles | Gaeta | 35 Winthrop St. | Lynn | MA | 01904 | 2919 | $25.00 | | |
| 5/4/99 | John | Gamilis | 4 Brow Hill Road | Somers | CT | 06071 | 2242 | $100.00 | | |
| 5/6/99 | David | Gelinas | 1188 Parker Street | Springfield | MA | 01129 | 8579 | $100.00 | | |
| 5/4/99 | Juan | Gerena | 50 Mayflower Road | Springfield | MA | 01118 | 738 | $100.00 | | |
| 5/4/99 | Barbara | Gregory | 13 Louise Ave. | Chicopee | MA | 01013 | 2857 | $25.00 | | |
| 5/4/99 | James & Janice | Grise | 57 Hillman Street | Chicopee | MA | 01020 | 2987 | $500.00 | Funeral Director | Grise Funeral Home |
| 5/6/99 | Monique | Grondin | 6410 S. 118th Street | Seattle | WA | 98178 | 3099 | $500.00 | Property Man. | Dewar Lane |
| 5/4/99 | Jack | Gross | 175-35 Liberty Ave | Jamaica | NY | 11433 | 8 35E-10 | $100.00 | | |
| 5/4/99 | Michael | Harley | 59A Castlegate Drive | Springfield | MA | 01129 | 1784 | $100.00 | | |
| 4/14/99 | Will | Jeffrey | 115+D54 Wellington St. | Springfield | MA | 01109 | 1120 | $100.00 | | |
| 4/1/99 | Denise Renee | Jordan | 11 Ingersoll Grove | Springfield | MA | 01109 | 3291 | $25.00 | | |

GOVERNMENT EXHIBIT C