12/25/94

|  |  |  |
|---|---|---|
| Total Sales | 711,433 | |
| Cost | 850,097 | |
| Net Loss | (138,664) | |
| Loss Funded By | | |
| Bank Of Boston | 85,000 | |
| Other profits(Partner Capital) | 53,654 | |
| Forgiveness | 138,654 | |
| | 45,000 | |
| Net Cash Loss | (93,654) | |
| Capital | (46,827) | (46,827) |
| Loan Due | 26,827 | 26,827 |
| Loan Paid | (20,000) | (20,000) |
| Due To (From) | 40,000 | 53,654 |
| Add | 20,000 | (40,000) |
| Tax on Forgiveness | (20,000) | 40,000 |
| | | 0 |
| | | (93,654) |

Tax Rate  x .50%
         22,500   .28% .34%
         45,000
         6,300
         26,300

→ STATE TAX
— IF P.J. PAYS ADD'L TAX DUE FROM RAY.

PAYGO BY P.J.-TAX
ON ABOVE = 27,650(.34)= 9401
                       = 37051 OWED P.J.
                       BY RAY

40000/2 = 20000
          27650

FINAL ACCT'S 50 & SITE — 552,400
190 ACE OUTING —        6217
ATLANTIC FIXTURE, INC — 193
COST 776,494 —          101
HYDROLINE —             280
FINAL JIM DAVIS MARBLE — 1761
                        562902
GARAGE EXTRAS —         1223
CONTRACT AMT.           564125
                        62,173 ?
                        556,612
                        3
                      = 185,537 DUE P.J.
                        BY P.J.
                        EAY
                        BY RAY

CHECKS IN 1993 TO MA
  "    "    "   94  "   "
  "    "    "      "    4

GFR JOB NET APPROX 28000 = 9333 OWED TO
                    3         PART. P.J. AMT.
                              4479  BY GFR