```
                    BARIBEAU - 9/30/03                    15
```

1  you're familiar with.
2          This is a 1992 Contract for a parking lot with the
3  Springfield Housing Authority, and it's going to be marked
4  1-GB, and the price is $23,820.00.
5                      (Grand Jury Exhibit No. 1-GB
6                      marked.)
7          BY MR. WELCH:
8     Q    Is that your signature?
9     A    That's my signature; yes.
10    Q    And I may have indicated it was a 1992 contract,
11 but it's a 1993 contract.
12         I want to turn your attention to this invoice that
13 is attached as part of the contract?
14    A    Yeah.
15    Q    Are you familiar with that invoice?
16    A    Yes, I am.
17    Q    And who created invoices that had that sort of
18 heading on them?
19    A    Art Sotirion.
20    Q    And how is it that you remember that these
21 particular invoices that bore that heading were created by
22 him?
23    A    Because mine had too many lines in it.  You know,
24 I had a, all numbered out where you could write out, you
25 know, write specifically what you're doing, and I guess it

                        *APEX Reporting*
                        (617) 426-3077



BARIBEAU - 9/30/03

16

1  wasn't good for typing and stuff; so, he said, "I'm going to
2  make up these," and--
3    Q    And he did?
4    A    And he did.
5    Q    Okay. As far as, actually, creating the G & R
6  Associates stamp that appears at the top of the invoice, did
7  you learn whether or not Arthur Sotirion went out and,
8  actually, got a rubber stamp created for that?
9    A    Yes, he did.
10   Q    And where did he keep that?
11   A    In his desk.
12   Q    So, he would, actually, type that on the top of a
13  piece of paper, and, then, who would do the typing that
14  appears on this invoice?
15   A    Sometimes the office girl. A small one like that,
16  it could have been him.
17       (Pause.)
18       MR. WELCH: Let me show you what's marked 2-GB.
19  This, this is a 1995 Contract for a fire job on Moxon
20  Street.
21                      (Grand Jury Exhibit No. 2-GB
22                      marked.)
23       BY MR. WELCH:
24   Q    First of all, what's a fire job?
25   A    When a unit is completely burnt out, gutted.

APEX Reporting
(617) 426-3077

G & R ASSOCIATES INC.
46 Carol Ann Street
Springfield, MA  01128
413-543-3668

Springfield Housing Authority                         July 8, 1993
P.O. Box 1609
Springfield, MA   011001

INVOICE

As per P.O. 3367 to furnish labor and materials to install parking lot at 603 Berkshire Avenue, Springfield, MA.

Total Due $23,820.

