**G & R ASSOCIATES INC.**
46 Carol Ann Street
Springfield, MA  01128
413-543-3668

August 22, 1997

P.J. Richfield Inc.
17 Lynnwood Drive
Longmeadow, MA

For Services rendered at Christopher Court Apts. Bldgs's A, B, C, D, E, F, G

| | |
|---|---|
| - Repair/Replace deteriorated sheathing at eaves and rakes as necessary. | $2250 |
| - Replace/Sister roof rafters at roof vents and areas where rotted. | $2130 |
| - Replace soffits and facia as necessary. | $3190 |
| - Repair masonary as necessary. | $2200 |
| - Remove/Replace bathroom tile as necessary. | $1870 |
| | $11,640 |





GOVERNMENT EXHIBIT
G