

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

June 15, 2005

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:  **United States v. Peter Davis, et al.**
           <u>CR-N-04-30033-MAP</u>

Dear Counsel:

    This letter shall respond to your discovery letter, dated June 1, 2005, which this office received on June 3, 2005. This office responds as follows:

1.  The Government declines to provide the information requested in 1(a) through 1(e) as neither the Local Rules nor Rule 16 require production of such information. Requests 1(a) through 1(e) essentially constitute a bill of particulars. The Government declines to provide a bill of particulars because the indictment is quite specific, and the Government has provided open file discovery. See <u>United States v. Nelson-Rodriguez</u>, 319 F.3d 12, 30-31 (1st Cir. 2003); <u>United States v. Sepulveda</u>, 15 F.3d 1161, 1192-93 (1st Cir. 1993).

    Generally, any and all contracts and/or subcontracts that P.J. Richfield and/or Peter Davis received are located in the boxes labeled SHA contracts, the boxes seized from Sotirion's office, and the boxes of documents subpoenaed from P.J. Richfield, Inc., Manny's Plumbing & Heating, and G & R Associates. All of this information is available at the FBI for review.

1

