# CAOLO & BIENIEK
# ASSOCIATES, INC.

**ARCHITECTS & ENGINEERS**

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

436 COTTAGE STREET
SPRINGFIELD, MA 01104
413 - 734-3139
FAX 413 - 734-0822

November 3, 1994

Mr. Raymond Asselin
Executive Director
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101

Dear Mr. Asselin:

At your request of November 2, 1994, I began the inspection of the "Site Work at 14 Developments" project, (P.J. Richfield is the contractor).

I visited Moxon Apartments and Stephen J. Collins Apartments today. There is enough work which is not completed to make it impossible for me to prepare a punch list. Examples of work to be completed include:

1. Removing portions of chain link fence at Moxon.

2. Striping parking spaces and placing signs for accessible parking spaces at both Moxon and Stephen J. Collins.

3. None of the handrails that I measured are at the correct height. *19 + 34"*

I wrote P.J. Richfield a letter several weeks ago requesting a report on what work was outstanding, and have not received a response. I understand your desire to have a punch list from me so this project can be completed, but I cannot provide that punch list until the project is closer to completion.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright, AIA

JB:did

GOVERNMENT
EXHIBIT
6

GOVERNMENT
EXHIBIT
2