# CAOLO & BIENIEK ASSOCIATES, INC.

ARCHITECTS & ENGINEERS

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413-734-3139
FAX 413-734-0822

*Art
Please see me*

January 16, 1995

Mr. Raymond Asselin
Executive Director
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101-1609

Dear Ray:

Included are punch lists for the Site Work at 6 developments.

Below is each development's name and my estimate of the percentage of the work which has been completed.

| Development | % Complete |
|---|---|
| Bay Sherman Apartments | 30% |
| Pine James Apartments | 85% |
| Pine Renee Apartments | 92% |
| Central Apartments | 40% |
| Marble Apartments | 70% |
| Morgan Apartments | 20% |

Should you have any questions, or require additional information, please do not hesitate to contact me.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright

JB:did



GOVERNMENT EXHIBIT 7

GOVERNMENT EXHIBIT 3