

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

May 22, 2003

F. Dennis Saylor, Esq.
Goodwin, Proctor LLP
Exchange Place
Boston, MA  02109

    **Re:  Peter Davis**

Dear Dennis:

    This office is interested in interviewing your client, Peter Davis, under the terms of the attached proffer agreement.  This letter also shall confirm that if Mr. Davis satisfies the terms of the proffer agreement, i.e., accurate, truthful and complete information, I will seek immunity for Mr. Davis.  There remain several boxes of evidence seized from the Springfield Housing Authority that I want to review prior to establishing a time and date for the proffer.

    In anticipation of our eventual meeting, I do want to enclose several documents found in a contract file seized from Arthur Sotirion's office.  Peter Davis was the general contractor for the project.  I have enclosed a copy of the certificate of completion for this contract.  We will want to discuss with Mr. Davis the handwritten notes and calculations contained therein.  These notes were found inside of the contract file.  As you can see, the calculations tie into the contract.  The handwriting belongs to Mr. Davis.

                                      Very truly yours,

                                      MICHAEL P. SULLIVAN
                                      United States Attorney

                           By:_____
                                  WILLIAM M. WELCH II
                                  Assistant U.S. Attorney

GOVERNMENT EXHIBIT 9

(Not to [be] used if there are any incomplete or unsettled [ite]ms outstanding)

### CERTIFICATE OF COMPLETION--CONSOLIDATED    Page 1 of 1

THIS IS TO CERTIFY that all work and materials have been carefully inspected by duly authorized representatives or agents of the __Springfield Housing Authority__, hereinafter called the Local Authority, and that the __G & R Associates, Inc.__, hereinafter called the Contractor, has furnished all labor, materials, and services required for the __504/ADA Modifications__ of the __Riverview Apts. MA 35-1__, located in __Springfield, MA__ in accordance with the requirements of the Specifications and Drawings and Contract No. __35-1-1993-2-10__, dated __12/01/93__, between the Local Authority and the Contractor.

THIS IS TO CERTIFY:

1. That all work covered by this contract, originally required to be completed on __08/10/94__, was actually completed on __08/10/94__;

2. That all changes permitted or required to be made, except minor modifications and field adjustments, have been authorized by written and duly approved Change Orders, and all stop orders have been confirmed and listed in writing;

3. That all Proceed Orders have been supported by approved Change Orders equitably adjusting the contract price and/or time, where adjustment is indicated;

4. That Change Orders Nos. __1,2,3 & 4__ constitute the only amendments to the contract price and/or time, and that ALL Change Orders issued in connection with this contract are listed on the attached Schedule;

5. That all certificates, bonds, guaranties, warranties, insurance, and tests required under the contract have been furnished or performed;

6. That the Local Authority has obtained from the Contractor the attached Certificate and Release releasing the Local Authority in full from all further claims under this contract;

7. That all laborers and mechanics have been paid not less than the minimum wage rates as established in said contract, and that there have been no claims made for infringement of any patent;

8. That no claims of any nature by any laborer, mechanic, subcontractor, materialman, or vendor are outstanding against the Local Authority; and

9. That:

   | | |
   |---|---|
   | Date for completion fixed in contract | 08/10/94 |
   | Date for completion as extended | 08/10/94 |
   | Actual completion date of contract work | 08/10/94 |
   | Original contract price | $633,132 |
   | Authorized additions     1,2,3 & 4 | 65,561.50 |
   | Subtotal | $688,693.50 |
   | Authorized deductions excluding liquidated damages | -0- |
   | ADJUSTED CONTRACT PRICE | $688,693.50 |
   | LESS:  Total payments to Contractor | $654,258.50 |
   | Total amount of Liquidated Damages assessed | $ -0- |
   | BALANCE | $34,435.00 |

   and

10. That voucher for final payment in the amount of __thirty four thousand four hundred thirty five__ ($__34,435__) is due and payable.

SPRINGFIELD HOUSING AUTHORITY

By _____

Title __Raymond B. Asselin, Executive Director__

Date __October 17, 1994__

G & R Associates Inc.

By _____

Title __Gary Baribeau, Treasurer/Clerk__
October 17, 1994

```
CONCRETE - RAMPS/SIDEWALKS                               195829
CARPENTRY - LABOR/MATERIAL                               16891
GLASS                                                    10480
SIGNS/POSTS                                               2267
RAILS FABRICATE                                         159291
  "    SAND BLAST                                        32048
  "      "     MATERIAL                                   8904
  "    INSTALL                                           40968
CONCRETE FORMS/REINFORCE                                 22000
FASTENERS                                                  113
SPRAY GUNS/ACC                                             211
FENCE                                                     1269
SUPV                                                     50000
                         TOTAL                          536400
                                                        621737
CONTRACT                              NET                65337
                                                            ÷ 3
                                  21779
GARAGE EXTRAS - STUDS/DRYWALL    ( 56,000 )                481
                  LABOR                                    240
                  MISC MAT'L                                84
                  DOOR                                     205
                  TAPE/CLOSET/BRACING                      213
                                              TOTAL       1223
                                             407           ÷ 3

ART - 1993 CK - 1100   1994 CK 1945, 1434 = 4528 + 407 =
RAY BANK BRISTOL 40,000 x .41 = 16400/2 = 8200 + 20,000 = 28200
     DEBT FORGIVE 44,000 x .41 = 18040/2 = 9020             9020
     1994 CK - 1360 + TILE - 1100 + LABOR - 700 =           3160
```

(circled: 8,536   181   9   27)   (circled: 56,000)

7

12/23/94

PETE   RAY   ART   (G&R)

37051 ← OWES

OWES → 18537           — PAY TO PETE

OWES           → 18537

4479 ←           OWES

9333 ←           OWES

9333 ←           OWES — PAY TO ART

9333           OWES — PAY TO ART

```
  37051
 -18537
 ─────
  18514   NET TO PETE AFTER
  -9333   PETE PAYS RAY FOR ADA 504 SITE
  ─────
   9181   NET TO PETE AFTER RAY (G&R)
          PAYS ART
```

SAME MOTHER → 18537
              → 9333
               9204 ← NET TO ART AFTER (FROM PETE)
               4479  RAY PAYS ART
               4725 ← NET TO ART AFTER (FROM PETE)
               9333  ART PAYS PETE
               4608 ← DUE PETE FROM G&R (CHECK)

```
  $28,000
 -  4,608
 ───────
   23,400
    8,766
 ───────
   14,634
```