## AFFIDAVIT OF CLIFFORD W. HEDGES

I, Clifford W. Hedges, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) Boston Division, Springfield Resident Agency, located at 155 Brookdale Drive, Springfield, Massachusetts. I have been a FBI Special Agent since January 4, 1987.

2. On a number of occasions, I have made discovery available to counsel for defendant Davis at the FBI. It is my practice to remain within or close by the evidence rooms to answer any questions and to insure the integrity of the evidence for future use at trial. Attorney Rehnquist has never visited the FBI office to inspect any of the discovery in the United States v. Asselin matter.

3. There have been three individuals, two associates and one paralegal, who have visited the FBI office at various times to review discovery. On more than one occasion the two associates have separately stated to me that they have no idea what they are looking for.

4. Of the two associates, one visited the FBI more often than the other. The second associate filled in for the first associate when the first associate was on maternity leave. Of the two associates, the second associate appeared much less diligent in her review of the discovery than the first associate. I would describe her review as appearing to me more akin to going through the motions than actually conducting a diligent search for documents. Of the three, the paralegal appeared to conduct a review of the documents with the greatest diligence.

_____
CLIFFORD W. HEDGES
Special Agent, FBI

