UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSET

UNITED STATES OF AMERICA

V.

CASE NO. CR 04-30033-MAP

PETER DAVIS

## NOTICE OF HEARING

PLEASE TAKE NOTICE that   A HEARING ON THE GOVERNMENTS APPEAL OF RULING MADE ON DEFENDANT'S MOTION FOR BILL OF PARTICULARS CONTAINED IN THE MEMO AND ORDER ISSUED (Dkt 146)  in the above-entitled case has been SET  for APRIL 5,  2006   at   2:00 P.M.  before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th   floor.

SARAH THORNTON
CLERK OF COURT

3/16/06
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                  [ntchrgcnf.]