UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

**DEFENDANT PETER DAVIS'S**
**MOTION TO CONTINUE HEARING**

Defendant Peter Davis hereby moves to continue the hearing scheduled for Wednesday, April 5, 2006, to a date convenient to the Court's schedule after April 10, 2006. As grounds for this motion, defendant Davis states as follows:

1) On March 16, 2006, this Court issued a Notice of Hearing as to the government's appeal of Magistrate Judge Neiman's Order granting Defendant Peter Davis's Renewed Motion for a Bill of Particulars, issued February 6, 2006.

2) On Sunday, March 26, 2006, Mr. Davis's counsel James C. Rehnquist suffered a complete tear of his quadriceps tendon while coaching his 12-year-old son's basketball team. He was forced to undergo emergency surgery on Tuesday, March 28, 2006, and has been ordered by doctors to immobilize his leg completely for the next few weeks.

3) On Friday, March 31, 2006, attorney Kathleen Luz sent a letter to Courtroom Clerk Elizabeth French, requesting that Mr. Rehnquist be permitted to participate in the hearing by telephone, in light of his inability to travel to the Court. Following up on that letter, on Monday, April 3, 2006, attorney William Trach spoke with Ms. French, who indicated that the

Court preferred to have counsel attend the hearing in person, and instructed counsel to file a motion to continue the hearing.

4) Accordingly, Defendant Peter Davis requests that the Court continue the hearing to a date convenient to the Court's schedule after April 10, 2006. If Mr. Rehnquist is unable to drive at that point, he will have someone drive him to the Court to attend the hearing.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: April 4, 2006

## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

 /s/ James C. Rehnquist
James. C. Rehnquist

## **CERTIFICATE OF SERVICE**

    I, James C. Rehnquist, counsel for defendant, hereby certify that a copy of the foregoing document has been served on counsel of record electronically, and has been served on the following individuals by first-class mail, postage pre-paid, on this 4th day of April, 2006:

Roy H. Anderson
935 Main Street
Springfield, MA 01103

                                                  **/s/ James C. Rehnquist**
                                                  James C. Rehnquist

LIBA/1647678.1