James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

June 6, 2006

**_By Facsimile and Regular Mail_**

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

Re:   *USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP*

Dear Mr. Welch:

I am responding to the Government's First Request for Reciprocal Discovery Under Rule 16, filed with the Court on May 26, 2006. Pursuant to Fed. R. Crim. P. 16(b), defendant Peter Davis hereby makes the following reciprocal disclosure: Defendant Peter Davis hereby designates as reciprocal discovery all of the materials previously provided to, or made available to, defendants by the government pursuant to the government's discovery obligations under Fed. R. Crim. P. 16(a). Mr. Davis may introduce some of those discovery materials during his case-in-chief at trial. Mr. Davis currently has no additional materials within his possession, custody, or control that he intends to introduce in his case-in-chief at trial. To the extent Mr. Davis acquires any additional materials which he may introduce as part of his case-in-chief at trial, he will disclose such materials to the government in a timely manner.

Please feel free to contact me if you have any questions or concerns.

Very truly yours,

/s/ **James C. Rehnquist**

James C. Rehnquist

cc:   Clerk's Office
      Defense counsel of record

LIBA/1705294.1