UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              ) NO. 04-CR-30033-MAP
                            )
RAYMOND ASSELIN, SR., ET AL.,)
            Defendants      )

ORDER

June 9, 2006

PONSOR, D.J.

Counsel for all parties, either directly or through representation by another attorney, appeared before this court for a status conference on June 8, 2006. Based on counsel's representations, the court orders that <u>all</u> counsel appear at this court on June 20, 2006 at 1:00 p.m. for the purpose of conferring with counsel for the government.

One or more of the attorneys for the defendants, along with counsel for the government, will appear before this court on June 21, 2006 at 4:00 p.m. to report to the court, in detail, the results of the conference on June 20, 2006.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge