# EXHIBIT B



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*          *Federal Building and Courthouse*
*Fax (413) 785-0394*                       *1550 Main Street, Room 310*
                                           *Springfield, Massachusetts 01103*

July 23, 2006

VIA FAX 617-523-1231

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:  **United States v. Peter Davis**
        CR-N-04-30033-MAP

Dear Counsel:

    Copies of exhibits will not be available for pick up on July 24, 2006.  You only had asked for an exhibit list during the two status conferences at which this issue was addressed.  Moreover, the court's order clearly requires the production of an exhibit list and nothing more.

    I intend to file the exhibit list electronically on July 24, 2006.  Since I commence a trial on Monday, my filing of the list may occur after 5:00 p.m. on Monday.

    Regarding the other issues raised in your letter, they will be addressed in due course.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:

                WILLIAM M. WELCH II
                Assistant United States Attorney