# EXHIBIT C

07/25/06  08:57 FAX 4137850394          US ATTY'S OFFICE                        ☑003

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )    CR-N-04-30033-MAP
                                   )
                Plaintiff,         )    GOVERNMENT'S EXHIBIT LIST
        vs.                        )
                                   )
RAYMOND ASSELIN, ET. AL.,          )
                                   )
_____Defendants.____)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|
| 1. | Springfield Housing Authority Vendor Payments to P.J. Richfield, Inc. from 12/28/90 through 05/11/98 | | | |
| 2. | Typed Personal Financial Statement as of 05/01/88 for Joseph Asselin to Suffield Savings Bank | | | |
| 3. | Typed Personal Financial Statement as of 05/01/88 for Joseph Asselin to Suffield Savings Bank | | | |
| 4. | Typed Personal Financial Statement as of 05/01/88 for Joseph Asselin to Suffield Savings Bank | | | |
| 5. | Handwritten Personal Financial Statement as of 10/30/92 for Joseph Asselin | | | |

1

07/25/06   08:57 FAX 4137850394        US ATTY'S OFFICE                    ⌀004

| | | | | |
|---|---|---|---|---|
| 6. | Typed Personal Financial Statement, dated 10/30/92 Reflecting Schedules A through F | | | |
| 7. | Letter, dated 11/02/92, from Bank of Boston to Joseph Asselin and Peter Davis | | | |
| 8. | Letter, dated 11/18/92, from Joseph Asselin and Peter Davis to Bank of Boston | | | |
| 9. | Letter, dated 12/02/92, from Bank of Boston to Joseph Asselin and Peter Davis | | | |
| 10. | Letter, dated 03/22/93, from Joseph Asselin and Peter Davis to Bank of Boston | | | |
| 11. | Letter, dated 05/11/93, with Releases from Riemer & Braunstein to Joseph Asselin | | | |
| 12. | Letter, dated 05/17/93, with Release from Riemer & Braunstein to Joseph Asselin | | | |
| 13. | Springfield Housing Authority Minutes, dated 10/15/90, Regarding Award of $39,350.00 Contract for Rodney Smith Fire Job to P.J. Richfield, Inc. | | | |

07/25/06  08:58 FAX 4137850394 _____ US ATTY'S OFFICE                          ☒005

| | | | | |
|---|---|---|---|---|
| 14. | Springfield Housing Authority Minutes, dated 07/29/91, Regarding Award of $336,400.00 Contract for Manilla Apartments and Re-Roofing of Riverview Apartments to P.J. Richfield, Inc. | | | |
| 15. | Springfield Housing Authority Minutes, dated 02/03/92, Regarding Award of Contract for Comprehensive Improvement Assistance to Ciocca Construction | | | |
| 16. | Springfield Housing Authority Minutes, dated 04/06/92, Regarding Change Order No. 1 for Comprehensive Improvement Assistance and Award of $31,475.00 Contract for 571 Bay Street Fire Job to P.J. Richfield, Inc. | | | |
| 17. | Springfield Housing Authority Minutes, dated 08/03/92, Regarding Change Order No. 2 for Comprehensive Improvement Assistance to P.J. Richfield, Inc. | | | |
| 18. | Springfield Housing Authority Minutes, dated 09/14/92, Regarding Award of $342,072.00 Contract for Harrigan Apartments to P.J. Richfield, Inc. | | | |

07/25/06   08:58 FAX 4137850394          US ATTY'S OFFICE                    ☑006

| | | | | |
|---|---|---|---|---|
| 19. | Springfield Housing Authority Minutes, dated 10/13/92, Regarding Certificate of Completion for Contract NO. 35-1-7-1991-2-11 for Manilla and Riverview Modernization Work to P.J. Richfield, Inc. | | | |
| 20. | Springfield Housing Authority Minutes, dated 02/22/93, Regarding Award of Contract for Pendleton Apartments to RAC Builders, Inc. | | | |
| 21. | Springfield Housing Authority Minutes, dated 06/21/93, Regarding Certificate of Completion for Contract No. 35-5-1992-1-7 for Harrigan Apartments and Award of $69,155.00 Contract for Christopher Court Garage to P.J. Richfield, Inc. | | | |
| 22. | Springfield Housing Authority Minutes, dated 06/28/93, Regarding Award of $586,900.00 Contract for ADA/504 Site Work to P.J. Richfield, Inc. | | | |
| 23. | Springfield Housing Authority Minutes, dated 10/17/94, Regarding Change Order for Contract No. 35-C-1993-2-8 for ADA/504 Site Work to P.J. Richfield, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 24. | Springfield Housing Authority Minutes, dated 03/18/94, Regarding Award of Contract for Interior Vestibule Doors to Hawkins Structural Systems | | | |
| 25. | Springfield Housing Authority Minutes, dated 05/09/94, Regarding Change Order No. 2 for Contract No. 35-C-1993-2-8 for ADA/504 Site Work to P.J. Richfield, Inc. | | | |
| 26. | Springfield Housing Authority Minutes, dated 10/17/94, Regarding Certificate of Completion for Contract No. 35-C-1993-2-8 for ADA/504 Site Work to P.J. Richfield, Inc. | | | |
| 27. | Springfield Housing Authority Minutes, dated 06/26/95, Regarding Award of $177,490.00 Contract for Site Improvements to P.J. Richfield, Inc. | | | |
| 28. | Springfield Housing Authority Minutes, dated 08/14/95, Regarding Change Order No. 1 for Sullivan Apartments to P.J. Richfield, Inc. | | | |
| 29. | Springfield Housing Authority Minutes, dated 11/13/95, Regarding Change Order No. 2 for Sullivan Apartments to P.J. Richfield, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 30. | Springfield Housing Authority Minutes, dated 03/25/96, Regarding Award of Contract for Site Work at Tri-Towers and Christopher Court to Goncalves & Sons, Inc. | | | |
| 31. | Springfield Housing Authority Minutes, dated 05/28/96, Regarding Award of $294,470.00 Contract for Exterior Renovations to P.J. Richfield | | | |
| 32. | Springfield Housing Authority Minutes, dated 09/23/96, Regarding Award of $1,027,458.00 Contract for Christopher Court Repairs to P.J. Richfield | | | |
| 33. | Springfield Housing Authority Minutes, dated 10/21/96, Regarding Change Order No. 1 for Contract No. 35-12-13-15-1996-1-9 for Exterior Renovations to P.J. Richfield | | | |
| 34. | Springfield Housing Authority Minutes, dated 01/13/97, Regarding Change Order No. 1 for Contract No. 35-14-1996-1-11 for Christopher Courts to P.J. Richfield | | | |
| 35. | Springfield Housing Authority Minutes, dated 05/27/97, Regarding Award of Contract for Low Rise Renovations at Riverview Apartments to G & R Associates | | | |

| | | | | |
|---|---|---|---|---|
| 36. | Springfield Housing Authority Minutes, dated 07/21/97, Regarding Certificate of Completion for Contract No. 35-12, 13, 16-1996-1-9 for Exterior Renovations to P.J. Richfield | | | |
| 37. | Springfield Housing Authority Minutes, dated 09/22/97, Regarding Award of 137 Clyde Street Fire Job to G & R Associates | | | |
| 38. | Springfield Housing Authority Minutes, dated 10/20/97, Regarding Award of OSHA Compliance Contract to P.J. Richfield | | | |
| 39. | Springfield Housing Authority Minutes, dated 05/11/98, Regarding Certificate of Completion for Contract No. G-1997-4-15 for $108,500.00 OSHA Compliance to P.J. Richfield and Project A and Project B Modernization Bids | | | |
| 40. | Springfield Housing Authority Minutes, dated 06/08/98, Regarding Award of Bids for Project A and Project B Modernizations to Manny's Plumbing & Heating/G & R Associates, a Joint Venture | | | |

