UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

# DEFENDANT PETER DAVIS'S MOTION
# FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), defendant Peter Davis hereby requests leave to file a Reply Brief in Support of his Emergency Motion to Compel the Government to Provide Copies of Exhibits Identified on the Government's Exhibit List. As grounds for this motion, Mr. Davis states that a reply is necessary to address fundamental factual errors in the government's opposition to Mr. Davis's motion. Mr. Davis believes that this reply will assist the Court in ruling on the motion. Mr. Davis's reply brief is attached hereto as Exhibit A.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August 3, 2006

## LOCAL RULES CERTIFICATION

    I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis, conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

          **/s/ James C. Rehnquist**
          James. C. Rehnquist

## CERTIFICATE OF SERVICE

    I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on August 3, 2006.

          **/s/ James C. Rehnquist**
          James C. Rehnquist

LIBA/1720655.1