# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>    Defendants. | Criminal No. 04-30033-MAP |

### DECLARATION OF ALBERT M. LESSARD

I, Albert M. Lessard, do depose and say under the penalties of perjury:

1. I am a paralegal at the Boston, Massachusetts law firm of Goodwin Procter LLP ("Goodwin Procter"), counsel for the defendant Peter Davis in this matter. I make this Declaration in support of Defendant Peter Davis's Reply Brief in Support of his Emergency Motion to Compel the Government to Provide Copies of Exhibits Identified on the Government's Exhibit List.

2. I (alone and with my colleagues) have visited the FBI offices in Springfield on several occasions to review the voluminous discovery made available by the government in the above-captioned matter, and to index such material in order to identify those materials relevant to Mr. Davis. While During these visits to the FBI, I met Special Agent Clifford Hedges.

3. On more than one occasion, I have asked Special Agent Hedges whether all of the automatic discovery related to the above-referenced matter was housed at the FBI offices in Springfield. I was told by Special Agent Hedges that certain documents may not be present because they were "with the grand jury." Special Agent Hedges did not identify which documents were missing from the automatic discovery. I was never told by Special Agent

Hedges when (or whether) such documents were returned to the automatic discovery at the FBI in Springfield.

4.    It is my belief that some of the documents identified on the government's exhibit list were not located in the boxes that I reviewed at the FBI's offices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of August, 2006.

    /s/ **Albert M. Lessard**
    Albert M. Lessard