UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>    Defendants. | Criminal No. 04-30033-MAP |

### DEFENDANT PETER DAVIS'S MOTION TO COMPEL GOVERNMENT TO DISCLOSE *BRADY* MATERIAL

Pursuant to Fed. R. Crim. P. 16 and Local Rule 116.2, defendant Peter Davis moves the Court for an order requiring the government to comply with its obligations under *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and Local Rules 116.1 and 116.2 by turning over all exculpatory information responsive to Mr. Davis's specific requests. The reasons for this motion are more fully set forth in the Memorandum in Support of Defendant Peter Davis's Motion to Compel Government to Disclose *Brady* Material.

WHEREFORE, defendant respectfully requests that this Court order the government to provide defendant with the requested exculpatory information.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. Davis submits that the Court's ruling on this Motion will be aided with oral argument, and accordingly requests an opportunity to present such argument to the Court.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ **James C. Rehnquist**
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August 16, 2006

## LOCAL RULES CERTIFICATION

I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

 /s/ **James C. Rehnquist**
James. C. Rehnquist

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on August 16, 2006.

 /s/ **James C. Rehnquist**
James C. Rehnquist

LIBA/1723323.1