# EXHIBIT C

GOODWIN | PROCTER

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

July 20, 2006

*By Facsimile and Regular Mail*

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

Re:   USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP

Dear Mr. Welch:

I write as a follow-up to my July 13, 2006, letter to you in which I requested, *inter alia*, a response to various issues regarding Brady material, the government's exhibits, and procedures for copying documents in Springfield. I enclose a copy of that letter. Please respond to the issues raised in these letters as soon as possible so any unnecessary motion practice may be avoided. *See* L.R. 7.1(A)(2).

1.   Supplemental Brady Requests.

Please indicate whether and, if so, how soon you will disclose the following Brady materials: (a) information regarding the Springfield Housing Authority's use of minority subcontractors and procedures regarding "filed sub bids"; (b) any information suggesting that P.J. Richfield used subcontractors for SHA contracts that were not "steered" to it by SHA personnel; (c) any information suggesting that Peter Davis did not contribute to Chris Asselin's campaign prior to the alleged 1999 payment you have previously identified; (d) any information suggesting that Peter Davis was unaware of alleged co-conspirators' actions other than the actions that he is personally alleged to have taken; (e) any information suggesting that P.J. Richfield was commended or complimented for its performances on any Springfield Housing Authority contracts; and (f) any interview memoranda of witnesses identified as CW-9 and CW-10 in Agent Hedges's search warrant affidavits.

GOODWIN | PROCTER

William M. Welch II
July 20, 2006
Page 2

2.  Government Exhibits.

Please advise at your early convenience as to how you intend to disclose the government's exhibits on July 24, 2006. Naturally, we are anxious to get the exhibits as soon as possible. If you cannot reach me, please call Kathleen Luz at 617-570-8208 to make any necessary arrangements for delivery of the exhibits.

3.  P.J. Richfield Checks/Fleet Account

Please confirm that the checks you have made available for our review in Springfield, which cover approximately 1996-1998, are the entirety of the checks you have from this Account, even though the subpoena calls for documents from 1995-2002, and correspondence from Fleet in April 2003 indicates that additional checks may be forthcoming.

Very truly yours,

James C. Rehnquist

cc:  Defense counsel of record