# EXHIBIT D



U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

July 30, 2006

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:  United States v. Peter Davis
           CR-N-04-30033-MAP

Dear Counsel:

    This letter responds to your letter, dated July 20, 2006, as follows:

1.   (a). As an initial matter, we do not construe this request as <u>Brady</u> information. This information, if it exists, is available for inspection at the FBI.

      (b). See response to 1.(a).

      (c). This information is available at the FBI.

      (d). See response to 1.(a).

      (e). See response to 1.(a).

      (f). Please find enclosed a FBI 302, dated August 27, 2002 relating to Betsy Torres (CW-9) and Verma Santiago (CW-10).

3. Please find enclosed the remaining portion of Fleet bank records for P.J. Richfield.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

By: _____
                WILLIAM M. WELCH II
                Assistant United States Attorney

enc.