# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )  CR-N-04-30033-MAP
                     )
          Plaintiff,  )  <u>GOVERNMENT'S EXHIBIT LIST</u>
    vs.           )
                     )
RAYMOND ASSELIN, ET. AL.,  )
                     )
          Defendants.  )

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|
| 1. | Springfield Housing Authority Annual Report for Fiscal Year Ending March 31, 2000 | | | |
| 2. | Springfield Housing Authority Vendor Payments to P.J. Richfield, Inc. from 12/28/90 through 05/11/98 | | | |
| 3. | Typed Personal Financial Statement as of 05/01/88 for Joseph Asselin to Suffield Savings Bank | | | |
| 4. | Typed Personal Financial Statement as of 05/01/88 for Joseph Asselin to Suffield Savings Bank | | | |
| 5. | Typed Personal Financial Statement as of 05/01/88 for Joseph Asselin to Suffield Savings Bank | | | |

1

| | | | | |
|---|---|---|---|---|
| 6. | Handwritten Personal Financial Statement as of 10/30/92 for Joseph Asselin | | | |
| 7. | Typed Personal Financial Statement, dated 10/30/92 Reflecting Schedules A through F | | | |
| 8. | Letter, dated 11/02/92, from Bank of Boston to Joseph Asselin and Peter Davis | | | |
| 9. | Letter, dated 11/18/92, from Joseph Asselin and Peter Davis to Bank of Boston | | | |
| 10. | Letter, dated 12/02/92, from Bank of Boston to Joseph Asselin and Peter Davis | | | |
| 11. | Letter, dated 03/22/93, from Joseph Asselin and Peter Davis to Bank of Boston | | | |
| 12. | Letter, dated 05/11/93, with Releases from Riemer & Braunstein to Joseph Asselin | | | |
| 13. | Letter, dated 05/17/93, with Release from Riemer & Braunstein to Joseph Asselin | | | |
| 14. | Springfield Housing Authority Minutes, dated 10/15/90, Regarding Award of $39,350.00 Contract for Rodney Smith Fire Job to P.J. Richfield, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 15. | Springfield Housing Authority Minutes, dated 07/29/91, Regarding Award of $336,400.00 Contract for Manilla Apartments and Re-Roofing of Riverview Apartments to P.J. Richfield, Inc. | | | |
| 16. | Springfield Housing Authority Minutes, dated 02/03/92, Regarding Award of Contract for Comprehensive Improvement Assistance to Ciocca Construction | | | |
| 17. | Springfield Housing Authority Minutes, dated 04/06/92, Regarding Change Order No. 1 for Comprehensive Improvement Assistance and Award of $31,475.00 Contract for 571 Bay Street Fire Job to P.J. Richfield, Inc. | | | |
| 18. | Springfield Housing Authority Minutes, dated 08/03/92, Regarding Change Order No. 2 for Comprehensive Improvement Assistance to P.J. Richfield, Inc. | | | |
| 19. | Springfield Housing Authority Minutes, dated 09/14/92, Regarding Award of $342,072.00 Contract for Harrigan Apartments to P.J. Richfield, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 20. | Springfield Housing Authority Minutes, dated 10/13/92, Regarding Certificate of Completion for Contract NO. 35-1-7-1991-2-11 for Manilla and Riverview Modernization Work to P.J. Richfield, Inc. | | | |
| 21. | Springfield Housing Authority Minutes, dated 02/22/93, Regarding Award of Contract for Pendleton Apartments to RAC Builders, Inc. | | | |
| 22. | Springfield Housing Authority Minutes, dated 06/21/93, Regarding Certificate of Completion for Contract No. 35-5-1992-1-7 for Harrigan Apartments and Award of $69,155.00 Contract for Christopher Court Garage to P.J. Richfield, Inc. | | | |
| 23. | Springfield Housing Authority Minutes, dated 06/28/93, Regarding Award of $586,900.00 Contract for ADA/504 Site Work to P.J. Richfield, Inc. | | | |
| 24. | Springfield Housing Authority Minutes, dated 10/17/94, Regarding Change Order for Contract No. 35-C-1993-2-8 for ADA/504 Site Work to P.J. Richfield, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 25. | Springfield Housing Authority Minutes, dated 03/18/94, Regarding Award of Contract for Interior Vestibule Doors to Hawkins Structural Systems | | | |
| 26. | Springfield Housing Authority Minutes, dated 05/09/94, Regarding Change Order No. 2 for Contract No. 35-C-1993-2-8 for ADA/504 Site Work to P.J. Richfield, Inc. | | | |
| 27. | Springfield Housing Authority Minutes, dated 10/17/94, Regarding Certificate of Completion for Contract No. 35-C-1993-2-8 for ADA/504 Site Work to P.J. Richfield, Inc. | | | |
| 28. | Springfield Housing Authority Minutes, dated 06/26/95, Regarding Award of $177,490.00 Contract for Site Improvements to P.J. Richfield, Inc. | | | |
| 29. | Springfield Housing Authority Minutes, dated 08/14/95, Regarding Change Order No. 1 for Sullivan Apartments to P.J. Richfield, Inc. | | | |
| 30. | Springfield Housing Authority Minutes, dated 11/13/95, Regarding Change Order No. 2 for Sullivan Apartments to P.J. Richfield, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 31. | Springfield Housing Authority Minutes, dated 03/25/96, Regarding Award of Contract for Site Work at Tri-Towers and Christopher Court to Goncalves & Sons, Inc. | | | |
| 32. | Springfield Housing Authority Minutes, dated 05/28/96, Regarding Award of $294,470.00 Contract for Exterior Renovations to P.J. Richfield | | | |
| 33. | Springfield Housing Authority Minutes, dated 09/23/96, Regarding Award of $1,027,458.00 Contract for Christopher Court Repairs to P.J. Richfield | | | |
| 34. | Springfield Housing Authority Minutes, dated 10/21/96, Regarding Change Order No. 1 for Contract No. 35-12-13-15-1996-1-9 for Exterior Renovations to P.J. Richfield | | | |
| 35. | Springfield Housing Authority Minutes, dated 01/13/97, Regarding Change Order No. 1 for Contract No. 35-14-1996-1-11 for Christopher Courts to P.J. Richfield | | | |
| 36. | Springfield Housing Authority Minutes, dated 05/27/97, Regarding Award of Contract for Low Rise Renovations at Riverview Apartments to G & R Associates | | | |

