# EXHIBIT G

Forest Park that involved a kickback being paid to Sotirion. According to CW-8, the contractor had entered into a $30,000.00 contract with SHA, but Sotirion cut back on the job so that the job was no longer worth $30,000.00. However, Sotirion nonetheless paid the painter the full $30,000.00 and received $10,000.00 back for himself.

33. CW-9 has been employed at SHA for approximately five years and works as Arthur Sotirion's secretary. CW-9 stated that Sotirion has directed CW-9 to change the numbers that appear on contractor proposals/bids. CW-9 stated that after a contractor sent SHA the paperwork for a particular bid, Sotirion would ask CW-9 to make changes to the contract, such as backdating the contracts or changing the amounts being paid to the contractor. CW-9 stated once CW-9 made the changes, Sotirion then sealed the bids, and Sotirion and Asselin, Sr. then dealt with the contracts. CW-9 recalled making changes to contracts submitted by G & R Associates, Manny's Plumbing, Springfield Plumbing, ATC Associates, Valley Flooring, and Hilltop Construction. Various SHA employees have identified these companies as companies that routinely have received the winning bids for SHA contracts.

34. CW-9 also stated that CW-9 received cash from SHA vendors during the holiday season for the past five years. CW-9 identified the vendors as Gary Baribeau of G & R Construction, John Spano of Valley Flooring, and Paul Bannick, who owns a

29

chemical supply company. CW-9 stated that Baribeau, Spano, or Bannick visited Sotirion often at his SHA office, but always came by around Christmas time. CW-9 stated that immediately after Baribeau, Spano, or Bannick left Sotirion's office on these holiday visits, Sotirion would come out of his office and give CW-9 an envelope and identify the vendor who had supplied the envelope. CW-9 stated that there was cash inside the envelope. CW-9 recalled typically receiving $100.00 per year from Baribeau and $75.00 per year from Spano. CW-9 stated that Bannick brought boxes of liquor, cigarettes, and food to Sotirion frequently, but always made a holiday visit. CW-9 usually received several bottles of liquor from Bannick.

35. CW-9 further stated that Sotirion used to instruct CW-9 to do work for Baribeau, Spano, and Bannick. This included typing letters, creating advertising flyers, designing letterhead, and creating Material Safety Data sheets. CW-9 did this on SHA time. When CW-9 questioned Sotirion about this, Sotirion told CW-9 to just do it.

36. In August, 2002, Sotirion approached CW-9 and had her download her entire hard drive onto approximately thirty computer discs and two CDs. This hard drive included, among other things, the work that CW-9 had done for Baribeau, Spano, and Bannick, the contracts that had been altered, campaign flyers for the Chris Asselin campaign that CW-9 had been instructed to create, and

*[handwritten margin note: "altered by computer or manually?"]*

other items. Sotirion then instructed CW-9 to delete the entire contents of her hard drive and took possession of the computer discs and two CDs. When CW-9 advised Sotirion that the FBI wanted to interview her, Sotirion told CW-9 not to mention the cash gifts and the fact that he had instructed CW-9 to delete CW-9's entire hard drive.

37. CW-10 has been employed at SHA for approximately twenty-five years and also works as Arthur Sotirion's secretary. CW-10 also confirmed that CW-10 has received gifts from vendors for the past approximately twenty years. CW-10 indicated that initially the gifts were primarily cases of wine, but that the gifts became cash approximately five years ago. CW-10 identified the following three vendors as individuals who have provided CW-10 cash: Gary Baribeau of G & R Construction, Paul Bannick, who owns a chemical supply company, and Dan Razolia, a contractor. CW-10 stated that Baribeau, Bannick, and Razolia normally provided the cash around the holiday time, and estimated that the cash was typically approximately $50.00 to $100.00.

38. CW-10 also noted that Baribeau, Bannick, and Razolia visited Sotirion often at his SHA office. CW-10 stated that around the same time that Baribeau, Bannick, and Razolia began giving CW-10 cash, CW-10 also began receiving cash from Sotirion. CW-10 recalled receiving approximately $100.00 from Sotirion at a time, and usually received the $100.00 in a birthday card or