# EXHIBIT H



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

July 30, 2006

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:   United States v. Peter Davis
           CR-N-04-30033-MAP

Dear Counsel:

    As a supplement to our previous bill of particulars, please be advised that the Government intends to offer evidence that SHA steered a subcontract under G & R Associates' 504/ADA contract to P.J. Richfield in 1993/1994, and that SHA steered a subcontract under P.J. Richfield's Christopher Court contract to Frank Ware in 1996/1997.

    In addition, please find enclosed the following Rule 16 materials, some of which had not been made available in automatic discovery, that the Government now intends to use in its case-in-chief:

        1.   SHA 2000 Annual Report;
        2.   Grand jury subpoenas and attachments for P.J. Joe Williams; vin Maroney; National Vinyl Products, Inc.; Nektar Papoutsakis; Jan Mason Contractors; Edward Archambeault; Rene Dion; JAN Masonry; and Bank North.

    Finally, please find enclosed a supplemental exhibit list. In addition, we intend to take some photographs of several projects for which P.J. Richfield received a contract from SHA. I suspect that those photographs will not be available until later in the month.

>                                Very truly yours,
>
>                                MICHAEL J. SULLIVAN
>                                United States Attorney
>
>                        By:     _____
>                                WILLIAM M. WELCH II
>                                Assistant United States Attorney

enc.