UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAYMOND ASSELIN, SR., et al,

Defendants.

Criminal No. 04-30033-MAP

**DEFENDANT PETER DAVIS'S MOTION TO DISMISS
COUNTS 1 AND 107 OF THE INDICTMENT**

Pursuant to Fed. R. Crim. P. 12, defendant Peter Davis hereby moves to dismiss Counts 1 and 107 of the Indictment. The government's recent *Brady* disclosure indicates that the 18 U.S.C. § 1503 obstruction of justice charge against Mr. Davis (Count 107) is defective as a matter of law. *See United States v. Aguilar*, 515 U.S. 593 (1995) (§ 1503 conviction reversed, even though defendant knew of grand jury investigation and lied to FBI agents, where interviewing agents were not under grand jury subpoena). Because the § 1503 charge is the only racketeering act that Mr. Davis is alleged to have committed within five years of the Indictment, the substantive racketeering charge (Count 1) fails as well. *See United States v. Torres-Lopez*, 851 F.2d 520, 525 (1st Cir. 1988) (RICO defendant must commit at least one racketeering act within five-year limitations period.). As grounds for this Motion, Mr. Davis relies on the reasons set forth in the accompanying Memorandum in Support.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Mr. Davis submits that the Court's ruling on this Motion will be aided with oral argument, and accordingly requests an opportunity to present such argument to the Court.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 **/s/ James C. Rehnquist**
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August 17, 2006

## CERTIFICATE OF SERVICE

I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on August 17, 2006.

 **/s/ James C. Rehnquist**
James C. Rehnquist

LIBA/1723853.1