

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

July 19, 2006

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:  United States v. Peter Davis
          CR-N-04-30033-MAP

Dear Counsel:

    Please find enclosed copies of relevant pages from the deposit book of Toussaint & Sons, Inc.; documents from J.A.N. Masonry; and criminal histories for the following possible Government witnesses:

        Bates, Paul
        Bella, Christopher
        Brown, Fitzroy
        Bshara, Paul
        Foucher, David
        Hulse, James
        Katsounakis, Nicholas
        Kisiel, Wallace
        Kratimenos, Peter
        Labrie, David
        Landry, Ronald
        Maroney, Francis
        Papoutsakis, Nektar
        Serrazina, Rui
        Smith, Peter
        Toussaint, Allen
        Williamson, George

Entries for civil restraining orders have not been produced as they do not fall within the definition of "criminal history."

Regarding your letter of July 13, 2006, I respond as follows:

1. <u>Brady Material</u>

   a. The Government disagrees that the information requested constitutes <u>Brady</u> matterial.

      (a) The agents who interviewed Mr. Davis were not under subpoena by the grand jury.

      (b) His statements were presented to the grand jury on June 29, 2004.

      (c) The Government declines to provide this information because it is not in the nature of a <u>Brady</u> request, but rather more like a bill of particulars seeking the Government's affirmative evidence and theory of the case.

      (d) The Government declines to provide this information as work product and privileged.

   b. The Government declines provide this information because it is not in the nature of a <u>Brady</u> request, but rather more like a bill of particulars seeking the Government's affirmative evidence and theory of the case.

   c. The reduction of a debt obligation is a "thing of value."

2. <u>Government Exhibits</u>

The Government intends to submit a comprehensive exhibit list for all thirteen defendants on July 24, 2006 given that no defendant has entered a guilty plea. The Government's present intention is to turn over evidence in electronic format.

3.  <u>Documents Copying</u>

I believe that your colleague, Ms. Luz, and the FBI have worked out a satisfactory arrangement.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By: _____
                                WILLIAM M. WELCH II
                                Assistant United States Attorney

enc.