# EXHIBIT A

# GOODWIN | PROCTER

Kathleen Luz
617.570.8208
kluz@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

August 9, 2006

**_By Facsimile and Regular Mail_**

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA  01103

*Re:*    *USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP*

Dear Mr. Welch:

The following is a list of exhibits we have been unable to identify:  Exhibit 2; Exhibits 3-7; Exhibits 9-12; Exhibits 42-58; Exhibits 62-64; Exhibits 67-68; Exhibits 71-77; Exhibit 81; Exhibits 84-86; Exhibits 88-89; Exhibits 91-102; Exhibit 104; Exhibits 108-121; Exhibits 123-124; Exhibit 126; Exhibits 130-132; Exhibits 140-142; Exhibits 153-155; Exhibit 159; Exhibits 164-166; Exhibit 174; Exhibits 177-189; and Exhibits 201-349.

Please contact me at (617) 570-8208 to discuss the logistics of copying these exhibits by August 11, 2006.  Thank you for your attention to this matter.

Very truly yours,

Kathleen Luz

cc:    James C. Rehnquist, Esq.