# EXHIBIT B

GOODWIN | PROCTER

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

August 14, 2006

**By Facsimile and Regular Mail**

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

Re:   USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP

Dear Mr. Welch:

As you are aware, on Friday, August 11, 2006, we began copying certain exhibits we were unable to identify on the government's supplemental exhibit list (dated July 30, 2006). In the process of doing so, we discovered that the government's supplemental exhibit list does not match up with the numbered exhibits made available for copying. While the government's supplemental exhibit list identified 349 exhibits, the exhibits made available for copying suggest that there are now 375 government exhibits. The change in numbering makes it impossible for us to copy only those exhibits we were unable to identify; instead, we are forced to copy every single exhibit. Please provide us with a corrected exhibit list as soon as possible.

In addition, the following exhibits were missing from the exhibits made available for copying: Exhibits 159, 164, 166, 171, 178-185, 197, 290, 295, 296, and 315. Of course, since the government has changed the numbering on its exhibit list, we are unable to determine whether these exhibits are, in fact, exhibits we were unable to identify from your earlier version of the exhibit list. Please send us, via overnight mail, copies of those exhibits. Feel free to use our Federal Express account number, 3113-9428-2.

Finally, I would like to schedule a time to review all of the exhibits in their original form, and would propose either August 21st or August 22nd beginning at 10:00 am. Please let me know as soon as possible if either of those dates is acceptable to you.

Very truly yours,

*James C. Rehnquist/njg*
James C. Rehnquist