# EXHIBIT C

**GOODWIN | PROCTER**

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

August 16, 2006

<u>*By Facsimile and Regular Mail*</u>

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

Re:   *USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP*

Dear Mr. Welch:

I am following up as to my letter dated August 14, 2006 (attached for your convenience).

The Court's August 3, 2006, order required the government to make certain exhibits identified on the government's exhibit list available for copying on or before April 11. As I explained in my August 14, 2006, letter, when we attempted to copy the government's exhibits on April 11, certain exhibits were missing. Moreover, because the government has changed the numbering on its exhibit list, we are unable to ascertain whether these missing exhibits are, in fact, exhibits that we were unable to identify. Although I asked you in my August 14, 2006, letter to provide us with a corrected exhibit list and copies of the missing exhibits, you have not responded.

I press the point because we are making a concerted effort to complete all of our motions in limine and to provide an exhibit list by August 25, 2006, as per the Court's order, a deadline that was set under the assumption that we would have all exhibits by August 11. Without copies of these exhibits, we are unable to complete either of these tasks. Please provide me with copies of exhibits by the close of business tomorrow, August 17, 2006. If I do not hear from you, I will be forced to file an emergency motion with the Court compelling you to comply with the Court's August 3, 2006, order.

# GOODWIN | PROCTER

William M. Welch II
August 16, 2006
Page 2

In addition, as I mentioned in my August 14, 2006, letter, I would like to schedule a time to review all of the exhibits in their original form, and would propose either August 21st or August 22nd beginning at 10:00 am. Again, we need access to all exhibits in their original form in connection with preparing our motions in limine and exhibit list. Please let me know by the close of business tomorrow (August 17, 2006) if either of those dates is acceptable to you.

Very truly yours,

*[signature]*

James C. Rehnquist

JCR/ng
Enclosure

**GOODWIN | PROCTER**

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

August 14, 2006

**By Facsimile and Regular Mail**

William M. Welch II
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

Re:   *USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP*

Dear Mr. Welch:

As you are aware, on Friday, August 11, 2006, we began copying certain exhibits we were unable to identify on the government's supplemental exhibit list (dated July 30, 2006). In the process of doing so, we discovered that the government's supplemental exhibit list does not match up with the numbered exhibits made available for copying. While the government's supplemental exhibit list identified 349 exhibits, the exhibits made available for copying suggest that there are now 375 government exhibits. The change in numbering makes it impossible for us to copy only those exhibits we were unable to identify; instead, we are forced to copy every single exhibit. Please provide us with a corrected exhibit list as soon as possible.

In addition, the following exhibits were missing from the exhibits made available for copying: Exhibits 159, 164, 166, 171, 178-185, 197, 290, 295, 296, and 315. Of course, since the government has changed the numbering on its exhibit list, we are unable to determine whether these exhibits are, in fact, exhibits we were unable to identify from your earlier version of the exhibit list. Please send us, via overnight mail, copies of those exhibits. Feel free to use our Federal Express account number, 3113-9428-2.

Finally, I would like to schedule a time to review all of the exhibits in their original form, and would propose either August 21st or August 22nd beginning at 10:00 am. Please let me know as soon as possible if either of those dates is acceptable to you.

Very truly yours,

*James C. Rehnquist/ng*
James C. Rehnquist