# EXHIBIT D

AUG 2 1 2006



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

August 16, 2006

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

    Re:  United States v. Peter Davis
           CR-N-04-30033-MAP

Dear Counsel:

    Please find enclosed a revised exhibit list. The exhibits will not be available during the week of August 21, 2006.

                      Very truly yours,

                      MICHAEL J. SULLIVAN
                      United States Attorney

            By:  _____
                      WILLIAM M. WELCH II
                      Assistant United States Attorney

enc.