UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 04-30033-MAP |
| PETER DAVIS., et al. | **FILED *EX PARTE* AND UNDER SEAL** |
| Defendants. | |

**DEFENDANT PETER DAVIS'S *EX PARTE* MOTION
FOR LEAVE TO FILE ALL PLEADINGS SEEKING
PRE-TRIAL SUBPOENAS *EX PARTE* AND UNDER SEAL**

Defendant Peter Davis moves this Court for leave to file under seal and *ex parte* the following pleadings submitted herewith: (1) Defendant Peter Davis's *Ex Parte* Motion for Leave to File All Pleadings Seeking Pre-trial Subpoenas *Ex Parte* and under Seal; (2) Defendant Peter Davis's *Ex Parte* Motion for the Issuance of Pre-Trial Subpoenas; (3) *Ex Parte* Declaration of James C. Rehnquist, Counsel for Peter Davis, in Support of Defendant Davis's *Ex Parte* Motion for the Issuance of Pre-Trial Subpoenas; and (4) Defendant Peter Davis's *Ex Parte* Memorandum of Law in Support of His *Ex Parte* Motion for the Issuance of Pre-Trial Subpoenas and To File *Ex Parte* and under Seal. As grounds for this motion, the defendant states as follows:

1. As stated in paragraph 3 of the accompanying declaration of counsel:

   I am moving for leave to file this affidavit and the accompanying pleadings *ex parte* and under seal for two reasons. First, a substantial portion of the assertions in the affidavit are based upon information that is protected by Mr. Davis's privilege against self-incrimination as well as the attorney work product doctrine, because (a) these assertions are based on Mr. Davis's recollection of, and attempts to reconstruct, his activities and the activities of

others during the events referred to in the Indictment; and (b) although Mr. Davis and his counsel believe that all of the documents sought are material to his defense and are exculpatory, there may be multiple inferences that can be drawn from the documents so the information in this affidavit may provide links in a chain of evidence that might tend to incriminate Mr. Davis. Second, this declaration discloses substantial information concerning Mr. Davis's present intentions with respect to his trial strategy and the evidence he intends to introduce at trial. Neither Mr. Davis's trial strategy nor his intent to introduce particular evidence has been finalized at this point because the government's discovery disclosures are incomplete.

2. As stated fully and in detail in the accompanying memorandum of law, the grounds for this motion are that the defense would be unfairly and unconstitutionally prejudiced by premature disclosure of information in these pleadings that is protected by the Fifth Amendment privilege. Moreover, Mr. Davis's intended trial defense and strategy would be undermined if the pleadings were disclosed to the prosecution or to the public.

In the event that this Court denies leave to file the pleadings *ex parte* and under seal, Mr. Davis requests that all of the pleadings be returned to him.

Respectfully submitted,

PETER DAVIS

By his attorneys,

James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August 24, 2006
LIBA/1725017.1