UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PETER DAVIS., et al.

Defendants.

Criminal No. 04-30033-MAP

**FILED *EX PARTE* AND
UNDER SEAL**

### DEFENDANT PETER DAVIS'S *EX PARTE* MOTION FOR
### THE ISSUANCE OF PRE-TRIAL SUBPOENAS

Pursuant to Fed.R.Crim.Proc. 17(c), and for the reasons stated in the

accompanying *ex parte* declaration of James C. Rehnquist, counsel for defendant Peter

Davis, Mr. Davis hereby moves this Court to issue pre-trial subpoenas to the entities

identified in footnote 1[1]. These subpoenas require production of documents and things

(as set forth in the attached Exhibits)[2] on or before September 5, 2006.

The grounds for this motion are as follows:

(a)     All of the evidence sought by this motion is evidentiary, relevant, and

material to Mr. Davis's defense for reasons detailed in the accompanying *Ex Parte*

Declaration of James C. Rehnquist in Support of Defendant Davis's *Ex Parte* Motion for

the Issuance of Pre-Trial Subpoenas.

---

[1]     The defendant seeks documents from the following entities: Springfield Housing Authority; Caolo & Bieniek Associates, Inc.; James Bright Architects; Chaffin Associates; Reinhardt Associates Inc.; Leon Pernice & Associates, Inc.; the City of Chicopee, MA; the Holyoke, MA Housing Authority; and the Department of Code Enforcement, Building Division, for the City of Springfield, MA.

[2]     Exhibit A (Springfield Housing Authority); Exhibit B (Caolo & Bieniek Associates, Inc.); Exhibit C (James Bright Architect); Exhibit D (Chaffin Associates); Exhibit E (Reinhardt Associates Inc.); Exhibit F (Leon Pernice & Associates, Inc.); Exhibit G (City of Chicopee, MA) Exhibit H (Holyoke, MA Housing Authority); and Exhibit I (the Department of Code Enforcement, Building Division, for the City of Springfield, MA).



(b)     The documents sought by this motion have not been located in the materials disclosed by the government pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

(c)     Trial preparation would be severely impaired, and the trial would be delayed, if this Court does not grant Mr. Davis leave to compel production earlier by subpoena returnable prior to trial and requires him to compel production by subpoena returnable during the trial.

(d)     This application is made in good faith and is in no way an unfocused fishing expedition. All of the document requests are drawn as narrowly and precisely as possible consistent with obtaining all evidence material to the defense.

(e)     Pursuant to the Sixth Amendment's right to compulsory process, Mr. Davis is entitled to the requested pre-trial subpoenas, and the documents and items sought by this motion are also essential to protect Mr. Davis's rights to a fair trial and to effective assistance of counsel, as guaranteed by the Fifth and Sixth Amendments to the United States Constitution.

Respectfully submitted,

PETER DAVIS

By his attorneys,

James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: August  24, 2006

LIBA/1725024.1