## PROPOSED SCHEDULE – SPRINGFIELD HOUSING AUTHORITY

To:   Keeper of the Records
      Springfield Housing Authority
      25 Saab Court
      Springfield, MA 01101

   1.   All documents, from January 1, 1990 through the present, reflecting or concerning outstanding tasks to be completed (including, but not limited to, punch lists and associated documents) on any SHA construction project where the value of the contract exceeded $20,000.

   2.   All documents, from January 1, 1990 through the present, reflecting or concerning field observation reports or site inspections on any SHA construction project where the value of the contract exceeded $20,000.

   3.   All documents, from January 1, 1990 through the present, reflecting or concerning policies, procedures, regulations and/or guidelines regarding: (a) bidding on SHA contracts; (b) "filed sub-bids" on SHA contracts; (c) performance standards for SHA contracts, including standards for whether performance is in accordance with contractual requirements; (d) issuance of certificates of completion; (e) payment on SHA contracts, including contractors' requests for payment; (f) contract modifications, substitutions, alterations, and/or additions, including change orders and field adjustments; (g) site inspections; (h) compliance with prevailing wage rules, regulations, laws and/or requirements; (i) minority contractors or subcontractors; (j) ethical requirements for SHA employees; (k) use of SHA supplies or resources on SHA construction projects; (l) joint venture bidding; and (m) role of architects on SHA projects.

   4.   All correspondence between the SHA (including, but not limited to, counsel for the SHA) and the United States Attorney's Office, the Federal Bureau of Investigation, or any

other law enforcement agency regarding P.J. Richfield, Inc., Peter Davis, or any of the facts alleged in *United States v. Asselin, et al.*, Crim. No. 04-30033-MAP.

5.      Personnel files for the following current or former SHA employees: Ruth Carlson, Wallace Kiesel, Peter Kratimenos, Terrence Hogan, and Bruce Fuller.

6.      All documents reflecting or concerning document retention policies for the SHA from January 1, 1990 through the present.

7.      Any and all documents (including, but not limited to, the full file), between January 1, 2003 and the present, for any SHA construction contract where the value of the contract exceeds $500,000.

LIBA/1723889.1