**PROPOSED SCHEDULE – CHAFFIN ASSOCIATES**

To:   Keeper of the Records
      Chaffin Associates
      121 Chestnut Street, Suite 244
      Springfield, MA 01103

1.   All documents, from January 1, 1990 through the present, reflecting or concerning P.J. Richfield, Inc. and/or Peter Davis.

2.   All documents, from January 1, 1990 through the present, reflecting or concerning all SHA construction projects on which P.J. Richfield, Inc. and/or Peter Davis was the general contractor and/or subcontractor.

3.   All documents, from January 1, 1990 through the present, reflecting or concerning outstanding tasks to be completed (including, but not limited to, punch lists and associated documents) on any SHA construction project where the value of the contract exceeded $20,000.

4.   All documents, from January 1, 1990 through the present, reflecting or concerning field observation reports or site inspections on any SHA construction project where the value of the contract exceeded $20,000.

5.   All documents, from January 1, 1990 through the present, reflecting or concerning bids or requests for proposals submitted by you or on your behalf in connection with any SHA construction project.

LIBA/1724953.1