## PROPOSED SCHEDULE – CITY OF CHICOPEE

To:   Keeper of the Records
City of Chicopee
17 Springfield Street
Chicopee, MA 01013

1. All documents, from January 1, 1990 through the present, relating to P.J. Richfield, Inc. and/or Peter Davis.

LIBA/1723902.1