**PROPOSED SCHEDULE –CITY OF SPRINGFIELD, DEPARTMENT OF CODE ENFORCEMENT, BUILDING DIVISION**

To: Keeper of the Records
City of Springfield
Department of Code Enforcement, Building Division
70 Tapley Street
Springfield, MA 01104

1. All documents, from January 1, 1990 through the present, relating to the following construction projects for the SHA:

| Year | Project Description | Address | Contract Number | Name of Contractor |
|---|---|---|---|---|
| 1990 | Fire Damage at 15 Rodney Smith Circle | 15 Rodney Smith Circle | Unknown | P.J. Richfield |
| 1991 | Exterior renovations at Manilla MA 35-7 and Re-Roofing at Riverview MA 35-1 | 13-55 Manilla Ave.<br>72-78 Ralph St.<br>82-105 Division St.<br>67-167 Clyde St.<br>36-154 Sanderson St. | 35-1-7-1991-2-11 | P.J. Richfield |
| 1992 | Fire Damage at 571 Bay Street | 571 Bay St. | Unknown | P.J. Richfield |
| 1992 | Comprehensive Modifications at Harrigan Apartments MA 35-5 | 59-81 Woodside Terrace<br>107-111 Belmont Ave. | 35-5-1992-1-7 | P.J. Richfield |
| 1993 | Parking and Storage Garage at Christopher Court Apartments MA 35-14 | 1118-1122 St. James Ave. | 35-14-1993-1-6 | P.J. Richfield |
| 1993 | 504/ADA Site Work on 14 Developments | 82-105 Division St.<br>67-167 Clyde St.<br>36-154 Sanderson St.<br>17-27 Saab Court<br>160-196 Nursery St.<br>104-120 Stafford St.<br>59-81 Woodside Terrace<br>107-111 Belmont Ave.<br>21-45 Pine Street<br>22-68 Healy St.<br>23-77 Moxon St.<br>20 LaFrance St.<br>43-121 Renee Circle<br>231-239 Pine St.<br>111-118 Marble St.<br>35-49 Pendleton Ave.<br>347-367 Central St.<br>1118-1122 St. James Ave.<br>31-51 Morgan St.<br>500 Hancock St. | 35-C-1993-2-8 | P.J. Richfield |

| Year | Project Description | Address | Contract Number | Name of Contractor |
|---|---|---|---|---|
| 1993 | 504/ADA Renovations at Riverview Apartments | 82-105 Division St. 67-167 Clyde St. 36-154 Sanderson St. | 35-1-1993-2-10 | G&R Associates |
| 1995 | Site Work at Sullivan Apartments MA 35-3 | 160-196 Nursery St. 104-120 Stafford St. | 35-C-1995-2-6 | P.J. Richfield |
| 1996 | Exterior Renovations at Jones Apartments MA 35-12, Central Apartments MA 35-13 and Appleseed Apartments MA 35-16 | 35-49 Pendleton Ave. 425 Central St. 500 Hancock St. | 35-12-13-16-1996-1-9 | P.J. Richfield |
| 1996 | Unit Modifications and Repairs at Christopher Court MA 35-14 | 1118-1122 St. James Ave. | 35-14-1996-1-11 | P.J. Richfield |
| 1997 | OSHA Compliance Renovations at Riverview MA 35-1, Christopher Court MA 35-14, Robinson 200-3 and Duggan 200-2 | 82-105 Division St. 67-167 Clyde St. 36-154 Sanderson St. 1118-1122 St. James Ave. 1-40 Arthur Picard Circle 339-519 Goodwin St. 6-55 Rodney Smith Circle 3-143 Layzon Bros. Road, Indian Ocean | 35-G-1997-4-15 | P.J. Richfield |

LIBA/1724968.1