## PROPOSED SCHEDULE – HOLYOKE HOUSING AUTHORITY

To:  Keeper of the Records
     Holyoke Housing Authority
     475 Maple Street
     Holyoke, MA 01040

   1.   All documents, from January 1, 1990 through the present, relating to P.J. Richfield, Inc. and/or Peter Davis.

LIBA/1724959.1