1 - 

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | Case No. |
| JOHN DOE. | |

Federal Grand Jury
U.S. Courthouse
1550 Main Street
Springfield, Massachusetts

Tuesday
February 24, 2004

APPEARANCE:   WILLIAM M. WELCH
              Assistant U.S. Attorney

WITNESS:   FRANCIS X. MARONEY

**ORIGINAL**

**APEX Reporting**
(617) 426-3077

FRANCIS X. MARONEY - 02/24/04                                  162

1  something, do this or say this.
2       Q    Okay.  Which you knew ---
3       A    Which was a lie.  It was not to tell the truth.
4  Basically the same thing he was telling me.
5       Q    Okay.
6       A    Just to shut up.
7       Q    At that time did you take what you perceived to be
8  his threats seriously?
9       A    Yeah.
10      Q    Why is that?
11      A    Because I didn't know how big he was.  I didn't.
12      Q    What do you mean by that?
13      A    I didn't know if he was mob connected, how much
14 power he had.  I was -- I was always told that he was a real
15 powerful person, that he had -- we talked about the safe,
16 that he had a safe with a lot of personal and political
17 people in it and that he -- you know, and a guy that could
18 call the auditor and say wipe it clean and it happened,
19 you'd think he was pretty powerful.
20      Q    Okay.  And then so not only was there that air of
21 power that he projected, but was he also -- he could be
22 intimidating?
23      A    Ah, he was -- there were people at housing that
24 retired at an early age because of him, because he just
25 basically ran them into the ground.

APEX Reporting
(617) 426-3077