UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JOHN DOE. | Case No. |

Federal Grand Jury
U.S. Courthouse
1550 Main Street
Springfield, Massachusetts

Tuesday
June 15, 2004

APPEARANCE:   WILLIAM M. WELCH
              Assistant U.S. Attorney                    **ORIGINAL**

WITNESS:      NICHOLAS MICHAEL KATSOUNAKIS

*APEX Reporting*
(617) 426-3077

1  then, obviously, your own expenses of, through Manny's
2  Plumbing & Heating.
3       Is that correct?
4  A  Yes.
5  Q  Once you began to secure winning bids at
6  Springfield Housing Authority, did Arthur Sotirion continue
7  to tell you that you had to make payments, either in the
8  form of cash or in these services that you've described, in
9  order to continue to do work at Springfield Housing
10 Authority?
11 A  Yes.
12 Q  Did the numbers begin to change over time as you
13 began to get larger and larger contracts from the
14 Springfield Housing Authority?
15 A  Yes, it did.
16 Q  And in what way did the numbers change?
17 A  The larger the job was the more money he expected
18 to be paid.
19 Q  Would you know in advance of winning a bid the
20 amount of money that Arthur Sotirion would expect on any
21 given project?
22 A  As the project was coming to bid, he would say,
23 "Well, I'm going to need $50,000.00 on this job," for
24 himself and Ray.
25 Q  And would he specifically tell you that it was for

1  not only himself, but, also, for Raymond Asselin?

2     A   Yes.

3     Q   Do you know how he came up with the figures as
4  they related to any given project or job?

5     A   It, it didn't really have any exact figure, but it
6  was a, almost like 10 percent of whatever the dollar value
7  was.

8     Q   So, when he would tell you for a particular
9  upcoming job -- we'll just use an example -- that he
10 expected, like, 50,000, what would you do?

11    A   A couple of times, I told him, "I'm not going to
12 end up getting the bid if I carry money for him," or I would
13 cut my percentage down; so, that I could try and get the bid
14 anyways.

15    Q   And what would he tell you?

16    A   At one point, he told me either carry the bid or
17 else, and I ended up just walking out of the, out of the
18 office at that point, and--

19    Q   And what did you understand "or else" to mean?

20    A   Either something is going to happen to you, or
21 you're going to not get any other jobs or not get paid.

22    Q   Okay. When you say, "Something is going to happen
23 to you," what do you mean by that? What did you take that
24 to mean?

25    A   He, he didn't, actually, say those words. That's

1  just what I inferred it to mean.
2      Q   Right. But your inference from those words were
3  he said "or else".
4          What was the inference that you drew from those
5  words?
6      A   Possibly he's going to get somebody to get you, or
7  he's going to not give you the next payment after you're in
8  the middle of a project or make things real difficult for
9  you.
10     Q   Okay. So, let's begin with the, the, sort of the
11 first alternative if, if you will.
12         When you say, "Possibly someone getting you", you
13 mean actual physical harm?
14     A   Possibly.
15     Q   Okay. And, then, obviously, the other two
16 alternatives, if you will, were, essentially, what you
17 viewed as economic harm? Somehow economically impacting
18 your business in a detrimental way?
19     A   Yes.
20     Q   Either forcing you or no longer allowing you to
21 continue to get business from the Springfield Housing
22 Authority, or making your life unbearable in completing some
23 of these projects?
24     A   Yes.
25     Q   Had you seen him do that to other contractors?

1    A    Yes.

2    Q    And how could he do that?  Meaning, given his
3 position, how was he able to make life difficult for you if
4 you were doing a project for the Springfield Housing
5 Authority?

6    A    He could not accept the work, pun -- give you
7 punch lists after punch lists.  You recertify every year,
8 and he could give you a negative certification for the
9 State.

