# EXHIBIT 1
## Group 1

12/28/94

| | | |
|---|---|---|
| | 31,152.50 – | Bills Pd 12/28. |
| Gary | 20,000. – | (9,000) (1,000) (10,000) |
| Balance | 14,600 – | |
| | 65,750. | |

ARTS office

net payment to ART/RAY/DAS

Crew I
Barkert

Wk. Ending June 1-4, 1982



12/23/94

| | | | | |
|---|---|---|---|---|
| Total Sales | | 711,433 | | |
| Cost | | 850,097 | | |
| Net Loss | | (138,664) | | |
| Loss Funded By | | | | |
| Bank Of Boston | | 85,000 | | |
| Other profits(Partner Capital) | | 53,654 | | |
| | | 138,654 | | |
| Forgiveness | | 45,000 | | |
| Net Cash Loss | | (93,654) | | |
| | | (46,827) | (46,827) | (93,654) |
| Capital | | 26,827 | 26,827 | 53,654 |
| Loan Due | | (20,000) | (20,000) | (40,000) |
| Loan Paid | | 40,000 | | 40,000 |
| Due To (From) | | 20,000 | (20,000) | 0 |
| Add Tax on Forgiveness | 45,000 x.50% | | | |
| | 22,500 | | | |
| Tax Rate | .28% 34% | | | |
| | | 6,300 | | |
| Total Due | | 26,300 | | |

— + STATE TAX

— IF P.J. PAYS ADD'L TAX DUE FROM RAY.

40,000 / 2 = 20000

27650

PAYED BY P.J-TAX ON ABOVE = 27,650(.34) = 9401

37051 OWED TO PETE BY RAY

FINAL ACCT'S 504 SITE - 556400
1% ACCOUNTING - 6217
ATLANTIC FASTENER - 143
COSTIGAN - 101
HARTLINE - 280
FINAL JIM DAVIS MARBLE - 1761

564902

GARAGE EXTRAS - 1223

-566125

CONTRACT AMT. 621737

55612 / 3 = 18537 OWED TO AP & RAY BY PETE

CHECKS IN 1993 TO ART
" " 94 " "
" " " " "

1100
1945
1434
4479 DUE PETE BY ART

G&R JOB NET APPROX 28000 / 3 = 9333 OWED TO PETE, RAY, ART BY G&R

11 Beacon Street
(Suite 722)
Boston, MA 02108
Tel. 617-367-0008

Thomas J. Connelly
Executive Director

February 1, 1994

g the local public housing and community
lly invites your participation in our

l in North Falmouth from Sunday, May 22

st legal, fiscal, and operational requirements
cies. We will provide the information you
missioners and Administrators. In addition

Toilets. 615.—
Home Depots. 117.
732

Eastfield glass. 400. extras
credit Toussaint (300)
$832

28, 911
832
≈ 28, 000

# EXHIBIT 1
## Group 2

0.00 T

720.00 +
8,000.00 +
7,550.00 +
2,048.25 +
4,724.52 +
8,000.00 +
11,000.00 +
20,000.00 +
7,503.25 +
4,241.84 +
17,647.00 +
12,540.00 +
11,225.00 +
11,880.00 +
1,765.94 +
248.00 +
4,273.00 +
20,000.00 +
750.00 +
7,801.93 +
2,880.00 +
383.25 +
15,817.00 +
1,691.21 +
6,270.00 +
25,000.00 +
1,540.25 +
1,508.00 +
4,820.00 +
2,700.00 +
11,970.00 +
5,610.00 +
4,874.45 +
30,000.00 +
1,367.80 +
1,260.00 +
4,000.00 +
1,614.96 +
876.00 +
10,680.00 +
19,300.00 +
2,163.00 +
1,553.00 +
7,000.00 +
3,930.00 +

```
    343•36 +
  6,762•15 +
 13,123•36 +
  1,268•81 +
    288•00 +
    662•34 +
  1,127•62 +
 35,000•00 +
    600•00 +
  1,070•52 +
  9,839•50 +
     42•00 +
  1,558•00 +
    536•19 +
 10,035•00 +
  6,000•00 +
  1,770•00 +
 20,000•00 +
  4,330•00 +
  2,335•00 +
 15,000•00 +
 25,520•00 +
    594•00 +
  6,440•00 +
  8,000•00 +
  2,876•00 +
  1,954•00 +
    648•69 +
 11,000•00 +
    625•26 +
 10,700•00 +
 30,000•00 +
 21,124•77 +
    690•00 +
    990•74 +
    501•79 +
 20,000•00 +
  6,961•86 +
 10,600•50 +
  6,000•00 +
627,647•11 T

      0•00 T
```

