# EXHIBIT A

**Chris Court Contract**

|  | Pete Davis | Frank Ware, Jr. | Difference | Rate | Total |
|---|---|---|---|---|---|
| 1. 24 front & rear halls | 24 | 24 | 0 | 420 | 10,080 |
| 2. 66 Exterior Doors | 66 | not billed for | 0 | $64 | 4,200 |
| 3. 68 complete units | 68 | 68 | 0 | 450 | 30,600 |
| 4. 1st Floor barcony ceiling |  | not billed for |  |  | 2,000 |
| 5. Exterior painting |  | not billed for |  |  | 4,500 |
| 6. Extras - see contract actual |  |  |  |  |  |
|  |  | Total |  |  | 51,380 |
|  |  | Less - Exterior Painting & Bacony painting & Doors |  |  | (10,700) |
|  |  | Total due on base contract without extras |  |  | 40,680 |
|  |  | Total received to date with extras per Pete |  |  | 41,625 |

9/8/97 - Exterior work will be done by 9/24/97 - (weather)

Frank Ware - [Pete at 45/unit for partials] looking for Mike & Lou.

$2175 - for the partials + $10,700. once exterior paint is done

# Chris Court Painting actual

| | Pete Davis | Frank Ware, Jr. | Difference | Rate | Total |
|---|---|---|---|---|---|
| 1. # of complete painted units | 68 | 68 | 0 | $450.00 | $30,600.00 |
| 2. Partially painted units | 5 | | | | need to discuss |
| 3. Hallways | 24 | 24 | 0 | $420.00 | $10,080.00 |

Every apt that received new cabinets & sinks had at least the kitchen area painted and the bathroom wall painted.

all units that received cabinets and sinks along with bathroom walls.

Smoke detectors were moved and wall patching and painting was required in these areas in all apartments.

need to discuss

Wall repair for smoke detectors is an extra.

need to discuss

Total payments to date for Chris Court painting:

1. 68 complete units @ 450.00 each          $30,600.00
2. 5 partial units @ $45.00 each             $225.00
3. 24 Hallways @ $420.00 each              $10,800.00

Total                                        $41,625.00

---

9/8/97

TO: Peter

Frm Frank Ware

CC- Was RbA

Faxed to Peter 9/8/97

*(100.) 5 @ 65. + 19 @ 100 = $2175

Frank Ware.

very reasonable

where's Bulger

R- FACTOR

* — $100 — paint Kitchens + Bathrooms.