# EXHIBIT B

1   out of some of these jobs, and, then, secure the bid as the
2   lowest bidder?
3        A    Yeah.
4        Q    As this progressed over time, do you remember
5   whether or not Mr. Sotirion used to talk about something
6   called the "S Factor," and the "R Factor"?
7        A    Yes.
8        Q    And what was the "S Factor" and what was the "R
9   Factor"?
10       A    Well, there again, I thought that was a job?  You
11  know, the, the A & R factor, he says, he said, when I would
12  bid the jobs, myself, he'd says, "Is the A & R Factor in
13  there?"
14            I'd, sometimes I'd say, "No."
15            "Well, what do you mean, "No"?"
16            I said, "I'm cutting so close now there is nothing
17  in here," and those were some of the jobs that I didn't get.
18       Q    What did you understand, I may have misspoken.
19            What did you understand the "R Factor" and the "A
20  Factor" to be?
21       A    Oh, oh, okay.  A portion went to Ray, and a
22  portion went to Art.
23       Q    Did you ever know, when you were bidding on a
24  contract, precisely what portion of the contract they would
25  expect?

1   A   No.

2   Q   So, for you, whenever some of these bills began to
3   show up in the envelopes, it was always somewhat of a
4   surprise?

5   A   Yeah.

6       MR. WELCH:  I want to go back to 4-GB, and just to
7   give you, or give the Grand Jury context, these are,
8   actually, documents seized from Mr. Sotirion's office, but
9   here is a yellow Post-It note that appeared on his ledger.

10      As the coversheet indicated, your total contract
11  was $688,693.50, and the costs related to this were,
12  actually, $659,053.50; thereby, leaving the net profit that
13  appears on that yellow sheet of paper.

14      BY MR. WELCH:

15  Q   I take it, in, you never had discussions with
16  Mr. Sotirion where, as you were bidding for a particular
17  job, he would tell you, "I expect 50 percent of the net
18  profit," or--

19  A   No.

20  Q   --or things of that nature?

21  A   No.

22  Q   So, whatever he had in his mind, as far as a
23  figure, did he ever share that with you up front?

24  A   No.  It always came at the end.

25  Q   You had made mention of the fact that Mr. Sotirion

1  used to make reference to the "R Factor" and the "A Factor".
2        Correct?
3     A  Yeah.
4     Q  Do you remember another vendor or contractor for
5  the Springfield Housing by the name of Peter Davis?
6     A  Yes, I do.
7     Q  Did he operate a company called P.J. Richfield?
8     A  Yeah. Yes.
9     Q  Were you, also, familiar with a vendor or
10 contractor at the Springfield Housing Authority, or for the
11 Springfield Housing Authority by the name of Frank Ware?
12    A  Yes.
13    Q  And he, actually, had a couple of different
14 companies; among them, the Ware Group?
15    A  Yeah.
16    Q  New England Star Development?
17    A  Yes.
18    Q  Did he, also, have a company called Hilltop--
19    A  Hilltop.
20    Q  --Construction?
21    A  Yes, he did.
22        MR. WELCH: Let me just show you 5-GB. This is a,
23 a document -- again, this is for the context of the Grand
24 Jury -- taken from records turned over by Demetrious
25 (phonetic) Davis, the son of Peter Davis, who appeared here

1   as the custodian of record, but written on these documents
2   is the following, "9/8/97. From: Frank Ware. To: Peter.
3   cc: AGS, RBA." Then, in the lower right hand corner, it
4   appears to say, "Very reasonable. Where is balance R
5   Factor?"

6                   (Grand Jury Exhibit No. 5-GB
7                   marked.)

8           BY MR. WELCH:
9       Q   Do you know, or did you ever have any discussions
10  with other contractors for Springfield Housing Authority,
11  who similarly talked to you about either Arthur Sotirion or
12  Ray Asselin, Sr. expecting some portion of the contract
13  coming back to them?
14      A   A little bit with Manny, Manny's Plumbing.
15      Q   What do you remember about that?
16      A   Well, I know, I, I know he's done it because he
17  said, "I've been doing work for him, and," he says -- I
18  said, "Have you ever got paid?"
19          He says, "No."
20          I said, "How long you been doing the work?"
21          He says, "Ten years."
22          I said, "Well, you're in the same boat I'm in."
23          Then, that's why I just presume that he was doing
24  it.
25      Q   Okay. When you say, well, when you asked him,