# EXHIBIT C

Frank Ware-

```
                      112,650.000 +
                       55,000.000 +
                        2,895.000 +
      Painting         59,850.000 +
      Central St       18,057.000 +
      Bay Sherman      57,325.000 +
                      305,777.000 T
```

R Tech   112.650 - 75 —
FW.        55000
G.B.         25
          ———————
          192,650

... Associates Inc.
46 Carol Ann Street
Springfield, MA 01128

... Housing Authority
25 Saab Court/P.O. Box 1609
Springfield, MA 01101

..., ..., ...
425 Central, Sullivan &
Marble

Page ___ of ___

Contract #35-22-3-11-1998-1-3

Payment Application Number: Two
Period to: May 1, 1998 – June 2, 1998

tinuation Sheet

General & Sullivan & Marble

| B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|
| Description of Work | Scheduled Value | Previously Approved | Completed this Period | Materials Stored Not in D or E | Total Completed and Stored to Date D+E+F | % | Balance to Finish |
| General Conditions | $192,650 | 0 | 77,060 | | 77,060 | 40 | 115,590 |
| Permits | 5,050 | 5,050 | | | 5,050 | 100 | 0 |
| Bond & Insurance | 51,477 | 21,000 | 10,000 | | 31,000 | 60 | 20,477 |
| Entrance Systems | | | | | | | |
| 35-3 | 80,000 | | | | | 0 | 80,000 |
| 35-11 | 6,000 | | | | | 0 | 6,000 |
| Paint & Misc | 2,895 | | | | | 0 | 2,895 |
| Intercom | 1,800 | | | | | 0 | 1,800 |
| | $339,872 | 26,050 | 87,060 | 0 | 113,110 | 33 | 226,762 |

tinuation Sheet  Page   of

46 Carol Ann Street  
Springfield, MA 01128

[illegible] Housing Authority by  
25 Saab Court/P.O. Box 1609  
Springfield, MA 01101

425 Central, Sullivan &  
Marble  
Contract #35-22-3-11-1998-1-3

Payment Application Number: Two  
Period to: June 1, 1998 – June 2, 1998

Ashley

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Scheduled Value | Previously Approved | Completed this Period | Materials Stored Not In D or E | Total Completed and Stored to Date D+E+F | % | Balance to Finish |
| | Cabinets   Labor | $7,600 | 1,000 | 4,275 | | 6,175 | 81 | 1,425 |
| | Materials | 26,860 | 26,860 | | | 26,860 | 100 | 0 |
| | BathRooms Cer-tile 3 @ 150 | 450 | | 450 | | 450 | 100 | 0 |
| | Tub Walls 3 @ 500 | 1,500 | | | | | | 1,500 |
| | Access 32 @ 110 | 3,520 | | 1,760 | | 1,760 | 50 | 1,760 |
| | Doors BR 7 @ 100 | 700 | | | | | | 700 |
| | Closet 8 @ 100 | 800 | | | | | | 800 |
| | Bath 6 @ 100 | 600 | | | | | | 600 |
| | Sliding 9 @ 300 | 2,700 | | | | | | 2,700 |
| | Ext Rear 12 @ 375 | 4,500 | | | | | | 4,500 |
| | Ext Door trim 3 @ 100 | 300 | | | | | | 300 |
| | Door # 16 @ 30 | 480 | | | | | | 480 |
| | Front Door 3 @ 400 | 1,200 | | | | | | 1,200 |
| | Patch Drywall/Ceilings | 3,975 | | 1,500 | | 1,500 | 38 | 2,475 |
| | Awning roof/Soffit | 14,000 | | | | | | 14,000 |
| | Super/Move/Clean/Dump | 31,200 | 7,800 | 7,800 | | 15,600 | 50 | 15,600 |
| | Security Screens | 21,345 | 21,345 | | | 21,345 | 100 | 0 |
| | Electrical | 14,150 | | 5,850 | | 5,850 | 41 | 8,300 |
| | Painting | 24,325 | | 12,000 | | 12,000 | 50 | 12,325 |
| | Flooring | 89,150 | | 22,288 | | 22,288 | 25 | 66,862 |
| | Plumbing | 12,057 | | 9,042 | | 9,042 | 75 | 3,015 |
| | | $261,412 | 57,905 | 64,965 | 0 | 122,870 | 47 | 138,542 |

