

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

August 28, 2006

**BY FACSIMILE AND REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:  United States v. Raymond Asselin, et al.
          Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    In response to your letter dated August 23, 2006, the government has reserved an agent to accompany you to review the automatic discovery at the FBI on August 31, 2006 at 9:00 a.m. However, the original exhibits will be unavailable on August 31, 2006, due to witness preparation. The government currently has no witnesses scheduled for September 7, 2006, and will make the original exhibits available to you beginning at 9:00 a.m.

                                  Very truly yours,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

            By:     _____
                              STEVEN H. BRESLOW
                              Assistant U.S. Attorney

cc: Clerk of the Court (MAP) (w/o enclosure)