UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-N-04-30033-MAP |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETER DAVIS, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT DAVIS'S
MOTION FOR THE ISSUANCE OF PRE-TRIAL SUBPOENAS**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts and Steven H. Breslow, Assistant United States Attorney, hereby files this response to defendant Davis's Motion for the Issuance of Pre-Trial Subpoenas.

The government has no objection to the motion.

Filed this 30th day of August, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


 /s/ Steven H. Breslow
STEVEN H. BRESLOW
Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          September 1, 2006

1

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

                                      /s/ Steven H. Breslow
                                      STEVEN H. BRESLOW
                                      Assistant United States Attorney