UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Criminal No. 04-30033-MAP

RAYMOND ASSELIN, SR., et al.

Defendants.

**DEFENDANT PETER DAVIS'S MOTION
FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(b)(3), defendant Peter Davis hereby requests leave to file a

Reply Memorandum in Support of his Motion to Dismiss.  As grounds for this motion, Mr.

Davis states that a reply is necessary to address fundamental errors in the government's

opposition to Mr. Davis's motion.  Mr. Davis believes that this reply will assist the Court in

ruling on the motion.  Mr. Davis's reply brief is attached hereto as Exhibit A.

Respectfully submitted,

PETER DAVIS

By his attorneys,

 **/s/ James C. Rehnquist**
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
William J. Trach (BBO #661401)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: September 5, 2006

## <u>CERTIFICATE OF SERVICE</u>

      I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on September 5, 2006.

 **/s/ James C. Rehnquist_____**
James C. Rehnquist

LIBA/1727460.1