

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 6, 2006

**BY FACSIMILE AND REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

Re: United States v. Raymond Asselin, et al
    Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

Please find enclosed copies of two additional exhibits, numbered GX 298A and 298B. They are excerpts of the large format architectural drawings for the ADA-504 modernization project, GX 298, which is too large to copy. To the extent that you wish to examine GX 298, please contact me to arrange an appointment.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Steven H. Breslow

STEVEN H. BRESLOW
Assistant U.S. Attorney

Encl.
cc: Clerk of the Court (MAP) (w/o enclosure)