UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
            v.              )  CR NO. 04-30033-MAP
                            )
PETER DAVIS                 )


                      ORDER RE: QUESTIONNAIRE

                         September 6, 2006

PONSOR, D.J.

   The court proposes to use the attached questionnaire as part of the jury selection on September 11, 2006. To the extent any counsel objects to this questionnaire, the objection will be submitted by September 8, 2006.

   It is So Ordered.

                                    /s/ Michael A. Ponsor
                                    _____
                                    Michael A. Ponsor
                                    U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 04-30033-MAP |
| | ) |
| PETER DAVIS | ) |

JURY QUESTIONNAIRE

September 11, 2006

PONSOR, D.J.

Trial in this matter will proceed from September 18 through October 27, except for Friday, September 22; Monday, October 2 and Monday, October 9. The normal trial day will be from 9:00 a.m. to 1:00 p.m., but the court will sit occasionally from 2:00 p.m. to 4:00 p.m.

Having this schedule in mind, do you request to be excused based on your unavailability?

\_\_\_\_        \_\_\_\_
Yes            No

If you answered "Yes," to the preceding question, please explain briefly the reasons you will be unavailable.

_____

_____

_____

_____

Please note the jury number assigned to you _____.