```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
)
v. ) CR NO. 04-30033-MAP
)
PETER DAVIS )

### ORDER RE: SCHEDULE FOR TRIAL

September 6, 2006

PONSOR, D.J.

Trial proceedings in the above-entitled matter will unfold as follows:

September 11: 9:00 a.m. to 1:00 p.m - Jury selection

September 18: 9:00 a.m. to 11:30 a.m. - Openings and commencement of evidence

September 19-21: 9:00 a.m. to 1:00 p.m.

September 22: No trial

September 25-29: 9:00 a.m. to 1:00 p.m.

October 2: No trial

October 3-6: 9:00 a.m. to 1:00 p.m.

October 9: No trial

October 10: 9:00 a.m. to 1:00 p.m., 2:00 p.m. to 4:00 p.m.

October 11-13: 9:00 a.m. to 1:00 p.m.

October 16: 9:00 a.m. to 1:00 p.m.

October 17: 9:00 a.m. to 1:00 p.m, 2:00 p.m. to 4:00 p.m.

October 18-20: 9:00 a.m. to 1:00 p.m.

October 23-24: 9:00 a.m. to 1:00 p.m., 2:00 p.m. to 4:00 p.m.

Oct. 25-27: 9:00 a.m. to 1:00 p.m.

The court has been able to scheduled trial most afternoons due to sentencings. If, however, a sentencing is continued for any reason, the court will consider extending the trial into that available afternoon, with reasonable notice to counsel.

It is So Ordered.

/s/ Michael A. Ponsor
Michael A. Ponsor
U.S. District Judge