Exhibit A



BANK OF BOSTON

November 2, 1992

Mr. Joseph T. Asselin
115 Mayfair Avenue
Springfield, Massachusetts    01101

Mr. Peter S. Davis
17 Linwood Drive
Longmeadow, Massachusetts    01106

    Re:  The First National Bank of Boston
          P.J. Richfield, Inc.

Dear Mr. Asselin and Mr. Davis:

    This correspondence is forwarded to you in connection with the outstanding deficiency which each of you owe pursuant to your Guaranties of the Obligations of P.J. Richfield, Inc. to the Bank. As you are aware, the Bank sold the remaining parcels of real estate at public auction foreclosure sale on or about December 12, 1991. After applying the proceeds of sale, a substantial deficiency remained outstanding. Accordingly, on or about January 14, 1992, the Bank commenced suit against each of you in the Suffolk County Superior Court to recover the deficiency of approximately $77,946.19 in principal, plus interest (both accrued and thereafter accruing), costs, and costs of collection (including attorneys' fees).

    The Bank has obtained a default judgment against each of you in that lawsuit. In addition, the Bank was granted pre-judgment attachments on all of your real estate located in Hampden County.

    The Bank was recently contacted by Mr. Carl Wolczak who indicated that he represented you in connection with the proposed resolution of the outstanding deficiency. To the extent that either one or both of you desire to submit a written proposal to the Bank in this regard, please do so at your earliest convenience. Any such proposal should be forwarded to the attention of the undersigned as the account officer with current responsibility for this matter.

    We also enclose two blank standard Bank of Boston Personal Financial Statements. One of these forms should be completed and executed by each of you and returned to the Bank with any proposal. Complete financial disclosure is a precondition for the Bank's ability to enter into final discussions with respect to the deficiency liability.



GX007-0001

Government Exhibit 7
04-30033-MAP

THE FIRST NATIONAL BANK OF BOSTON, Boston, Massachusetts 02106



Mr. Joseph T. Asselin
Mr. Peter S. Davis
November 2, 1992
Page 2

As always, the Bank hereby specifically reserves all of its rights and remedies in this matter, and advises you that if no resolution of the outstanding deficiency is achieved, the Bank specifically reserves the right to begin enforcement of the judgment which it obtained in the civil action. We look forward to hearing from you at your earliest convenience.

Very truly yours,

THE FIRST NATIONAL BANK OF BOSTON

By: Robert A. Provost (RJR)
    Asset Recovery Officer

RAP/bek
L244.BEK

GX007-0002