HJO-51001  
Rev. 9 '70

U.S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  
LOW-RENT PUBLIC HOUSING  
**PERIODICAL ESTIMATE FOR PARTIAL PAYMENT**  
(SUBMIT ORIGINAL AND ONE COPY TO LOCAL AUTHORITY)

Form Approved  
Budget Bureau No. 63-R0640

Springfield Housing Authority  
(Name of Owner)

Periodical Estimate No. ~~Two~~ Three    For Period August ~~19~~ 17, 19 93, To ~~August 19,~~ Sept 20, 19 93

Project  Parking Storage Garage     Christopher Court      Project No. MA 35-14
            (Name)                       (Location)

Name of Contractor  P.J. Richfield Inc.                    Contract No. 35-14-1993-1-6

| ITEM NO. (1) | DESCRIPTION OF ITEM (2) |        | COMPLETED TO DATE |             |
|---|---|---|---|---|
|   |   |   | % | (3) Amount |
| 1. | Foundation and Backfill | $12,000 | 100% | 12,000 |
| 2. | 1st. Floor Block Walls & Floor Deck | 20,000 | 100% | 20,000 |
| 3. | 2nd. Floor Block Walls & Roof | 20,000 | @100% | 20,000. |
| 4. | Doors, Electrical, Slab | 12,000 | 0 | 0 |
| 5. | Asphalt | 5,155 | 0 | 0 |
|   |   | $69,155 |   |   |

Government Exhibit  
48  
04-30033-MAP

75%   52,000

VALUE OF CONTRACT WORK COMPLETED TO DATE

[top paragraph partially cut off, referencing U.S. Code penalties regarding false statements, concealment, fictitious or fraudulent statements, fined not more than $10,000 or imprisoned not more than five years, or both.]

### CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are correct; that all work has been performed and material supplied in full accordance with the terms and conditions of the contract between the

__Springfield Housing Authority__ and __P.J. Richfield Inc.__
(Name of Owner)                (Contractor)

dated __June 21__, 19 __93__, and duly authorized deviations, substitutions, alterations, and additions; that the following is a true and correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no part of the "Balance Due This Payment" has been received:

1. Original Contract Amount — $ __69,155__
   APPROVED CHANGE ORDERS:
2. Additions (Total, Col 3, Form HUD-51002) — $ __0__
3. Deductions (Total, Col. 5, Form HUD-51002) — $ __0__ (Net) $ __0__
4. Current Adjusted Contract Amount (Line 1 Plus or Minus Net) — $ __69,155__

#### COMPUTATION OF BALANCE DUE THIS PAYMENT

5. Value of Original Contract work completed to date (From other side this Form) — $ ~~32,000~~ __52,000__
   COMPLETED UNDER APPROVED CHANGE ORDERS:
6. Additions (From Col. 4, Form HUD-51002) — $ _____
7. Deductions (From Col. 5, Form HUD-51002) — $ _____ (Net) $ __0__
8. Total Value of Work in Place (Line 5 Plus or Minus net Line 7) — $ ~~32,000~~ __52,000__
9. LESS: Retainage, __5__ % — $ ~~1,600~~ __2600.—__
10. Net Amount earned to date (Line 8 Less Line 9) — $ ~~30,400~~ __49,400.__
11. LESS: Previously earned (Line 10, last Periodical Estimate) — $ ~~11,400~~ __30,400.__
12. Net amount due, work in place (Line 10 less Line 11) — $ __19,000__
    VALUE OF MATERIALS PROPERLY STORED:
13. At close of this period (From Form HUD-51004) — $ __0__
14. LESS: Allowed last period — $ __0__
15. Increase (decrease) from amount allowed last period — $ __0__
16. BALANCE DUE THIS PAYMENT — $ __19,000__

I FURTHER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the undersigned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contract.

__P.J. Richfield Inc.__
(Name of Contractor)

__Sept 20__. ~~August 19~~, 1993     __Peter Davis, President__
(Date)                              (Signature of Authorized Representative)
                                    (Title)

### CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

EACH OF US CERTIFIES that he has checked and verified this Periodical Estimate No. ____; that to the best of his knowledge and belief it is a true statement of the value of work performed and material supplied by the Contractor; that all work and material included in this estimate has been inspected by him or by his authorized assistants; and that such work has been performed or supplied in full accordance with the drawings and Specifications, the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and additions of which have been duly approved.

We, therefore, approve as the "Balance Due This Payment" the amount of $ _____.

_____          _____
(Authorized Project Representative)    (Contracting Officer)

_____          _____
(Date)                                 (Date)

### INSTRUCTIONS

a. **HEADINGS:** Enter all identifying data required. Periodical estimates shall be numbered in sequence beginning with No. 1.

b. **COLUMNS 1 and 2:** The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to each principal division of work in the "Schedule of amounts for Contract Payments", Forms HUD-51000a and 51000b.

c. **COLUMN 3:** Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate; the total in the space provided.

d. **CERTIFICATIONS:**
(1) The certification of the Contractor includes the analysis of amounts used to determine the net balance due. In the first paragraph there shall be entered the name of the Local Authority, the Contractor, and the date of contract. The calculations used in arriving at the "Balance due This Payment" shall be entered on lines 1 to 16, inclusive.

(2) The Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 1.

(3) The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment may be made. However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may make the language to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by the Periodical Estimate, together with the individual Certifications of each.

