FORM OF CERTIFICATE OF COMPLETION--CONSOLIDATED

(Not to be used if there are any incomplete or unsettled items outstanding)

Exhibit D

---

CERTIFICATE OF COMPLETION--CONSOLIDATED    Page _1_ of _1_

THIS IS TO CERTIFY that all work and materials have been carefully inspected by duly authorized representatives or agents of the _Spfld Hsg Authority_ hereinafter called the Local Authority, and that the _P.J. Richfield Inc_ hereinafter called the Contractor, has furnished all labor, materials, and services required for the _erection_ of the _garage_ _____, located in _Springfield, MA_ in accordance with the requirements of the Specifications and Drawings and Contract No. _35-14-1993-1-6 dated 6/21/93_, dated _____, between the Local Authority and the Contractor.

THIS IS TO CERTIFY:

1. That all work covered by this contract, originally required to be completed on _11/21/93_, was actually completed on _11/5/93_;

2. That all changes permitted or required to be made, except minor modifications and field adjustments, have been authorized by written and duly approved Change Orders, and all stop orders have been confirmed and listed in writing;

3. That all Proceed Orders have been supported by approved Change Orders equitably adjusting the contract price and/or time, where adjustment is indicated;

4. That Change Orders Nos. _none_ constitute the only amendments to the contract price and/or time, and that ALL Change Orders issued in connection with this contract are listed on the attached Schedule;

5. That all certificates, bonds, guaranties, warranties, insurance, and tests required under the contract have been furnished or performed;

6. That the Local Authority has obtained from the Contractor the attached Certificate and Release releasing the Local Authority in full from all further claims under this contract;

7. That all laborers and mechanics have been paid not less than the minimum wage rates as established in said contract, and that there have been no claims made for infringement of any patent;

8. That no claims of any nature by any laborer, mechanic, subcontractor, materialman, or vendor are outstanding against the Local Authority; and

9. That:

   Date for completion fixed in contract     _11/21/93_
   Date for completion as extended           _11/21/93_
   Actual completion date of contract work   _11/5/93_

   Original contract price                   $ _69,155_
   Authorized additions                          _0_
                          Subtotal           $ _0_
   Authorized deductions excluding liquidated damages   _0_

   ADJUSTED CONTRACT PRICE                   $ _69,155_

   LES: Total payments to Contractor   $ _49,400_
        Total amount of Liquidated Damages assessed   _0_   $ _49,400_

        BALANCE                                              $ _19,755_

   and

10. That voucher for final payment in the amount of _Nineteen thousand seven hundred fifty five_ ($ _19,755_) is due and payable.

   _P.J. Richfield Inc_
   By _____
   Title _Peter Douis President_
   Date _Nov 12, 1993_

   CONCURRED IN:

   _S H A_
   By _____
   Title _RBA Ex Dir_
   Date _Nov 12, 1993_

Government Exhibit 52 04-30033-MAP

GX052-0001

CERTIFICATE AND RELEASE                              Page _1_ of _1_

FROM:      S. H. A.
TO:        P.J Richfield Inc
REFERENCE: CONTRACT NO. 35-14-1993-1-6  ENTERED INTO THE 21 DAY

OF June, 19 93, BETWEEN THE ~~P.J Richfield Inc~~ S. H. A.

OF ~~17 Lyn~~ 25 Sub CT Spfld, MA

HEREINAFTER CALLED THE LOCAL AUTHORITY,

AND P.J Richfield Inc

OF 17 Lynnwood Dr. Long, MA

HEREINAFTER CALLED THE CONTRACTOR,

FOR THE erection

OF garage  PROJECT NO. MH 35-14

LOCATED IN Springfield, MA.

**KNOW ALL MEN BY THESE PRESENTS:**

1. The undersigned hereby certifies that there is due and payable under the contract and duly approved Change Orders and modifications the undisputed balance of $ 19,755.—

2. The undersigned further certifies that in addition to the amount set forth in paragraph 1 hereof there are outstanding and unsettled the following items which he claims are just and due and owing by the Local Authority to the Contractor:

   (a) none
   (b) _____
   (c) _____
   (Itemize claims and amounts claimed. If none, so state.)

