# Representations, Certifications, and Other Statements of Bidders
## Public and Indian Housing Programs

### Table of Contents

| Clause | | Page |
|---|---|---|
| . | Certificate of Independent Price Determination | 1 |
| . | Contingent Fee Representation and Agreement | 1 |
| . | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | 1 |
| . | Organizational Conflicts of Interest Certification | 2 |
| . | Bidder's Certification of Eligibility | 2 |
| . | Minimum Bid Acceptance Period | 2 |
| . | Small, Minority, Women-Owned Business Concern Representation | 2 |
| . | Indian-Owned Economic Enterprise and Indian Organization Representation | 2 |
| . | Certification of Eligibility Under the Davis-Bacon Act | 2 |
| ). | Certification of Nonsegregated Facilities | 3 |
| l. | Clean Air and Water Certification | 3 |
| 2. | Previous Participation Certificate | 3 |
| 3. | Bidder's Signature | 3 |

### Certificate of Independent Price Determination

) The bidder certifies that--

(1) The prices in this bid have been arrived at independently, thout, for the purpose of restricting competition, any consultation, immunication, or agreement with any other bidder or competitor lating to (i) those prices, (ii) the intention to submit a bid, or (iii) the ethods or factors used to calculate the prices offered;

(2) The prices in this bid have not been and will not be knowingly sclosed by the bidder, directly or indirectly, to any other bidder or impetitor before bid opening (in the case of a sealed bid solicitation) contract award (in the case of a competitive proposal solicitation) lless otherwise required by law; and

(3) No attempt has been made or will be made by the bidder to luce any other concern to submit or not to submit a bid for the irpose of restricting competition.

) Each signature on the bid is considered to be a certification by the jnatory that the signatory--

(1) Is the person in the bidder's organization responsible for termining the prices being offered in this bid or proposal, and that ) signatory has not participated and will not participate in any action ntrary to subparagraphs (a)(i) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the lowing principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (1) through (a)(3) above.

ETEL DAVIS/PRES RJ RICHIED INC. [insert full name person(s) in the bidder's organization responsible for determining ) prices offered in this bid or proposal, and the title of his or her sition in the bidder's organization];

(ii) As an authorized agent, does certify that the principals med in subdivision (b)(2)(i) above have not participated, and will not rticipate, in any action contrary to subparagraphs (a)(1) through (3) above; and

(iii) As an agent, has not personally participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the bidder deletes or modifies subparagraph (a)2 above, the bidder must furnish with its bid a signed statement setting forth in detail the circumstances of the disclosure.

[ ] [Contracting Officer check if following paragraph is applicable]

(d) Non-collusive affidavit. (applicable to contracts for construction and equipment exceeding $50,000)

(1) Each bidder shall execute, in the form provided by the PHA/IHA, an affidavit to the effect that he/she has not colluded with any other person, firm or corporation in regard to any bid submitted in response to this solicitation. If the successful bidder did not submit the affidavit with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the affidavit by that date may render the bid nonresponsive. No contract award will be made without a properly executed affidavit.

(2) A fully executed "Non-collusive Affidavit" [X] is, [ ] is not included with the bid.

### 2. Contingent Fee Representation and Agreement

(a) Definitions. As used in this provision:

"Bona fide employee" means a person, employed by a bidder and subject to the bidder's supervision and control as to time, place, and manner of performance, who neither exerts, nor proposes to exert improper influence to solicit or obtain contracts nor holds out as being able to obtain any contract(s) through improper influence.

"Improper influence" means any influence that induces or tends to induce a PHA/IHA employee or officer to give consideration or to act regarding a PHA/IHA contract on any basis other than the merits of the matter.

(b) The bidder represents and certifies as part of its bid that, except for full-time bona fide employees working solely for the bidder, the bidder:

(1) [ ] has, [X] has not  employed or retained any person or company to solicit or obtain this contract; and

(2) [ ] has, [ ] has not  paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(c) If the answer to either (a)(1) or (a)(2) above is affirmative, the bidder shall make an immediate and full written disclosure to the PHA/IHA Contracting Officer.

