G & R ASSOCIATES INC.
46 Carol Ann Street
Springfield, MA 01128
413-543-3668

BID DOCUMENTS FOR
PROJECT NO 1 RIVERVIEW APTS 35-1
FOR ADA/504 MODIFICATIONS

SPFLD HOUSING AUTHORITY
25 SAAB CT.
SPFLD MA

BIDS DUE 10/14/93 AT 12 NOON

Government Exhibit 76 04-30033-MAP

RECEIVED OCT 14 1993 10:23 A.M.
Springfield Housing Authority
ADMINISTRATION

Exhibit F

Representations, Certifications,
and Other Statements of Bidders
Public and Indian Housing Programs

Table of Contents

| Clause | Page |
|---|---|
| Certificate of Independent Price Determination | 1 |
| Contingent Fee Representation and Agreement | 1 |
| Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | 1 |
| Organizational Conflicts of Interest Certification | 2 |
| Bidder's Certification of Eligibility | 2 |
| Minimum Bid Acceptance Period | 2 |
| Small, Minority, Women-Owned Business Concern Representation | 2 |
| Indian-Owned Economic Enterprise and Indian Organization Representation | 2 |
| Certification of Eligibility Under the Davis-Bacon Act | 2 |
| 0. Certification of Nonsegregated Facilities | 3 |
| 1. Clean Air and Water Certification | 3 |
| 2. Previous Participation Certificate | 3 |
| 3. Bidder's Signature | 3 |

### Certificate of Independent Price Determination

a) The bidder certifies that--

(1) The prices in this bid have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other bidder or competitor relating to (i) those prices, (ii) the intention to submit a bid, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this bid have not been and will not be knowingly disclosed by the bidder, directly or indirectly, to any other bidder or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a competitive proposal solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the bidder to induce any other concern to submit or not to submit a bid for the purpose of restricting competition.

(b) Each signature on the bid is considered to be a certification by the signatory that the signatory--

(1) Is the person in the bidder's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above. _GARY PARIBEAU - TREASURER ALRA ASSOC. INC._____ [insert full name of person(s) in the bidder's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the bidder's organization];

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the bidder deletes or modifies subparagraph (a)2 above, the bidder must furnish with its bid a signed statement setting forth in detail the circumstances of the disclosure.

[ ] [Contracting Officer check if following paragraph is applicable]

(d) Non-collusive affidavit. (applicable to contracts for construction and equipment exceeding $50,000)

(1) Each bidder shall execute, in the form provided by the PHA/IHA, an affidavit to the effect that he/she has not colluded with any other person, firm or corporation in regard to any bid submitted in response to this solicitation. If the successful bidder did not submit the affidavit with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the affidavit by that date may render the bid nonresponsive. No contract award will be made without a properly executed affidavit.

(2) A fully executed "Non-collusive Affidavit" [X] is, [ ] is not included with the bid.

2. Contingent Fee Representation and Agreement

(a) Definitions. As used in this provision:

"Bona fide employee" means a person, employed by a bidder and subject to the bidder's supervision and control as to time, place, and manner of performance, who neither exerts, nor proposes to exert improper influence to solicit or obtain contracts nor holds out as being able to obtain any contract(s) through improper influence.

"Improper Influence" means any influence that induces or tends to induce a PHA/IHA employee or officer to give consideration or to act regarding a PHA/IHA contract on any basis other than the merits of the matter.

(b) The bidder represents and certifies as part of its bid that, except for full-time bona fide employees working solely for the bidder, the bidder:

(1) [ ] has, [X] has not  employed or retained any person or company to solicit or obtain this contract; and

(2) [ ] has, [X] has not  paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(c) If the answer to either (a)(1) or (a)(2) above is affirmative, the bidder shall make an immediate and full written disclosure to the PHA/IHA Contracting Officer.

(d) Any misrepresentation by the bidder shall give the PHA/IHA the right to (1) terminate the contract; (2) at its discretion, deduct from contract payments the amount of any commission, percentage, brokerage, or other contingent fee; or (3) take other remedy pursuant to the contract.

3. Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions (applicable to contracts exceeding $100,000)

(a) The definitions and prohibitions contained in Section 1352 of title 31, United States Code, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The bidder, by signing its bid, hereby certifies to the best of his or her knowledge and belief as of December 23, 1989 that:

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of a contract resulting from this solicitation;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the bidder shall complete and submit, with its bid, OMB standard form LLL, "Disclosure of Lobbying Activities;" and

(3) He or she will include the language of this certification in all subcontracts at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(d) Indian tribes (except those chartered by States) and Indian organizations as defined in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) are exempt from the requirements of this provision.

4. Organizational Conflicts of Interest Certification

The bidder certifies that to the best of its knowledge and belief and except as otherwise disclosed, he or she does not have any organizational conflict of interest which is defined as a situation in which the nature of work to be performed under this proposed contract and the bidder's organizational, financial, contractual, or other interests may, without some restriction on future activities:

(i) Result in an unfair competitive advantage to the bidder; or,

(ii) Impair the bidder's objectivity in performing the contract work.

{   } In the absence of any actual or apparent conflict, I hereby certify that to the best of my knowledge and belief, no actual or apparent conflict of interest exists with regard to my possible performance of this procurement.

5. Bidder's Certification of Eligibility

(a) By the submission of this bid, the bidder certifies that to the best of its knowledge and belief, neither it, nor any person or firm which has an interest in the bidder's firm, nor any of the bidder's subcontractors, is ineligible to:

(1) Be awarded contracts by any agency of the United States Government, HUD, or the State in which this contract is to be performed; or,

(2) Participate in HUD programs pursuant to 24 CFR Part 24.

(b) The certification in paragraph (a) above is a material representation of fact upon which reliance was placed when making award. If it is later determined that the bidder knowingly rendered an erroneous certification, the contract may be terminated for default, and the bidder may be debarred or suspended from participation in HUD programs and other Federal contract programs.

6. Minimum Bid Acceptance Period

(a) "Acceptance period," as used in this provision, means the number of calendar days available to the PHA/IHA for awarding a contract from the date specified in this solicitation for receipt of bids.

(b) This provision supersedes any language pertaining to the acceptance period that may appear elsewhere in this solicitation.

(c) The PHA/IHA requires a minimum acceptance period of [Contracting Officer insert time period] calendar days.

(d) In the space provided immediately below, bidders may specify a longer acceptance period than the PHA's/IHA's minimum requirement. The bidder allows the following acceptance period:  calendar days.

(e) A bid allowing less than the PHA's/IHA's minimum acceptance period will be rejected.

(f) The bidder agrees to execute all that it has undertaken to do, in compliance with its bid, if that bid is accepted in writing within (1) the acceptance period stated in paragraph (c) above or (2) any longer acceptance period stated in paragraph (d) above.

7. Small, Minority, Women-Owned Business Concern Representation

The bidder represents and certifies as part of its bid/ offer that it --

(a) [ ] is, [X] is not a small business concern. "Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding, and qualified as a small business under the criteria and size standards in 13 CFR 121.

(b) [ ] is, [X] is not a women-owned business enterprise. "Women-owned business enterprise," as used in this provision, means a business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

(c) [ ] is, [X] is not a minority business enterprise. "Minority business enterprise," as used in this provision, means a business which is at least 51 percent owned or controlled by one or more minority group members or, in the case of a publicly owned business, at least 51 percent of its voting stock is owned by one or more minority group members, and whose management and daily operations are controlled by one or more such individuals. For the purpose of this definition, minority group members are:

(Check the block applicable to you)

[ ] Black Americans                [ ] Asian Pacific Americans
[ ] Hispanic Americans             [ ] Asian Indian Americans
[ ] Native Americans               [ ] Hasidic Jewish Americans

8. Indian-Owned Economic Enterprise and Indian Organization Representation (applicable only if this solicitation is for a contract to be performed on a project for an Indian Housing Authority)

The bidder represents and certifies that it:

(a) [ ] is, [X] is not an Indian-owned economic enterprise. "Economic enterprise," as used in this provision, means any commercial, industrial, or business activity established or organized for the purpose of profit, which is at least 51 percent Indian owned. "Indian," as used in this provision, means any person who is a member of any tribe, band, group, pueblo, or community which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs and any "Native" as defined in the Alaska Native Claims Settlement Act.

