**Exhibit**
**G**

HUD-51001
Rev. 9-70

U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
LOW-RENT PUBLIC HOUSING
PERIODICAL ESTIMATE FOR PARTIAL PAYMENT
(SUBMIT ORIGINAL AND ONE COPY TO LOCAL AUTHORITY)

Springfield Housing Authority

Form Approved
Budget Bureau No. 63-R0640

Oct 17, 1994
Sept

Periodical Estimate No. _____ For Period _____ Sept 16 19 94, To ____ Sept 19 94

Project    504/ADA Site Work    14 Developments                    Project No. __MA 35-C__
          *(Name)*                    *(Location)*

Name of Contractor ____ P.J. Richfield Inc. ____                Contract No.  35-C-1993-2-8

| ITEM NO. (1) | DESCRIPTION OF ITEM (2) | | % | COMPLETED TO DATE (3) | Amount |
|---|---|---|---|---|---|
| 1. | Ramps       85 @ 2,300 | $195,500 | 100% | 85 | $195,500 |
| 2. | Railings    95 @ 2,293 | 206,400 | 100% | 95 | 206,400 |
| 3. | Curb Cuts   70 @   600 | 42,000 | 100% | 70 | 42,000 |
| 4. | Sidewalks 400 ft. @ $75.00 | 30,000 | 100% | 400 | 30,000 |
| 5. | Roofs  10 @ 2,000 | 20,000 | 100% | 10 | 20,000 |
| 6. | Entrances 10 @ 5,000 | 50,000 | 100% | 10 | 50,000 |
| 7. | Paving | 10,000 | 100% | | 10,000 |
| 8. | Parking/Signs | 33,000 | 100% | | 33,000 |
| | | $586,900 | (100%) | | 586,900 |
| 9. | Change Order No. 1 | 15,377.50 | 100% | | 15,377.50 |
| 10. | Change Order No. 2 | 19,460 | 100% | | 19,460 |
| | | 621,737.50 | | | |

G X 0 6 5 - 0 0 0 1

Government
Exhibit
65
04-30033-MAP

VALUE OF CONTRACT WORK COMPLETED TO DATE
(Transfer this total to Line 5 on back of this sheet)                    $ 100%    621,737.50

any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or impris-
toned not more than five years, or both."

## CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are correc
that all work has been performed and material supplied in full accordance with the terms and conditions of the contract between the

| Springfield Housing Authority | and | P.J. Richfield Inc. |
|---|---|---|
| (Name of Owner) | | (Contractor) |

dated July 30 , 19 23 , and duly authorized deviations, substitutions, alterations, and additions; that the following-
s a true and correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no part
of the "Balance Due This Payment" has been received:

1. Original Contract Amount - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 586,900

APPROVED CHANGE ORDERS: one - two

2. Additions (Total, Col. 3, Form HUD-51002) - - - - - - - - - - - - - - $ 34,837.50

3. Deductions (Total, Col. 5, Form HUD-51002) - - - - - - - - - - - - $ _0_ (Net) $ 34,837 50

4. Current Adjusted Contract Amount (Line 1 Plus or Minus Net) - - - - - - - - - - - - - - - - - - - - - - - $

### COMPUTATION OF BALANCE DUE THIS PAYMENT

5. Value of Original Contract work completed to date (From other side this Form) - - - - - - - - - - $ 586,900 .
COMPLETED UNDER APPROVED CHANGE ORDERS:
6. Additions (From Col. 4, Form HUD-51002) - - - - - - - - - - - - - - - $ 34,837 50

7. Deductions (From Col. 5, Form HUD-51002) - - - - - - - - - - - - - $ _0_ (Net) $ 34,837 50

8. Total Value of Work in Place (Line 5 Plus or Minus net Line 7) - - - - - - - - - - - - - - - - - - - $ 621,737 50

9. LESS: Retainage, _0_ % - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 0

10. Net Amount earned to date (Line 8 Less Line 9) - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 621,737 50

11. LESS: Previously earned (Line 10, last Periodical Estimate) - - - - - - - - - - - - - - - - - - $ 590,650 50

12. Net amount due, work in place (Line 10 less Line 11) - - - - - - - - - - - - - - - - - - - - - - - - - $ 31,087 00
VALUE OF MATERIALS PROPERLY STORED:
13. At close of this period (From Form HUD-51004) - - - - - - - - - - - - $ 0

14. LESS: Allowed last period- - - - - - - - - - - - - - - - - - - - - - - - $ 0

15. Increase (decrease) from amount allowed last period- - - - - - - - - - - - - - - - - - - - - - - - - $ 0

16. BALANCE DUE THIS PAYMENT- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 31,087.00

FURTHER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment em-
ployed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the un-
dersigned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contract.

