OCT 12 '94 13:40 CAOLO & BIENIEK ASSOC. 734 0822                                P.1



# CAOLO & BIENIEK ASSOCIATES, INC.

ARCHITECTS & ENGINEERS

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413 - 734-3139
FAX 413 - 734-0822

Exhibit H

October 12, 1994

Mr. Peter Davis
P.J. Richfield
17 Lynnwood Drive
Longmeadow, MA 01106

Dear Peter:

This letter is to request a status report on the Sitework Project at the Springfield Housing Authority. Please forward the following information for each development.

1. Total number of ramps to receive handrails.

2. Number of ramps with handrail installation complete.

3. Number of ramps with handrails on site, not grouted in place.

4. Number of ramps without handrails on site.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright, AIA

JB:dld

GX064-0001

Government Exhibit 64
04-30033-MAP