**P. J. Richfield**
17 Lynnwood Drive
Longmeadow, MA 01106
(413) 567-6054

Exhibit J

Jim Bright
Caolo & Bieniek

Dear Jim

Per our phone conversation 12/6/94 please be advised punch list items have been completed, for ADA/504 site improvements.

Sincerely
P. Richfield



GX069-0002

Government Exhibit
**69**
04-30033-MAP

**P. J. Richfield**
17 Lynnwood Drive
Longmeadow, MA 01106
(413) 567-6054

Jim Bright
Caolo & Bieniek

Dear Jim

Per our phone conversation 12/6/94 please be advised punch list items have been completed, for ADA/504 site improvements.

Sincerely
[signature]

GX069-0002


Government Exhibit
69
04-30033-MAP