JAN 06 '95 09:42 CAOLO & BIENIEK ASSOC. 734 0822



# CAOLO & BIENIEK ASSOCIATES, INC.
## ARCHITECTS AND ENGINEERS

436 COTTAGE STREET   SPRINGFIELD MASSACHUSETTS 01104
PHONE 413-734-3139                    FAX 413-734-0822

Exhibit K

## FAX TRANSMITTAL

date: **1-6-95**                    time sent: _____

to: **RAY ASSELIN**
                    company name

_____
                    attention

from: Caolo & Bieniek Associates, Inc.

**J.B.**
                    sender

TOTAL NUMBER OF PAGES (including this cover page): _____

re: _____

PLEASE DELIVER TO THE ABOVE NAMED PERSON(S) IMMEDIATELY...
THANK YOU

**PARTIAL PUNCH LIST FOR P.J. RICHFIELD**

GX070-0002

Government Exhibit 70
04-30033-MAP

JAN 06 '95 09:42 CAOLO & BIENIEK ASSOC. 734 0822

# CAOLO & BIENIEK ASSOCIATES, INC.

**ARCHITECTS & ENGINEERS**

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

436 COTTAGE STREET
SPRINGFIELD, MA 01104
413-734-3138
FAX 413-734-0822

## PATRICK HARRIGAN PUNCH LIST

1. Van accessible sign missing.
2. H/C sign wrong size.
3. Pavement striping incorrect spacing ( 3'-6" o.c. instead of 12" o.c.).

## JOHNNY APPLESEED PUNCH LIST

1. Van accessible signs missing (2).
2. H/C sign located at incorrect parking space.

## KATHRYNE JONES PUNCH LIST

1. R100 - insufficient clearance at masonry wall.
2. R101 - insufficient clearance at masonry wall, ramp cracked.
3. Bollards missing at parking.
4. 5" striping missing.
5. HP sign is not new.



GX070-0003

JAN 06 '95 09:42 CAOLO & BIENIEK ASSOC. 734 0822

**CAOLO & BIENIEK ASSOCIATES, INC.**

### CHRIS COURT PUNCH LIST

1. At P31 - Sign mounted at improper height.
2. At P31 - Accessible aisle incorrect width.
3. At P31 - Stripping incorrect.
4. P30 - Missing (including items mentioned in 1-4 above).
5. CC - 31 Missing
6. CC - 32 Missing
7. R - 50 Cracked
8. R50 - Improper spacing of handrail from brick wall.
9. R51 - Improper spacing of handrail from brick wall.
10. R51 - Handrails at incorrect height.
11. R51 - Base of vertical supports rusting.
12. R54 - Spacing largert han 6" at guard rail.

GX070-0004

JAN 36 '95 09:43 CAOLO & BIENIEK ASSOC. 734 0822

# CAOLO & BIENIEK ASSOCIATES, INC.

### MOXON SITE WORK PUNCH LIST

1. Drain cover not replaced.
2. Mail boxes not moved.
3. Concrete curb stops not removed from P20.
4. Concrete curb stops not removed from P21.
5. Concrete curb stops not removed from P22.
6. Striping incorrect at P20.
7. Striping incorrect at P21.
8. Striping incorrect at P22.
9. No H/C sign at P20.
10. No H/C sign at P21.
11. No H/C sign at P22.



GX070-0005