Exhibit L

# CAOLO & BIENIEK ASSOCIATES, INC.

ARCHITECTS & ENGINEERS

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413 - 734-3139
FAX 413 - 734-0822

*Art*
*Please see me*
*[initial]*

January 16, 1995

Mr. Raymond Asselin
Executive Director
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101-1609

Dear Ray:

Included are punch lists for the Site Work at 6 developments.

Below is each development's name and my estimate of the percentage of the work which has been completed.

| Development | % Complete |
|---|---|
| Bay Sherman Apartments | 30% |
| Pine James Apartments | 85% |
| Pine Renee Apartments | 92% |
| Central Apartments | 40% |
| Marble Apartments | 70% |
| Morgan Apartments | 20% |

Should you have any questions, or require additional information, please do not hesitate to contact me.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright

JB:dld

GX071-0002

Government Exhibit 71
04-30033-MAP

# CAOLO & BIENIEK ASSOCIATES, INC.

**ARCHITECTS & ENGINEERS**

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413-734-3139
FAX 413-734-0822

SPRINGFIELD HOUSING AUTHORITY
ADA/504 COMPLIANCE PROJECT - SITE WORK

PUNCH LIST

### Bay Sherman

1. At P40 - no striping.
2. At R60 - handrails not installed.
3. Mailbox has not been relocated.
4. SW60 missing.

### Pine James

1. At P80 - two accessible parking spaced not striped.
2. At P80 - accessible parking aisle not striped.

### Pine Renee

1. At P120 - incorrect sign installed.
2. At P120 - incorrect striping.
3. At R121 - base of vertical support incorrectly grouted.

### Central Apartments

1. At P160 - accessible sign mounted at wrong parking space.
2. At P160 - no accessible route allowed.
3. At P160 - incorrect striping.
4. At R160 - handrails unacceptable.
5. R161 completely missing.



GX071-0003

**CAOLO & BIENIEK
ASSOCIATES, INC.**

<u>Marble Apartments</u>

1. At P61 - accessible sign in wrong location.
2. At P61 - striping incorrect.
3. At P60 - accessible sign in wrong location.
4. At P60 - striping incorrect.
5. Parking space at rear of building completely missing.

<u>Morgan Apartments</u>

1. At P90 - striping incorrect.
2. At P90 - incorrect sign.



GX071-0004