ADA PROJECT — CHANGES.   P.J. RICHFIELD
11/30/93

Spec
Footing 4

| CREDIT | DEBIT |
|---|---|
| REDUCE FOOTING DEPTH TO 12"–18" | DOWEL OLD CONC. INTO NEW CONC. |
| COLD GALV. VS HOT GALV. 79¢/# VS 95¢/# | RAMP #150 - CHANGE TO PARALLEL & REPLACE SIDEWALK |
| LIGHTER GAUGE STEEL | CHRIS COURT RAMP EXTRAS. |
|  | WELDING MUST BE LIQUID TIGHT (PREVENT BLEEDING) |
|  | REMOVE PARKING SPACE RAMP SECT 8 |
|  | ADDITIONAL PLATFORM SECT 8. |
|  | RAMP SULLIVAN APT 182 |
|  |   "      "     "   185 |
|  | TURN PARALLEL. |
|  | BOTTOM & TOP RAILINGS SAME SIZE & JOINED. |

Exhibit M

Government Exhibit 61 04-30033-MAP

BSP 8/3/06