TO: RCA

○ — S.H.A.
□ — Peter Davis P/D
△ — Contractors Electrical MARC's — Plumbing (Manny's)

**PUNCH LIST — RIVERVIEW APARTMENTS**

142 — Downstairs

(Refrig)   Screens  weatherstrip
          Shades.  H/E Bedrm
1. Entry threshold missing
2. Oven to be installed
3. Cutting board missing at kitchen — In P/C  dur.
4. Outlet near sink need GFI sticker
5. Cooktop improperly installed
6. Light at hood does not work.
7. Another coat of paint needed
8. No bulb at exterior (rear) door.
9. Magnetic catch missing on door jamb in L.R.
10. Thermostat missing
11. Doors to bathroom and bedrooms need another coat of polyurethane.
12. Shower head assembly missing      (Manny Today)
13. Light at bedroom door does not work
14. Screen door at bedroom to be removed
15. Door at bedroom does not have correct hardware
16. Toilet paper holders and soap dish missing
17. Cover at washer and dryer controls
18. Handrail needs to be secured
19. Vinyl base at cabinets in kitchen
20. Poor tape job in bathroom above switches — needs painting

Cover jamb — Rear door

SK 8/3/06

GX062-0001

Exhibit N

Government Exhibit 62
04-30033-MAP

Page 2

*can't change –*

? (21.) Remount door to pantry flush with wall —

(22.) Mount magnet catch sq. with wall.

ID [23.] Edge band cabinets where cut. — *stain + poly*

*Screens*  144 Upstairs   *Paint B.B. bumpy / stove  1st Fl / landry*
            *Pt - caulk - base bd - wall          Poly*

(1.) Thresholds to bedrooms and (bathrooms) not finished

HK (2.) Baseboard covers (at valves) missing in bedrooms, dining
MB       and living rooms — *paint*

MB (3.) Two thermostats missing

(4.) Telephone jack cover missing

LRT (5.) Outlet new sink to be GFI (2 are, 1 is not)

ID (6.) General paint touch up.

(7.) Lens in bathroom missing

(8.) Hood missing at cooktop. — *install*

(9.) Catches at Acme runwell doors to be square on wall

(10.) Bedroom door (Acme runwell) catch does not work

(11.) Closet door inside to be cleaned — *To be painted*

(12.) General drywall work to be improved

ID ☑ *Painting by PB*

123 Downstairs   *Screens – Refrig*

(1.) Entry threshold missing — *Today*

(2.) Entry hardware missing

(3.) Remove screen door at bedroom

*HK Bed Rm cover wood extrim*

4. General note re: 1. Magnetic catches not being sq. to wall *Today –*
                    2. Brackets for shelves not parallel

5. Doors to be finished

6. No exterior light fixture from bedroom  *Today*

7. Medicine cabinet installed in Miami Grey CSW16014
   B 294

8. Sink installed is Gerber

9. Lens missing from hall light, entry foyer light

10. Oven not installed

11. Light at hood not working

12. Secure base board to studs

13. All outlets in kitchen to be GFI

14. Cooktop not properly installed

15. Pantry door missing a support at top  *[handwritten]*

16. Switches at living room do not fit properly

17. No dryer vent

18. No trim at washer and dryer valves

19. No outlet cover below electrical panel  *Blank cover*

20. Soap dish, toilet paper holder missing

*Finish paint + clean – Hand Rails*

125 Upstairs

1. General painting

2. Thermostats missing in L.R.    *Blank cover*
                                   *L.R.*
3. Telephone jack incomplete

*Kitchen - blank covers*

GX062-0003

Page 4

4. Closet door not painted
5. Outlets near sink to be GFI
6. Hood lights not working
7. Thermostat in dining
8. Lenses at lights to be cleaned  *Today*
9. Threshold into bedroom missing  *Today*
10. Magnetic latch missing in bedroom  *Today*
11. Cutting board missing  TP: PFC
12. Base boards at cabinets  *Today*

