Exhibit O

FR 1
9/30/94

ART

1) IT WOULD BE VERY TIMELY IF YOUR PAINTERS CAN GALVANIZE RAILS ON SAT.

2) IT WOULD ALSO HELP OUR OCT 15 DEADLINE IF YOUR PAINTERS CAN DO 123 CLYDE ST (1ST FLOOR) (2 DAYS WORK TO PAINT)

3) DO NOT PAY GORDON TOUSSAINT!

4) AMANDIO IS INSTALLING CURB STOPS SAT 10/1

5) ELECTRICIAN IS AMONGST THE MISSING!

(Centrachi's responsibility) (Bldg.)

~~Electrical~~

CH 6/13/06





GX063-0001

Government Exhibit 63
04-30033-MAP