**Exhibit P**

REPLACE KIT CAB — MATL $500 ± × 96 = 34,675
PLYWOOD TOPS                              2,500
LABOR       $350 + × 96 = 33,600

REBUILD GARAGE                                                10,000

REGROUT SHOWER/TUB AREA  $100 × 96 =              $9,600

FAN/LIGHT KIT? (PART OF ELEC)

INSTALL SHOWER VLV ACCESS DOORS (ACUDOR OR KARP) $40-
   "     14×14 PLASTIC ($35 LABOR + $40) × 96 =  7000 (40) 7200
   "     S.S. KICK PLATES (27) (10+20 LAB/MAT)     400  410   810
   "     NEW WEATHERSTRIP (264) (15+20 LAB/MATL)  4000 5240
                                                  7200 9850 9240
         WASH DOORS (224)(20)                              4480

REPLACE WOOD TOE KICKS FR&REAR DRS. (48) $3+20    1140

CLEAN SOFFITS PEDESTRIAN AREAS 40HRS (25)         1000
                                         SUBTOT  114,265

CLAD EXT. & INSTALL                 26,390
REPLACE 106 WINDOWS   106×(65+400) =             $132,390

CLAD SOFFIT/FACIA (1600')(3.00)                   6400
     RAKES                                        2600

REMOVE/REPLACE BSMT ACCESS DOORS (BILCO)(400+200)3 1800
       NEW BSMT DOORS/FRAMES                       2400
DUMPSTERS - 10 (20YD) 400 EA =                     4000
                                 SUBTOT          263,835
SIGNAGE                                            2000
S.S. SHIELDS                                       2000
S.S. TRIM                                          1000

(PAINT - 4 MEN 400/DAY  1DAY MOVE 4H/40FT
         TOTAL/WK)

                      700
4 APTS AT   250/WK × 24 WEEKENDS
MOVE - TENANTS SAT. MOVE BACK TO OWN UNIT SUN. 16800
      FURNISH 4 APTS                              2000
                                 SUB TOT        287,635

ALTERNATE - RAISE COMM. HOUSE

MASONRY                            +12          32000
ROOF   ALT  94,500                 +35
PAINT                              +6          81,100
PLUMBING                                       87,885
ELECTRIC                            ?          89,623
FLOOR                                         578,243
                                               94,200
                          OVER →              672,443

GX084-0007

TOTAL # UNITS

CHRIS COURT - PAINT - UNIT BREAKDOWN

| | | |
|---|---|---|
| 24 | FRONT HALL - 24 AT $300 EA (INCL POLY) | ✓ 7200 - |
| 24 | REAR HALL - 24 AT 120 EA  "    " | ✓ 2880 - |
| 66 | EXT. DOORS - 66 | ✓ 4200 - |
| 74 | ELECTRIC BSBD COVERS ELECTROSTATIC | 5000 - |
| 74 | MOVE FURNITURE FROM ROOM TO ROOM AT $50 PER UNIT WHEN NECESSARY | 3700 |
| 74 | POLY WINDOW SASH & TRIM | ELIMINATE |
| 74 | APT UNITS $450 EA | 33300 |
| | 1ST FLR BALCONY CEILING | ✓ 6000 |
| 406 | EXTERIOR WINDOW TRIM | ELIMINATE |
| | "  METAL I.E. RAILS, TRELLIS, WOOD TRIM ETC. HANDICAP RAILS EXCLUDED | $500 |
| 92 | GYPSUM BOARD REPAIR & PAINT | ELIMINATE |
| 92 | ACCESS DOOR INSTALL | ELIMINATE |

TOTAL   62,780

NOTE  IF APT UNIT COUNT IS ADJUSTED UP OR DOWN $450 WILL BE ADDED OR SUBTRACTED



GX084-0049