12/23/94

**Exhibit Q**

|  |  |  |
|---|---:|---:|
| Total Sales | 711,433 | |
| Cost | 850,097 | |
| Net Loss | (138,664) | |
| | | |
| Loss Funded By | | |
| Bank Of Boston | 85,000 | |
| Other profits(Partner Capital) | 53,654 | |
| | 138,654 | |
| Forgiveness | 45,000 | |
| Net Cash Loss | (93,654) | (93,654) |
| | | |
| Capital | 26,827 | 53,654 |
| Loan Due | (20,000) | (40,000) |
| Loan Paid | 40,000 | 40,000 |
| Due To (From) | 20,000 | 0 |
| | (46,827) | (46,827) |
| | (20,000) | (20,000) |
| | | |
| Add | | |
| Tax on Forgiveness | 45,000 | |
| | x.50% | |
| | 22,500 | |
| Tax Rate | .28X .34% | |
| | 6,300 | |
| Total Due | 26,300 | |

→ STATE TAX
— IF P.J. PAYS
ADD'L TAX DUE
FROM RAY.

PAYGO BY P.J. – TAX
ON ABOVE = 27,650(.34) = 9401

40,000 / 2 = 20000
27650

37051 OWED TO
P.J.
BY RAY

FINAL ACCT'G FOR SITE – 552,600
190 ACE CONSULTING – 6217
ATLANTIC PIPESTEL, INC. – 143
COSTIGAN – 101
APPELINE – 280
FINAL JIM DAVIS MARBLE – 1761
564902
GAYMORE CYPRESS – 1222
CONTRACT AMT.
566125
–2173 ?
555612
3 = 185,537 OWED TO
P.J. B/P
(etc.)

CHECKS IN 1993 TO ART
" " 94 "
" " " "

1100
1945
1434
4479
28000/3 = 9333 OWED TO
Part, P.J. ART
B/R

GER JOB NET APPROX
BY GER

12/23/94

① PETE RAY ART    G&R

37051 ← OWES

OWES → 18537        PAY TO PETE

OWES → 18537

4479 ← OWES

9333 ← OWES

9333 ← OWES - PAY TO ART

9333 ─────── OWES - PAY TO ART

```
  37051
- 18537
  ─────
  18514  NET TO PETE AFTER
→  9333  PETE PAYS RAY FOR AOA SD & SITE
   9181  NET TO PETE AFTER RAY (G&R)
         PAYS ART
```

SAME MONIES →  18537
            →   9333
               ─────
                9204 ← NET TO ART, AFTER FROM PETE
                4479  RAY PAYS ART
                ─────
                4725 ← NET TO ART, AFTER FROM PETE
                9333  ART PAYS PETE
                ─────
                4608 ← DUE PETE FROM G&R (CHECK)

```
  $28,000
-   4,608
  ───────
   23,400
-   8,766
  ───────
   14,634
```