**RAPID MEMO**

Kevin Maroney

TO: PJ Richfield

DATE: 8-3-94

SUBJECT: 23 Clyde
68 & 70 Sanderson

Apt. 68 & 70 Finish paint    200⁰⁰ ea        $400⁰⁰
Delivery plywood,  1 hr.                      $15⁰⁰
Finish drywall, spray ceilings                $800⁰⁰
        1600⁰⁰ ÷ 2 = 800⁰⁰                   $1215⁰⁰
Leaving 500⁰⁰ total balance for
finish paint.

PR
8/7

Adams
C 1158



Pete                5/24/94

5/16/94 8hrs - assemble signs and install
5/19/94 10hrs golden ages patch holes and paint    120
5/20/94 9hrs install cabinets at Comm. hall         150
5/20/94 2hrs Remove hood and wire mold and patch    135
5/24/94 3hrs paint baseboards and install cover plate Com. hall   30
5/23/94 3hrs Cleaned up after contractors           45

5/25/94 8hrs painted bathrooms Golden Agers         120
                                                    ___
                                     BP 5/31/94     645

```
                                                            142 Sanderson
6-27-94 - 5hrs    Floor prep - nailing seams and repair wa.
6-28-94 - 1hrs    cut opening for door  142 sanderson
6-30-94 - 2hrs    unloaded Plywood
7-1-94 - 5hrs     cleaned up trash & debris  88-90 sanderson
6-30-94 - 24 boxes tile layed  142 sanderson lower unit
7-6-94 - 1hr      105 door remove and board
7-13-94 - 3hrs    Floor prep nailing seams cleanup 142 sand
7-14-94 — 14 boxes tile layed  142 sanderson upper unit
7-18-94 — 2hrs    cut counter tops installed end cap cut
        out for sinks              80 Division
7-19-94 - 3hrs    installed sink & counters on walls
7-19-94  5hrs     128 sanderson Floor prep installed 3
        pieces 1/2 Plywood nailed plywood missing by Gordon
7-19-94  20 boxes tile layed  105 Sanderson
7-20-94 - Painted conduit 80 Division 1hr
        Total
        58 boxes layed
        28 hours worked
```

8/94 = 192 boxes

```
2.50   6-14-94   cut stoves   1.5 hrs
  )    6-14-94   19½ boxes layed   2hrs Floor work
  -    6-15-94   Removed trash raked grounds 68-70 unit  5hrs
 0-    6-20-94   90 Sanderson cleaned unit floor prep   2hrs
 5-    6-20-94   installed 8FT counter made gate for air vent   3hrs
 0     6-21-94   19½ boxes layed   2hrs cleaned unit & floor prep
 2
 0     6-22-94   19½ boxes layed   2hrs cleaned unit & floor prep
 4
 2     6-25-94   19½ boxes layed   2hrs cleaned unit & floor prep
 4
 22              102$ from last check
____
70.50
                                    GP
                                    6/28/94
```



```
 0.0000     +
            +  44.9400
            +  244.7600
            +  22.5000
            +  394.0000
            +  50.0000
            +  75.0000
            +  75.0000
            +  394.0000
            +  60.0000
            +  394.0000
            +  132.0000
              (2,260.2000)  TOTAL
```

7-25 - 82 Division unload truck 2hrs
7-22 - 124 Sanderson 4hrs Floor Prep
8-8 - 124 Sanderson 7hrs Floor Prep scraping
8-4 - Cleaned up low Rise inside and out 5hrs
7-26 - Cleaned up 142-144 inside and out 4hrs
7-27 - hang up signs LowRise 2hrs
?-10  8/130 124  130  Sanderson layed tile 19½ boxs
?-11 - 123 Clyde Floor prep 3hrs
?-11 - 123 Clyde layed tile 26 boxes
?-12 - 125 Clyde Floor prep 3hrs
?-13 - 125 Clyde layed tile 12 boxes
-12 - low Rise installed Four ovens 2hrs

layed 57½ boxes of tile (total) 1,164.38
32 hour labor total   480.00
                    $1,644.38

PD
8/18/94


  690.62
 1644.38
 _____
 2335.00