# EXHIBIT A

FD-302a (Rev. 10-6-95)

194B-BS-90535-302

Continuation of FD-302 of ____Joseph Asselin_____, On 07/28/2006 , Page 6

in 1997. This was because it coincided with DAVIS closing the books on his last SHA project.

DAVIS wanted to pay some of ASSELIN'S construction costs as a way to settle his debt with RAY SR. RAY SR. explained DAVIS could pay RAY SR "dollar for dollar" and RAY SR. would get 100% of the value owed to him. DAVIS could pay for concrete work, lumber work, and brick work. RAY SR. said if DAVIS paid RAY SR. in cash, DAVIS would have to pay taxes on the cash and this amount would be deducted from the amount owed RAY SR. RAY SR. said if DAVIS paid for ASSELIN'S construction costs, DAVIS could "write it off as materials and labor", in other words, deduct the costs from his taxes. RAY SR. said this was his gift to ASSELIN.

RAY SR. asked ASSELIN for a list of the vendors who were working on ASSELIN'S house. The lumber vendor was SPRINGFIELD LUMBER. The "brick man" was JACK MATOUSE and the concrete vendor was ROY & DUTIL. When RAY SR. heard the lumber and brick vendors, he responded, "Good, Peter has used those guys too." RAY SR. was not sure about ROY & DUTIL. There was a fourth vendor paid by DAVIS, TOUSSAINT BROTHERS, who did the framing. ASSELIN was not sure if the TOUSSAINTS had previously worked for DAVIS.

While construction was proceeding, RAY SR. would ask ASSELIN for the bills, "How much you owe your concrete guy? You got a bill? I'll give it to Peter. Peter needs to pay his bills." ASSELIN actually paid MATOUSE before he finished his work because DAVIS wanted to get the bill paid. ASSELIN never went over 30 days on his lumber bills because of DAVIS. ASSELIN received the checks for the framers ahead of time and held them until the framers were done.

At some point, RAY SR. asked ASSELIN for copies of the lumber bills to give to DAVIS. ASSELIN did not receive any checks directly from DAVIS. The checks were always delivered through his father. MATOUS may have received one check directly from DAVIS.

Once the bills were paid in 1997, ASSELIN did not hear about/from DAVIS until a chance meeting in 2000/2001. DAVIS may have been in town for a wedding, and ASSELIN happened to run into him one day. DAVIS told ASSELIN, "I hear you have a nice (or a beautiful) house." ASSELIN responded it was nice and