# EXHIBIT B

## NON COLLUSIVE AFFIDAVIT

State of __MASS__ )
                      ss.
County of __HAMPDEN__ )

                      __PETER DAVIS__ being first duly sworn, deposes and says;

That he is __TREASURER OF PJ RICHFIELD__ (a partner of the firm of, etc. __P.J. RICHFIELD__, the part making the foregoing proposal or bid, that such bid is genuine and not collusive or sham; that said bidder has not colluded, conspired, connived, or agreed directly or indirectly with any bidder or persons, to put in a sham bid or to refrain from bidding, and haws not in any matter, directly, sought by agreement or collusion, or communication of conference, with any person, to fix the bid price of affiant or any other bidder, or to fix any overhead, profit, or cost element of said bid price, or of that of any other bidder, or to secure any advantage against the __SHA__ or any person interested in the proposed contract; and that all statements contained in said proposal or bid form are true.

 

_____
Name of bidder if the bidder is an individual

Name of bidder if the bidder is a partnership
__P.J. RICHFIELD INC.__
Name of bidder if the bidder is a corporation

Subscribed and sworn to this __14__ day of __May__, 19__97__

      Notary Public
                      LINDA A. BOWERS
My Commission expires     Notary Public    , 19___.
                      My Comm. Expires Apr. 10, 200_