UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Criminal No. 04-30033-MAP

RAYMOND ASSELIN, SR., et al.

Defendants.

**DEFENDANT PETER DAVIS'S PROPOSED *VOIR DIRE* QUESTIONS**

Defendant Peter Davis hereby requests that, in addition to asking the Court's standard questions of all prospective jurors, the Court ask the venire the following:

A. *Juror Background*

1. Have you or any of your close friends or family members ever been involved in the construction business?

2. Have you or any of your close friends or family members been employed by, bid on, or performed work for, the City of Springfield, the Springfield Housing Authority, or HUD?

3. Have you or any of your close friends or family members ever submitted a bid and/or request for proposal for work through the Springfield Housing Authority

4. Have you or any of your close friends or family members ever lived in public housing?

5. Have you or any of your close friends or family members worked on behalf of, or in opposition to, the campaign of Christopher Asselin, former state representative?

6. Have you or any of your close friends or family members ever been employed by a prosecutor's office, a police department or other law enforcement agency, by a probation or correctional system, or by a security company?

B. *Juror Biases and Personal Beliefs*

7. The case before you relates to construction work completed for the Springfield Housing Authority, and involves two charges: conspiracy to commit RICO and conspiracy to commit bribery. Does the nature of the case, or the way you feel

about the Springfield Housing Authority, in any way make it difficult for you to evaluate the evidence in this case.

8. In addition to the government's witnesses and the defendant's witnesses, other individuals and/or companies may be mentioned as part of this case, including the following:

| | | |
|---|---|---|
| Ann Asselin | Clifford Jorgenson | Hilltop Construction |
| Christopher Asselin | Janice Katoulis | IXL Cabinets |
| James Asselin | Nicholas Katsounakis | Kwanzaa Electric |
| Janet Asselin | Peter Kratimenos | Manny's Plumbing and Heating |
| Joseph Asselin | Gerald Leger | M&D Remodeling |
| Lisa Asselin | Francis Maroney | Northern Star Construction |
| Melina Asselin | Kevin Maroney | R.A.C. Builders |
| Merylina Asselin | Serop "Satch" Melikian | Reinhardt Associates |
| Raymond Asselin, Jr. | William Pappas | Valley Flooring |
| Raymond Asselin, Sr. | Yvonne Pappas | Valley Insulation and Siding |
| Paul Bannick | Leon Pernice | The Ware Group |
| Gary Baribeau | William Porfilio | |
| Paul Bates | Donato Rizzolo | |
| Raymond Berry | Joseph Sabula | |
| Nona Bilionis | Fred Scott | |
| James Bright | Maria Serrazina | |
| Athan Catjakes | Rui Serrazina | |
| Roland Ciocca | John Spano | |
| Demetrius "Jim" Davis | Arthur Sotirion | |
| Dorothy Davis | Norman Thomas | |
| Joseph DeCaro | Lisa Thompson | |
| Ray Descoteau | Frank Ware | |
| Joseph D'Ascoli | Betty Watkins | |
| David Faust | George Williamson | |
| Frank Higgenbotham | Chaffin Associates | |
| James Houle | Caolo & Bieniek Associates | |
| Mark Hortie | Eastern Electronics | |
| James Hulse | G&R Construction | |
| David Foucher | | |

Do you know, or have you ever heard of, any of these individuals and/or companies?

9. Have you read, seen, or heard anything about this case or about corruption and/or wrongdoing at the SHA?

10. Have you read, seen, or heard anything about Christopher Asselin, former state representative, relating to any wrongdoing by Mr. Asselin?

11. Would you tend to believe the testimony of an FBI agent more than the testimony of someone who is not a government employee?

12. Do you have any pre-conceived beliefs about prosecutors?

13. Do you have any pre-conceived beliefs about criminal defense attorneys?

14. Do you have any pre-conceived beliefs about public officials generally? Do you believe that public officials tend to be corrupt?

15. Do you have any pre-conceived beliefs about the City of Springfield public officials? Do you believe that the City of Springfield public officials tend to be corrupt?

16. Do you believe that if someone has been charged with a crime that person is most likely guilty?

17. A defendant in a criminal case has an absolute right not to testify or even to produce any evidence. Knowing this, would you still feel that a defendant who did not testify had something to hide? Would you hold it against Mr. Davis in any way if he did not testify or present any evidence in this case?

18. Do you think that defendants in a criminal trial, if not guilty, should prove their innocence?

19. Knowing what you know right now, do you think that Peter Davis is likely guilty?

20. If you came to the conclusion that the prosecution had not proven its case against the defendant beyond a reasonable doubt, but a majority of your fellow jurors believed that the defendant was guilty, would you be reluctant to express your conclusion to the other jurors?

C. *Law/Burden of Proof*

21. Under our system of law, a defendant in a criminal case is presumed to be innocent unless the Government can carry its burden of proving the defendant guilty beyond a reasonable doubt. Are you willing to apply this principle in this case?

D. *Miscellaneous*

22. Would you prefer for any reason not to sit as a juror in this case?

        Respectfully submitted,

        PETER DAVIS

        By his attorneys,

         **/s/ James C. Rehnquist**
        James C. Rehnquist (BBO # 552602)
        Kathleen Luz (BBO # 643278)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        (617) 570-1000

Dated: September 8, 2006

## CERTIFICATE OF SERVICE

    I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on September 8, 2006.

         **/s/ James C. Rehnquist**
        James C. Rehnquist

LIBA/1720655.1