

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*          *Federal Building and Courthouse*
*Facsimile:      (413) 785-0394*            *1550 Main Street, Room 310*
                                            *Springfield, Massachusetts 01103*

September 11, 2006

**BY REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:   United States v. Raymond Asselin, *et al.*
         Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    I write in response to your letter dated September 7, 2006.

    Please find enclosed proffer agreements for Frank Ware and
Joseph Asselin.

    Please find a list of the witnesses the government currently
intends to call in its case-in-chief at trial.  The government
reserves the right to make changes to this list at any time.  The
government currently expects to call the following witnesses
during the first week of trial: Ruth Carlson, Sue Kossler,
Deborah Barton, James Bright, and Wallace Kisiel.  The government
reserves the right to make changes to this schedule at any time.

    Please find enclosed a revised Exhibit List.  The government
reserves the right to make changes to this list at any time.  The
government expects to introduce the following exhibits during the
first week of trial:  Exhibit Numbers 1, 2, 13, 14, 15, 16, 17,
18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33,
34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49,
50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 65, 66,
67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 82, 83,  89,
91, 92, 93, 94, 95, 96, 97, 98, 106, 107, 108, 109, 110, 111,
112, 113, 114, 140, 141, 142, 143, 144, 145, 146, 147, 147A,
147B, 148, 149, 149A, 149B 150, 151, 152, 153, 154, 155, 156,
157, 158, 159, 160, 161, 162, 163, 164, 165, 166, 224, 225, 226,

227, 228, 229, 230, 231, 246, 247, 248, 253, 256, 257, 259, 264, 285, 286, 288, 298, 298A, 298B, 300, 301, 302, and 303.  The government reserves the right to make changes to this list at any time.

During trial, the government will, to the extent practicable, notify the defendant of the witnesses and exhibits it expects to introduce the following day.

The government has provided prior witness statements as required by 18 U.S.C. § 3500, including one FBI-302 for Wallace Kisiel dated 10/31/02 and two FBI-302 reports for Nicholas Katsounakis, dated 09/29/03 and 10/06/03, respectively.

The government does not intend to introduce evidence relating to the subjects listed in your letter at page 2.

The defense will not be required to subpoena any of the government's witnesses.

Please find enclosed draft transcripts labeled as Exhibits 141, 143, 145, 147, 147B, 149, and 149B.  Additionally, please find copies of Exhibits 95, 161, 223, 224, 225, 246, 247, 249, 281, 282, 283, 284, 285, 295, 298A, 298B, 299, 302, and 303.  The government will assist you in making arrangements to copy the large format drawing, Exhibit 298.  Please also find enclosed a business records certification from Jerry Plumb dated September 7, 2006.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

STEVEN H. BRESLOW
Assistant U.S. Attorney

cc: Clerk of the Court (MAP) (w/o enclosure)