7

| | | | | |
|---|---|---|---|---|
| 41. | Cover Letter, dated 11/24/92 with Attached Certificate of Completion for P.J. Richfield for Manilla and Riverview Apartments Seized from Springfield Housing Authority | | | |
| 42. | P.J. Richfield General Bid, dated 06/21/93, for $69,155.00 for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 43. | P.J. Richfield Handwritten General Bid, undated, for $69,155.00 for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 44. | P.J. Richfield Request for Partial Payment, dated 08/02/93, Marked as "Original #1" Seized from Office of Arthur Sotirion | | | |
| 45. | P.J. Richfield Request for Partial Payment No. 1, dated 08/02/93, Seized from Office of Arthur Sotirion | | | |
| 46. | Handwritten P.J. Richfield Request for Partial Payment No. 2, dated 08/19/93, Seized from Office of Arthur Sotirion | | | |

07/25/06  08:59 FAX  4137850394          US ATTY'S OFFICE                           ☑011

| | | | | |
|---|---|---|---|---|
| 47. | P.J. Richfield Request for Partial Payment No. 2, dated 08/19/93, Marked as "Original #2" Seized from Office of Arthur Sotirion | | | |
| 48. | Handwritten P.J. Richfield Request for Partial Payment No. 3, dated 09/20/93, Seized from Office of Arthur Sotirion | | | |
| 49. | P.J. Richfield Request for Partial Payment No. 3, dated 09/20/93, Seized from Office of Arthur Sotirion | | | |
| 50. | Handwritten P.J. Richfield Request for Partial Payment No. 4 Final, dated 11/05/93, Seized from Office of Arthur Sotirion | | | |
| 51. | P.J. Richfield Request for Partial Payment No. 4 Final, dated 11/05/93, Marked as "Original #1" Seized from Office of Arthur Sotirion | | | |
| 52. | Handwritten Certificates of Completion, dated 11/12/93, for P.J. Richfield for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |

9

| | | | | |
|---|---|---|---|---|
| 53. | Certificates of Completion, dated 11/12/93, for P.J. Richfield for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 54. | Field Observation Report, dated 12/16/93, for P.J. Richfield for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 55. | Payroll Form, dated 11/06/93, for KDR Renovations for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 56. | Handwritten Notes, undated, Captioned "FXM" and "C & A Construction" with Attached Invoices Regarding Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 57. | Invoice from Leroy Jennings, dated 12/15/93, for $2,010.00 to Springfield Housing Authority for Wiring at Parking and Storage at Christopher Court Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 58. | Springfield Housing Authority Memorandum, dated 12/06/05, from Bruce Fuller to Terence Hogan Regarding Christopher Court Garage | | | |
| 59. | Fax, dated 06/23/93, Captioned "Riverview" Containing Handwritten Calculations Seized from Office of Arthur Sotirion | | | |
| 60. | P.J. Richfield General Bid, dated 06/25/93, for $586,900.00 for ADA/504 Site Work to P.J. Richfield, Inc. Seized from the Office of Arthur Sotirion | | | |
| 61. | Construction Meeting Minutes and Related Documents, dated 08/12/93 through 12/07/93, for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |
| 62. | Handwritten Notes Captioned "ADA Project Changes P.J. Richfield", dated 11/30/93, regarding Handrail Changes for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |

07/25/06  09:00 FAX 4137850394          US ATTY'S OFFICE                    ☑014

| | | | | |
|---|---|---|---|---|
| 63. | Handwritten Notes Captioned "P.J. Richfield Handycap Rail Type", undated, regarding for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | | |
| 64. | Fax, dated 09/28/94, Captioned "Punch List Riverview Apartments" with Handwritten Notes | | | | |
| 65. | Handwritten Notes, dated 09/30/94, Captioned "Art" Listing Items 1 through 5 | | | | |
| 66. | Letter, dated 10/12/94, Regarding Request for Status Report from James Bright to Peter Davis | | | | |
| 67. | Certificate of Completion, dated 10/14/94, and Associated Documents for P.J. Richfield for 504/ADA Site Work at Fourteen Developments Seized from Springfield Housing Authority | | | | |
| 68. | Draft Request for Final Payment, dated 10/17/94, for 504/ADA Site Work for P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | | |

07/25/06  09:00 FAX 4137850394          US ATTY'S OFFICE                    ☑015

| | | | | |
|---|---|---|---|---|
| 69. | Typed Document, dated 10/22/  , regarding Handrail Changes for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |
| 70. | Letter, dated 11/03/94, Regarding Inspections of ADA/504 Site Work from James Bright to Raymond Asselin Seized from Office of Arthur Sotirion | | | |
| 71. | Handwritten Letter, dated 12/06/94, Regarding Punch List Items from P.J. Richfield to James Bright Seized from Office of Arthur Sotirion | | | |
| 72. | Fax Transmittal, dated 01/06/95, with Attached Punchlists from James Bright to Ray Asselin Seized from Office of Arthur Sotirion | | | |
| 73. | Letter, dated 01/16/95, with Attached Punchlists from James Bright to Raymond Asselin Seized from Office of Arthur Sotirion | | | |
| 74. | Letter, dated 08/31/93, with Attachment from James Bright to Raymond Asselin Regarding ADA/504 Site Work Seized from Office of Arthur Sotirion | | | |

| 75. | Budget Cost Estimate, dated 10/04/93, from EJP Associates for ADA/504 Site Work Seized from Office of Arthur Sotirion | | | |
|---|---|---|---|---|
| 76. | G & R Associates, Inc. Draft Bid, dated 10/14/93, with Enclosures for ADA/504 Seized from Office of Arthur Sotirion | | | |
| 77. | Handwritten Bid Calculations, undated, Captioned "Bond 10" with Entry for "Peter Davis - Supervision - $56,000" Seized from Office of Arthur Sotirion | | | |
| 78. | Handwritten Bid Calculations, undated, Captioned "Cabinets $17,647" totaling $623,132 Seized from Office of Arthur Sotirion | | | |
| 79. | Handwritten Bid Calculations, undated, Captioned "13 Units $623,132" Seized from Office of Arthur Sotirion | | | |
| 80. | Handwritten Bid Calculations, undated, Captioned "PI" Totaling $627,000 Seized from Office of Arthur Sotirion | | | |
| 81. | Handwritten Notes, undated, Captioned "Painting  800/apt x 12. + 800" Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 82. | Handwritten Notes, undated, Captioned "Gary" with Entry "P.I. - $50,000 cash" Seized from Office of Arthur Sotirion | | | |
| 83. | Typed Form "Captioned ADA/504 Modifications at/Riverview Apts." Totaling $623,132 Seized from Office of Arthur Sotirion | | | |
| 84. | G & R Associates, Inc. Invoice, undated, Captioned "Recap - Extra Work" Seized from Office of Arthur Sotirion | | | |
| 85. | Handwritten Invoice, undated, from Marc's Electric to G.R. Associates regarding Change Order No. 1 Seized from Office of Arthur Sotirion | | | |
| 86. | G & R Associates, Inc. General Bid, dated 10/14/93, with Enclosures for $623,932.00 for "ADA/504 Compliance at 1 Development -1 Interior Renovations" Seized from Office of Arthur Sotirion | | | |
| 87. | Handwritten Check Register Captioned "G & R", dated 12/28/93 through 12/28/94, Seized from Office of Arthur Sotirion | | | |

| 88. | Handwritten Accounts Payable Spreadsheet, dated 12/28/93 through 12/28/94, Seized from Office of Arthur Sotirion | | | |
|---|---|---|---|---|
| 89. | Handwritten Notes, dated 08/23/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 90. | File Folder Titled "P J" Containing Invoices, dated 01/10/94 through 10/12/94, from P.J. Richfield for ADA/504 Site Work Seized from Office of Arthur Sotirion | | | |
| 91. | File Folder Titled "C & A" Containing Three undated Invoices for ADA/504 Site Work from C & A Construction to G & R Construction Seized from Office of Arthur Sotirion | | | |
| 92. | File Folder Captioned "Manny's" Containing Invoices, dated 02/10/94 through 07/05/94, Seized from Office of Arthur Sotirion | | | |
| 93. | Handwritten Notes, dated 09/09/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 94. | Handwritten Notes, dated 09/09/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |

16

| | | | | |
|---|---|---|---|---|
| 95. | Handwritten Notes, dated 09/21/94, Captioned "Gary" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 96. | Handwritten Notes, dated 10/14/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 97. | Handwritten Notes, dated 10/14/94, Captioned "Items Left" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 98. | Handwritten Notes, dated 10/14/94, Captioned "Items Left" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 99. | Handwritten Notes, dated 10/14/94, Captioned "Items Left" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 100. | Handwritten Notes, dated 10/30/94, Captioned "G & R Contract" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 101. | Handwritten Notes, dated 10/30/94, Captioned "G & R Contract" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 102. | Invoice, dated 11/16/94, with Attached Receipts from P.J. Richfield for ADA 504 Interior | | | |
| 103. | Handwritten Notes, dated 12/27/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 104. | Copies of G & R Construction Check Numbers 465 through 471, dated 12/28/94, Seized from Office of Arthur Sotirion | | | |
| 105. | DDA Detail File Inquiry, dated 01/13/95, for G & R Construction Seized from Office of Arthur Sotirion | | | |
| 106. | Handwritten Notes, undated, Captioned "Ck Book - 22,908.11" Seized from Office of Arthur Sotirion | | | |
| 107. | Handwritten Notes, undated, Captioned "432 P.J. Richfield" Containing Check Number, Payees, and Amounts Seized from Office of Arthur Sotirion | | | |
| 108. | File Folder Captioned "New Bills", dated 12/28/94, with Enclosures Containing Calculations for ADA/504 Contracts Seized from Office of Arthur Sotirion | | | |

| 109. | Handwritten Notes, undated, from Francis X. Maroney to Arthur G. Sotirion Regarding Hours Worked at Riverview Low Rise Seized from Office of Arthur Sotirion | | | |
|------|------|---|---|---|
| 110. | Certificate of Completion, dated 11/14/95, and Associated Documents for P.J. Richfield for Site Improvements  at Sullivan Apartments Seized from Springfield Housing Authority | | | |
| 111. | File Folder Captioned "C.C. Receipts, Cost Est., Proposals, Payments" for P.J. Richfield | | | |
| 112. | Handwritten Notes Captioned "Units Completed", dated 03/04/97, Regarding Extermination | | | |
| 113. | Handwritten Notes Captioned "Untitled Units Completed", dated 05/16/97, Regarding Extermination | | | |
| 114. | Northern Star Development Corp. Invoice, dated 02/02/97, for $3,990.00 to P.J. Richfield | | | |
| 115. | Northern Star Development Corp. Fax and Invoice, dated 03/06/97, for $10,050.00 to P.J. Richfield | | | |

07/25/06  09:02 FAX 4137850394          US ATTY'S OFFICE                    ☒022

| | | | | |
|---|---|---|---|---|
| 116. | Northern Star Development Corp. Invoice, dated 03/31/97, for $8,880.00 to P.J. Richfield | | | |
| 117. | G & R Associates Invoice, undated, for $21,040.00 for Christopher Court Buildings Y, X, W, V, U , T, S | | | |
| 118. | G & R Associates Invoice, undated, for $10,520.00 for Christopher Court Buildings for Services Rendered | | | |
| 119. | G & R Associates Invoice, undated, for $10,520.00 for Christopher Court Buildings Y, X, W, V, U , T, S | | | |
| 120. | G & R Associates Invoice, dated 08/22/97, for $11,640.00 for Christopher Court Buildings A, B, C, D, E, F, G | | | |
| 121. | Field Observation Report, dated 09/08/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 122. | Typed Schedule for Chris Court Painting, dated 09/08/97, for Peter Davis and Frank Ware | | | |
| 123. | Typed Schedule for Chris Court Painting, dated 09/08/97, for Peter Davis and Frank Ware | | | |

| | | | | |
|---|---|---|---|---|
| 124. | Typed Punchlist Captioned "Outstanding Work Yet to be Completed by Rehab Contractor", dated 09/08/97, for Christopher Court | | | |
| 125. | Typed Punchlist Captioned "Outstanding Work Yet to be Completed by Rehab Contractor", dated 09/09/97, for Christopher Court | | | |
| 126. | Typed Punchlist Captioned "Outstanding Work Yet to be Completed by Rehab Contractor", dated 09/08/97, with Handwritten Second Notice, dated 10/16/97 | | | |
| 127. | Field Observation Report, dated 10/02/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 128. | Field Observation Report, dated 10/12/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 129. | Field Observation Report, dated 10/16/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 130. | Certificate of Completion, dated 07/18/97, and Associated Documents for P.J. Richfield for Exterior Renovations at Jones, Central, and Appleseed Apartments from Springfield Housing Authority | | | |

| | | | | |
|---|---|---|---|---|
| 131. | Certificate of Completion, dated 05/04/98, and Associated Documents for P.J. Richfield for OSHA Compliance at Robinson, Duggan, Riveview and Christopher Court Apartments Seized from Springfield Housing Authority | | | |
| 132. | Springfield Housing Authority Check No. 2473, dated 07/19/96, for $19,380.00 made payable to P.J. Richfield, Inc. | | | |
| 133. | Springfield Housing Authority Check No. 2479, dated 08/09/96, for $64,315.00 made payable to P.J. Richfield | | | |
| 134. | Springfield Housing Authority Check No. 2489, dated 09/18/96, for $68,875.00 made payable to P.J. Richfield | | | |
| 135. | P.J. Richfield, Inc. Check No. 1077, dated 09/30/96, for $2,491.32 made payable to Triangle Pacific | | | |
| 136. | P.J. Richfield, Inc. Check No. 1079, dated 10/01/96, for $2,000.00 made payable to Charles Lysak | | | |
| 137. | P.J. Richfield, Inc. Check No. 1080, dated 10/01/96, for $350.00 made payable to Joseph Williams | | | |

| | | | | |
|---|---|---|---|---|
| 138. | P.J. Richfield, Inc. Check No. 1081, dated 10/01/96, for $720.00 made payable to J.J. Gleason Co. | | | |
| 139. | Purchase and Sale Agreement, dated 05/03/96, Seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 140. | File Folder Captioned "Chris Asselin" and "Bowles" Seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 141. | Twelve Color Photographs of Renovations Seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 142. | Springfield Housing Authority Check No. 2495, dated 10/21/96, for $57,285.00 made payable to P.J. Richfield | | | |
| 143. | Springfield Housing Authority Check No. 2502, dated 11/25/96, for $56,848.00 made payable to P.J. Richfield, Inc. | | | |
| 144. | Springfield Housing Authority Check No. 2512, dated 01/02/97, for $19,525.00 made payable to P.J. Richfield, Inc. | | | |
| 145. | Springfield Housing Authority Check No. 2515, dated 01/24/97, for $115,632.00 made payable to P.J. Richfield | | | |