| | | | | |
|---|---|---|---|---|
| 37. | Springfield Housing Authority Minutes, dated 07/21/97, Regarding Certificate of Completion for Contract No. 35-12, 13, 16-1996-1-9 for Exterior Renovations to P.J. Richfield | | | |
| 38. | Springfield Housing Authority Minutes, dated 09/22/97, Regarding Award of 137 Clyde Street Fire Job to G & R Associates | | | |
| 39. | Springfield Housing Authority Minutes, dated 10/20/97, Regarding Award of OSHA Compliance Contract to P.J. Richfield | | | |
| 40. | Springfield Housing Authority Minutes, dated 05/11/98, Regarding Certificate of Completion for Contract No. G-1997-4-15 for $108,500.00 OSHA Compliance to P.J. Richfield and Project A and Project B Modernization Bids | | | |
| 41. | Springfield Housing Authority Minutes, dated 06/08/98, Regarding Award of Bids for Project A and Project B Modernizations to Manny's Plumbing & Heating/G & R Associates, a Joint Venture | | | |

| | | | | |
|---|---|---|---|---|
| 42. | Cover Letter, dated 11/24/92 with Attached Certificate of Completion for P.J. Richfield for Manilla and Riverview Apartments Seized from Springfield Housing Authority | | | |
| 43. | P.J. Richfield General Bid, dated 06/21/93, for $69,155.00 for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 44. | P.J. Richfield Handwritten General Bid, undated, for $69,155.00 for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 45. | P.J. Richfield Request for Partial Payment, dated 08/02/93, Marked as "Original #1" Seized from Office of Arthur Sotirion | | | |
| 46. | P.J. Richfield Request for Partial Payment No. 1, dated 08/02/93, Seized from Office of Arthur Sotirion | | | |
| 47. | Handwritten P.J. Richfield Request for Partial Payment No. 2, dated 08/19/93, Seized from Office of Arthur Sotirion | | | |

8

| | | | | |
|---|---|---|---|---|
| 48. | P.J. Richfield Request for Partial Payment No. 2, dated 08/19/93, Marked as "Original #2" Seized from Office of Arthur Sotirion | | | |
| 49. | Handwritten P.J. Richfield Request for Partial Payment No. 3, dated 09/20/93, Seized from Office of Arthur Sotirion | | | |
| 50. | P.J. Richfield Request for Partial Payment No. 3, dated 09/20/93, Seized from Office of Arthur Sotirion | | | |
| 51. | Handwritten P.J. Richfield Request for Partial Payment No. 4 Final, dated 11/05/93, Seized from Office of Arthur Sotirion | | | |
| 52. | P.J. Richfield Request for Partial Payment No. 4 Final, dated 11/05/93, Marked as "Original #1" Seized from Office of Arthur Sotirion | | | |
| 53. | Handwritten Certificates of Completion, dated 11/12/93, for P.J. Richfield for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 54. | Certificates of Completion, dated 11/12/93, for P.J. Richfield for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 55. | Field Observation Report, dated 12/16/93, for P.J. Richfield for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 56. | Payroll Form, dated 11/06/93, for KDR Renovations for Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 57. | Handwritten Notes, undated, Captioned "FXM" and "C & A Construction" with Attached Invoices Regarding Parking and Storage Garage at Christopher Court Seized from Office of Arthur Sotirion | | | |
| 58. | Invoice from Leroy Jennings, dated 12/15/93, for $2,010.00 to Springfield Housing Authority for Wiring at Parking and Storage at Christopher Court Seized from Office of Arthur Sotirion | | | |

10

| 59. | Springfield Housing Authority Memorandum, dated 12/06/05, from Bruce Fuller to Terence Hogan Regarding Christopher Court Garage | | | |
|---|---|---|---|---|
| 60. | Fax, dated 06/23/93, Captioned "Riverview" Containing Handwritten Calculations Seized from Office of Arthur Sotirion | | | |
| 61. | P.J. Richfield General Bid, dated 06/25/93, for $586,900.00 for ADA/504 Site Work to P.J. Richfield, Inc. Seized from the Office of Arthur Sotirion | | | |
| 62. | Construction Meeting Minutes and Related Documents, dated 08/12/93 through 12/07/93, for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |
| 63. | Handwritten Notes Captioned "ADA Project Changes P.J. Richfield", dated 11/30/93, regarding Handrail Changes for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 64. | Handwritten Notes Captioned "P.J. Richfield Handycap Rail Type", undated, regarding for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |
| 65. | Fax, dated 09/28/94, Captioned "Punch List Riverview Apartments" with Handwritten Notes | | | |
| 66. | Handwritten Notes, dated 09/30/94, Captioned "Art" Listing Items 1 through 5 | | | |
| 67. | Letter, dated 10/12/94, Regarding Request for Status Report from James Bright to Peter Davis | | | |
| 68. | Certificate of Completion, dated 10/14/94, and Associated Documents for P.J. Richfield for 504/ADA Site Work at Fourteen Developments Seized from Springfield Housing Authority | | | |
| 69. | Draft Request for Final Payment, dated 10/17/94, for 504/ADA Site Work for P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 70. | Typed Document, dated 10/22/ , regarding Handrail Changes for ADA/504 Site Work to P.J. Richfield, Inc. Seized from Office of Arthur Sotirion | | | |
| 71. | Letter, dated 11/03/94, Regarding Inspections of ADA/504 Site Work from James Bright to Raymond Asselin Seized from Office of Arthur Sotirion | | | |
| 72. | Handwritten Letter, dated 12/06/94, Regarding Punch List Items from P.J. Richfield to James Bright Seized from Office of Arthur Sotirion | | | |
| 73. | Fax Transmittal, dated 01/06/95, with Attached Punchlists from James Bright to Ray Asselin Seized from Office of Arthur Sotirion | | | |
| 74. | Letter, dated 01/16/95, with Attached Punchlists from James Bright to Raymond Asselin Seized from Office of Arthur Sotirion | | | |
| 75. | Letter, dated 08/31/93, with Attachment from James Bright to Raymond Asselin Regarding ADA/504 Site Work Seized from Office of Arthur Sotirion | | | |

13

| | | | | |
|---|---|---|---|---|
| 76. | Budget Cost Estimate, dated 10/04/93, from EJP Associates for ADA/504 Site Work Seized from Office of Arthur Sotirion | | | |
| 77. | G & R Associates, Inc. Draft Bid, dated 10/14/93, with Enclosures for ADA/504 Seized from Office of Arthur Sotirion | | | |
| 78. | Handwritten Bid Calculations, undated, Captioned "Bond 10" with Entry for "Peter Davis - Supervision - $56,000" Seized from Office of Arthur Sotirion | | | |
| 79. | Handwritten Bid Calculations, undated, Captioned "Cabinets $17,647" totaling $623,132 Seized from Office of Arthur Sotirion | | | |
| 80. | Handwritten Bid Calculations, undated, Captioned "13 Units $623,132" Seized from Office of Arthur Sotirion | | | |
| 81. | Handwritten Bid Calculations, undated, Captioned "PI" Totaling $627,000 Seized from Office of Arthur Sotirion | | | |
| 82. | Handwritten Notes, undated, Captioned "Painting   800/apt x 12. + 800" Seized from Office of Arthur Sotirion | | | |