10   Q    Okay.  When you're talking about the
11 certifications every year, are those the D Cam
12 Certifications?

13   A    Yes.

14   Q    So, not only was he in control of the project, but
15 he, in some sense, was in control of your future business if
16 he ever decided to give you an extremely negative for
17 critical review with the Commonwealth of Massachusetts?

18   A    Yes.

19        (Pause.)

20        BY MR. WELCH:

21   Q    How would you describe Mr. Sotirion's demeanor
22 towards you?  Was he intimidating?

23   A    He's very intimidating.  He could be a nice guy at
24 times, but he's quite intimidating, and, you know, almost
25 runs that office like, like a dictator, pacing back and

1    Q    And what do you remember about a water heater
2  there?
3    A    That it had leaked, and it had to be replaced, and
4  I had to go out there, in the middle of a snow storm, to go
5  check it out for her.  The following day, we replaced it.
6    Q    Do you remember who you got the call from?
7    A    From Ray.
8    Q    And when he called you, did he, basically, explain
9  to you what the problem was?
10   A    Yes.
11   Q    Let me ask you this, why did you have to go as
12 soon as Ray Asselin called you?  Why couldn't you just say,
13 you know, "It's snowing outside.  I'll get to it tomorrow
14 morning"?
15   A    Because you had to jump when he called.  That's
16 how it worked.
17   Q    When you say that you had to jump when he called;
18 that's how it works, what do you mean by that?
19   A    Because he's demanding, and he wants, you know, he
20 wants what he wants done when it has to be done.
21   Q    Okay.
22   A    His, his terms.
23   Q    So, then, you drove from Agawam to where?  Ludlow?
24   A    To Ludlow.
25   Q    In the middle of a storm.  Was her husband still

1   Q   Okay.
2   A   Now, he didn't, he's not one that's on here that's
3 as a deduction.
4   Q   Okay. And I take it you still expect him to, to
5 make payment?
6   A   Yes.
7   Q   I mean, have you been trying to collect from
8 either Mr. Scott or Mr. Rui Serrazina?
9   A   I haven't spoke to Fred Scott in a, I'd say about
10 a year. He was hoping to make it up, say, on another
11 kitchen job, but I told him that I'm not doing any type of
12 jobs like that.
13      Rui says that he's going to pay. I, I haven't
14 talked with him.
15   Q   Okay. The last question has to do with the sort
16 of outstanding balance and that kind of thing, and the
17 question, essentially, is at, at what point did you feel as
18 if you were sort of, I guess, so far in the hole in the
19 sense of owing money that perhaps there are, also, some
20 safety concerns that you had with respect to not paying all
21 of this money back?
22   A   Back when he gave me this listing of what I owed,
23 which I didn't realize that it had gotten that high. I told
24 him that I had lost money on some of the jobs, and he --
25 excuse my language, but he said, "Just get the fuckin money

1    or else," and, then, at that point, I just walked out of the
2    place, and, then, scrambled to find one way or another to
3    pay him their money.
4         Ray Asselin is a real powerful guy.  He knows a
5    lot of people.  I, or that he's threatened some other guys
6    at the Housing Authority if they open their mouth.
7         I've got three little kids.  I'm not afraid for
8    myself, but for them.
9    Q    Okay.  So, I take it, through the things that you
10   hear, the things that you've seen, the way that both he and
11   Art have interacted with you, I think you've described them
12   as intimidating and can be pretty forceful, that you believe
13   that they have the means to harm you or your family
14   personally if they wanted to do that?
15   A    Yes.
16        MR. WELCH:  Okay.  I think you've answered all our
17   questions.  If you could just do me a favor and meet me back
18   down on the third floor in our office,--
19        THE WITNESS:  Okay.
20        MR. WELCH:  --and, then, within five minutes,
21   you'll be free to go.
22        THE WITNESS:  Okay.  What's on your office?  On
23   the door?  What's--
24        MR. WELCH:  Room 310.
25        THE WITNESS:  Okay.