# EXHIBIT 1
## Group 3

EARLY ENTERPRISES
P.O. Box 2722
Springfield, Mass. 01103

G. & R. CONSTRUCTION
12 OAK STREET
INDIAN ORCHARD, MA.

**EARLY ENTERPRISES**
**P.O. Box 2722**
**Springfield, MA 01103**
**Tel. 413-737-3412**

**Home Improvements**
**Painting**
**General Contractor**

JANUARY 7 1994

TO: G. & R. CONSTRUCTION
12 OAK STREET
INDIAN ORCHARD, MA.

RE: RIVERVIEW REHABILITITATIONS---PROJECT # 35-1,
DEMOLITION AND CLEAN UP OF DEBRIS.

REQUEST FOR PAYMENT OF TWENTY THOUSAND & 00/100 DOLLARS, PAYMENT FOR COMPLET DEMOLITION AND REMOVAL OF ALL DEBRIS-- FOUR UNITS @ FIVE THOUSAND & 00/100 DOLLARS PER UNIT.

INVOICE #1 SUBMITTED 7 JAN. 1994.

Norman Early
NORMAN EARLY--for
EARLY ENTERPRISES

# EXHIBIT 1
## Group 4

| | |
|---|---|
| CONCRETE - RAMPS/SIDEWALKS | 195829 |
| CARPENTRY - LABOR/MATERIAL | 16891 |
| GLASS | 40480 |
| SIGNS/POSTS | 2267 |
| RAILS FABRICATE | 159791 |
| " PAINT BLAST | 32048 |
| " " MATERIAL | 8906 |
| " INSTALL | 40968 |
| CONCRETE FORMS/REBARS | 2200 |
| FASTENERS | 163 |
| SPRAY GUNS/ACC | 310 |
| FENCE | 1269 |
| SURV. | 50000 |
| TOTAL | 556400 |
| | 621737 |
| CONTRACT NET | 65337 = 3 |

21779

56,000

| | |
|---|---|
| GARAGE EXTRAS - STUDS/DRYWALL | 484 |
| LABOR | 240 |
| MISC MAT'L | 84 |
| DOOR | 205 |
| TAPE/CLOSER/BRIDGING | 210 |
| TOTAL | 1223 |
| 407 = | 3 |

18,536
9
27

ART - 1993 CK - 1100 1994 CK 1995, 1434 = 4528 + 407 =

RAY BANK BOSTON 40,000 x .41 = 16400/2 = 8200 + 20,000 = 28200

DEBT FORGIVE 44,000 x .41 = 18040/2 = 9020 — 9020

1994 CK - 1360 + TILE - 1100 + LABOR - 700 = 3160

7

| | |
|---|---|
| CONCRETE - RAMPS/SIDEWALKS | 195829 |
| CARPENTRY - LABOR/MATERIAL | 16891 |
| GLASS | 40480 |
| SIGNS/POSTS | 2267 |
| RAILS FABRICATE | 159791 |
| " PAINT BLAST | 32048 |
| " " MATERIAL | 8904 |
| " INSTALL | 40968 |
| CONCRETE FORMS/RELEASES | 2200 |
| FASTENERS | 133 |
| SPRAY GUNS/ACC | 310 |
| FENCE | 1269 |
| SUPV. | 50000 |
| TOTAL | 556400 |
| | 621737 |
| CONTRACT NET | 65337 / 3 = 21779 |

56,000

| | |
|---|---|
| GARAGE EXTRAS - STUDS/DRYWALL | 484 |
| LABOR | 240 |
| MISC MAT'L | 84 |
| DOOR | 205 |
| TAPE/CLOSER/BRIDGING | 210 |
| TOTAL | 1223 / 3 = 407 |

18,536

Insul

ART - 1993 CK - 1100 1994 CK 1945, 1434 = 4528 + 407 =

RAY BANK BOSTON 40,000 x .41 = 16400 / 2 = 8200 + 20,000 = 28200

DEBT FORGIVE 44,000 x .41 = 18040 / 2 = 9020 9020

1994 CK - 1360 + TILE - 1100 + LABOR - 700 = 3160 / 2