Case 3:04-cr-30033-MAP   Document 210-4   Filed 08/25/2006   Page 5 of 7

G & R Associates Inc.  
46 Carol Ann Street  
Springfield, MA 01128

Springfield Housing Authority  
25 Saab Court/P.O. Box 1609  
Springfield, MA 01101

Re: Ashley, Bay/Sheman  
425 Central, Sullivan & Marble  
Contract #35-22-3-11-1998-1-3

Payment Application Number: Two  
Period to: May 1, 1998 – June 2, 1998

## Continuation Sheet

Page ___ of ___

425 Central

| A<br>Spec.<br>Section | B<br>Description of Work | C<br>Scheduled Value | D<br>Previously Approved | E<br>Completed This Period | F<br>Materials Stored<br>Not In D or E | G<br>Total Completed and Stored to Date<br>D+E+F | H<br>% | I<br>Balance to Finish |
|---|---|---|---|---|---|---|---|---|
| | Cabinets Labor 75%<br>Materials | $2,850<br>7,200 | $18,057 | 4,899 | | 4,899 | 68 | 2,301 |
| | BathRm Access  8 @ 110 | 880 | | | | | | |
| | Doors  BR      1 @ 100<br>Closet  2 @ 100<br>BathRm 1 @ 100<br>Ext Rear 8 @ 375<br>Ext #   8 @ 30 | 100<br>200<br>100<br>3,000<br>240 | | | | | | |
| | Patch Drywall/Ceilings | 887 | | | | | | |
| | Super/Move/Clean/Dump | 9,800 | | | | | | |
| | Security Screens | 2,056 | 2,056 | | | 2,056 | 100 | 0 |
| | Electrical | 6,700 | | | | | | |
| | Painting | 11,200 | | | | | | |
| | Flooring | 13,680 | | | | | | |
| | Plumbing | 2,477 | | | | | | |
| | | $61,370 | 2,056 | 4,899 | 0 | 6,955 | 11 | 54,415 |

G & R Associates Inc.  
46 Carol Ann Street  
Springfield, MA 01128  

Springfield Housing Authority  
25 Saab Court/P.O. Box 1609  
Springfield, MA 01101  