GPO 886-6

HUD-51001
Rev. 9-70

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
LOW-RENT PUBLIC HOUSING
PERIODICAL ESTIMATE FOR PARTIAL PAYMENT
(SUBMIT ORIGINAL AND ONE COPY TO LOCAL AUTHORITY)

Form Approved
Budget Bureau No. 63-R0640

**Springfield Housing Authority**
(Name of Owner)

Periodical Estimate No. __Three__  For Period __August 19,__ 19__93__, To __September 20,__ 19__93__

Project __Parking Storage Garage__  __Christopher Court__  Project No. __MA 35-14__
(Name) (Location)

Name of Contractor __P.J. Richfield Inc.__  Contract No. __35-14-1993-1-6__

| ITEM NO. (1) | DESCRIPTION OF ITEM (2) |  | % | COMPLETED TO DATE (3) Amount |
|---|---|---|---|---|
| 1. | Foundation and Backfill | $12,000 | 100% | 12,000 |
| 2. | 1st. Floor Block Walls & Floor Deck | 20,000 | 100% | 20,000 |
| 3. | 2nd. Floor Block Walls & Roof | 20,000 | 100% | 20,000 |
| 4. | Doors, Electrical, Slab | 12,000 | 0 | 0 |
| 5. | Asphalt | 5,155 | 0 | 0 |
|  |  | $69,155 |  |  |

Government Exhibit
49
04-30033-MAP

VALUE OF CONTRACT WORK COMPLETED TO DATE .......... 75%  52,000

...[first] statements or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or m[akes] [any] false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or impris[oned] not more than five years, or both."

### CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESENTATIVE

[Ac]cording to the best of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are corr[ect]; [th]at all work has been performed and material supplied in full accordance with the terms and conditions of the contract between the

__Springfield Housing Authority__ and __P.J. Richfield Inc.__
(Name of Owner) (Contractor)

[Da]ted __June 21__, 19 __93__, and duly authorized deviations, substitutions, alterations, and additions; that the followi[ng is] a true and correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no p[art of] the "Balance Due This Payment" has been received:

1. Original Contract Amount --------------------------------------- $ __69,155__
   APPROVED CHANGE ORDERS:
2. Additions (Total, Col. 3, Form HUD-51003) --------------- $ __0__
3. Deductions (Total, Col. 5, Form HUD-51002) ------------ $ __0__  (Net) $ __0__
4. Current Adjusted Contract Amount (Line 1 Plus or Minus Net) ------------------- $ __69,155__

### COMPUTATION OF BALANCE DUE THIS PAYMENT

5. Value of Original Contract work completed to date (From other side this Form) -------- $ __52,000__
   COMPLETED UNDER APPROVED CHANGE ORDERS:
6. Additions (From Col. 4, Form HUD-51002) ------------ $
7. Deductions (From Col. 5, Form HUD-51003) ---------- $  (Net) $ __0__
8. Total Value of Work in Place (Line 5 Plus or Minus net Line 7) ----------- $ __52,000__
9. LESS: Retainage, __5__ % ------------------------------------------------ $ __2,600__
10. Net Amount earned to date (Line 8 Less Line 9) -------------------------- $ __49,400__
11. LESS: Previously earned (Line 10, last Periodical Estimate) ------------ $ __30,400__
12. Net amount due, work in place (Line 10 less Line 11) ------------------- $ __19,000__
    VALUE OF MATERIALS PROPERLY STORED:
13. At close of this period (From Form HUD-51004) ------------ $ __0__
14. LESS: Allowed last period ------------------------------- $ __0__
15. Increase (decrease) from amount allowed last period ------------------- $ __0__
16. BALANCE DUE THIS PAYMENT --------------------------------------------- $ __19,000__

[I] FURTHER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment em[p]loyed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the [und]ersigned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contr[act.]

__P.J. Richfield Inc.__                    __Peter Davis__ (Signature)
(Name of Contractor)                       (Signature of Authorized Representative)
__September 20, 1993__                     __Peter Davis, President__
(Date)                                     (Title)

### CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

[E]ACH OF US CERTIFIES that he has checked and verified this Periodical Estimate No. __3__; that to the best of his knowledge and bel[ief it] is a true statement of the value of work performed and material supplied by the Contractor; that all work and material included in this esti[mate] has been inspected by him or by his authorized assistants; and that such work has been performed or supplied in full accordance with the [drawi]ngs and Specifications, the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and addition[s] [t]o which have been duly approved.

We, therefore, approve as the "Balance Due This Payment" the amount of $ __19,000__.

(Authorized Project Representative)            (Contracting Officer)
__9/20/93__                                    __9/20/93__
(Date)                                         (Date)

### INSTRUCTIONS

1. HEADINGS: Enter all identifying data required. Periodical estimates shall be numbered in sequence beginning with No. 1.
2. COLUMNS 1 and 2: The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to principal division of work in the "Schedule of Amounts for Contract Payments", Forms HUD-51000a and 51000b.
3. COLUMN 3: Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate [and] the total in the space provided.
4. CERTIFICATIONS:
   (1) The certification of the Contractor includes the analysis of amounts used to determine the net balance due. In the first paragraph t[here] shall be entered the name of the Local Authority, the Contractor, and the date of contract. The calculations used in arriving at the "B[alance] due This Payment" shall be entered on lines 1 to 16, inclusive.
   (2) The Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 1[6.]
   (3) The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment m[ay be] made. However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may in [lieu of] the language to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by t[his] Periodical Estimate, together with the individual Certifications of each.

GPO 88[6]