3. The undersigned further certifies that all work required under this contract including work required under Change Orders numbered have has been performed in accordance with the terms thereof, and that there are no claims of laborers or mechanics for unpaid wages arising out of the performance of this contract, and that the wage rates paid by the Contractor and all Subcontractors were in conformity with the contract provisions relating to said wage rates.

4. Except for the amounts stated in paragraphs 1 and 2 hereof the undersigned has received from the Local Authority all sums of money payable to the undersigned under or pursuant to the aforementioned contract or any change or modification thereof.

5. That in consideration of the payment of the amount stated in paragraph 1 hereof the undersigned does hereby release the Local Authority from any and all claims arising under or by virtue of this contract except the amounts listed in paragraph 2 hereof; provided, however, that if for any reason the Local Authority does not pay in full the amount stated in paragraph 1 hereof, said deduction shall not affect the validity of this release, but the amount so deducted shall be automatically included under paragraph 2 as an amount which the Contractor has not released but will release upon payment thereof. The Contractor further certifies that upon payment of the amounts listed in paragraph 2 hereof, and of any amount which may be deducted from paragraph 1 hereof, he will release the Local Authority from any and all claims of any nature whatsoever arising out of said contract or modification thereof, and will execute such further releases or assurances as the Local Authority may request.

IN WITNESS WHEREOF, the undersigned has signed and sealed this instrument this 12th day of April, 19 93.

                                          (SEAL)
                                    Peter Davis - President
                                    P.J Richfield Inc

Peter Davis, being first duly sworn on oath, deposes and says, first, that he is the President of the P.J Richfield Inc, second, that he has read the foregoing Certificate and Release by him subscribed as President of the P.J Richfield Inc.

Affiant further states that the matters and things stated therein are to the best of his knowledge and belief, true.

GX052-0002

Subscribed and sworn to before me this ____ day of _____, 19 ___.

FORM OF CERTIFICATE OF COMPLETION--CONSOLIDATED

(Not to be used if there are any incomplete or unsettled items outstanding)

CERTIFICATE OF COMPLETION--CONSOLIDATED    Page 1 of 1

THIS IS TO CERTIFY that all work and materials have been carefully inspected by duly authorized representatives or agents of the  Springfield Housing Authority , hereinafter called the Local Authority, and that the  P.J. Richfield Inc. , hereinafter called the Contractor, has furnished all labor, materials, and services required for the  erection  of the  garage  , located in  Springfield, MA  in accordance with the requirements of the Specifications and Drawings and Contract No. _____, dated  6/21/93 , between the Local Authority and the Contractor.   35-14-1993-1-6

THIS IS TO CERTIFY:

1. That all work covered by this contract, originally required to be completed on  11/21/93 , was actually completed on  11/05/93 ;

2. That all changes permitted or required to be made, except minor modifications and field adjustments, have been authorized by written and duly approved Change Orders, and all stop orders have been confirmed and listed in writing;

3. That all Proceed Orders have been supported by approved Change Orders equitably adjusting the contract price and/or time, where adjustment is indicated;

4. That Change Orders Nos.  None  constitute the only amendments to the contract price and/or time, and that ALL Change Orders issued in connection with this contract are listed on the attached Schedule;

5. That all certificates, bonds, guaranties, warranties, insurance, and tests required under the contract have been furnished or performed;

6. That the Local Authority has obtained from the Contractor the attached Certificate and Release releasing the Local Authority in full from all further claims under this contract;

7. That all laborers and mechanics have been paid not less than the minimum wage rates as established in said contract, and that there have been no claims made for infringement of any patent;

8. That no claims of any nature by any laborer, mechanic, subcontractor, materialmen, or vendor are outstanding against the Local Authority; and

9. That:

| | |
|---|---|
| Date for completion fixed in contract | 11/21/93 |
| Date for completion as extended | 11/21/93 |
| Actual completion date of contract work | 11/05/93 |
| Original contract price | $ 69,155 |
| Authorized additions | -0- |
| Subtotal | $ -0- |
| Authorized deductions excluding liquidated damages | -0- |
| ADJUSTED CONTRACT PRICE | $ 69,155 |

LES:  Total payments to Contractor   $ 49,400
      Total amount of Liquidated Damages assessed   -0-        49,400
      BALANCE                                                 $ 19,755

Government Exhibit
53
04-30033-MAP

and

10. That voucher for final payment in the amount of  Nineteen thousand seven hundred fifty five  ($ 19,755 ) is due and payable.