(d) Any misrepresentation by the bidder shall give the PHA/IHA the right to (1) terminate the contract; (2) at its discretion, deduct from contract payments the amount of any commission, percentage, brokerage, or other contingent fee; or (3) take other remedy pursuant to the contract.

### 3. Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (applicable to contracts exceeding $100,000)

(a) The definitions and prohibitions contained in Section 1352 of title 31, United States Code, are hereby incorporated by reference in paragraph (b) of this certification.

GX059-0012

Alaska Native Claims Settlement Act, which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs.

**9. Certification of Eligibility Under the Davis-Bacon Act** (applicable to construction contracts exceeding $2,000)

(a) By the submission of this bid, the bidder certifies that neither it nor any person or firm who has an interest in the bidder's firm is a person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b) No part of the contract resulting from this solicitation shall be subcontracted to any person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

**10. Certification of Nonsegregated Facilities** (applicable to contracts exceeding $10,000)

(a) The bidder's attention is called to the clause entitled **Equal Employment Opportunity** of the General Conditions of the Contract for Construction.

(b) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(c) By the submission of this bid, the bidder certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The bidder agrees that a breach of this certification is a violation of the Equal Employment Opportunity clause in the contract.

(d) The bidder further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) prior to entering into subcontracts which exceed $10,000 and are not exempt from the requirements of the Equal Employment Opportunity clause, it will--

(1) Obtain identical certifications from the proposed subcontractors;

(2) Retain the certifications in its files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**Notice to Prospective Subcontractors of Requirement for Certifications of Nonsegregated Facilities**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Employment Opportunity clause of the prime contract. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

Note: The penalty for making false statements in bids is prescribed in 18 U.S.C. 1001.

**11. Clean Air and Water Certification** (applicable to contracts exceeding $100,000)

The bidder certifies that:

(a) Any facility to be used in the performance of this contract [ ] is [X] is not listed on the Environmental Protection Agency List of Violating Facilities:

(b) The bidder will immediately notify the PHA/IHA Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the bidder proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and,

(c) The bidder will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

**12. Previous Participation Certificate** (applicable to construction and equipment contracts exceeding $50,000)

(a) The bidder shall complete and submit with his/her bid the Form HUD-2530, "Previous Participation Certificate." If the successful bidder does not submit the certificate with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the certificate by that date may render the bid nonresponsive. No contract award will be made without a properly executed certificate.

(b) A fully executed "Previous Participation Certificate" [X] is, [ ] is not included with the bid.

**13. Bidder's Signature**

The bidder hereby certifies that the information contained in these certifications and representations is accurate, complete, and current.

_Peter Davis_  6/25/93
(Signature and Date)

PETER DAVIS
(Typed or Printed Name)

PRESIDENT
(Title)

PJ RICHFIELD INC.
(Company Name)
17 LYNNWOOD DR
LONGMEADOW MA 01106

GX059-0014

## FORM OF NON-COLLUSIVE AFFIDAVIT

State of __MASS__

County of __HAMPDEN__

__PETER DAVIS__, being first duly sworn, deposes and says:

That he is __PRESIDENT OF P.J. RICHFIELD INC.__
a partner or officer of the firm of, etc.

the party making the foregoing proposal or bid, that such proposal or bid is genuine and not collusive or shame; that said bidder has not colluded, conspired, connived or agreed, directly or indirectly, with any bidder or person, to put a sham bid or to refrain from bidding, and has not in any manner, directly or indirectly, sought by agreement or collusion, or communication or conferences, with any person, to fix the bid price of affiant or of any bidder, or to fix any overhead or cost element of said bid price, or of that of any other bidder, or to secure any advantage against the Springfield Housing Authority or any person interested in the proposed contract; and that all statements in said proposal or bid are true.

Signature of:

_____
Bidder, if the bidder is an individual

_____
Partner, if the bidder is a partnership

_/s/ Peter Davis_
Officer, if the bidder is a corporation

Subscribed and sworn to before me this __17__ day of __JUNE__, 1993

_____
Notary Public

My commission expires: __8/15/97__