(b) [ ] is, [X] is not an Indian organization. "Indian organization," as used in this provision, means the governing body of any Indian tribe or entity established or recognized by such governing body. Indian tribe" means any Indian tribe, band, group, pueblo, or community including Native villages and Native groups (including corporations organized by Kenai, Juneau, Sitka, and Kodiak) as defined in the

Alaska Native Claims Settlement Act, which is recognized by the Federal Government as eligible for services from the Bureau of Indian Affairs.

9. **Certification of Eligibility Under the Davis-Bacon Act** (applicable to construction contracts exceeding $2,000)

(a) By the submission of this bid, the bidder certifies that neither it nor any person or firm who has an interest in the bidder's firm is a person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(b) No part of the contract resulting from this solicitation shall be subcontracted to any person or firm ineligible to be awarded contracts by the United States Government by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(c) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

10. **Certification of Nonsegregated Facilities** (applicable to contracts exceeding $10,000)

(a) The bidder's attention is called to the clause entitled Equal Employment Opportunity of the General Conditions of the Contract for Construction.

(b) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(c) By the submission of this bid, the bidder certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The bidder agrees that a breach of this certification is a violation of the Equal Employment Opportunity clause in the contract.

(d) The bidder further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) prior to entering into subcontracts which exceed $10,000 and are not exempt from the requirements of the Equal Employment Opportunity clause, it will—

(1) Obtain identical certifications from the proposed subcontractors;

(2) Retain the certifications in its files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**Notice to Prospective Subcontractors of Requirement for Certifications of Nonsegregated Facilities**

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Employment Opportunity clause of the prime contract. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

Note: The penalty for making false statements in bids is prescribed in 18 U.S.C. 1001.

11. **Clean Air and Water Certification** (applicable to contracts exceeding $100,000)

The bidder certifies that:

(a) Any facility to be used in the performance of this contract [ ] is [X] is not listed on the Environmental Protection Agency List of Violating Facilities;

(b) The bidder will immediately notify the PHA/IHA Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the Environmental Protection Agency, indicating that any facility that the bidder proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and,

(c) The bidder will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

12. **Previous Participation Certificate** (applicable to construction and equipment contracts exceeding $50,000)

(a) The bidder shall complete and submit with his/her bid the Form HUD-2530, "Previous Participation Certificate." If the successful bidder does not submit the certificate with his/her bid, he/she must submit it within three (3) working days of bid opening. Failure to submit the certificate by that date may render the bid nonresponsive. No contract award will be made without a properly executed certificate.

(b) A fully executed "Previous Participation Certificate"

[X] is, [ ] is not included with the bid.

13. **Bidder's Signature**

The bidder hereby certifies that the information contained in these certifications and representations is accurate, complete, and current.

_(signature)_  10/14/93
(Signature and Date)

GARY BARIBEAU
(Typed or Printed Name)

TREASURER
(Title)

G&R ASSOCIATES, INC.
(Company Name)
16 CAROL ANN ST.
SPFLD MA 01128

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
HOUSING - FEDERAL HOUSING COMMISSIONER AND
U.S. DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

## PREVIOUS PARTICIPATION CERTIFICATION

**PART I - CERTIFICATE** (To be completed by Principals of Multifamily Projects.)

| 1. TO: (Name and City of HUD Area Office or USDA-FmHA District Office where the Application is Filed.) SHA 25 SAAB CT. SPFLD MA. | 2. PROJECT NAME, I.D., OR PROJECT NUMBER AND CITY, STATE CONTAINED IN THE APPLICATION RIVERVIEW APTS MA 35-1 ADA/504 MODIFICATIONS SPFLD MA ALSO: SECTION 8 CONTRACT NUMBER |
|---|---|
| 3. LOAN OR CONTRACT AMOUNT $ | 4. NUMBER OF UNITS OR BEDS 12 CONV/SEC.1011 | 5. SECTION OF ACT (If known) ADA/504 | 6. TYPE OF PROJECT (Check One) ☐ Existing  ☒ Rehabilitation  ☐ Proposed (New) |

### LIST OF ALL PROPOSED PRINCIPAL PARTICIPANTS

| 7. Alphabetical List of the Full Names (last name first) and Address of all known principals and affiliates (people, businesses and organizations) proposing to participate in the project described above. | 8. Role of Each Principal | 9. Expected % Interest in Ownership | 10. Social Security or IRS Employer Number |
|---|---|---|---|
| BARIBEAU, GARY & CAROL ANN JT SPFLD MA 01128 | TREAS. | 49 | 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 |

### CERTIFICATION

I (meaning the individual who signs as well as the corporations, partnerships or other parties listed above who certify) hereby apply to HUD or USDA-FmHA, as the case may be, for approval to participate as a principal in the role and project listed above based upon my following previous participation record and this Certificate.