P.J. Richfield Inc.

| (Name of Contractor) | (Signature of Authorized Representative) |
|---|---|
| | Peter Davis        President |
| (Date) | (Title) |

### CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

:ACH OF US CERTIFIES that he has checked and verified this Periodical Estimate No. _____; that to the best of his knowledge and belief :
s a true statement of the value of work performed and material supplied by the Contractor; that all work and material included in this estimate
as been inspected by him or by his authorized assistants; and that such work has been performed or supplied in full accordance with the Dra-
ngs and Specifications, the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and additions, al
f which have been duly approved.

: We, therefore, approve as the "Balance Due This Payment" the amount of $ _____.

| (Authorized Project Representative) | (Contracting Officer) |
|---|---|
| (Date) | (Date) |

### INSTRUCTIONS

.. **HEADINGS**: Enter all identifying data required. Periodical estimates shall be numbered in sequence beginning with No. 1.

.. **COLUMNS 1 and 2**: The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to each
principal division of work in the "Schedule of amounts for Contract Payments", Forms HUD-51000a and 51000b.

. **COLUMN 3**: Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate. En
the total in the space provided.

. **CERTIFICATIONS**:
(1) The certification of the Contractor includes the analysis of amounts used to determine the net balance due. In the first paragraph there
shall be entered the name of the Local Authority, the Contractor, and the date of contract. The calculations used in arriving at the "Balanc
due This Payment" shall be entered on lines 1 to 16, inclusive.

(2) The Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 16.

(3) The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment may b
made. However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may modify
the language to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by the
Periodical Estimate, together with the individual Certifications of each.

GPO 814-177

☆ U.S. GOVERNMENT PRINTING OFFICE: 1976—201-918/7404

... by any ... or ... false, fictitious or fraudulent statements or representations, or make any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both."

CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESENTATIVE

According to the best of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are correct that all work has been performed and material supplied in full accordance with the terms and conditions of the contract between the

| Springfield Housing Authority | and | P.J. Richfield Inc. |
|---|---|---|
| *(Name of Owner)* | | *(Contractor)* |

dated __July 30__, 19 __93__, and duly authorized deviations, substitutions, alterations, and additions; that the following is a true and correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no part of the "Balance Due This Payment" has been received:

1. Original Contract Amount - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 586,900
   One-Two
   APPROVED CHANGE ORDERS:
2. Additions *(Total, Col. 3, Form HUD-51002)* - - - - - - - - - - - - - $ 34,837.50

3. Deductions *(Total, Col. 3, Form HUD-51002)* - - - - - - - - - - - - $ -0-   *(Net)* $ 34,837.50

4. Current Adjusted Contract Amount *(Line 1 Plus or Minus Net)* - - - - - - - - - - - - - - - - - - - - - - - - $ ___

COMPUTATION OF BALANCE DUE THIS PAYMENT

5. Value of Original Contract work completed to date *(From other side this Form)* - - - - - - - - - - $ 586,900
   COMPLETED UNDER APPROVED CHANGE ORDERS:
6. Additions *(From Col. 4, Form HUD-51002)* - - - - - - - - - - - - - - - $ 34,837.50