07/25/06  09:03 FAX 4137850394          US ATTY'S OFFICE                    ☐ 028

| | | | | |
|---|---|---|---|---|
| 146. | Springfield Housing Authority Check No. 2525, dated 02/28/97, for $171,160.00 made payable to P.J. Richfield, Inc. | | | |
| 147. | Springfield Housing Authority Check No. 2525, dated 02/28/97, for $171,160.00 made payable to P.J. Richfield, Inc. | | | |
| 148. | Springfield Housing Authority Check No. 2545, dated 04/30/97, for $106,076.00 made payable to P.J. Richfield, Inc. | | | |
| 149. | Springfield Housing Authority Check No. 2555, dated 06/04/97, for $125,467.00 made payable to P.J. Richfield, Inc. | | | |
| 150. | Springfield Housing Authority Check No. 2566, dated 07/03/97, for $79,259.00 made payable to P.J. Richfield | | | |
| 151. | Springfield Housing Authority Check No. 2579, dated 08/05/97, for $30,970.00 made payable to P.J. Richfield, Inc. | | | |
| 152. | Fleet Bank Statement, dated 10/16/97, for P.J. Richfield and Canceled Checks | | | |
| 153. | Fleet Bank Statement, dated 11/17/97, for P.J. Richfield and Canceled Checks | | | |

| | | | | |
|---|---|---|---|---|
| 154. | Fleet Bank Statement, dated 12/16/97, for P.J. Richfield and Canceled Checks | | | |
| 155. | P.J. Richfield, Inc. Check No. 1570, dated 10/03/97, for $8,200.00 made payable to Springfield Lumber | | | |
| 156. | P.J. Richfield, Inc. Check No. 1615, dated 12/01/97, for $7,925.00 made payable to Springfield Lumber | | | |
| 157. | P.J. Richfield, Inc. Check No. 1630, dated 12/17/97, for $3,900.00 made payable to Springfield Lumber | | | |
| 158. | Springfield Lumber Handwritten Account Ledger and Attached Invoices, dated 09/29/97 through 12/19/97, for Joseph Asselin, 518 Old Farm Road, Amherst, MA | | | |
| 159. | P.J. Richfield, Inc. Check No. 1571, dated 09/22/97, for $7,400.00 made payable to G. Toussaint Sons Inc. | | | |
| 160. | Toussaint & Sons Deposit Ticket, dated 10/06/97, Reflecting Deposit of $7,400.00 from P.J. Richfield | | | |

| | | | | |
|------|-------------------------------------------------------------------------------------------------------|---|---|---|
| 161. | Chicopee Savings Bank Deposit Ticket and Items, dated 10/06/97, Reflecting Deposit of $7,400.00 from P.J. Richfield | | | |
| 162. | P.J. Richfield, Inc. Check No. 1576, dated 10/07/97, for $1,338.24 made payable to Kevin Maroney | | | |
| 163. | Invoice No. 173387, dated 09/10/97, for $3,605.00 to P.J. Richfield from Lenny Stadnicki | | | |
| 164. | Invoice No. 173388, dated 09/10/97, for $4,338.24 to P.J. Richfield from Kevin Maroney | | | |
| 165. | ABC Supply Co. Inc. Invoice, dated 08/21/97, for Fourteen Storm Windows for 184 Bowles Park Extension, Springfield, MA | | | |
| 166. | P.J. Richfield, Inc. Check No. 1579, dated 10/14/97, for $12,400.00 made payable to G. Toussaint | | | |
| 167. | Toussaint & Sons Deposit Ticket, dated 10/23/97, Reflecting Deposit of $12,400.00 from P.J. Richfield | | | |

| | | | | |
|---|---|---|---|---|
| 168. | Chicopee Savings Bank Deposit Ticket and Items, dated 10/23/97, Reflecting Deposit of $12,400.00 from P.J. Richfield | | | |
| 169. | P.J. Richfield, Inc. Check No. 1599, dated 11/13/97, for $3,000.00 made payable to J.A.N. | | | |
| 170. | P.J. Richfield, Inc. Check No. 1606, dated 11/17/97, for $3,000.00 made payable to J.A.N. | | | |
| 171. | J.A.N. Inc. Proposal, dated 11/10/97, for Joseph Asselin, 518 Old Farm Road, Amherst, MA | | | |
| 172. | J.A.N. Inc. Handwritten Ledger Captioned "J.A.N. ano 1997" Recording Deposits from 01/29/97 through 12/31/97 | | | |
| 173. | Color Photographs of Exterior of 518 Old Farm Road, Amherst, MA | | | |
| 174. | P.J. Richfield, Inc. Check No. 1604, dated 11/16/97, for $1,154.05 made payable to National Vinyl | | | |
| 175. | National Vinyl Products, Inc. Customer Activity, Account with Attachments, dated 09/05/97 through 01/09/98, for P.J. Richfield | | | |

07/25/06  09:04 FAX 4137850394        US ATTY'S OFFICE                    ☑030

| | | | | |
|---|---|---|---|---|
| 176. | Index Card, Captioned "PJ", Seized from 115 Mayfair Avenue, Springfield, MA | | | |
| 177. | Brown Spiralbound Notebook Titled "Stocks" Seized from 115 Mayfair Avenue, Springfield, MA | | | |
| 178. | Office of Campaign and Political Finance Report, dated 03/30/99 through 05/05/99, for Christopher Asselin | | | |
| 179. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 04/11/03, to Kevin Maroney | | | |
| 180. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 04/29/03, to National Vinyl Products, Inc. | | | |
| 181. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 05/06/03, to Nektar Papoutsakis | | | |
| 182. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 07/11/03, to Jan Mason Contractors | | | |
| 183. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 08/01/03, to Edward Archambeault | | | |

| 184. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 08/01/03, to Rene Dion | | | |
|------|------------------------------------------------------------------------------------------------------------|--|--|--|
| 185. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 08/01/03, to JAN Masonry | | | |
| 186. | Springfield Housing Authority Vendor Payments to G & R Associates, Inc. from 08/02/88 through 10/31/02 | | | |
| 187. | Contract, dated 06/08/93, Relating to Morris School Parking Lots to G & R Associates | | | |
| 188. | G & R Associates, Inc. Contractor Proposal Form, dated 01/23/95, with Enclosures for $34,785.00 for Moxon Fire Job Seized from Office of Arthur Sotirion | | | |
| 189. | Springfield Housing Authority Memorandum, dated 01/23/95, from Arthur G. Sotirion to Raymond B. Asselin Recommending G & R Associates for Moxon Fire Job Seized from Office of Arthur Sotirion | | | |
| 190. | G & R Associates, Inc. Invoice, undated, for $34,785.00 to Springfield Housing Authority Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 191. | Springfield Housing Authority Purchase Order, dated 10/31/95, for $34,785.00 made payable to G & R Associates Seized from Office of Arthur Sotirion | | | |
| 192. | G & R Associates, Inc. General Bid Form, dated 04/19/00, for Tri-Towers Window Project Seized from Office of Arthur Sotirion | | | |
| 193. | G & R Associates, Inc. Check No. 532, dated 07/08/96, for $950.00 made payable to Hastie Fence | | | |
| 194. | Hastie Fence Invoices, dated 06/19/96 and 07/08/96, for Spruce Stockade Fence at 48 Webber Street | | | |
| 195. | G & R Associates, Inc Check No. 542, dated on or about 08/27/96, for $1,141.30 made payable to Eastern Electronics | | | |
| 196. | G & R Associates, Inc Check No. 565, dated 08/14/97, for $450.00 made payable to Smith Associates | | | |
| 197. | Smith Associates Invoice and Related Documents, dated 08/18/97, for Survey Work | | | |