14

| | | | | |
|---|---|---|---|---|
| 83. | Handwritten Notes, undated, Captioned "Gary" with Entry "P.I. - $50,000 cash" Seized from Office of Arthur Sotirion | | | |
| 84. | Typed Form "Captioned ADA/504 Modifications at/Riverview Apts." Totaling $623,132 Seized from Office of Arthur Sotirion | | | |
| 85. | G & R Associates, Inc. Invoice, undated, Captioned "Recap - Extra Work" Seized from Office of Arthur Sotirion | | | |
| 86. | Handwritten Invoice, undated, from Marc's Electric to G.R. Associates regarding Change Order No. 1 Seized from Office of Arthur Sotirion | | | |
| 87. | G & R Associates, Inc. General Bid, dated 10/14/93, with Enclosures for $623,932.00 for "ADA/504 Compliance at 1 Development -1 Interior Renovations" Seized from Office of Arthur Sotirion | | | |
| 88. | Handwritten Check Register Captioned "G & R", dated 12/28/93 through 12/28/94, Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 89. | Handwritten Accounts Payable Spreadsheet, dated 12/28/93 through 12/28/94, Seized from Office of Arthur Sotirion | | | |
| 90. | Handwritten Notes, dated 08/23/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 91. | File Folder Titled "P J" Containing Invoices, dated 01/10/94 through 10/12/94, from P.J. Richfield for ADA/504 Site Work Seized from Office of Arthur Sotirion | | | |
| 92. | File Folder Titled "C & A" Containing Three undated Invoices for ADA/504 Site Work from C & A Construction to G & R Construction Seized from Office of Arthur Sotirion | | | |
| 93. | File Folder Captioned "Manny's" Containing Invoices, dated 02/10/94 through 07/05/94, Seized from Office of Arthur Sotirion | | | |
| 94. | Handwritten Notes, dated 09/09/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 95. | Handwritten Notes, dated 09/09/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |

| | | | | |
|---|---|---|---|---|
| 96. | Handwritten Notes, dated 09/21/94, Captioned "Gary" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 97. | Handwritten Notes, dated 10/14/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 98. | Handwritten Notes, dated 10/14/94, Captioned "Items Left" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 99. | Handwritten Notes, dated 10/14/94, Captioned "Items Left" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 100. | Handwritten Notes, dated 10/14/94, Captioned "Items Left" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 101. | Handwritten Notes, dated 10/30/94, Captioned "G & R Contract" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |
| 102. | Handwritten Notes, dated 10/30/94, Captioned "G & R Contract" Containing Names and Amounts Seized from Office of Arthur Sotirion | | | |

| 103. | Invoice, dated 11/16/94, with Attached Receipts from P.J. Richfield for ADA 504 Interior | | | |
|---|---|---|---|---|
| 104. | Handwritten Notes, dated 12/27/94, Containing Check Numbers, Payees and Amounts Seized from Office of Arthur Sotirion | | | |
| 105. | Copies of G & R Construction Check Numbers 465 through 471, dated 12/28/94, Seized from Office of Arthur Sotirion | | | |
| 106. | DDA Detail File Inquiry, dated 01/13/95, for G & R Construction Seized from Office of Arthur Sotirion | | | |
| 107. | Handwritten Notes, undated, Captioned "Ck Book - 22,908.11" Seized from Office of Arthur Sotirion | | | |
| 108. | Handwritten Notes, undated, Captioned "432 P.J. Richfield" Containing Check Number, Payees, and Amounts Seized from Office of Arthur Sotirion | | | |
| 109. | File Folder Captioned "New Bills", dated 12/28/94, with Enclosures Containing Calculations for ADA/504 Contracts Seized from Office of Arthur Sotirion | | | |

| | | | | |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------------|--|--|--|
| 110. | Handwritten Notes, undated, from Francis X. Maroney to Arthur G. Sotirion Regarding Hours Worked at Riverview Low Rise Seized from Office of Arthur Sotirion | | | |
| 111. | Certificate of Completion, dated 11/14/95, and Associated Documents for P.J. Richfield for Site Improvements at Sullivan Apartments Seized from Springfield Housing Authority | | | |
| 112. | File Folder Captioned "C.C. Receipts, Cost Est., Proposals, Payments" for P.J. Richfield | | | |
| 113. | Handwritten Notes Captioned "Units Completed", dated 03/04/97, Regarding Extermination | | | |
| 114. | Handwritten Notes Captioned "Untitled Units Completed", dated 05/16/97, Regarding Extermination | | | |
| 115. | Northern Star Development Corp. Invoice, dated 02/02/97, for $3,990.00 to P.J. Richfield | | | |
| 116. | Northern Star Development Corp. Fax and Invoice, dated 03/06/97, for $10,050.00 to P.J. Richfield | | | |

| | | | | |
|---|---|---|---|---|
| 117. | Northern Star Development Corp. Invoice, dated 03/31/97, for $8,880.00 to P.J. Richfield | | | |
| 118. | G & R Associates Invoice, undated, for $21,040.00 for Christopher Court Buildings Y, X, W, V, U , T, S | | | |
| 119. | G & R Associates Invoice, undated, for $10,520.00 for Christopher Court Buildings for Services Rendered | | | |
| 120. | G & R Associates Invoice, undated, for $10,520.00 for Christopher Court Buildings Y, X, W, V, U , T, S | | | |
| 121. | G & R Associates Invoice, dated 08/22/97, for $11,640.00 for Christopher Court Buildings A, B, C, D, E, F, G | | | |
| 122. | Field Observation Report, dated 09/08/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 123. | Typed Schedule for Chris Court Painting, dated 09/08/97, for Peter Davis and Frank Ware | | | |
| 124. | Typed Schedule for Chris Court Painting, dated 09/08/97, for Peter Davis and Frank Ware | | | |