Re: Ashley, Bay/Sherman  
425 Central, Sullivan & Marble  

Contract #35-22-3-11-1998-1-3  

Continuation Sheet          Page     of      Bay/Sherman  

Payment Application Number: Two  
Period to: June 1, 1998 - June 2, 1998  

| A Spec. Section | B Description of Work | C Scheduled Value | D Previously Approved | E Completed this Period | F Materials Stored Not In D or E | G Total Completed and Stored to Date D+E+F | H % | I Balance to Finish |
|---|---|---|---|---|---|---|---|---|
| | Cabinets   Labor | $7,600 | 4,750 | 2,850 | | 7,600 | 100 | 0 |
| | Materials | 22,550 | 22,550 | | | 22,550 | 100 | 0 |
| | BathRm  Cer-Tile 7 @ 150 | 1,050 | 100% | | | | | 1,050 |
| | Tub Walls 5 @ 500 | 2,500 | 100% | | | | | 1,000 |
| | Access 32 @ 110 | 3,520 | 50% | 1,500 | | 1,500 | 60 | 2,970 |
| | Grab Bars 8 @ 50 | 400 | | 550 | | 550 | 16 | 200 |
| | Window Kits 2 @ 100 | 200 | 100% | 200 | | 200 | 50 | 200 |
| | Doors   BR   6 @ 100 | 600 | 100% | | | | | 600 |
| | Sliding 12 @ 300 | 3,600 | 50% | | | | | 3,600 |
| | Ext Rear 1 @ 375 | 375 | | | | | | 375 |
| | Ext # 16 @ 30 | 480 | | | | | | 480 |
| | Fr Door & Side light 1 | 2,075 | | | | | | 2,075 |
| | Fr Door & Frame 1 | 475 | | | | | | 475 |
| | Patch Drywall/Ceilings | 3,350 | 3,350 | | | 3,350 | 100 | 0 |
| | Window balances | 4,800 | 100% | 3,000 | | 3,000 | 62 | 1,800 |
| | Super/Move/Clean/Dump | 26,300 | | 13,150 | | 13,150 | 50 | 13,150 |
| | Security Screens | 10,982 | 10,982 | | | 10,982 | 100 | 0 |
| | Electrical | 14,150 | | 7,800 | | 7,800 | 55 | 9,320 |
| | Painting | 24,325 | 10,000 | 8,000 | | 18,000 | 74 | 6,325 |
| | Flooring | 89,150 | | 22,288 | | 22,288 | 25 | 66,862 |
| | Plumbing | 12,056 | | 12,056 | | 12,056 | 100 | 0 |
| | | $230,538 | 51,632 | 71,394 | | 123,026 | 53 | 107,512 |

[handwritten note circled: $7,325]

[handwritten: Order Doors from Pioneer & SHA]

| Periodic Estimate for Partial Payment | U.S. Department of Housing and Urban Development Office of Public and Indian Housing | | |
|---|---|---|---|

Submit original and one copy to the Public Housing Agency.
Complete instructions are on the back of this form.

OMB Approval No. 2577-0025 (exp. 9/30/97)

Public reporting burden for this collection of information is estimated to average 3.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2577-0025), Washington, D.C. 20503. Do not send this completed form to either of the above addresses.

| Name of Public Housing Agency | Periodic Estimate Number | Period |
|---|---|---|
| Springfield Housing Authority 25 Saab Court/P.O. box 1609/Springfield, MA 01101 | Two | May 1, 1998 to June 2, 1998 |

| Location of Project | Project Number |
|---|---|
| Ashley, Bay/Sherman, 425 Central, Sullivan & Marble Apts. | MA 35-22, 3 & 11 |

| Name of Contractor | Contract Number |
|---|---|
| G & R Associates Inc. 46 Carol Ann Street Springfield, MA 01128 | 35-22-3-11-1998-1-3 |

| Item Number (1) | Description of Item (2) | | | Completed to Date (3) | |
|---|---|---|---|---|---|
| | Permits | | 5,050 | $ 5,050 | 100% |
| | General Conditions | 0 | 192,650 | 77,060 | 40% |
| | Bond & Insurance | 21000 | 51,477 | 31,000 | 60% |
| | Electrical | | 35,000 | 13,650 | 39% |
| | Painting | | (59,850) | 30,000 | 50% |
| | Flooring | | 191,980 | 44,576 | 23% |
| | Plumbing | | 26,590 | 21,098 | 79% |
| | Cabinets | | 74,660 | 68,084 | 92% |
| | BathRoom items | | 14,020 | 4,460 | 32% |
| | Door related | | 22,525 | 0 | 0 |
| | Patching | | 8,212 | 4,850 | 59% |
| | Window balances | | 4,800 | 3,000 | 62% |
| | Roof/Soffit | | 14,000 | 0 | 0 |
| | Clean/Move/Dump/Super | | 67,300 | 28,750 | 43% |
| | Security Screens | | 34,383 | 34,383 | 00% |
| | Entrances systems (35-3 & 11) | | 90,695 | 0 | 0 |
| | | | 893,192 | 365,961 | 41 |
| | See continuation Sheets | | | | |

Value of Contract Work Completed to Date (Transfer this total to line 5 on back of this sheet) $

Previous editions are obsolete

form HUD-51001 (3/92)
ref. Handbooks 7417.1 & 7450.1