P.J. Richfield Inc.

By _____
Title  Peter Davis, President
Date  November 12, 1993

CONCURRED IN:


GX053-0001

SPRINGFIELD HOUSING AUTHORITY

By _____
    Raymond B. Asselin, Executive Director
Title _____
Date  November 12, 1993

CERTIFICATE AND RELEASE

Page 1 of 1

FROM: SPRINGFIELD HOUSING AUTHORITY

TO: P.J. Richfield Inc.

REFERENCE: CONTRACT NO. 35-14-1993-1-6  ENTERED INTO THE 21 DAY OF June , 19 93 , BETWEEN THE

SPRISNGFIELD HOUSING AUTHORITY

OF 25 Saab Court/P.O. Box 1609/Springfield, MA ,

HEREINAFTER CALLED THE LOCAL AUTHORITY,

AND P.J. Richfield Inc. ,

OF 17 Lynnwood Dr.    Longmeadow, MA ,

HEREINAFTER CALLED THE CONTRACTOR,

FOR THE erection

OF garage    PROJECT NO. MA 35-14 ,

LOCATED IN Springfield, MA .

**KNOW ALL MEN BY THESE PRESENTS:**

1. The undersigned hereby certifies that there is due and payable under the contract and duly approved Change Orders and modifications the undisputed balance of $ 19,755 .

2. The undersigned further certifies that in addition to the amount set forth in paragraph 1 hereof there are outstanding and unsettled the following items which he claims are just and due and owing by the Local Authority to the Contractor:

(a) none
(b) _____
(c) _____
(Itemize claims and amounts claimed. If none, so state.)

3. The undersigned further certifies that all work required under this contract including work required under Change Orders numbered none has been performed in accordance with the terms thereof, and that there are no claims of laborers or mechanics for unpaid wages arising out of the performance of this contract, and that the wage rates paid by the Contractor and all Sub-contractors were in conformity with the contract provisions relating to said wage rates.

4. Except for the amounts stated in paragraphs 1 and 2 hereof the undersigned has received from the Local Authority all sums of money payable to the undersigned under or pursuant to the aforementioned contract or any change or modification thereof.

5. That in consideration of the payment of the amount stated in paragraph 1 hereof the undersigned does hereby release the Local Authority from any and all claims arising under or by virtue of this contract except the amounts listed in paragraph 2 hereof; provided, however, that if for any reason the Local Authority does not pay in full the amount stated in paragraph 1 hereof, said deduction shall not affect the validity of this release, but the amount so deducted shall be automatically included under paragraph 2 as an amount which the Contractor has not released but will release upon payment thereof. The Contractor further certifies that upon payment of the amounts listed in paragraph 2 hereof, and of any amount which may be deducted from paragraph 1 hereof, he will release the Local Authority from any and all claims of any nature whatsoever arising out of said contract or modification thereof, and will execute such further releases or assurances as the Local Authority may request.

IN WITNESS WHEREOF, the undersigned has signed and sealed this instrument this 12th day of November , 19 93 .

_____ (SEAL)
Peter Davis - President
P.J. Richfield, Inc.

Peter Davis , being first duly sworn on oath, deposes and says, first, that he is the President of the P.J. Richfield, Inc. , second, that he has read the foregoing Certificate and Release by him subscribed as President of the P.J. Richfield Inc.

Affiant further states that the matters and things stated therein are, to the best of his knowledge and belief, true.

_____

Subscribed and sworn to before me this 12Th day of November , 19 93 .

DONALD A BARNARD JR

My commission expires 8/15/97 .

GX053-0002