I certify that all the statements made by me are true, complete and correct to the best of my knowledge and belief and are made in good faith, including the data contained in Schedule A and Exhibits signed by me and attached to this form.

A. I further certify that:

1. Schedule A contains a listing of every assisted or insured project of HUD, USDA-FmHA and State and Local Government housing finance agencies in which I have been or am now a principal;
2. For the period beginning 10 years prior to the date of this certification, and except as shown by me on the certificate,
   a. No mortgage on a project listed by me has ever been in default, assigned to the Government or foreclosed, nor has mortgage relief by the mortgagee been given;
   b. I have not experienced defaults or noncompliance under any Conventional Contract or Turnkey Contract of Sale in connection with a public housing project;
   c. To the best of my knowledge, there are no unresolved findings raised as a result of HUD audits, management reviews or other Governmental investigations concerning me or my projects;
   d. There has not been a suspension or termination of payments under any HUD assistance contract in which I have had a legal or beneficial interest attributable to my fault or negligence;
   e. I have not been convicted of a felony and am not presently, to my knowledge, the subject of a complaint or indictment charging a felony. (A felony is any offense punishable by imprisonment for a term exceeding one year, but does not include any offense classified as a misdemeanor under the laws of a State and punishable by imprisonment of two years or less);
   f. I have not been suspended, debarred or otherwise restricted by any Department or Agency of the Federal Government or of a State Government from doing business with such Department or Agency.

g. I have not defaulted on an obligation covered by a surety or performance bond and have not been the subject of a claim under an employee fidelity bond.

3. All the names of the parties, known to me to be principals in this project(s) in which I propose to participate, are listed above.
4. I am not a HUD/FmHA employee or a member of a HUD/FmHA employee's immediate household as defined in HUD's Standard of Conduct in 24 CFR 0.735.205(a)(2)/USDA's Standard of Conduct in 7 CFR Part O Subpart B.
5. I am not a principal participant in an assisted or insured project this date on which construction has stopped for a period in excess of 20 days or which has been substantially completed for more than 90 days and documents for closing, including final cost certification have not been filed with HUD or FmHA.
6. To my knowledge I have not been found by HUD or FmHA to be in noncompliance with any applicable civil rights laws.

B. (APPLICABLE TO GENERAL PARTNERS OR PROJECT OWNERS ONLY)
All the parties who are principals or who are proposed as principals here are listed above and no principals or identities of interest are concealed or omitted.

C. I am not a Member of Congress or a Resident Commissioner nor otherwise prohibited or limited by law from contracting with the Government of the United States of America.

D. Statements above (if any) to which I cannot certify have been deleted by striking through the words with a pen. I have initialed each deletion (if any) and have attached a true and accurate signed statement (if applicable) to explain the facts and circumstances which I think helps to qualify me as a responsible principal for participation in this project.

| Typed or Printed Name of Principal | Signature of Principal | Title, Role or Capacity | Date | Area Code and Telephone No. |
|---|---|---|---|---|
| GARY BARIBEAU | Gay Bar | TREASURER | 10/14/93 | 413-543-3668 |

| WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code, Section 1001 and Section 1010. | THIS FORM WAS PREPARED BY (Please print name) DEBORAH BARIBEAU | AREA CODE & TELEPHONE NO. 413-543-3668 |
|---|---|---|

### REPORT OF INSPECTOR GENERAL - INTERNAL PROCESSING ONLY

THE INDICES OF THE INSPECTOR GENERAL'S OFFICE HAVE BEEN CHECKED FOR THE NAMES OF THE PRINCIPALS LISTED IN PART I ABOVE
AND: ☐ a. WE HAVE NO INFORMATION; OR  ☐ b. WE HAVE INFORMATION AND A REPORT IS ATTACHED

| DATE | TITLE | SIGNATURE |
|---|---|---|
| | | |

## SCHEDULE A - LIST OF PREVIOUS PROJECTS AND SECTION 8 CONTRACTS

By my name below is the complete list of my previous projects and my participation history as a principal in Multifamily Housing programs of HUD/USDA-FmHA, State and Local Housing Finance Agencies.