7. Deductions *(From Col. 5, Form HUD-51002)* - - - - - - - - - - - - - $ -0-   *(Net)* $ 34,837.50

8. Total Value of Work in Place *(Line 5 Plus or Minus net Line 7)* - - - - - - - - - - - - - - - - - - - $ 621,737.50

9. LESS: Retainage, _____ % - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ ___

10. Net Amount earned to date *(Line 8 Less Line 9)* - - - - - - - - - - - - - - - - - - - - - - - - - - - $ ___

11. LESS: Previously earned *(Line 10, last Periodical Estimate)* - - - - - - - - - - - - - - - - - - - $ ___

12. Net amount due, work in place *(Line 10 less Line 11)* - - - - - - - - - - - - - - - - - - - - - - - - $ ___
    VALUE OF MATERIALS PROPERLY STORED:   -0-
13. At close of this period *(From Form HUD-51004)* - - - - - - - - - - - $ ___

14. LESS: Allowed last period - - - - - - - - - - - - - - - - - - - - - - - - $ -0-

15. Increase *(decrease)* from amount allowed last period - - - - - - - - - - - - - - - - - - - - - - - - - $ -0-

16. BALANCE DUE THIS PAYMENT - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ ___

FURTHER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment employed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the undersigned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contract.

P.J. Richfield Inc.
| *(Name of Contractor)* | *(Signature of Authorized Representative)* |
|---|---|
| | Peter Davis       President |
| *(Date)* | *(Title)* |

CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

EACH OF US CERTIFIES that he has checked and verified this Periodical Estimate No. _____; that to the best of his knowledge and belief it is a true statement of the value of work performed and material supplied by the Contractor; that all work and material included in this estimate as been inspected by him or by his authorized assistants; and that such work has been performed or supplied in full accordance with the Drawings and Specifications, the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and additions, all of which have been duly approved.

We, therefore, approve as the "Balance Due This Payment" the amount of $ _____.

| *(Authorized Project Representative)* | *(Contracting Officer)* |
|---|---|
| *(Date)* | *(Date)* |

INSTRUCTIONS

. **HEADINGS:** Enter all identifying data required. Periodical estimates shall be numbered in sequence beginning with No. 1.

. **COLUMNS 1 and 2:** The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to each principal division of work in the "Schedule of amounts for Contract Payments", Forms HUD-51000a and 51000b.

. **COLUMN 3:** Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate. Enter the total in the space provided.

. **CERTIFICATIONS:**
(1) The certification of the Contractor includes the analysis of amounts used to determine the net balance due. In the first paragraph there shall be entered the name of the Local Authority, the Contractor, and the date of contract. The calculations used in arriving at the "Balance due This Payment" shall be entered on lines 1 to 16, inclusive.

(2) The Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 16.

(3) The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment may be made. However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may modify the language to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by the Periodical Estimate, together with the individual Certifications of each.

GX065 - 0005

NJD-51001
Rev. 9-70

U.S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
LOW-RENT PUBLIC HOUSING
PERIODICAL ESTIMATE FOR PARTIAL PAYMENT
(SUBMIT ORIGINAL AND ONE COPY TO LOCAL AUTHORITY)

Form Approved
Budget Bureau No. 63-R0640

Springfield Housing Authority
_(Name of Owner)_

Periodical Estimate No. __Ten (Final)__    For Period __September 16_____ 19 _94_,  To _October 17_____ 19 _94_

Project ___504/ADA Site Work_____ 14 Developments
_(Name)_                      _(Location)_

Name of Contractor ____P.J. Richfield Inc._____    Project No. _MA 35-C_____

Contract No. __35-C-1993-2-0__

| ITEM NO.<br>(1) | DESCRIPTION OF ITEM<br>(2) | | % | COMPLETED TO DATE<br>(3) | Amount |
|---|---|---|---|---|---|
| 1. | Ramps        85 @ 2,300 | $195,500 | 100% | 85 | $195,500 |
| 2. | Railings    95 @ 2,293 | 206,400 | 100% | 95 | 206,400 |
| 3. | Curb Cuts   70 @   600 | 42,000 | 100% | 10 | 42,000 |
| 4. | Sidewalks 400 ft. @ $75.00 | 30,000 | 100% | 400 | 30,000 |
| 5. | Roofs  10 @ 2,000 | 20,000 | 100% | 10 | 20,000 |
| 6. | Entrances 10 @ 5,000 | 50,000 | 100% | 10 | 50,000 |
| 7. | Paving | 10,000 | 100% | | 10,000 |
| 8. | Parking/Signs | 33,000 | 100% | | 33,000 |
| | | $586,900 | 100% | | 586,900 |
| 9. | Change Order No. 1 | 15,377.50 | 100% | | 15,377.50 |
| 10. | Change Order No. 2 | 19,460 | 100% | | 19,460 |
| | | 621,737.50 | | | |