07/25/06  09:05 FAX 4137850394          US ATTY'S OFFICE                    ☒033

| | | | | |
|---|---|---|---|---|
| 198. | G & R Associates, Inc. Check No. 583, dated 10/17/97, for $330.00 made payable to Smith Associates | | | |
| 199. | Smith Associates Invoice, dated 10/14/97, for Survey Work at Old Farm Road, Amherst | | | |
| 200. | G & R Associates, Inc. Check No. 594, dated 11/12/97, for $9,211.81 made payable to Eastern Electronics | | | |
| 201. | Eastern Electronics Invoice and Attachments, dated 12/11/97, for Computer Monitors and Two Printers, among Other Items | | | |
| 202. | G & R Associates, Inc. Check No. 614, dated 12/17/97, for $18,100.00 made payable to Springfield Lumber | | | |
| 203. | Springfield Lumber Deposit Ticket, dated 12/19/97, and Check Copy | | | |
| 204. | G & R Associates, Inc. Check No. 615, dated 12/17/97, for $5,500.00 made payable to Toussaint & Son | | | |
| 205. | G & R Associates, Inc. Check No. 616, dated 12/22/97, for $4,030.00 made payable to Roy & Dutil Concrete | | | |

| | | | | |
|---|---|---|---|---|
| 206. | Roy & Dutil Invoice and Receipts, dated 09/30/97, for Concrete for Joseph Asselin | | | |
| 207. | G & R Associates, Inc. Check No. 623, dated 1/23/98, for $75,525.00 made payable to Frank Ware | | | |
| 208. | G & R Associates, Inc. Check No. 624, dated 01/22/98, for $14,440.00 made payable to Northern Star Development | | | |
| 209. | G & R Associates, Inc. Check No. 628, dated 01/22/98, for $25,000.00 made payable to The Ware Group | | | |
| 210. | G & R Associates, Inc. Check No. 630, dated 2/17/98, for $336.00 made payable to City Tire Co. | | | |
| 211. | City Tire Co. Invoice, dated 02/20/98, for Cadillac Fleetwood | | | |
| 212. | G & R Associates, Inc. Check No. 631, dated 2/20/98, for $277.00 made payable to City Tire Co. | | | |
| 213. | G & R Associates, Inc. Check No. 636, dated 03/27/98, for $14,440.00 made payable to Northern Star Development | | | |

| | | | | |
|---|---|---|---|---|
| 214. | G & R Associates, Inc. Check No. 637, dated 03/27/98, for $9,500.00 made payable to The Ware Group | | | |
| 215. | G & R Associates, Inc. Check No. 638, dated 3/27/98, for $106,571.00 made payable to Frank Ware | | | |
| 216. | G & R Associates, Inc. Check No. 643, dated 03/27/98, for $7,690.57 made payable to IXL Cabinets | | | |
| 217. | Triangle Pacific Corp Invoices, dated 03/03/98 and 04/03/98, for cherry kitchen cabinets shipped to 518 Old Farm Road, Amherst, Massachusetts | | | |
| 218. | G & R Associates, Inc. Check No. 650, dated 04/28/98, for $6,003.90 made payable to Ware Rite Distributors | | | |
| 219. | Ware Rite Distributor Invoice and Document, dated 04/15/98, for Corian Countertop at 519 Old Farm Road, Amherst, Massachusetts | | | |
| 220. | G & R Associates, Inc. Check No. 652, dated 05/04/98, for $57,000.00 made payable to Frank Ware | | | |

| | | | | |
|---|---|---|---|---|
| 221. | G & R Associates, Inc. Check No. 653, dated 05/04/98, for $11,780.00 made payable to Northern Star Development | | | |
| 222. | G & R Associates, Inc. Check No. 658, dated 05/07/98, for $17,195.00 made payable to The Ware Group | | | |
| 223. | G & R Associates, Inc. Check No. 663, dated 05/08/98, for $3,000.00 made payable to M & M Paving | | | |
| 224. | G & R Associates, Inc. Check No. 666, dated 05/24/98, for $2,518.40 made payable to Warner Brothers | | | |
| 225. | Warner Brothers Documents, dated 05/18/98, for loam delivered to 518 Old Farms Road, Amherst, Massachusetts | | | |
| 226. | G & R Associates, Inc. Check No. 670, dated 5/26/98, for $225.00 made payable to Triple B Towing | | | |
| 227. | G & R Associates, Inc. Check No. 674, dated 05/28/98, for $18,359.00 made payable to Frank Ware | | | |

07/25/06  09:06 FAX 4137850394          US ATTY'S OFFICE                                    ☎037

| | | | | |
|---|---|---|---|---|
| 228. | G & R Associates, Inc. Check No. 675, dated 05/28/98, for $7,000.00 made payable to The Ware Group | | | |
| 229. | G & R Associates, Inc. Check No. 678, dated 05/28/98, for $13,686.00 made payable to Northern Star Development | | | |
| 230. | G & R Associates, Inc. Check No. 682, dated 06/10/98, for $19,000.00 made payable to The Ware Group | | | |
| 231. | G & R Associates, Inc. Check No. 683, dated 06/10/98, for $20,187.00 made payable to The Ware Group | | | |
| 232. | G & R Associates, Inc. Check No. 687, dated 07/19/98, for $3,772.50 made payable to Eastern Electronics | | | |
| 233. | Eastern Electronics Invoice and Attachments, dated 07/31/98, for Computer Equipment | | | |
| 234. | G & R Associates, Inc. Check No. 690, dated 07/10/98, for $104,857.00 made payable to Valley Floor Covering, Inc. | | | |
| 235. | G & R Associates, Inc. Check No. 695, dated 07/10/98, for $38,500.00 made payable to The Ware Group | | | |

07/25/06  09:06 FAX 4137850394          US ATTY'S OFFICE                      ⌀038

| | | | | |
|---|---|---|---|---|
| 236. | G & R Associates, Inc. Check No. 723, dated 08/27/98, for $2,340.35 made payable to Automatic Appliances | | | |
| 237. | Automatic Appliances Invoice, dated 08/31/98, for stainless steel grills | | | |
| 238. | G & R Associates, Inc. Check No. 726, dated 09/08/98, for $255.15 made payable to Banas Concrete | | | |
| 239. | Banas Sand & Gravel Invoice, dated 09/08/98, for concrete delivered to 811 Dickinson | | | |
| 240. | G & R Associates, Inc. Check No. 729, dated 09/11/98, for $25,697.00 made payable to The Ware Group | | | |
| 241. | G & R Associates, Inc. Check No. 730, dated 09/11/98, for $23,624.00 made payable to The Ware Group | | | |
| 242. | G & R Associates, Inc. Check No. 731, dated 09/11/98, for $35,177.00 made payable to Valley Floor Covering, Inc. | | | |
| 243. | G & R Associates, Inc. Check No. 735, dated 09/11/98, for $50,384.00 made payable to The Ware Group | | | |

| | | | | |
|---|---|---|---|---|
| 244. | G & R Associates, Inc. Check No. 738, dated 09/27/98, for $550.00 made payable to Eastern Electronics | | | |
| 245. | Eastern Electronics Discover Card Account Statement, dated 11/7/98, with Purchase of Eastern States Exposition tickets | | | |
| 246. | G & R Associates, Inc. Check No. 744, dated 11/13/98, for $2,993.00 made payable to The Ware Group | | | |
| 247. | G & R Associates, Inc. Check No. 745, dated 11/13/98, for $9,599.00 made payable to Valley Floor Covering, Inc. | | | |
| 248. | G & R Associates, Inc. Check No. 750, dated 11/13/98, for $3,769.00 made payable to The Ware Group | | | |
| 249. | G & R Associates, Inc. Check No. 755, dated 11/22/98, for $4,100.00 made payable to Manny's Appliances | | | |
| 250. | Manny's TV & Appliances Ticket History, dated 01/21/99, for various appliances | | | |
| 251. | G & R Associates, Inc. Check No. 756, dated 11/202/98, for $391.95 made payable to Manny's Appliances | | | |