| | | | | |
|---|---|---|---|---|
| 125. | Typed Punchlist Captioned "Outstanding Work Yet to be Completed by Rehab Contractor", dated 09/08/97, for Christopher Court | | | |
| 126. | Typed Punchlist Captioned "Outstanding Work Yet to be Completed by Rehab Contractor", dated 09/09/97, for Christopher Court | | | |
| 127. | Typed Punchlist Captioned "Outstanding Work Yet to be Completed by Rehab Contractor", dated 09/08/97, with Handwritten Second Notice, dated 10/16/97 | | | |
| 128. | Field Observation Report, dated 10/02/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 129. | Field Observation Report, dated 10/12/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 130. | Field Observation Report, dated 10/16/97, from Chaffin Associates to P.J. Richfield, Inc. | | | |
| 131. | Certificate of Completion, dated 07/18/97, and Associated Documents for P.J. Richfield for Exterior Renovations at Jones, Central, and Appleseed Apartments from Springfield Housing Authority | | | |

| | | | | |
|---|---|---|---|---|
| 132. | Certificate of Completion, dated 05/04/98, and Associated Documents for P.J. Richfield for OSHA Compliance at Robinson, Duggan, Riveview and Christopher Court Apartments Seized from Springfield Housing Authority | | | |
| 133. | Springfield Housing Authority Check No. 2473, dated 07/19/96, for $19,380.00 made payable to P.J. Richfield, Inc. | | | |
| 134. | Springfield Housing Authority Check No. 2479, dated 08/09/96, for $64,315.00 made payable to P.J. Richfield | | | |
| 135. | Springfield Housing Authority Check No. 2489, dated 09/18/96, for $68,875.00 made payable to P.J. Richfield | | | |
| 136. | P.J. Richfield, Inc. Check No. 1077, dated 09/30/96, for $2,491.32 made payable to Triangle Pacific | | | |
| 137. | P.J. Richfield, Inc. Check No. 1079, dated 10/01/96, for $2,000.00 made payable to Charles Lysak | | | |
| 138. | P.J. Richfield, Inc. Check No. 1080, dated 10/01/96, for $350.00 made payable to Joseph Williams | | | |

| | | | | |
|---|---|---|---|---|
| 139. | P.J. Richfield, Inc. Check No. 1081, dated 10/01/96, for $720.00 made payable to J.J. Gleason Co. | | | |
| 140. | Purchase and Sale Agreement, dated 05/03/96, Seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 141. | File Folder Captioned "Chris Asselin" and "Bowles" Seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 142. | Twelve Color Photographs of Renovations Seized from 184 Bowles Park Extension, Springfield, MA | | | |
| 143. | Springfield Housing Authority Check No. 2495, dated 10/21/96, for $57,285.00 made payable to P.J. Richfield | | | |
| 144. | Springfield Housing Authority Check No. 2502, dated 11/25/96, for $56,848.00 made payable to P.J. Richfield, Inc. | | | |
| 145. | Springfield Housing Authority Check No. 2512, dated 01/02/97, for $19,525.00 made payable to P.J. Richfield, Inc. | | | |
| 146. | Springfield Housing Authority Check No. 2515, dated 01/24/97, for $115,632.00 made payable to P.J. Richfield | | | |

| | | | | |
|---|---|---|---|---|
| 147. | Springfield Housing Authority Check No. 2525, dated 02/28/97, for $171,160.00 made payable to P.J. Richfield, Inc. | | | |
| 148. | Springfield Housing Authority Check No. 2525, dated 02/28/97, for $171,160.00 made payable to P.J. Richfield, Inc. | | | |
| 149. | Springfield Housing Authority Check No. 2545, dated 04/30/97, for $106,076.00 made payable to P.J. Richfield, Inc. | | | |
| 150. | Springfield Housing Authority Check No. 2555, dated 06/04/97, for $125,467.00 made payable to P.J. Richfield, Inc. | | | |
| 151. | Springfield Housing Authority Check No. 2566, dated 07/03/97, for $79,259.00 made payable to P.J. Richfield | | | |
| 152. | Springfield Housing Authority Check No. 2579, dated 08/05/97, for $30,970.00 made payable to P.J. Richfield, Inc. | | | |
| 153. | Fleet Bank Statement, dated 10/16/97, for P.J. Richfield and Canceled Checks | | | |
| 154. | Fleet Bank Statement, dated 11/17/97, for P.J. Richfield and Canceled Checks | | | |

24

| | | | | |
|---|---|---|---|---|
| 155. | Fleet Bank Statement, dated 12/16/97, for P.J. Richfield and Canceled Checks | | | |
| 156. | P.J. Richfield, Inc. Check No. 1570, dated 10/03/97, for $8,200.00 made payable to Springfield Lumber | | | |
| 157. | P.J. Richfield, Inc. Check No. 1615, dated 12/01/97, for $7,925.00 made payable to Springfield Lumber | | | |
| 158. | P.J. Richfield, Inc. Check No. 1630, dated 12/17/97, for $3,900.00 made payable to Springfield Lumber | | | |
| 159. | Springfield Lumber Handwritten Account Ledger and Attached Invoices, dated 09/29/97 through 12/19/97, for Joseph Asselin, 518 Old Farm Road, Amherst, MA | | | |
| 160. | P.J. Richfield, Inc. Check No. 1571, dated 09/22/97, for $7,400.00 made payable to G. Toussaint Sons Inc. | | | |
| 161. | Toussaint & Sons Deposit Ticket, dated 10/06/97, Reflecting Deposit of $7,400.00 from P.J. Richfield | | | |

| | | | | |
|---|---|---|---|---|
| 162. | Chicopee Savings Bank Deposit Ticket and Items, dated 10/06/97, Reflecting Deposit of $7,400.00 from P.J. Richfield | | | |
| 163. | P.J. Richfield, Inc. Check No. 1576, dated 10/07/97, for $1,338.24 made payable to Kevin Maroney | | | |
| 164. | Invoice No. 173387, dated 09/10/97, for $3,605.00 to P.J. Richfield from Lenny Stadnicki | | | |
| 165. | Invoice No. 173388, dated 09/10/97, for $4,338.24 to P.J. Richfield from Kevin Maroney | | | |
| 166. | ABC Supply Co. Inc. Invoice, dated 08/21/97, for Fourteen Storm Windows for 184 Bowles Park Extension, Springfield, MA | | | |
| 167. | P.J. Richfield, Inc. Check No. 1579, dated 10/14/97, for $12,400.00 made payable to G. Toussaint | | | |
| 168. | Toussaint & Sons Deposit Ticket, dated 10/23/97, Reflecting Deposit of $12,400.00 from P.J. Richfield | | | |