NOTE: Read and follow the attached instructions sheet carefully. Abbreviate where possible. Make full disclosure. Add extra sheets if you need more space. Double check for accuracy. If you have no previous projects write by your name: "No previous participation - First Experience."

| 1. List each Principal's Name (List in Alphabetical Order, Last Name First) | 2. List Previous Projects (Give the I.D. Number, Project Name, City or Location, Government Agency involved and Number of Units in the Project) | 3. List Principal's Participation Role and Interest - Give Month and Year Participation began and ended. | 4. Disclose Defaults, Mortgage Relief Assignments, Foreclosures. If None, write "None". | 5. RESERVED FOR HUD PROCESS |
|---|---|---|---|---|
| SFL ASSOCIATES, INC. BARIBEAU, GARY | MA 35-2 TWIN TOWERS SPRINGFIELD SPFLD MA SPFLD HSG AUTH 100 UNITS | GEN. CONTR. 7/91 - 1/92 | NONE | |
| SFL ASSOCIATES INC. BARIBEAU, GARY | MA 35-7 MULLICAN APTS INT MOD. SPFLD MA SPFLD HSG AUTH 34 UNITS | GEN. CONTR. 4/91 - 11/91 | NONE | |
| SFL ASSOCIATES, INC. BARIBEAU, GARY | 200-3 ROBINSON GARDENS-PLBG & ELECTRICAL & PLUMBING SPFLD MA SPFLD HOUSING AUTH 126 UNITS | GEN. CONTR. 4/90 - 2/91 | NONE | |
| SFL ASSOCIATES INC. BARIBEAU, GARY | MA 35-7 MULLICAN APTS-SIDING SPFLD MA SPFLD HSG AUTH 34 UNITS 5/90 - 9/90 | GEN. CONTR. | NONE | |

### PART II - INTERNAL PROCESSING ONLY

1. Received by the Field Office, checked by me for accuracy and completeness and found ready for processing:

2. TO: Department of Housing and Urban Development, Multifamily Participation Review Committee, Washington, D.C. A review of the records and project files of this office relative to the above listed parties and projects reveals:

☐ A. No adverse information. Form HUD-2530 approval is recommended:  ☐ B. Problems exist, my memorandum on them is attached.

DATE _____ FTS TELEPHONE NUMBER _____

DATE _____ SUPERVISOR, PROCESSING CONTROL AND REPORTS UNIT

DATE _____ NAME OF AREA MANAGER _____ DIRECTOR OF HOUSING PROCESSING IS AUTHORIZED

FORM OF NON-COLLUSIVE AFFIDAVIT

State of __MASSACHUSETTS__

County of __HAMPDEN__

__GARY BARIBEAU__, being first duly sworn, deposes and says:

That he is __TREASURER OF G&R ASSOC. INC.__
a partner or officer of the firm of, etc.

the party making the foregoing proposal or bid, that such proposal or bid is genuine and not collusive or shame; that said bidder has not colluded, conspired, connived or agreed, directly or indirectly, with any bidder or person, to put a sham bid or to refrain from bidding, and has not in any manner, directly or indirectly, sought by agreement or collusion, or communication or conferences, with any person, to fix the bid price of affiant or of any bidder, or to fix any overhead or cost element of said bid price, or of that of any other bidder, or to secure any advantage against the Springfield Housing Authority or any person interested in the proposed contract; and that all statements in said proposal or bid are true.

Signature of:

_____
Bidder, if the bidder is an individual

_____
Partner, if the bidder is a partnership

_/s/ Gary B._____
Officer, if the bidder is a corporation

GARY BARIBEAU - TREASURER

Subscribed and sworn to before me this __13th__ day of __October__, ~~1992~~ 1993

_/s/ Mark J. D_____
Notary Public

My commission expires: __June 22 1995__.