G X 0 6 6 - 0 0 0 1

Government
Exhibit
66
04-30033-MAP

VALUE OF CONTRACT WORK COMPLETED TO DATE
(Transfer this total to Line 5 on back of this sheet)                    100%    $621,737.50

tatller, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraudulent statements or representations, or makes ar false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both."

## CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESENTATIVE

ccording to the best of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are correct; .ot all work has been performed and material supplied in full accordance with the terms and conditions of the contract between the

| Springfield Housing Authority | and | P.J. Richfield Inc. |
|---|---|---|
| *(Name of Owner)* | | *(Contractor)* |

ated    July 30    , 19  93   , and duly authorized deviations, substitutions, alterations, and additions; that the followinga true and correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no part the "Balance Due This Payment" has been received:

1. Original Contract Amount - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    $  586,900
   APPROVED CHANGE ORDERS:    One-Two
2. Additions *(Total, Col. 3, Form HUD-51002)* - - - - - - - - - - - - - -  $      34,837.50

3. Deductions *(Total, Col. 3, Form HUD-51002)* - - - - - - - - - - - -  $          -0-          *(Net)* $    34,837.50

4. Current Adjusted Contract Amount *(Line 1 Plus or Minus Net)* - - - - - - - - - - - - - - - - - -    $

### COMPUTATION OF BALANCE DUE THIS PAYMENT

5. Value of Original Contract work completed to date *(From other side this Form)* - - - - - - - - -    $   586,900
   COMPLETED UNDER APPROVED CHANGE ORDERS:
6. Additions *(From Col. 4, Form HUD-51002)* - - - - - - - - - - - - - -  $  34,837.50

7. Deductions *(From Col. 5, Form HUD-51002)* - - - - - - - - - - - - -  $         -0-          *(Net)* $    34,837.50

8. Total Value of Work in Place *(Line 5 Plus or Minus net Line 7)* - - - - - - - - - - - - - - - - - -    $   621,737.50
9. LESS: Retainage,         0        % Final - - - - - - - - - - - - - - - - - - - - - - - - - - - -    $      -0-

10. Net Amount earned to date *(Line 8 Less Line 9)* - - - - - - - - - - - - - - - - - - - - - - - - - -    $   621,737.50

11. LESS: Previously earned *(Line 10, last Periodical Estimate)* - - - - - - - - - - - - - - - - - - - -    $   590,650.50

12. Net amount due, work in place *(Line 10 less Line 11)* - - - - - - - - - - - - - - - - - - - - - - -    $    31,087.00
    VALUE OF MATERIALS PROPERLY STORED:
13. At close of this period *(From Form HUD-51004)* - - - - - - - - - - -  $       -0-

14. LESS: Allowed last period - - - - - - - - - - - - - - - - - - - - - -  $       -0-

15. increase *(decrease)* from amount allowed last period - - - - - - - - - - - - - - - - - - - - - - - -    $      -0-
                                                          Final
16. BALANCE DUE THIS PAYMENT - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -    $    31,087.00

"URTHER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment emyed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the unsigned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contract.

P.J. Richfield Inc.

*(Name of Contractor)*                                        *(Signature of Authorized Representative)*

October 17, 1994        GX 0 6 6 - 0 0 0 2        Peter Davis        President
*(Date)*                                    *(Title)*

## CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

CH OF US CERTIFIES that he has checked and verified this Periodical Estimate No. __10__; that to the best of his knowledge and belief it ı true statement of the value of work performed and material supplied by the Contractor; that all work and material included in this estimate been inspected by him or by his authorized assistants; that such work has been performed or supplied in full accordance with the Draw s and Specifications; the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and additions, all hich have been duly approved.

We, therefore, approve as the "Balance Due This Payment" the amount of $   31,087.