| | | | | |
|---|---|---|---|---|
| 252. | Manny's TV & Appliances Ticket Histories, dated 09/28/99, for various appliances | | | |
| 253. | G & R Associates, Inc. Check No. 762, dated 12/21/98, for $1,390.20 made payable to Eastern Electronics | | | |
| 254. | Eastern Electronics Documents Relating to Check No. 762 | | | |
| 255. | G & R Associates, Inc. Check No. 770, dated 02/09/99, for $3,390.00 made payable to D & G Granite and Marble | | | |
| 256. | G & R Associates, Inc. Check No. 772, dated 02/22/99, for $985.00 made payable to United States Tickets | | | |
| 257. | G & R Associates, Inc. Check No. 779 and Check Stub, dated 06/08/99, for $1,500.00 made payable to David Foucher | | | |
| 258. | G & R Associates, Inc. Check No. 781, dated 06/24/99, for $482.55 made payable to City Tire Co. | | | |
| 259. | City Tire Co. Invoices, dated 06/24/99, for Chrysler LeBaron | | | |

| 260. | G & R Associates, Inc. Check No. 782 and Check Stub, dated 06/24/99 for $6,630.00 made payable to Pynchon Press | | | |
| 261. | G & R Associates, Inc. Check No. 784 and Check Stub, dated 07/07/99 for $792.68 made payable to A. Boilard Sons | | | |
| 262. | A. Boilard Sons Statement, dated 07/07/99, for decking materials | | | |
| 263. | G & R Associates, Inc. Check No. 789 and Check Stub, dated 07/26/99 for $6,750.00 made payable to David Foucher | | | |
| 264. | G & R Associates, Inc. Check No. 793 and Check Stub, dated 08/11/99 for $1,125.00 made payable to Dave Foucher | | | |
| 265. | G & R Associates, Inc. Check No. 794 and Check Stub, dated 08/11/99 for $2,375.00 made payable to Kimball's Automotive | | | |
| 266. | G & R Associates, Inc. Check No. 800, dated 08/20/98, for $7,500.00 made payable to Smith Paving Co. | | | |
| 267. | G & R Associates, Inc. Check No. 802, dated 08/21/99, for $8,314.78 made payable to Superior Mechanical Contractors | | | |

59

07/25/06  09:07 FAX 4137850394         US ATTY'S OFFICE                    ✏️042

| | | | | |
|---|---|---|---|---|
| 268. | Superior Mechanical Contractor Statement and Attachments, dated 08/25/99, for indoor air conditioning system at 115 Mayfair Avenue, Springfield, MA | | | |
| 269. | G & R Associates, Inc. Check No. 803, dated 08/24/99, for $66,200.00 made payable to Valley Floor Covering, Inc. | | | |
| 270. | G & R Associates, Inc. Check No. 809, dated 09/02/99, for $1,264.13 made payable to Pella Window and Door Co. | | | |
| 271. | Pella Products, Inc. Invoice No. 1121 and Related Documents, dated 09/03/99 for Sliding French Door | | | |
| 272. | G & R Associates, Inc. Check No. 815 and Check Stub, dated 09/20/99 for $88,200.00 made payable to Valley Floor Covering, Inc. | | | |
| 273. | G & R Associates, Inc. Check No. 820 and Check Stub, dated 09/27/99 for $1,167.00 made payable to Lucia Lumber | | | |
| 274. | Lucia Lumber Invoice, dated 09/28/99, for forty twenty foot lengths of Trex decking | | | |

| | | | | |
|---|---|---|---|---|
| 275. | G & R Associates, Inc. Check No. 822, dated 10/01/99, for $921.78 made payable to Springfield Lumber | | | |
| 276. | Springfield Lumber Invoice and Delivery Ticket, dated 09/13/99 and 09/14/99, for Lumber and Materials Delivered to Santamaria Street | | | |
| 277. | G & R Associates, Inc. Check No. 824, dated 10/01/99, for $1,000.00 made payable to Dan McNamee | | | |
| 278. | G & R Associates, Inc. Check No. 825 and Check Stub, dated 10/07/99, for $8,400.00 made payable to David Foucher | | | |
| 279. | G & R Associates, Inc. Check No. 826, dated 10/08/99, for $5,334.00 made payable to Manny's Appliances | | | |
| 280. | Manny's TV & Appliance Delivery Ticket, dated 10/9/99, and Various Ticket Histories | | | |
| 281. | G & R Associates, Inc. Check No. 828, dated 10/21/99, for $1,500.00 made payable to David Foucher | | | |
| 282. | G & R Associates, Inc. Check No. 829, dated 10/22/99, for $259.83 made payable to Chicopee Concrete | | | |

41

| | | | | |
|---|---|---|---|---|
| 283. | Chicopee Concrete Services Invoice, dated 10/21/99, for Salli Circle, Ludlow, MA | | | |
| 284. | G & R Associates, Inc. Check No. 833, dated 11/05/99, for $200.25 made payable to A. Boilard Sons | | | |
| 285. | A. Boilard Sons Statements, dated 10/06/99 through 10/27/99, for decking materials | | | |
| 286. | G & R Associates, Inc. Check No. 834, dated 11/08/99, for $6,000.00 made payable to David Foucher | | | |
| 287. | G & R Associates, Inc. Check No. 836, dated 11/22/99, for $4,850.00 made payable to Hastie Fence | | | |
| 288. | Hastie Fence Invoices dated 10/15/99 and 11/30/99, for a Cedar Fence at 811 Dickinson | | | |
| 289. | G & R Associates, Inc. Check No. 841, dated 12/21/99, for $800.00 made payable to ABC Glass Inc. | | | |
| 290. | ABC Glass Inc. Invoice, dated 12/15/99, for four mirrors at 518 Old Farm Road, Amherst, MA | | | |

07/25/06  09:08 FAX 4137850394          US ATTY'S OFFICE                    ☑045

| | | | | |
|---|---|---|---|---|
| 291. | G & R Associates, Inc. Check No. 845, dated 01/05/00, for $2,460.00 made payable to Eastern Electronics | | | |
| 292. | Eastern Electronic Documents Consisting of Best Buy Receipts, dated 01/16/00, and Infotel Distributing Invoice dated 12/09/99 | | | |
| 293. | G & R Associates, Inc. Check No. 847, dated 01/14/00, for $2,130.00 made payable to Kimball's Automotive | | | |
| 294. | G & R Associates, Inc. Check No. 848, dated 01/20/00, for $1,864.00 made payable to Magee Co. | | | |
| 295. | Magee Company Invoice, dated 01/18/00, for coin wrapping machine | | | |
| 296. | G & R Associates, Inc. Check No. 852, dated 03/15/00, for $2,980.00 made payable to Valley Floor Covering, Inc. | | | |
| 297. | G & R Associates, Inc. Check No. 853, dated 03/17/00, for $50,000.00 made payable to Project Management Innovations | | | |
| 298. | G & R Associates, Inc. Check No. 863, dated 04/26/00, for $6,000.00 made payable to Paul Bates | | | |

| | | | | |
|---|---|---|---|---|
| 299. | G & R Associates, Inc. Check No. 864, dated 04/27/00, for $4,000.00 made payable to Paul Bates | | | |
| 300. | G & R Associates, Inc. Check No. 865, dated 05/02/00, totaling $1,033.11 made payable to A. Boilard Sons | | | |
| 301. | A. Boilard Sons Statements, dated between 04/10/00 through 04/21/00, for decking materials | | | |
| 302. | G & R Associates, Inc. Check No. 866, dated 05/02/00, for $5,000.00 made payable to J.P. Corcoran | | | |
| 303. | G & R Associates, Inc. Check No. 871, dated 05/20/00, for $6,900.00 made payable to Paul Bates | | | |
| 304. | G & R Associates, Inc. Check No. 875, dated 06/05/00, for $6,000.00 made payable to Hilltop Construction | | | |
| 305. | G & R Associates, Inc. Check No. 879 and Check Stub, dated 06/09/00, for $81.02 made payable to A. Boilard Sons | | | |
| 306. | A. Boilard Sons Statement, dated 05/02/00, for decking materials | | | |