26

| | | | | |
|---|---|---|---|---|
| 169. | Chicopee Savings Bank Deposit Ticket and Items, dated 10/23/97, Reflecting Deposit of $12,400.00 from P.J. Richfield | | | |
| 170. | P.J. Richfield, Inc. Check No. 1599, dated 11/13/97, for $3,000.00 made payable to J.A.N. | | | |
| 171. | P.J. Richfield, Inc. Check No. 1606, dated 11/17/97, for $3,000.00 made payable to J.A.N. | | | |
| 172. | J.A.N. Inc. Proposal, dated 11/10/97, for Joseph Asselin, 518 Old Farm Road, Amherst, MA | | | |
| 173. | J.A.N. Inc. Handwritten Ledger Captioned "J.A.N. ano 1997" Recording Deposits from 01/29/97 through 12/31/97 | | | |
| 174. | Color Photographs of Exterior of 518 Old Farm Road, Amherst, MA | | | |
| 175. | P.J. Richfield, Inc. Check No. 1604, dated 11/16/97, for $1,154.05 made payable to National Vinyl | | | |
| 176. | National Vinyl Products, Inc. Customer Activity, Account with Attachments, dated 09/05/97 through 01/09/98, for P.J. Richfield | | | |

| | | | | |
|---|---|---|---|---|
| 177. | Index Card, Captioned "PJ", Seized from 115 Mayfair Avenue, Springfield, MA | | | |
| 178. | Brown Spiralbound Notebook Titled "Stocks" Seized from 115 Mayfair Avenue, Springfield, MA | | | |
| 179. | Office of Campaign and Political Finance Report, dated 03/30/99 through 05/05/99, for Christopher Asselin | | | |
| 180. | CD 4, dated 08/08/02, Conversation No. 3 | | | |
| 181. | Transcript of Conversation No. 3 on CD 4, dated 08/08/02 (Unavailable at this time) | | | |
| 182. | CD 4, dated 08/08/02, Conversation No. 4 | | | |
| 183. | Transcript of Conversation No. 4 on CD 4, dated 08/08/02 (Unavailable at this time) | | | |
| 184. | CD 6, dated 08/13/02, Conversation No. 3 | | | |

28

| | | | | |
|---|---|---|---|---|
| 185. | Transcript of Conversation No. 3 on CD 6, dated 08/13/02 (Unavailable at this time) | | | |
| 186. | CD 9, dated 08/21/02, Conversation No. 2 | | | |
| 187. | Transcript of Conversation No. 2 on CD 9, dated 08/21/02 | | | |
| 188. | CD 26, dated 12/11/02, Conversation No. 3 | | | |
| 189. | Transcript of Conversation No. 4 on CD 26, dated 12/11/02 | | | |
| 190. | Search Warrant, dated 09/26/02, for Offices of Raymond Asselin, Sr. and Arthur Sotirion, Springfield Housing Authority, 25 Saab Court, Springfield, MA | | | |
| 191. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 04/01/03, to Banknorth and Response | | | |
| 192. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 03/19/03, to P.J. Richfield, Inc. | | | |

| 193. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 04/11/03, to Joe Williams | | | |
|---|---|---|---|---|
| 194. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 04/11/03, to Kevin Maroney | | | |
| 195. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 04/29/03, to National Vinyl Products, Inc. | | | |
| 196. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 05/06/03, to Nektar Papoutsakis | | | |
| 197. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 07/11/03, to Jan Mason Contractors | | | |
| 198. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 08/01/03, to Edward Archambeault | | | |
| 199. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 08/01/03, to Rene Dion | | | |

| | | | | |
|---|---|---|---|---|
| 200. | United States District Court, District of Massachusetts Grand Jury Subpoena, dated 08/01/03, to JAN Masonry | | | |
| 201. | Springfield Housing Authority Vendor Payments to G & R Associates, Inc. from 08/02/88 through 10/31/02 | | | |
| 202. | Contract, dated 06/08/93, Relating to Morris School Parking Lots to G & R Associates | | | |
| 203. | G & R Associates, Inc. Contractor Proposal Form, dated 01/23/95, with Enclosures for $34,785.00 for Moxon Fire Job Seized from Office of Arthur Sotirion | | | |
| 204. | Springfield Housing Authority Memorandum, dated 01/23/95, from Arthur G. Sotirion to Raymond B. Asselin Recommending G & R Associates for Moxon Fire Job Seized from Office of Arthur Sotirion | | | |
| 205. | G & R Associates, Inc. Invoice, undated, for $34,785.00 to Springfield Housing Authority Seized from Office of Arthur Sotirion | | | |

| 206. | Springfield Housing Authority Purchase Order, dated 10/31/95, for $34,785.00 made payable to G & R Associates Seized from Office of Arthur Sotirion | | | |
| 207. | G & R Associates, Inc. General Bid Form, dated 04/19/00, for Tri-Towers Window Project Seized from Office of Arthur Sotirion | | | |
| 208. | G & R Associates, Inc. Check No. 532, dated 07/08/96, for $950.00 made payable to Hastie Fence | | | |
| 209. | Hastie Fence Invoices, dated 06/19/96 and 07/08/96, for Spruce Stockade Fence at 48 Webber Street | | | |
| 210. | G & R Associates, Inc. Check No. 565, dated 08/14/97, for $450.00 made payable to Smith Associates | | | |
| 211. | Smith Associates Invoice and Related Documents, dated 08/18/97, for Survey Work | | | |
| 212. | G & R Associates, Inc. Check No. 583, dated 10/17/97, for $330.00 made payable to Smith Associates | | | |

| 213. | Smith Associates Invoice, dated 10/14/97, for Survey Work at Old Farm Road, Amherst | | | |
| 214. | G & R Associates, Inc. Check No. 614, dated 12/17/97, for $18,100.00 made payable to Springfield Lumber | | | |
| 215. | Springfield Lumber Deposit Ticket, dated 12/19/97, and Check Copy | | | |
| 216. | G & R Associates, Inc. Check No. 615, dated 12/17/97, for $5,500.00 made payable to Toussaint & Son | | | |
| 217. | G & R Associates, Inc. Check No. 616, dated 12/22/97, for $4,030.00 made payable to Roy & Dutil Concrete | | | |
| 218. | Roy & Dutil Invoice and Receipts, dated 09/30/97, for Concrete for Joseph Asselin | | | |
| 219. | G & R Associates, Inc. Check No. 623, dated 1/23/98, for $75,525.00 made payable to Frank Ware | | | |
| 220. | G & R Associates, Inc. Check No. 624, dated 01/22/98, for $14,440.00 made payable to Northern Star Development | | | |