*(Authorized Project Representative)*                                        *(Contracting Officer)*
ARTHUR G. SOTIRION    10/27/94        Raymond B. Asselin
Asst. Exec. Director - Operations
*(Date)*                                    *(Date)*

## INSTRUCTIONS

**HEADINGS:**  Enter all identifying data required.  Periodical estimates shall be numbered in sequence beginning with No. 1.

**COLUMNS 1 and 2:**  The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to each principal division of work in the "Schedule of amounts for Contract Payments", Forms HUD-51000a and 51000b.

**COLUMN 3:**  Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate. Ent the total in the space provided.

**CERTIFICATIONS:**
The certification of the Contractor includes the analysis of amounts used to determine the net balance due.  In the first paragraph there all be entered the name of the Local Authority, the Contractor, and the date of contract.  The calculations used in arriving at the "Balance e This Payment" shall be entered on lines 1 to 16, inclusive.

The Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 16.

The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment may be de.  However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may modify language to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by the riodical Estimate, together with the individual Certifications of each.

FORM OF CERTIFICATE OF COMPLETION--CONSOLIDATED

(Not to be used if there are any incomplete or unsettled items outstanding)

CERTIFICATE OF COMPLETION--CONSOLIDATED    Page 1 of 1

THIS IS TO CERTIFY that all work and materials have been carefully inspected by duly authorized representatives or agents of the Springfield Housing Authority, hereinafter called the Local Authority, and that the P.J. Richfield, Inc., hereinafter called the Contractor, has furnished all labor, materials, and services required for the 504/ADA Site Work of the 14 Developments, located in Springfield, MA in accordance with the requirements of the Specifications and Drawings and Contract No. 35-C-1993-2-8, dated July 30, 1993 between the Local Authority and the Contractor.

THIS IS TO CERTIFY:

1. That all work covered by this contract, originally required to be completed on 07/08/93, was actually completed on 07/08/94 ;

2. That all changes permitted or required to be made, except minor modifications and field adjustments, have been authorized by written and duly approved Change Orders, and all stop orders have been confirmed and listed in writing;

3. That all Proceed Orders have been supported by approved Change Orders equitably adjusting the contract price and/or time, where adjustment is indicated;

4. That Change Orders Nos. 1 & 2 constitute the only amendments to the contract price and/or time, and that ALL Change Orders issued in connection with this contract are listed on the attached Schedule;

5. That all certificates, bonds, guaranties, warranties, insurance, and tests required under the contract have been furnished or performed;

6. That the Local Authority has obtained from the Contractor the attached Certificate and Release releasing the Local Authority in full from all further claims under this contract;

7. That all laborers and mechanics have been paid not less than the minimum wage rates as established in said contract, and that there have been no claims made for infringement of any patent;

8. That no claims of any nature by any laborer, mechanic, subcontractor, materialman, or vendor are outstanding against the Local Authority; and

9. That:

Date for completion fixed in contract        12/10/93
Date for completion as extended             07/08/94
Actual completion date of contract work     07/08/94

Original contract price                      $ 586,900.
Authorized additions 1&2                     $ 34,837.50
                            Subtotal         $ 621,737.50
Authorized deductions excluding liquidated damages  .....0...

ADJUSTED CONTRACT PRICE                      $ 621,737.50

LES:  Total payments to Contractor    $ 590,650.50
      Total amount of Liqui-
      dated Damages assessed  .....0...       $.....0...

            BALANCE                          $ 31,087.

and

10. That voucher for final payment in the amount of thirty one thousand eighty seven ($ 31,087 ) is due and payable.

Springfield Housing Authority
By _____
Title Raymond B. Asselin, Executive Director
Date October 17, 1994

GX 0 6 6 - 0 0 0 3

P.J. Richfield Inc.
_____
Peter Davis, President
By _____
Title __
October 17, 1994

TO:        Raymond B. Asselin

FROM:      Arthur G. Sotirion

SUBJECT:   Certificate of Completion - Consolidated and Contractor's Certificate
           and Release from P.J. Richfield, Inc., for 504/ADA Site Work at 14
           Developments: Riverview 35-1, Tri Towers 35-2, Sullivan 35-3,
           Harrigan 35-5, Pine James 35-6, Moxon 35-8, Pine Renee 35-9,
           Marble 35-11, Kathryne Jones 35-16, Bay-Sherman 35-22 under the
           Comprehensive Grant Program FY 92 & 93.