24

| | | | | |
|---|---|---|---|---|
| 307. | G & R Associates, Inc. Check No. 884, dated 06/24/00, for $630.00 made payable to B'Shara Restaurant | | | |
| 308. | G & R Associates, Inc. Check No. 893, dated 07/26/00, for $3,059.00 made payable to Kimball's Automotive | | | |
| 309. | G & R Associates, Inc. Check No. 896, dated 07/26/00, for $8,500.00 made payable to Paul Bates | | | |
| 310. | G & R Associates, Inc. Check No. 899, dated 07/27/00, for $9,800.00 made payable to Paul Bates | | | |
| 311. | G & R Associates, Inc. Check No. 923, dated 08/15/00, for $50,000.00 made payable to Project Management Innovations | | | |
| 312. | G & R Associates, Inc. Check No. 946, dated 10/02/00, for $493.50 made payable to Grillers Hall of Fame | | | |
| 313. | Grillers Hall of Fame Invoice, dated 08/30/00, for Hanson twenty pound gas grill propane cylinders and gas grill replacement part | | | |

| | | | | |
|---|---|---|---|---|
| 314. | G & R Associates, Inc. Check No. 1000, dated 11/08/00, for $2,436.00 made payable to Alanson Autobody Shop | | | |
| 315. | Alanson Autobody Invoices, dated 09/28/00 through 11/11/00, for body work on 1991 Cadillac and 1992 Chrysler LeBaron | | | |
| 316. | G & R Associates, Inc. Check No. 1014, dated 11/15/00, for $800.00 made payable to David Foucher | | | |
| 317. | G & R Associates, Inc. Check No. 1026, dated 12/04/00, for $25,000.00 made payable to Hilltop Construction | | | |
| 318. | G & R Associates, Inc. Check No. 1050, dated 01/17/01, for $25,000.00 made payable to Hilltop Construction | | | |
| 319. | G & R Associates, Inc. Check No. 1053, dated 01/17/01, for $3,130.35 made payable to Eastern Electronics | | | |
| 320. | Eastern Electronics Receipts from Dell Computer, dated 12/20/00; Staples, dated 01/08/01; and Manny's TV and Appliances, dated 02/12/00 | | | |

46

| 321. | G & R Associates, Inc. Check No. 1066, dated 02/26/01, for $56,587.00 made payable to Hilltop Construction | | | |
| 322. | G & R Associates, Inc. Check No. 1067, dated 03/21/01, for $5,957.51 made payable to National Vinyl Inc. | | | |
| 323. | National Vinyl Inc. Statement, dated 09/28/00 through 03/23/01, for windows at the residences of Christopher and Merylina Asseiln and Raymond Asselin, Jr. | | | |
| 324. | G & R Associates, Inc. Check No. 1070, dated 04/20/01, for $650.00 made payable to Deroma Tree Service | | | |
| 325. | G & R Associates, Inc. Check No. 1079 , dated 05/10/01, for $2,100.00 made payable to Valley Insulation | | | |
| 326. | G & R Associates, Inc. Check No. 1083, dated 05/16/01, for $8,100.00 made payable to Blue Dolphin, Inc. | | | |
| 327. | Blue Dolphin Contract, dated 04/21/01, with Christopher Asselin | | | |
| 328. | G & R Associates, Inc. Check No. 1089, dated 06/08/01, for $2,100.00 made payable to Blue Dolphin, Inc. | | | |

| 329. | Blue Dolphin Inc. Invoice, dated / / , for installation of an in-ground swimming pool and slide at 184 Bowles Park Extension | | | |
| 330. | Two Color Photographs dated 05/22/01, of installation of swimming pool seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 331. | G & R Associates, Inc. Check No. 1094, dated 06/29/01, for $5,928.59 made payable to Eastern Electronics | | | |
| 332. | Eastern Electronics Invoices, dated 06/26/01, for central vacuum and alarm systems at 48 Webber Street, and 06/26/01, for an alarm system at 140 Salli Circle | | | |
| 333. | G & R Associates, Inc. Check No. 1104 , dated 08/26/01, for $6,000.00 made payable to Valley Insulation | | | |
| 334. | G & R Associates, Inc. Check No. 1120, dated 09/06/01, for $5,000.00 made payable to Charlie Lysak | | | |
| 335. | G & R Associates, Inc. Check No. 1129, dated 10/15/01, for $2,480.00 made payable to Pynchon Press | | | |

| | | | | |
|---|---|---|---|---|
| 336. | Pynchon Press Invoice dated 10/15/01, for campaign letters and envelopes | | | |
| 337. | G & R Associates, Inc. Check No. 1130, dated 10/15/01, for $3,502.69 made payable to Eastern Electronics | | | |
| 338. | Eastern Electronics Receipts from Lowe's dated 09/09/01, for a washer and dryer; from Stop & Shop, dated 09/09/01 for Big E tickets; from Best Buy, dated 07/08/01 for an Olympus digital camera; and AT & T Credit Card Statement for a Sony recorder | | | |
| 339. | G & R Associates, Inc. Check No. 1137 and Check Stub, dated 11/14/01, for $661.50 made payable to LaJustice Printing, Inc. | | | |
| 340. | LaJustice Printing, Inc. Invoices, dated 10/22/01 and 10/25/01, for invitations and response cards for the Dolly Asselin Retirement Party | | | |
| 341. | G & R Associates, Inc. Check No. 1161, dated 12/15/01, for $1,165.50 made payable to J.C.N. | | | |
| 342. | JCN Services Invoice dated 12/12/01, for two upright Hoover vacuums and a Canon copier | | | |

| | | | | |
|---|---|---|---|---|
| 343. | G & R Associates, Inc. Check No. 1163, dated 12/27/01, for $600.00 made payable to Eastern Electronics | | | |
| 344. | G & R Associates, Inc. Check No. 1166, dated 01/02/02, for $4,150.00 made payable to Bella Development | | | |
| 345. | Bella Development Invoice, dated 12/17/01, and Proposal for 12' by 16' outdoor shed installed at 518 Old Farms Road, Amherst, MA | | | |
| 346. | G & R Associates, Inc. Check No. 1168, dated 01/09/02, for $255.00 made payable to City Tire Co. | | | |
| 347. | City Tire Co. Invoice, dated 01/09/02, for Ford Pickup | | | |
| 348. | G & R Associates, Inc. Check No. 1169, dated 01/08/02, for $1,870 made payable to Kimball's Automotive | | | |
| 349. | G & R Associates, Inc. Check No. 1187, dated 02/15/02, for $1,725.00 made payable to Kimball's Auto Repair | | | |
| 350. | G & R Associates, Inc. Check No. 1197, dated 03/01/02, for $100,000.00 made payable to First American Title | | | |

| | | | | |
|---|---|---|---|---|
| 351. | G & R Associates, Inc. Check No. 1202, dated 03/15/02, for $7,000.00 made payable to Doug Brunner | | | |
| 352. | Attorney Douglas Brunner Documents relating to payment for survey work at 18 Whately Glen Road, Whately, MA | | | |
| 353. | G & R Associates, Inc. Check No. 1211 and Check Stub, dated 04/17/02, for $1,570.00 made payable to Country Trading Post | | | |
| 354. | Country Trading Post Invoice, dated 04/15/02, for catering services for Committee to Elect Christopher Asselin | | | |
| 355. | Springfield Housing Authority Vendor Payments to Manny's Plumbing & Heating/G & R Associates, Inc., A Joint Venture from 07/24/98 through 12/22/98 | | | |
| 356. | Springfield Housing Authority Vendor Payments to Manny's Plumbing & Heating from 05/28/8 through 01/31/03 | | | |
| 357. | Manny's Plumbing & Heating, Inc. Form of General Bid, dated 10/18/00, for $39,775.00 for Replacement of Heating and Hot Water Systems | | | |