| | | | | |
|---|---|---|---|---|
| 221. | G & R Associates, Inc. Check No. 628, dated 01/22/98, for $25,000.00 made payable to The Ware Group | | | |
| 222. | G & R Associates, Inc. Check No. 636, dated 03/27/98, for $14,440.00 made payable to Northern Star Development | | | |
| 223. | G & R Associates, Inc. Check No. 637, dated 03/27/98, for $9,500.00 made payable to The Ware Group | | | |
| 224. | G & R Associates, Inc. Check No. 638, dated 3/27/98, for $106,571.00 made payable to Frank Ware | | | |
| 225. | G & R Associates, Inc. Check No. 643, dated 03/27/98, for $7,690.57 made payable to IXL Cabinets | | | |
| 226. | Triangle Pacific Corp. Invoices, dated 03/03/98 and 04/03/98, for cherry kitchen cabinets shipped to 518 Old Farm Road, Amherst, Massachusetts | | | |
| 227. | G & R Associates, Inc. Check No. 650, dated 04/28/98, for $6,003.90 made payable to Ware Rite Distributors | | | |

| 228. | Ware Rite Distributor Invoice and Document, dated 04/15/98, for Corian Countertop at 519 Old Farm Road, Amherst, Massachusetts | | | |
|------|------|---|---|---|
| 229. | G & R Associates, Inc. Check No. 652, dated 05/04/98, for $57,000.00 made payable to Frank Ware | | | |
| 230. | G & R Associates, Inc. Check No. 653, dated 05/04/98, for $11,780.00 made payable to Northern Star Development | | | |
| 231. | G & R Associates, Inc. Check No. 658, dated 05/07/98, for $17,195.00 made payable to The Ware Group | | | |
| 232. | G & R Associates, Inc. Check No. 663, dated 05/08/98, for $3,000.00 made payable to M & M Paving | | | |
| 233. | G & R Associates, Inc. Check No. 666, dated 05/24/98, for $2,518.40 made payable to Warner Brothers | | | |
| 234. | Warner Brothers Documents, dated 05/18/98, for loam delivered to 518 Old Farms Road, Amherst, Massachusetts | | | |

| | | | | |
|---|---|---|---|---|
| 235. | G & R Associates, Inc. Check No. 670, dated 5/26/98, for $225.00 made payable to Triple B Towing | | | |
| 236. | G & R Associates, Inc. Check No. 674, dated 05/28/98, for $18,359.00 made payable to Frank Ware | | | |
| 237. | G & R Associates, Inc. Check No. 675, dated 05/28/98, for $7,000.00 made payable to The Ware Group | | | |
| 238. | G & R Associates, Inc. Check No. 678, dated 05/28/98, for $13,686.00 made payable to Northern Star Development | | | |
| 239. | G & R Associates, Inc. Check No. 682, dated 06/10/98, for $19,000.00 made payable to The Ware Group | | | |
| 240. | G & R Associates, Inc. Check No. 683, dated 06/10/98, for $20,187.00 made payable to The Ware Group | | | |
| 241. | G & R Associates, Inc. Check No. 690, dated 07/10/98, for $104,857.00 made payable to Valley Floor Covering, Inc. | | | |
| 242. | G & R Associates, Inc. Check No. 695, dated 07/10/98, for $38,500.00 made payable to The Ware Group | | | |

| 243. | G & R Associates, Inc. Check No. 723, dated 08/27/98, for $2,340.35 made payable to Automatic Appliances | | | |
| --- | --- | --- | --- | --- |
| 244. | Automatic Appliances Invoice, dated 08/31/98, for stainless steel grills | | | |
| 245. | G & R Associates, Inc. Check No. 729, dated 09/11/98, for $25,697.00 made payable to The Ware Group | | | |
| 246. | G & R Associates, Inc. Check No. 730, dated 09/11/98, for $23,624.00 made payable to The Ware Group | | | |
| 247. | G & R Associates, Inc. Check No. 731, dated 09/11/98, for $35,177.00 made payable to Valley Floor Covering, Inc. | | | |
| 248. | G & R Associates, Inc. Check No. 735, dated 09/11/98, for $50,384.00 made payable to The Ware Group | | | |
| 249. | G & R Associates, Inc. Check No. 744, dated 11/13/98, for $2,993.00 made payable to The Ware Group | | | |
| 250. | G & R Associates, Inc. Check No. 745, dated 11/13/98, for $9,599.00 made payable to Valley Floor Covering, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 251. | G & R Associates, Inc. Check No. 750, dated 11/13/98, for $3,769.00 made payable to The Ware Group | | | |
| 252. | G & R Associates, Inc. Check No. 755, dated 11/22/98, for $4,100.00 made payable to Manny's Appliances | | | |
| 253. | Manny's TV & Appliances Ticket History, dated 01/21/99, for various appliances | | | |
| 254. | G & R Associates, Inc. Check No. 756, dated 11/202/98, for $391.95 made payable to Manny's Appliances | | | |
| 255. | Manny's TV & Appliances Ticket Histories, dated 09/28/99, for various appliances | | | |
| 256. | G & R Associates, Inc. Check No. 770, dated 02/09/99, for $3,390.00 made payable to D & C Granite and Marble | | | |
| 257. | G & R Associates, Inc. Check No. 782 and Check Stub, dated 06/24/99, for $6,630.00 made payable to Pynchon Press | | | |
| 258. | G & R Associates, Inc. Check No. 800, dated 08/20/98, for $7,500.00 made payable to Smith Paving Co. | | | |

| | | | | |
|---|---|---|---|---|
| 259. | G & R Associates, Inc. Check No. 802, dated 08/21/99, for $8,314.78 made payable to Superior Mechanical Contractors | | | |
| 260. | Superior Mechanical Contractor Statement and Attachments, dated 08/25/99, for indoor air conditioning system at 115 Mayfair Avenue, Springfield, MA | | | |
| 261. | G & R Associates, Inc. Check No. 803, dated 08/24/99, for $66,200.00 made payable to Valley Floor Covering, Inc. | | | |
| 262. | G & R Associates, Inc. Check No. 809, dated 09/02/99, for $1,267.13 made payable to Pella Window and Door Co. | | | |
| 263. | Pella Products, Inc. Invoice No. 1121 and Related Documents, dated 09/03/99 for Sliding French Door | | | |
| 264. | G & R Associates, Inc. Check No. 815 and Check Stub, dated 09/20/99, for $88,200.00 made payable to Valley Floor Covering, Inc. | | | |
| 265. | G & R Associates, Inc. Check No. 820 and Check Stub, dated 09/27/99, for $1,167.00 made payable to Lucia Lumber | | | |