DATE:      October 17, 1994

------------------------------------------------------------

RESOLUTION NO. 7884

RESOLUTION AUTHORIZING EXECUTION OF CERTIFICATE OF COMPLETION

CONSOLIDATED AND CONTRACTOR'S CERTIFICATE AND RELEASE, DATED

OCTOBER 17, 1994 - FOR ALL LABOR, MATERIALS, AND SERVICE REQUIRED

FOR THE 504/ADA SITE WORK AT FOURTEEN (14) DEVELOPMENTS PURSUANT

TO CONTRACT NO. 35-C-1993-2-8 DATED JULY 30, 1993 BETWEEN THE

SPRINGFIELD HOUSING AUTHORITY AND P.J. RICHFIELD, INC., 17 LYNNWOOD

DRIVE, LONGMEADOW, MASSACHUSETTS UNDER THE CGP FY-92 & 93

PROGRAM AND AUTHORIZING PAYMENT OF RETAINAGE IN THE AMOUNT OF

$31,087.00 AND AUTHORIZING THE EXECUTIVE DIRECTOR, RAYMOND B.

ASSELIN TO EXECUTE THE CERTIFICATE OF COMPLETION ON BEHALF OF THE

SPRINGFIELD HOUSING AUTHORITY.



GX066-0004

CERTIFICATE AND RELEASE

Page __1__ of __1__

FROM: P. J. Richfield Inc.

TO: Springfield Housing Authority

REFERENCE: CONTRACT NO. 35-C-1993-2-8  ENTERED INTO THE 30 DAY

OF July , 19 93 , BETWEEN THE

Springfield Housing Authority

OF Springfield, MA ,

HEREINAFTER CALLED THE LOCAL AUTHORITY,

AND P.J. Richfield Inc. ,

OF 17 Lynnfield St., Longmeadow, MA ,

HEREINAFTER CALLED THE CONTRACTOR,

FOR THE 504/ADA    Site Work

OF 14 Developments PROJECT NO. 35-C ,

LOCATED IN Springfield, MA .

**K N O W   A L L   M E N   B Y   T H E S E   P R E S E N T S:**

1. The undersigned hereby certifies that there is due and payable under the contract and duly approved Change Orders and modifications the undisputed balance of $ 31,087 .

2. The undersigned further certifies that in addition to the amount set forth in paragraph 1 hereof there are outstanding and unsettled the following items which he claims are just and due and owing by the Local Authority to the Contractor:

(a) None
(b)
(c)

(Itemize claims and amounts claimed. If none, so state.)

3. The undersigned further certifies that all work required under this contract including work required under Change Orders numbered one & two has been performed in accordance with the terms thereof, and that there are no claims of laborers or mechanics for unpaid wages arising out of the performance of this contract, and that the wage rates paid by the Contractor and all Subcontractors were in conformity with the contract provisions relating to said wage rates.

4. Except for the amounts stated in paragraphs 1 and 2 hereof the undersigned has received from the Local Authority all sums of money payable to the undersigned under or pursuant to the aforementioned contract or any change or modification thereof.

5. That in consideration of the payment of the amount stated in paragraph 1 hereof the undersigned does hereby release the Local Authority from any and all claims arising under or by virtue of this contract except the amounts listed in paragraph 2 hereof; provided, however, that if for any reason the Local Authority does not pay in full the amount stated in paragraph 1 hereof, said deduction shall not affect the validity of this release, but the amount so deducted shall be automatically included under paragraph 2 as an amount which the Contractor has not released but will release upon payment thereof. The Contractor further certifies that upon payment of the amounts listed in paragraph 2 hereof, and of any amount which may be deducted from paragraph 1 hereof, he will release the Local Authority from any and all claims of any nature whatsoever arising out of said contract or modification thereof, and will execute such further releases or assurances as the Local Authority may request.

IN WITNESS WHEREOF, the undersigned has signed and sealed this instrument this __14th.__ day of __October__ , 19 94 .