51

07/25/06   09:11 FAX 4137850394          US ATTY'S OFFICE                    ☒054

| 358. | E.F. Corcoran, Inc. Form for General, dated 10/18/00, for $42,400.00 for Replacement of Heating and Hot Water Systems | | | |
|------|------|---|---|---|
| 359. | Springfield Housing Authority Award, dated 11/14/00, and Related Documents of $39,775.00 Contract for Replacement of Heating and Hot Water Systems to Manny's Plumbing and Heating Inc. | | | |
| 360. | Fax Transmittals, dated 01/02/01 through 02/15/01, Containing Project Inspections from James Bright to Arthur Sotirion Regarding Six Bathroom Renovations by Manny's Plumbing and Heating, Inc. | | | |
| 361. | Eastern Mechanical Contractors, Inc. Form for Bid, dated 01/15/01, for Replacement of Cracked ABS Piping | | | |
| 362. | Manny's Plumbing & Heating, Inc. Form for Bid, dated 01/19/01 for Replacement of Cracked ABS Piping | | | |
| 363. | Springfield Housing Authority Award, dated 02/07/01, and Related Documents of $47,400.00 Contract for Replacement of Cracked ABS Piping to Manny's Plumbing and Heating, Inc. | | | |

| | | | | |
|------|-------------------------------------------------------------------------------------------------------|--|--|--|
| 364. | Springfield Housing Authority Minutes, dated 09/10/01, Regarding Award of Contract for Kitchen Renovations to E.F. Corcoran, Inc. | | | |
| 365. | Springfield Housing Authority Award, dated 09/07/01, and Related Documents Regarding Contract for Kitchen Renovations to E.F. Corcoran, Inc. | | | |
| 366. | Typed and Handwritten List Captioned "Income" and "Expenses" for Manny's Plumbing and Heating, Inc. | | | |
| 367. | Manny's Plumbing & Heating, Inc. Invoices, dated 10/29/97 through 05/26/98, for plumbing services and materials at 518 Old Farm Road, Amherst, MA | | | |
| 368. | Manny's Plumbing & Heating, Inc. Check Nos. 2305, 2419 and 3085, dated between 12/08/97 and 04/28/98, totaling $10,000.00 | | | |
| 369. | Ken Martin Heating and Air Conditioning Invoice Nos. 2455, 2457, 2458 and 2460, dated 11/15/97 through 01/05/98, for 418 Old Farm Road, Amherst, MA | | | |

07/25/06  09:12 FAX 4137850394          US ATTY'S OFFICE                     ☑056



| | | | | |
|---|---|---|---|---|
| 370. | Manny's Plumbing & Heating, Inc. Invoice and Attachments, dated 08/25/98, for $198.35 for plumbing work at 184 Bowles Park Extension | | | |
| 371. | Manny's Plumbing & Heating Invoices, dated 11/20/98, for $2,131.22 for Raytron, 584 Page Boulevard, Springfield, MA | | | |
| 372. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 108, dated 12/02/98, for $2,525.00 made payable to Valley Siding and Insulation | | | |
| 373. | Manny's Plumbing & Heating, Inc. Invoice, dated 12/21/98, for plumbing work at 115 Mayfair Avenue, Springfield, MA | | | |
| 374. | Manny's Plumbing & Heating Invoices, dated 03/25/99, for $308.00 for 353 Maple Street, Springfield, MA | | | |
| 375. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 498, dated 06/26/99, for $8,015.27 made payable to IXL Cabinets | | | |

54

| | | | | |
|---|---|---|---|---|
| 376. | IXL Cabinet Invoices dated 05/28/99, for Corian Countertop at 811 Dickinson Street | | | |
| 377. | Warerite Distributor Invoice, dated 06/02/99, for Corian Countertop at 811 Dickinson Street | | | |
| 378. | Manny's Plumbing & Heating, Inc. Check 1104, dated 01/20/00 for $27,450.00 made payable to Palmer Goodell Insurance Agency | | | |
| 379. | Manny'S Plumbing & Heating, Inc. Check No. For $6,718.58 on or about 02/14/00 | | | |
| 380. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 11?7, dated 04/12/00 made payable to Valley Floor Covering for $30,000.00 | | | |
| 381. | Manny's Plumbing & Heating, Inc. Invoice, dated 11/16/99 through 06/09/00, for plumbing services and materials at 16 Azalea Way, Belchertown, MA | | | |
| 382. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 11?2, dated 06/19/00 for $7,500.00 made payable to Valley Insulation | | | |

| | | | | |
|---|---|---|---|---|
| 383. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 12__ dated 11/16/00, for $450.00 made payable to Hampden Signs | | | |
| 384. | Hampden Signs Invoice and Attachment, dated 08/21/00, for twenty "Chris Asselin State Representative" signs | | | |
| 385. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 12__ dated 12/12/00, for $2,800.00 made payable to Kimball's Automotive | | | |
| 386. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 12__, dated 12/27/00, for $8,700.00 made payable to Claude Labrie | | | |
| 387. | Manny's Plumbing & Heating, Inc. Check No. 7591, dated 03/22/01 for $787.97 made payable to IXL Cabinets | | | |
| 388. | IXL Cabinets Invoice dated 04/18/00 for five maple kitchen cabinet units 16 Dwight Road, Springfield, MA | | | |
| 389. | Manny's Plumbing & Heating Invoices, dated 08/01/01, for $1,675.06 for 48 Webber Street | | | |

| | | | | |
|---|---|---|---|---|
| 390. | Manny's Plumbing & Heating, Inc. Check No. 9398, dated 06/10/02, for $77,200.00 made payable to Hilltop Construction, Inc. | | | |
| 391. | Manny's Plumbing & Heating, Inc. Check No. 9399, dated 06/10/02, for $122,800.00 made payable to First American Insurance | | | |
| 392. | Manny's Plumbing & Heating Invoices, dated 06/14/02, for $258.50 for 48 Webber Street | | | |
| 393. | Manny's Plumbing & Heating Invoices, dated 09/30/02, for $5,958.85 for plumbing services and installation of a 400,000 BTU pool heater at 12 Bowles Park Extension, Springfield, MA | | | |
| 394. | Springfield Housing Authority Vendor Payments to Ware Enterprises, Inc. from 01/24/97 through 02/26/99 | | | |
| 395. | Springfield Housing Authority Vendor Payments to Ware Group, Inc. from 02/26/99 through 02/24/03 | | | |
| 396. | Springfield Housing Authority Vendor Payments to Hilltop Construction, Inc. from 01/14/00 through 07/12/02 | | | |

| | | | | |
|---|---|---|---|---|
| 397. | G & R Associates Request for Partial Payment No. 2 with Adding Tape Captioned "Frank Ware Seized from The Ware Group | | | |
| 398. | Ware Roofing Partnership Form for Sub-Bid, dated 04/22/98, for $394,800.00 to Manny's Plumbing & Heating/G & R Associates, a Joint Venture | | | |
| 399. | Hilltop Construction Inc. Form of Subcontract, dated 11/02/01, for $307,000.00 to B.F. Corcoran, Inc. | | | |
| 400. | Hilltop Construction Inc. Check No. 5441, dated 07/11/02, for $24,300.00 made payable to First American Insurance | | | |
| 401. | Hilltop Construction Inc. Check No. 5414, dated 06/21/02, for $27,300.00 made payable to First American Insurance | | | |
| 402. | Briefcase Containing Approximately $240,000.00 in Cash Seized from 120 Sallie Circle, Ludlow, MA | | | |

Filed this ____ day of July, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


BY/ William M. Welch II
WILLIAM M. WELCH II
Assistant United States Attorney

39

CERTIFICATE OF SERVICE

Hampden,  ss.                              Springfield, Massachusetts
                                           July 24, 2006


     I, William M. Welch, Assistant U.S. Attorney, do hereby
certify that I have served the copy of the foregoing by
electronic filing to:

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109


                              /s/ William M. Welch II
                         WILLIAM M. WELCH II
                         Assistant United States Attorney