39

| | | | | |
|---|---|---|---|---|
| 266. | Lucia Lumber Invoice, dated 09/28/99, for forty twenty foot lengths of Trex decking | | | |
| 267. | G & R Associates, Inc. Check No. 822, dated 10/01/99, for $921.78 made payable to Springfield Lumber | | | |
| 268. | Springfield Lumber Invoice and Delivery Ticket, dated 09/13/99 and 09/14/99, for Lumber and Materials Delivered to Santamaria Street | | | |
| 269. | G & R Associates, Inc. Check No. 826, dated 10/08/99, for $5,334.00 made payable to Manny's Appliances | | | |
| 270. | Manny's TV & Appliance Delivery Ticket, dated 10/9/99, and Various Ticket Histories | | | |
| 271. | G & R Associates, Inc. Check No. 841, dated 12/21/99, for $800.00 made payable to ABC Glass Inc. | | | |
| 272. | ABC Glass Inc. Invoice, dated 12/15/99, for four mirrors at 518 Old Farm Road, Amherst, MA | | | |
| 273. | G & R Associates, Inc. Check No. 852, dated 03/15/00, for $2,980.00 made payable to Valley Floor Covering, Inc. | | | |

| | | | | |
|---|---|---|---|---|
| 274. | G & R Associates, Inc. Check No. 853, dated 03/17/00, for $50,000.00 made payable to Project Management Innovations | | | |
| 275. | G & R Associates, Inc. Check No. 866, dated 05/02/00, for $5,000.00 made payable to J.P. Corcoran | | | |
| 276. | G & R Associates, Inc. Check No. 875, dated 06/05/00, for $6,000.00 made payable to Hilltop Construction | | | |
| 277. | G & R Associates, Inc. Check No. 879 and Check Stub, dated 06/09/00, for $81.02 made payable to A. Boilard Sons | | | |
| 278. | A. Boilard Sons Statement, dated 05/02/00, for decking materials | | | |
| 279. | G & R Associates, Inc. Check No. 923, dated 08/15/00, for $50,000.00 made payable to Project Management Innovations | | | |
| 280. | G & R Associates, Inc. Check No. 946, dated 10/02/00, for $493.50 made payable to Grillers Hall of Fame | | | |
| 281. | Grillers Hall of Fame Invoice, dated 08/30/00, for Hanson twenty pound gas grill propane cylinders and gas grill replacement part | | | |

| | | | | |
|---|---|---|---|---|
| 282. | G & R Associates, Inc. Check No. 1026, dated 12/04/00, for $25,000.00 made payable to Hilltop Construction | | | |
| 283. | G & R Associates, Inc. Check No. 1050, dated 01/17/01, for $25,000.00 made payable to Hilltop Construction | | | |
| 284. | G & R Associates, Inc. Check No. 1066, dated 02/26/01, for $56,587.00 made payable to Hilltop Construction | | | |
| 285. | G & R Associates, Inc. Check No. 1083, dated 05/16/01, for $8,100.00 made payable to Blue Dolphin, Inc. | | | |
| 286. | Blue Dolphin Contract, dated 04/21/01, with Christopher Asselin | | | |
| 287. | G & R Associates, Inc. Check No. 1089, dated 06/08/01, for $2,100.00 made payable to Blue Dolphin, Inc. | | | |
| 288. | Blue Dolphin Inc. Invoice, dated / / , for installation of an in-ground swimming pool and slide at 184 Bowles Park Extension | | | |
| 289. | Two Color Photographs, dated 05/22/01, of installation of swimming pool seized from 184 Bowles Park Extension, Springfield, MA | | | |

| | | | | |
|---|---|---|---|---|
| 290. | G & R Associates, Inc. Check No. 1120, dated 09/06/01, for $5,000.00 made payable to Charlie Lysak | | | |
| 291. | G & R Associates, Inc. Check No. 1129, dated 10/15/01, for $2,480.00 made payable to Pynchon Press | | | |
| 292. | Pynchon Press Invoice, dated 10/15/01, for campaign letters and envelopes | | | |
| 293. | G & R Associates, Inc. Check No. 1137 and Check Stub, dated 11/14/01, for $661.50 made payable to LaJustice Printing, Inc. | | | |
| 294. | LaJustice Printing, Inc. Invoices, dated 10/22/01 and 10/25/01, for invitations and response cards for the Dolly Asselin Retirement Party | | | |
| 295. | G & R Associates, Inc. Check No. 1166, dated 01/02/02, for $4,150.00 made payable to Bella Development | | | |
| 296. | Bella Development Invoice, dated 12/17/01, and Proposal for 12' by 16' outdoor shed installed at 518 Old Farms Road, Amherst, MA | | | |

| | | | | |
|---|---|---|---|---|
| 297. | G & R Associates, Inc. Check No. 1197, dated 03/01/02, for $100,000.00 made payable to First American Title | | | |
| 298. | G & R Associates, Inc. Check No. 1202, dated 03/15/02, for $7,000.00 made payable to Doug Brunner | | | |
| 299. | Attorney Douglas Brunner Documents relating to payment for survey work at 18 Whately Glen Road, Whately, MA | | | |
| 300. | G & R Associates, Inc. Check No. 1211 and Check Stub, dated 04/17/02, for $1,570.00 made payable to Country Trading Post | | | |
| 301. | Country Trading Post Invoice, dated 04/15/02, for catering services for Committee to Elect Christopher Asselin | | | |
| 302. | Springfield Housing Authority Vendor Payments to Manny's Plumbing & Heating/G & R Associates, Inc., A Joint Venture from 07/24/98 through 12/22/98 | | | |
| 303. | Springfield Housing Authority Vendor Payments to Manny's Plumbing & Heating from 05/28/89 through 01/31/03 | | | |

44

| | | | | |
|---|---|---|---|---|
| 304. | Manny's Plumbing & Heating, Inc. Form of General Bid, dated 10/18/00, for $39,775.00 for Replacement of Heating and Hot Water Systems | | | |
| 305. | E.F. Corcoran, Inc. Form for General, dated 10/18/00, for $42,400.00 for Replacement of Heating and Hot Water Systems | | | |
| 306. | Springfield Housing Authority Award, dated 11/14/00, and Related Documents of $39,775.00 Contract for Replacement of Heating and Hot Water Systems to Manny's Plumbing and Heating, Inc. | | | |
| 307. | Fax Transmittals, dated 01/02/01 through 02/15/01, Containing Project Inspections from James Bright to Arthur Sotirion Regarding SHA Bathroom Renovations by Manny's Plumbing and Heating, Inc. | | | |
| 308. | Eastern Mechanical Contractors, Inc. Form for Bid, dated 01/19/01, for Replacement of Cracked ABS Piping | | | |
| 309. | Manny's Plumbing & Heating, Inc. Form for Bid, dated 01/19/01, for Replacement of Cracked ABS Piping | | | |