P. J. Richfield, Inc. (SEAL)

Peter Davis, President

Peter Davis being first duly sworn on oath, deposes and says, first, that he is the President of the P.J. Richfield, Inc., second, that he has read the foregoing Certificate and Release by him subscribed as President of the P.J. Richfield, Inc.

Affiant further states that the matters and things stated therein are, to the best of his knowledge and belief, true.

Subscribed and sworn to before me this 14 day of October , 19 94 .

My commission expires 8/15/97 .

GX066.0005

... ..... ... document knowing the same to contain any false, fictitious or fraudulent statement or entry, shall be fined not more than $10,000 or impris-
...oned not more than five years, or both."

CERTIFICATION OF THE CONTRACTOR OR HIS DULY AUTHORIZED REPRESEHTATIVE

According to the best of my knowledge and belief, I certify that all items and amounts shown on the face of this periodical estimate are correc
that all wo: has been performed and material supplied in full accordance with the terms and conditions of the contract between the

| Springfield Housing Authority | and | P.J. Richfield Inc. |
|---|---|---|
| *(Name of Owner)* | | *(Contractor)* |

dated ____ July 30 ____, 19 _93_, and duly authorized deviations, substitutions, alterations, and additions; that the following
is a true and correct statement of the Contract Account up to and including the last day of the period covered by this estimate, and that no par
of the "Balance Due This Payment" has been received:

1. Original Contract Amount - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 586,900

One-Two
APPROVED CHANGE ORDERS:
2. Additions *(Total, Col. 3, Form HUD-51002)* - - - - - - - - - - - - - - $ 34,837.50

3. Deductions *(Total, Col. 5, Form HUD-51002)* - - - - - - - - - - - - - $ -0-  *(Net)* $ 34,837.50

4. Current Adjusted Contract Amount *(Line 1 Plus or Minus Net)* - - - - - - - - - - - - - - - - - - - - - $ ____

COMPUTATION OF BALANCE DUE THIS PAYMENT

5. Value of Original Contract work completed to date *(From other side this Form)* - - - - - - - - - - $ 586,900
COMPLETED UNDER APPROVED CHANGE ORDERS:
6. Additions *(From Col. 4, Form HUD-51002)* - - - - - - - - - - - - - - - $ 34,837.50

7. Deductions *(From Col. 5, Form HUD-51002)* - - - - - - - - - - - - - - $ -0-  *(Net)* $ 34,837.50

8. Total Value of Work in Place *(Line 5 Plus or Minus net Line 7)* - - - - - - - - - - - - - - - - - - - $ 621,737.50

9. LESS: Retainage, ____ 5 ____ % - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 31,087.00

10. Net Amount earned to date *(Line 8 Less Line 9)* - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 590,650.50

11. LESS: Previously earned *(Line 10, last Periodical Estimate)* - - - - - - - - - - - - - - - - - - - - - $ 514,483.50

12. Net amount due, work in place *(Line 10 less Line 11)* - - - - - - - - - - - - - - - - - - - - - - - - - $ 76,167.00
VALUE OF MATERIALS PROPERLY STORED:
13. At close of this period *(From Form HUD-51004)* - - - - - - - - - - - - $ -0-

14. LESS: Allowed last period - - - - - - - - - - - - - - - - - - - - - - - - - $ -0-

15. Increase *(decrease)* from amount allowed last period - - - - - - - - - - - - - - - - - - - - - - - - - - - $ -0-

16. BALANCE DUE THIS PAYMENT - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - $ 76,167.00

FURTHER CERTIFY that all just and lawful bills against the undersigned and his subcontractors for labor, material, and equipment em-
ployed in the performance of this contract have been paid in full in accordance with the terms and conditions of said contract, and that the un
dersigned and his subcontractors have complied with, or that there is an honest dispute with respect to, the labor provisions of said contract

| P.J. Richfield Inc. | |
|---|---|
| *(Name of Contractor)* | *(Signature of Authorized Representative)* |
| September 16, 1994 | Peter Davis        President |
| *(Date)* | *(Title)* |

CERTIFICATE OF AUTHORIZED PROJECT REPRESENTATIVE AND OF CONTRACTING OFFICER

ACH OF US CERTIFIES that he has checked and verified this Periodical Estimate No. ___; that to the best of his knowledge and belief
: a true statement of the value of work performed and material supplied by the Contractor; that all work and material included in this estimat-
as been inspected by him or by his authorized assistants; and that such work has been performed or supplied in full accordance with the Dra
gs and Specifications, the terms and conditions of the Contract, and duly authorized deviations, substitutions, alterations, and additions, a
I which have been duly approved.