| | | | | |
|---|---|---|---|---|
| 310.. | Springfield Housing Authority Award, dated 02/07/01, and Related Documents of $47,400.00 Contract for Replacement of Cracked ABS Piping to Manny's Plumbing and Heating, Inc. | | | |
| 311. | Springfield Housing Authority Minutes, dated 09/10/01, Regarding Award of Contract for Kitchen Renovations to E.F. Corcoran, Inc. | | | |
| 312. | Springfield Housing Authority Award, dated 09/07/01, and Related Documents Regarding Contract for Kitchen Renovations to E.F. Corcoran, Inc. | | | |
| 313. | Typed and Handwritten List Captioned "Income" and "Expenses" for Manny's Plumbing and Heating, Inc. | | | |
| 314. | Manny's Plumbing & Heating, Inc. Invoices, dated 10/29/97 through 05/26/98, for plumbing services and materials at 518 Old Farm Road, Amherst, MA | | | |
| 315. | Manny's Plumbing & Heating, Inc. Check Nos. 2305, 2419 and 3085, dated between 12/08/97 and 04/28/98, totaling $10,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| 316. | Ken Martin Heating and Air Conditioning Invoice Nos. 2455, 2457, 2459 and 2460, dated 11/15/97 through 01/05/98, for 418 Old Farm Road, Amherst, MA | | | |
| 317. | Manny's Plumbing & Heating, Inc. Invoice and Attachments, dated 08/25/98, for $198.36 for plumbing work at 184 Bowles Park Extension | | | |
| 318. | Manny's Plumbing & Heating Invoices, dated 11/20/98, for $2,131.42 for Raytron, 584 Page Boulevard, Springfield, MA | | | |
| 319. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1033, dated 12/02/98, for $2,525.00 made payable to Valley Siding and Insulation | | | |
| 320. | Manny's Plumbing & Heating, Inc. Invoice, dated 12/21/98, for plumbing work at 115 Mayfair Avenue, Springfield, MA | | | |
| 321. | Manny's Plumbing & Heating Invoices, dated 03/25/99, for $308.00 for 353 Maple Street, Springfield, MA | | | |

| | | | | |
|---|---|---|---|---|
| 322. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 4855, dated 06/26/99, for $8,015.27 made payable to IXL Cabinets | | | |
| 323. | IXL Cabinet Invoices, dated 05/28/99, for Corian Countertop at 811 Dickinson Street | | | |
| 324. | Warerite Distributors Invoice, dated 06/02/99, for Corian Countertop at 811 Dickinson Street | | | |
| 325. | Manny's Plumbing & Heating, Inc. Check No. 1104, dated 01/20/00, for $27,450.00 made payable to Palmer Goodell Insurance Agency | | | |
| 326. | Manny'S Plumbing & Heating, Inc. Check No. For $6,718.58 on or about 02/14/00 | | | |
| 327. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1127, dated 04/12/00, made payable to Valley Floor Covering for $30,000.00 | | | |
| 328. | Manny's Plumbing & Heating, Inc. Invoices, dated 11/16/99 through 06/09/00, for plumbing services and materials at 16 Azalea Way, Belchertown, MA | | | |

| 329. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1162, dated 06/19/00, for $7,500.00 made payable to Valley Insulation | | | |
|------|------|---|---|---|
| 330. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1270, dated 11/16/00, for $450.00 made payable to Hampden Signs | | | |
| 331. | Hampden Signs Invoice and Attachment, dated 08/21/00, for twenty "Chris Asselin State Representative" signs | | | |
| 332. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1281, dated 12/12/00, for $2,800.00 made payable to Kimball's Automotive | | | |
| 333. | Manny's Plumbing & Heating, Inc./G & R Associates, Inc. Joint Venture Check No. 1294, dated 12/27/00, for $8,700.00 made payable to Claude Labrie | | | |
| 334. | Manny's Plumbing & Heating, Inc. Check No. 7591, dated 03/22/01, for $787.97 made payable to IXL Cabinets | | | |

49

| | | | | |
|---|---|---|---|---|
| 335. | IXL Cabinets Invoices, dated 04/18/00, for five maple kitchen cabinet units 16 Dwight Road, Springfield, MA | | | |
| 336. | Manny's Plumbing & Heating Invoices, dated 08/01/01, for $1,678.16 for 48 Webber Street | | | |
| 337. | Manny's Plumbing & Heating, Inc. Check No. 9398, dated 06/10/02, for $77,200.00 made payable to Hilltop Construction, Inc. | | | |
| 338. | Manny's Plumbing & Heating, Inc. Check No. 9399, dated 06/10/02, for $122,800.00 made payable to First American Insurance | | | |
| 339. | Manny's Plumbing & Heating Invoices, dated 06/14/02, for $258.56 for 48 Webber Street | | | |
| 340. | Manny's Plumbing & Heating Invoices, dated 09/30/02, for $5,958.05 for plumbing services and installation of a 400,000 BTU pool heater at 184 Bowles Park Extension, Springfield, MA | | | |
| 341. | Springfield Housing Authority Vendor Payments to Ware Enterprises, Inc. from 01/24/97 through 02/26/99 | | | |

| | | | | |
|---|---|---|---|---|
| 342. | Springfield Housing Authority Vendor Payments to Ware Group, Inc. from 02/26/99 through 02/21/03 | | | |
| 343. | Springfield Housing Authority Vendor Payments to Hilltop Construction, Inc. from 01/14/00 through 07/12/02 | | | |
| 344. | G & R Associates Request for Partial Payment No. 2 with Adding Tape Captioned "Frank Ware" Seized from The Ware Group | | | |
| 345. | Ware Roofing Partnership Form for Sub-Bid, dated 04/22/98, for $394,800.00 to Manny's Plumbing & Heating/G & R Associates, a Joint Venture | | | |
| 346. | Hilltop Construction, Inc. Form of Subcontract, dated 11/02/01, for $307,000.00 to E.F. Corcoran, Inc. | | | |
| 347. | Hilltop Construction, Inc. Check No. 3441, dated 07/11/02, for $24,300.00 made payable to First American Insurance | | | |
| 348. | Hilltop Construction, Inc. Check No. 3414, dated 06/21/02, for $27,300.00 made payable to First American Insurance | | | |

| 349. | Briefcase Containing Approximately $240,000.00 in Cash Seized from 140 Sallie Circle, Ludlow, MA | | | |
|------|---------|---|---|---|

Filed this _____ day of July, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


 /s/ William M. Welch II
WILLIAM M. WELCH II
Assistant United States Attorney

52