We, therefore, approve as the "Balance Due This Payment" the amount of $ ____

| *(Authorized Project Representative)* | *(Contracting Officer)* |
|---|---|
| *(Date)* | *(Date)* |

INSTRUCTIONS

. HEADINGS: Enter all identifying data required. Periodical estimates shall be numbered in sequence beginning with No. 1.

. COLUMHS 1 and 2: The "Item Number" and "Description of Item" shall correspond to the number and descriptive title assigned to each
principal division of work in the "Schedule of amounts for Contract Payments", Forms HUD-51000a and 51000b.

. COLUMN 3: Enter the accumulated value of each principal division of work completed as of the closing date of the periodic estimate. E
the total in the space provided.

CERTIFICATIONS:
(1) The certification of the Contractor includes the analysis of amounts used to determine the net balance due. In the first paragraph there
shall be tete....d the name of the Local Authority, the Contractor, and the dat. ..: ccotract. The calculations used in arriving at the "Balan
due This Payment" shall be entered on lines 1 to 16, inclusive.

(2) The Contractor's name and the signature and title of his authorized representative shall be entered in the certification below line 16.

(3) The latter portion of this certification relating to payment of legal rates of wages, is required by the contract before any payment may b
made. However, if the Contractor does not choose to certify on behalf of his subcontractors to wage payments made by them, he may modif
he language to cover only himself and attach a list of all subcontractors who employed labor on the site during the period covered by the
Periodical Estimate, together with the individual Certifications of each.

HJO-51001
Rev. 9 70

U.S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
LOW-RENT PUBLIC HOUSING
PERIODICAL ESTIMATE FOR PARTIAL PAYMENT
(SUBMIT ORIGINAL AND ONE COPY TO LOCAL AUTHORITY)

Form Approved
Budget Bureau No. 63-R0640

Springfield Housing Authority
(Name of Owner)

Periodical Estimate No. ___Nine___ For Period __June 27__ 19 94, To __September 16__ 19 94

Project ___504/ADA Site Work___ 14 Developments     Project No. __MA 35-C__
          (Name)                (Location)
Name of Contractor ___P.J. Richfield Inc.___     Contract No. __35-C-1993-2-8__

| ITEM NO. (1) | DESCRIPTION OF ITEM (2) | | % | COMPLETED TO DATE (3) | Amount |
|---|---|---|---|---|---|
| 1. | Ramps        85 @ 2,300 | $195,500 | 100% | 85 | $195,500 |
| 2. | Railings     95 @ 2,293 | 206,400 | 100% | 95 | 206,400 |
| 3. | Curb Cuts    70 @   600 | 42,000 | 100% | 10 | 42,000 |
| 4. | Sidewalks 400 ft. @ $75.00 | 30,000 | 100% | 400 | 30,000 |
| 5. | Roofs   10 @ 2,000 | 20,000 | 100% | 10 | 20,000 |
| 6. | Entrances 10 @ 5,000 | 50,000 | 100% | 10 | 50,000 |
| 7. | Paving | 10,000 | 100% | | 10,000 |
| 8. | Parking/Signs | 33,000 | 100% | | 33,000 |
| | | $586,900 | 100% | | 586,900 |
| 9. | Change Order No. 1 | 15,377.50 | 100% | | 15,377.50 |
| 10. | Change Order No. 2 | 19,460 | 100% | | 19,460 |
| | | 621,737.50 | | | |

G X 0 6 6 - 0 0 0 7

| VALUE OF CONTRACT WORK COMPLETED TO DATE | | 100% | $621,737.50 |
|---|---|---|---|
| (Transfer this total to Line 5 on back of this sheet) | | | |