# EXHIBIT B

<u>SPECIAL CONDITIONS</u>

1.    <u>PROJECT SITE</u>

| | |
|---|---|
| 35-1 | RIVERVIEW APARTMENTS |
| 35-2 | STEPHEN J. COLLINS TRI TOWERS |
| 35-3 | JOHN L. SULLIVAN APARTMENTS |
| 35-5 | PATRICK W. HARRIGAN APARTMENTS |
| 35-6 | PINE-JAMES APARTMENTS |
| 35-8 | MOXON APARTMENTS |
| 35-9 | PINE-RENEE APARTMENTS |
| 35-11 | MARBLE APARTMENTS |
| 35-12 | KATHRYNE JONES APARTMENTS |
| 35-13 | CENTRAL APARTMENTS |
| 35-14 | CHRISTOPHER COURT |
| 35-15 | MORGAN APARTMENTS |
| 35-16 | JOHNNY APPLESEED APARTMENTS |
| 35-022 | BAY-SHERMAN APARTMENTS |

2.    <u>TIME FOR COMPLETION</u>

The work shall be commenced at the time stipulated in the
Notice to Proceed to the Contractor and shall be fully
completed within 120 consecutive calendar days therafter
(Saturdays and Sunday included).

3.    <u>LIQUIDATED DAMAGES</u>

As time is of the essence for this Contract, in case the Work
embraced by this contract is not completed due to the failure
of the Contractor to complete the Work or any part of the work
within EIGHT WEEKS time scheduled, the Springfield Housing
Authority shall recover from the Contractor LIQUIDATED DAMAGES
in the amount of TWO HUNDRED ($200.00) DOLLARS per day.

4.    <u>COMMUNICATIONS</u>

a.    All notices, demands, requests, instructions, approvals,
      proposals and claims must be in writing.

b.    Any notice to or demand upon the Contractor shall be
      sufficiently given if delivered at the office of the
      Contractor stated on the signature page of the Contract
      (or at such other office as he may from time to time
      designate in writing to the Authority) or deposited in
      the United States mail in a sealed, postage-prepaid
      envelope, or if delivered with charges prepaid to any
      telegraph company for transmission, in each case
      addressed to such office.

- 1 -

c.   All papers required to be delivered to the Authority or
     Engineer shall, unless otherwise specified in writing to
     the Contractor, be delivered to the contracting office
     at <u>25 Saab Court, Springfield, MA</u>, and any notice to or
     demand upon the Authority or the Engineer shall be
     sufficiently given if so delivered, or deposited in the
     United States mail in a sealed, postage-prepaid
     envelope, or if delivered with charges prepaid to any
     telegraph company for transmission to said <u>Springfield
     Housing Authority</u> at such address, or to such other
     representatives of the Authority or to such other
     address as the Authority may subsequently specify in
     writing to the Contractor for such purpose.

d.   Any such notice shall be deemed to have been given as of
     the time of actual delivery; or, in the case of mailing,
     when the same should have been received in due course of
     post; or, in the case of telegrams, at the time of
     actual receipt.

5.   <u>MINIMUM RATES OF PAY</u>

The minimum rates of pay required to be paid mechanics and
laborers employed directly upon the site of the work under
this project shall be in accord with the Wage Rate Decision
listed in the schedule hereinafter attached.  The wage rates
have been determined by the Secretary of Labor in accordance
with Public Law 403 of the Seventy-Fourth Congress approved
August 10, 1935 as amended.

6.   <u>VISIT TO THE SITE</u>

Each bidder is urged to visit the site, view the existing
areas and acquaint himself with all of the conditions under
which the work is to be performed.  Failure of the Contractor
to acquaint himself with all the conditions involved will not
relieve him from fulfilling the Contract in all its details.

7.   <u>PROGRESS</u>

Once the Contractor undertakes the work included under this
specification, it shall be carried on without interruption
from shortages of labor or materials.

8.   <u>CONDUCT OF THE WORK</u>

During the progress of the Work, the Contractor shall so
conduct his work that as little inconvenience as possible is
caused to the occupants.  At the close of the work each day,
the Contractor shall pick up and stow all equipment and
miscellaneous materials leaving the site in a neat and safe
condition.

9.    <u>WORKING HOURS</u>

Regular working hours are between 8:00 a.m. and 5:00 p.m.,
Monday through Friday.  If the Contractor finds it necessary
to work other than regular working hours, he must obtain a
written approval from the <u>Springfield Housing Authority</u>.

10.    <u>PREVAILING WAGE</u>

Any State determined prevailing wage rate that exceeds the
corresponding Federal wage rate is inapplicable and shall not
be enforced.  The shift differential pay procedure will apply
on this project.



Boston Regional Office, Region I
Thomas P. O'Neill Jr. Federal Building
10 Causeway Street
Boston, MA 02222-1092

October 17, 1988

MEMORANDUM FOR: Executive Directors,
Massachusetts Public Housing Authorities

FROM: Edward M. Murphy, Chief, Technical Services Branch,
Office of Public Housing, 1PHT

SUBJECT: Little Davis-Bacon Preemption Rule

By memorandum dated September 21, 1988 the General Deputy Assistant Secretary for Public and Indian Housing, Mr. James E. Baugh, distributed to all Executive Directors a copy of the final rule published in the Federal Register, Vol. 53, No. 154, on August 10, 1988. This rule preempts certain State -determined prevailing wage rates applicable to Public Housing Projects.

The rule requires bid documents and contracts let by the HUD -assisted public housing agency to contain a statement that any State rate that exceeds the corresponding Federal rate is inapplicable and shall not be enforced. Failure to include this statement may constitute grounds for requiring re-solicitation of the bid or proposal. The effective date for the implementation of this rule is October 6, 1988.

Appropriate language to insert in CIAP and other contracts effected may be found in Part 968.19 (b) (1) of the final rule.

Should you have any questions concerning these regulations please contact me at (617) 565-5363.

may be engaged in the work item for maintenance and operation of the project; and

(3) Neither the basic hourly rate nor any fringe benefits comprising a prevailing wage rate determined under State law and described in paragraph (a)(2) shall be enforced against the PHA or any of its contractors or subcontractors with respect to employees engaged in the contract or PHA-performed work item for maintenance and operation of the project.

(c) Nothing in this section shall affect the applicability of any wage rate established in a collective bargaining agreement with a PHA or its contractors or subcontractors where such wage rate equals or exceeds the applicable Federal wage rate referred to in paragraph (a)(2), nor does this section impose a ceiling on wage rates a PHA or its contractors or subcontractors may choose to pay independent of State law.

(d) The provisions of this section shall be applicable to work performed under any prime contract entered into as a result of a solicitation of bids or proposals issued on or after October 6, 1988 and to any work performed by employees of a PHA on or after October 6, 1988.

PART 968—COMPREHENSIVE IMPROVEMENT ASSISTANCE PROGRAM

9. The citation of authority for Part 968 continues to read as follows:

Authority: Secs. 6 and 14 of the U.S. Housing Act of 1937 (42 U.S.C. 1437d and 1437l, sec. 7(d), Department of Housing and Urban Development Act (42 U.S.C. 3535(d)).

10. A new paragraph (h)(4) is added to § 968.9, as follows:

§ 968.9    Other program requirements.

*    *    *    *    *

(h) * * *

(4) Prevailing wage rates determined under State or tribal law are inapplicable under the circumstances set out in § 968.19.

*    *    *    *    *

11. A new § 968.19 is added, as follows:

§ 968.19    Preemption of State or tribal prevailing wage requirements.

(a) A prevailing wage rate (including basic hourly rate and any fringe benefits) determined under State or tribal law shall be inapplicable to the modernization of a project whenever:

(1) The modernization of the project is otherwise subject to State or tribal law requiring the payment of wage rates

determined by a State, local, or tribal government or agency to be prevailing; and

(2) The wage rate determined under State or tribal law to be prevailing with respect to an employee in any trade or position employed in the modernization of a project exceeds whichever of the following Federal wage rates is applicable:

(i) The wage rate determined by the Secretary of Labor pursuant to the Davis-Bacon Act (40 U.S.C. 276a et seq.) to be prevailing in the locality with respect to such trade;

(ii) An applicable apprentice wage rate based thereon specified in an apprenticeship program registered with the Department of Labor or a DOL-recognized State Apprenticeship Agency;

(iii) An applicable trainee wage rate based thereon specified in a DOL-certified trainee program; or

(iv) In the case of non-routine maintenance, the wage rate determined by the Secretary of HUD to be prevailing in the locality with respect to such trade or position.

(v) For the purpose of ascertaining whether a wage rate determined under State or tribal law for a trade or position exceeds the Federal wage rate: (A) Where a rate determined by the Secretary of Labor or an apprentice or trainee wage rate based thereon is applicable. the total wage rate determined under State or tribal law. including fringe benefits (if any) and basic hourly rate, shall be compared to the total wage rate determined by the Secretary of Labor or apprentice or trainee wage rate; and (B) where a rate determined by the Secretary of HUD is applicable. any fringe benefits determined under State or tribal law shall be excluded from the comparison with the rate determined by the Secretary of HUD.

(b) Whenever paragraph (a)(1) is applicable:

(1) Any solicitation of bids or proposals issued by the PHA or IHA and any contract executed by the PHA or IHA for modernization of the project shall include a statement that any prevailing wage rate (including basic hourly rate and any fringe benefits) determined under State or tribal law to be prevailing with respect to an employee in any trade or position employed under the contract is inapplicable to the contract and shall not be enforced against the contractor or any subcontractor with respect to employees engaged under the contract whenever either of the following occurs:

(i) Such nonfederal prevailing wage rate exceeds (A) the applicable wage rate determined by the Secretary of Labor pursuant to the Davis-Bacon Act (40 U.S.C. 276a et seq.) to be prevailing in the locality with respect to such trade; (B) an applicable apprentice wage rate based thereon specified in an apprenticeship program registered with the Department of Labor or a DOL-recognized State Apprenticeship Agency; or (C) an applicable trainee wage rate based thereon specified in a DOL-certified trainee program; or

(ii) Such nonfederal prevailing wage rate, exclusive of any fringe benefits, exceeds the applicable wage rate determined by the Secretary of HUD to be prevailing in the locality with respect to such trade or position.

Failure to include this statement may constitute grounds for requiring resolicitation of the bid or proposal;

(2) The PHA or IHA itself shall not be required to pay the basic hourly rate or any fringe benefits comprising a prevailing wage rate determined under State or tribal law and described in paragraph (a)(2) to any of its own employees who may be engaged in the modernization of the project; and

(3) Neither the basic hourly rate nor any fringe benefits comprising a prevailing wage rate determined under State or tribal law and described in paragraph (a)(2) shall be enforced against the PHA or IHA or any of its contractors or subcontractors with respect to employees engaged in the modernization of the project.

(c) Nothing in this section shall affect the applicability of any wage rate established in a collective bargaining agreement with a PHA or its contractors or subcontractors where such wage rate equals or exceeds the applicable Federal wage rate referred to in paragraph (a)(2), nor does this section impose a ceiling on wage rates a PHA or IHA or its contractors or subcontractors may choose to pay independent of State law.

(d) The provisions of this section shall be applicable to work performed under any prime contract entered into as a result of a solicitation of bids or proposals issued on or after October 6, 1988 and to any work performed by employees of a PHA or IHA on or after October 6, 1988.

Dated: August 2, 1988.

James E. Baugh.

General Deputy Assistant Secretary for Public and Indian Housing.

[FR Doc. 88-18083 Filed 8-9-88; 8:45 am]

BILLING CODE 4210-33-M

General Decision Number MA930003

Superseded General Decision No. MA910003

State: Massachusetts

Construction Type:
Building
Heavy
Marine
Residential

County(ies):
BERKSHIRE          HAMPDEN
FRANKLIN           HAMPSHIRE

| Modification Number | Publication Date |
|---|---|
| 0 | 02/19/1993 |
| 1 | 05/07/1993 |

COUNTY(ies):
BERKSHIRE          HAMPDEN
FRANKLIN           HAMPSHIRE

* ASBE0043D  09/01/1991

|  | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings and finishes to all types of mechanical systems | 19.68 | 8.33 |

---------------------------------------------------------------

ASBE0201B  10/01/1988

|  | Rates | Fringes |
|---|---|---|

BERKSHIRE, HAMPDEN, HAMPSHIRE

| HAZARDOUS MATERIAL HANDLER: Includes preparation, wetting, stripping, removal scrapping, vacuuming, bagging and disposing of all insulation materials, whether they contain asbestos or not, from mechanical systems | 15.50 | 4.70 |

---------------------------------------------------------------

BOIL0029A  10/01/1992

|  | Rates | Fringes |
|---|---|---|
| BOILERMAKERS | 22.25 | 10%+7.01 |

---------------------------------------------------------------

* BRMA0001A  06/01/1992

|  | Rates | Fringes |
|---|---|---|

FRANKLIN, HAMPDEN, HAMPSHIRE

| BRICKLAYERS; CEMENT MASONS; PLASTERERS; STONE MASONS; MARBLE, TILE & TERRAZZO WORKERS | 20.25 | 6.27 |

---------------------------------------------------------------

BRMA0001C  09/01/1991

|  | Rates | Fringes |
|---|---|---|

BERKSHIRE

| BRICKLAYERS; CEMENT MASONS; PLASTERERS; STONE MASONS; MARBLE, TILE & TERRAZZO WORKERS | 18.22 | 5.31 |

---------------------------------------------------------------

CARP0056C  12/07/1992

```
                                    Rates              Fringes
BERKSHIRE County:

 PILEDRIVERMEN & DIVER TENDERS      18.39              8.22

FRANKLIN, HAMPDEN, and HAMPSHIRE counties:

 PILEDRIVERMEN & DIVER TENDERS      19.41              8.22
-------------------------------------------------------------

 CARP0056D  12/07/1992
                                    Rates              Fringes
DIVERS                              28.44              8.22
-------------------------------------------------------------

 CARP0107C  06/01/1992
                                    Rates              Fringes
FRANKLIN (Erving, North Orange, Orange, Warwick)

 CARPENTERS; DRYWALL CARPENTERS;
  LATHERS; AND SOFT FLOOR LAYERS    18.98              7.84
-------------------------------------------------------------

 CARP0108E  06/01/1992
                                    Rates              Fringes
BERKSHIRE; FRANKLIN (Excluding Erving, North Orange, Orange,
Warwick)

 CARPENTERS; DRYWALL CARPENTERS;
  LATHERS; AND SOFT FLOOR LAYERS    16.59              6.34
-------------------------------------------------------------

 CARP0108F  06/01/1992
                                    Rates              Fringes
HAMPDEN; HAMPSHIRE

 CARPENTERS; DRYWALL CARPENTERS;
  LATHERS; SOFT FLOOR LAYERS        18.63              6.59
-------------------------------------------------------------

 CARP1121A  08/01/1992
                                    Rates              Fringes
MILLWRIGHTS                         21.34              8.94
-------------------------------------------------------------

 * ELEC0007B  01/01/1993
                                    Rates              Fringes
HAMPDEN (Except Chester & Holyoke); HAMPSHIRE (Belchertown, Ware)

 ELECTRICIANS:
  Contracts under $150,000          18.90              3%+7.10
  Contracts $150,000 and over       20.90              3%+7.10
-------------------------------------------------------------
```

\* ELEC0007C  01/01/1993

|  | Rates | Fringes |
|---|---|---|

BERKSHIRE; FRANKLIN; HAMPDEN (Chester, Holyoke); HAMPSHIRE
(Except Belchertown, Ware)

ELECTRICIANS:

|  | Rates | Fringes |
|---|---|---|
| Contracts under $150,000 | 17.18 | 3%+6.10 |
| Contracts $150,000 and over | 19.18 | 3%+6.10 |

----------------------------------------------------------------

\* ELEC0042B  08/30/1992

|  | Rates | Fringes |
|---|---|---|

LINE CONSTRUCTION (Includes traffic
control, illumination and maintenance
and railroad construction)

| | Rates | Fringes |
|---|---|---|
| Lineman, Cable Splicer, and Dynamite Man | 22.35 | 6.25%+7.18 |
| Heavy Equipment Operator | 20.12 | 6.25%+7.18 |
| Material Man, Tractor Trailer Driver, Equipment Operator | 19.00 | 6.25%+7.18 |
| Driver Groundman | 16.76 | 6.25%+7.18 |
| Groundman | 12.29 | 6.25%+7.18 |

----------------------------------------------------------------

\* ELEV0041A  12/03/1992

|  | Rates | Fringes |
|---|---|---|
| ELEVATOR CONSTRUCTORS: | | |
| Elevator Mechanic | 24.16 | 6.12+A |
| Helper | 16.91 | 6.12+A |
| Proabtionary Helper | 12.08 | |

FOOTNOTE:

A. Employer contributes 8% of Basic hourly rate for 5 Years
   or more of service or 6% basic hourly rate for 6 months
   to 5 years of service as Vacation Pay Credit.  Six paid
   holidays, providing employee has worked 5 consecutive days
   before and the working day after the Holiday:  New Year's
   Day, Memorial Day, Independence Day, Labor Day, Thanksgiving
   Day, Christmas Day.

----------------------------------------------------------------

ENGI0098A  12/01/1992

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS (BUILDING & RESIDENTIAL) | | |
| Group 1 | 20.58 | 5.40+A |
| Group 2 | 20.32 | 5.40+A |
| Group 3 | 20.12 | 5.40+A |
| Group 4 | 19.63 | 5.40+A |
| Group 5 | 17.41 | 5.40+A |
| Group 6 | 16.47 | 5.40+A |
| Group 7 | 14.83 | 5.40+A |

| | | |
|---|---|---|
| Group 8 | 21.48 | 5.40+A |
| Group 9 | 16.12 | 5.40+A |
| Group 10 | 21.49 | 5.40+A |
| Group 11 | 21.40 | 5.40+A |
| Group 12 | 22.02 | 5.40+A |

## POWER EQUIPMENT OPERATORS CLASSIFICATIONS
### (BUILDING AND RESIDENTIAL CONSTRUCTION)

Group 1:  Shovels; cranes including all tower, climbing and bridge cranes; hydraulic cranes 10 ton capacity or more; draglines; derricks; elevators with Chicago boom; backhoes; gradalls; elevating graders; pile driving rigs; concrete road paavers; all three-drum hoisting and trenching machines; belt-type loaders; front end loaders 5 1/2 cu yds or over; dual drum paver; automatic grader (i.e. C.M.I.); combination backhoe/loader 3/4 cu yd hoe or over; jet engine dryer; tree shredder; post hole digger; post hole hammer; post extractor; truck mounted concrete pump with boom; roto-mill

Group 2:  Rotary drill with mounted compressor; compressor house (3 to 6 compressors); rock and earth boring machines (excluding McCarthy and similar drills); graders; front end loaders 4 cu yds to 5 1/2 cu yds); two drum hoists; high fork lifts with capacity of 15 ft and over; scraper 21 yds and over (struck load); sonic hammer console; road planer; cal tracks; ballast regulators; rail anchor machines; switch tampers

Group 3:  Combination backhoe/loader up to 3/4 cu yd; bulldozers; push cats; scrapers up to 21 cu yd (struck load, self propelled or tractor drawn); tireman; fornt end loaders up to 4 yds; asphalt paver; well drill drillers; mechanics; welder; pumpcrete machines; concrete pumps and similar type pumps; engineer or fireman on high pressure boiler (on job); self-loading batch plant; well point operator including installing; electric pumps used in well point system; pumps, 12 inches and over (total discharge); compressor, one or two 900 cu ft and over; engineers in charge of powered grease truck; all automatic elevators, permanent or temporary, operated manually or remote control (does not include elevators operating from conventional hoist 1,2, or 3 drum); grout pumps; boom truck; hydraulic cranes, under 10 ton

Group 4:  Asphalt rollers; self-powered rollers and compactors; tractor without blade drawing sheepsfoot roller; rubber tire roller; vibratory roller or other type of compactors including machines for pulverizing and aerating soil

Group 5:  Single drum hoist; power pavement breakers; concrete pavement finishing machines; two bag mixers with skip; McCarthy and similar drills; batch plants (not self loading); bulk cement plants; self-propelled material spreaders; A-frame trucks; fork lifts up to 15 ft; three or more 10 KW light plants; 30 KW or more generators

Group 6:  Compressors (one or two) 315 cu ft to 900 cu ft; pumps 4 inches to 12 inches (total discharge)

Group 7:  Compressors up to 315 cu ft; small mixers; pumps up to 4 inches; power heaters except when 3 or more heaters are used on one job; oiler; conveyor; helpers on grease truck with hand greasing equipment

Group 8:  Truck crane crews

Group 9:  Oiler

Group 10:  Master mechanic

Group 11:  Boom lengths over 184 ft including jib

Group 12:  Boom lengths over 225 ft including jib

POWER EQUIPMENT OPERATORS
  (HEAVY CONSTRUCTION)

| | | |
|---|---|---|
| Group 1 | 20.58 | 5.40+B |
| Group 2 | 20.32 | 5.40+B |
| Group 3 | 20.12 | 5.40+B |
| Group 4 | 19.63 | 5.40+B |
| Group 5 | 17.41 | 5.40+B |
| Group 6 | 16.47 | 5.40=B |
| Group 7 | 14.83 | 5.40+B |
| Group 8 | 21.48 | 5.40+B |
| Group 9 | 16.12 | 5.40+B |
| Group 10 | 21.49 | 5.40+B |
| Group 11 | 21.40 | 5.40+B |
| Group 12 | 22.02 | 5.40+B |

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
(HEAVY CONSTRUCTION)

Group 1:  Shovels; crawler and truck cranes; derricks; backhoes; trenching machines; elevating graders; belt type loaders; gradalls; piledrivers; concrete pavers, on-site processing plant (engineer in charge); dragline; clamshell; cableways; shaft hoists; mucking machines; front end loader 5 1/2 cu yd and over; tower cranes; self propelled hydraulic caranes, 10 tons and over; dual pavers; automatic grader, excavator C.M.I. or equal; scrapers towing pan or wagon,  tandem dozers or push cats (2 units in tandem); welder using semi-aautomatic welding machine; shotcrete machine; tunnel boring machine; combination backhoe/loader, 3/4 cu yd hoe or over; jet engine dryer; tree shredder; post hole digger; post hole hammer; post extractor; truck mounted concrete pumps with boom; roto-mill

Group 2: Rotary drill with mounted compressor; compressor house,

3 to 6 compressors; rock and earth boring machines, excluding McCarthy and similar drills; grader; front end loaders, 4 yds to 5 1/2 yds; scraper, 21 yds and over (struck load); forklifts 7 ft lift and over or 3 ton capacity and over; sonic hammer console; road planer; cal tracks; ballast regulators; rail anchor machines; swith tampers

Group 3:  Bulldozer; push cats; scrapers up to 21 yds, struck load, self propelled or tractor drawn; self powered asphalt paver; front end loaders up to 4 yds; meechanics, welders; well driller; pumpcrete machine; engineer or fireman on high pressure boiler (on job); self loading batch plant (on job); well point operator; electric pumps used in well point system; tireman; pumps 16 inch or over total discharge; compressors (1 or 2) 900 cu ft and over; powered grease truck; tunnel locomotives and dinkeys; grout pumps; hydraulic jacks (jacking pipe, slip forms, etc.); boom truck, self-propelled hydraulic cranes u to 10 tons; combination backhoe/loader up to 3/4 cu yd hoe

Group 4:  Asphalt rollers; self-powered rollers and compactors; tractor without blade drawing sheeps foot roller; rubber tire roller; vibratory roller or other type of compactors including machines for pulverizing and aerating soil

Group 5:  Hoists; conveyors; power pavement breaker; self-propelled material spreader; self-powered concrete finishing machine; two bag mixer with skip; McCAarthy and similar drills; batch plant (not self-loading); bulk cement plant; 3 or more 10 KW light plants; 30 KW or more generator

Group 6:  Compressor, 315 cu ft to 900 cu ft, 1 or 2; pumps 4 inches to 16 inches total discharge

Group 7:  Compressor up to 315 cu ft; small mixers with skip; oiler; pumps up to 4 inches; grease truck; helper on powered grease trucks; power heaters; welding machines when 3 or more wleding machines are used; A-frame trucks; forklifts up to 7 ft lift and up to 3 ton capacity; hydro boom; power safety boat

Group 8:  Truck crane crews

Group 9:  Oiler

Group 10:  Master mechanic

Group 11:  Boom lengths over 184 feet including jib

Group 12:  Boom lengths over 225 feet including jib

FOOTNOTES FOR POWER EQUIPMENT OPERATORS
A.  Paid Holidays: New year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veterans Day, Thanksgiving Day, Christmas Day

B.  Paid Holidays:  New year's Day, Washington's Birthday,
    Memorial Day, Independence Day, Labor Day, Columbus Day,
    Veteran's Day, Thanksgiving Day, Christmas Day.
----------------------------------------------------------------

```
* IRON0012E  05/01/1993
                                Rates           Fringes
BERKSHIRE (Remainder of County)

 IRONWORKERS:
  Structural, Ornamental, Reinforcing,
   Fence Erector, Machinery Mover,
   Rigger, Rodman, Stone Derrickman  18.40         7.33
  Sheeter                            18.65         7.33
  Sheeter, Bucker-up                 18.525        7.33
  Commercial projects valued at
   $800,00 or less and/or industrial
   projects valued at $100,000 or
   less, to exclude demolition work
   (complete razing of structures).
   Also excludes pre-engineered
   metal buildings and the erection
   and installation of structural
   steel of any nature              13.90         7.33
----------------------------------------------------------------

 IRON0357A  07/01/1992
                                Rates           Fringes
BERKSHIRE (Becket, East Otis, Hinsdale, Lee, Monterey, New
Marlboro, North Otis, Otis, Peru, Sandisfield, Savoy, Sheffield,
Washington, Windsor); FRANKLIN; HAMPDEN; HAMPSHIRE

 IRONWORKERS                       18.66         9.31

----------------------------------------------------------------

* LABO0014A  01/01/1993
                                Rates           Fringes
LABORERS   (BUILDING & RESIDENTIAL):
 Group 1                           17.10         6.70
 Group 2                           17.35         6.70
 Group 3                           17.85         6.70
 Group 4                           18.10         6.70
 Group 5                           17.85         6.70
 Group 6                           19.10         6.70
```

### LABORERS CLASSIFICATIONS

Group 1:  Laborers; carpenter tenders

Group 2:  Jackhammer operator; pavement breaker; asphalt raker
          carbide core drilling machine; chain saw operator;
          pipelayer; barco type jumping tampers; laser beam;
          concrete pump; mason tender; motorized mixer; ride-

on motorized buggy; fence and beam rail erector

Group 3:   Air track, block paver; rummer; curb setter

Group 4:   Blaster; powderman

Group 5:   Pre-cast floor and roof plank erector

Group 6:   Asbestos removal laborers

---

\* LABO0014B  01/01/1993

|                    | Rates | Fringes |
|--------------------|-------|---------|
| PLASTERERS TENDERS | 16.65 | 6.20    |

---

\* LABO0022A  01/01/1993

|                             | Rates | Fringes |
|-----------------------------|-------|---------|
| LABORERS (HEAVY CONSTRUCTION): |       |         |
| Group 1                     | 17.10 | 6.70    |
| Group 2                     | 17.35 | 6.70    |
| Group 3                     | 17.85 | 6.70    |
| Group 4                     | 18.10 | 6.70    |
| Group 5                     | 11.85 | 6.70    |

### LABORERS CLASSIFICATIONS

Group 1:   Laborers; carpenter tenders; cement finisher tenders
Group 2:   Asphalt raker; fence and guard rail erector; laser
             beam operator; mason tender; pipelayer; pneumatic
             drill operator; pneumatic tool operator; wagon drill
             operator
Group 3:   Air track operator; block paver; rammer; curb setter
Group 4:   Blaster; powderman
Group 5:   Flagger

---

LABORERS (TUNNELS, CAISSON & CYLINDER WORK IN COMPRESSED AIR)

| Group 1 | 23.75 | 6.70+A |
|---------|-------|--------|
| Group 2 | 25.25 | 6.70+A |
| Group 3 | 26.05 | 6.70+A |
| Group 4 | 23.75 | 6.70+A |
| Group 5 | 26.78 | 6.70+A |

### LABORERS CLASSIFICATIONS

Group 1:   Powder watchman; Top man on iron bolt; change house
             attendant
Group 2:   Brakeman; trackman; groutman; laborer; outside lock
             tender; lock tender; guage tender
Group 3:   Motorman
Group 4:   Blaster

Group 5:  Mucking machine operator

LABORERS (FREE AIR OPERATION):

SHIELD DRIVEN AND LINER PLATE IN FREE AIR)

| | | |
|---|---|---|
| Group 1 | 18.85 | 6.70+A |
| Group 2 | 17.65 | 6.70+A |

### LABORERS CLASSIFICATIONS

Group 1:  Miner; miner welder; conveyor operator; motorman;
          mucking machine operator; nozzle man; grout man;
          shaft and tunnel steel and rodman; shield and
          erector arm operators
Group 2:  Brakeman; trackman

CLEANING CONCRETE AND CAULKING TUNNEL (Both New & Existing)

| | | |
|---|---|---|
| Group 1 | 18.85 | 6.70+A |
| Group 2 | 18.85 | 6.70+A |

### LABORERS CLASSIFICATIONS

Group 1:  Concrete workers; strippers and form movers (wood &
          steel rock shaft, concrete lining of same and tunnel
          in free air
Group 2:  Form erector

ROCK SHAFT, CONCRETE LINING OF SAME AND TUNNEL IN FREE AIR

| | | |
|---|---|---|
| Group 1 | 18.85 | 6.70+A |
| Group 2 | 17.65 | 6.70+A |
| Group 3 | 17.65 | 6.70+A |
| Group 4 | 18.85 | 6.70+A |

### LABORERS CLASSIFICATIONS

Group 1:  Change house attendants
Group 2:  Laborers, topside
Group 3:  Brakeman; trackman; tunnel laborers; shaft laborers
Group 4:  Miner; cage tender; bellman

LABORERS (OPEN AIR CAISSONS, UNDERPINNING AND TEST BORING
INDUSTRIES):

OPEN AIR CAISSON, UNDERPINNING WORK & BORING CREW

```
  Laborers; Top man                17.10              6.70+A
  Bottom man                       18.05              6.70+A

TEST BORING

  Laborer                          17.10              6.70+A
  Driller                          18.50              6.70+A
```

FOOTNOTE FOR LABORERS:
A.   PAID HOLIDAYS: New Year's Day, Washington's Birthday,
     Memorial Day, Independence Day, Labor Day, Columbus Day,
     Veteran's Day, Thanksgiving Day, and Christmas Day
--------------------------------------------------------------

  * LABO0022B  01/01/1993
                                   Rates            Fringes
FRANKLIN (Orange, Warrick)

LABORERS (HEAVY CONSTRUCTION):
  Group 1                          17.10              6.70+A
  Group 2                          17.35              6.70+A
  Group 3                          17.85              6.70+A
  Group 4                          18.10              6.70+A
  Group 5                          11.85              6.20+A

                    LABORERS CLASSIFICATIONS
                       HEAVY CONSTRUCTION

Group 1:   Laborers; carpenter tenders; cement finisher tenders
Group 2:   Asphalt raker; fence and guard rail erector; laser
           beam operator; mason tenmder; pipelayer; pneumatic
           drill operator; pneumatic tool operator; wagon drill
           operator
Group 3:   Air track operator; block paver; rammer; curb setter
Group 4:   Blaster; powderman
Group 5:   Flagger


FOOTNOTE FOR LABORERS:
  A.   PAID HOLIDAYS: New Year's Day, Washington's Birthday,
       Memorial Day, Independence Day, Labor Day, Columbus Day,
       Veteran's Day, Thanksgiving Day, and Christmas Day
--------------------------------------------------------------

  * LABO0473A  01/01/1993
                                   Rates            Fringes
BERKSHIRE (Pittsfield only)

LABORERS (BUILDING AND RESIDENTIAL)
  Group 1                          14.25              6.65
```

```
Group 2                              14.50          6.65
Group 3                              15.00          6.65
Group 4                              15.00          6.65
Group 5                              15.25          6.65
```

### LABORERS CLASSIFICATIONS
### BUILDING AND RESIDENTIAL CONSTRUCTION

Group 1:  Laborers, carpenter tenders, wrecking laborers

Group 2:  Asphalt rakers, carbide core driller operators, chain
saw operators, pipelayers, jackhammer and paving breaker
operators, Barco type jumping tampers, laser beam operators,
concrete pump operators; mason tenders, mortar mixers, ride-on
motorized buggy operators, wagon drill operators

Group 3:  Pre-cast floor and roof plank erectors, asbestos
removal laborers

Group 4:  Air track operators, block pavers, rammers and curb
setters

Group 5:  Powdermen and blasters
----------------------------------------------------------------

 * LABO0596A  01/01/1993
```
                                Rates           Fringes
```
BERKSHIRE (Except Pittsfield); FRANKLIN (Except Orange, Warrick);
HAMPDEN; HAMPSHIRE

```
 LABORERS (BUILDING AND RESIDENTIAL):
  Group 1                              15.25          6.70
  Group 2                              15.50          6.70
  Group 3                              16.00          6.70
  Group 4                              16.00          6.70
  Group 5                              16.25          6.70
```

### LABORERS CLASSIFICATIONS
### (BUILDING AND RESIDENTIAL CONSTRUCTION)

Group 1:  Laborers, carpenter tenders, wrecking laborers

Group 2:  Asphalt rakers, carbide core driller operators, chain
saw operators, pipelayers, jackhammer and paving breaker
operators, Barco type jumping tampers, laser beam operators,
concrete pump operators, mason tenders, mortar mixers, ride-on
motorized buggy operators, wagon drill operators

Group 3:  precast floor and roof plank erectors, asbestos removal
laborers

Group 4:  Air track operators, block pavers, rammers and curb
setters

MA930003 - 12

Group 5:  Powderman and blaster

---

BERKSHIRE; FRANKLIN (Except Orange and Warrick); HAMPDEN;
HAMPSHIRE

LABORERS  (HEAVY CONSTRUCTION)

| | Rates | Fringes |
|---|---|---|
| Group 1 | 14.80 | 6.20+A |
| Group 2 | 15.05 | 6.20+A |
| Group 3 | 15.55 | 6.20+A |
| Group 4 | 15.80 | 6.20+A |
| Group 5 | 11.85 | 6.20+A |

LABORERS CLASSIFICATIONS
HEAVY CONSTRUCTION

Grup 1:  Carpenter tenders, cement finisher tenders, laborers,
wrecking laborers

Group 2:  Asphalt rakers, fence and guard rail erectors, laser
beam operatro, mason tender, pipelayer, pneumatic drill operator,
pneumatic tool operator, wagon drill operator

Group 3:  Air track operator, block pavers, rammers, curb setters

Group 4:  Blasters, powdermen

Group 5:  Flaggers

FOOTNOTE FOR LABORERS   (HEAVY CONSTRUCTION):
   A.    PAID HOLIDAYS:  New Year's Day, Washington's Birthday,
         Memorial Day, Independence Day, Labor Day, Columbus Day,
         Veteran's Day, Thanksgiving Day, and Christmas Day

---

PAIN0257A  12/01/1991

| | Rates | Fringes |
|---|---|---|

BERKSHIRE COUNTY

PAINTERS:

| | Rates | Fringes |
|---|---|---|
| Brush, Taper | 17.36 | 4.74 |
| Spray, Sandblast | 20.33 | 4.74 |
| Swing stage & steel under 40 ft | 17.55 | 4.74 |
| Swing stage & steel over 40 ft | 17.86 | 4.74 |

FRANKLIN, HAMPDEN, AND HAMPSHIRE COUNTIES

PAINTERS:

| | | |
|---|---|---|
| Brush, Taper | 17.86 | 4.74 |
| Spray, Sandblast | 20.33 | 4.74 |
| Swing stage & steel under 40 ft | 18.05 | 4.74 |

```
   Swing stage & steel over 40 ft     18.36          4.74
-----------------------------------------------------------------

 PAIN0369B  07/01/1991
                                      Rates          Fringes
GLAZIERS                              16.17          4.65
-----------------------------------------------------------------

 * PAIN0391A  01/01/1993
                                      Rates          Fringes
SIGN PAINTERS                         17.85          5.07
-----------------------------------------------------------------

 PLUM0004D  09/01/1992
                                      Rates          Fringes
PLUMBERS & STEAMFITTERS               20.21          7.90
-----------------------------------------------------------------

 * PLUM0104A  02/01/1993
                                      Rates          Fringes
BERKSHIRE (Becket, Otis, Sandisfield); FRANKLIN (Except Monroe,
Orange, Towe, and the Western part of Charlemont); HAMPDEN;
HAMPSHIRE

 PLUMBERS & STEAMFITTERS              20.46          8.00+A

 FOOTNOTE:
 A.  Two paid holidays, Independence Day and Labor Day, provided
     the employee has been employed seven days prior to the
     holiday by the same employer
-----------------------------------------------------------------

 PLUM0151A  07/01/1992
                                      Rates          Fringes
BERKSHIRE (Except Otis, Becket, Sandisfield); FRANKLIN (Monroe,
Towe, and the Western part of Charlemont)

 PLUMBERS & STEAMFITTERS              20.70          7.36
-----------------------------------------------------------------

 ROOF0248A  06/01/1992
                                      Rates          Fringes
ROOFERS:
 Composition, Damp, Waterproof        15.05          9.045
 Slate, Tile, Precast Concrete        15.83          9.045
-----------------------------------------------------------------

 SFMA0715B  01/01/1992
                                      Rates          Fringes
SPRINKLER FITTERS                     22.80          8.23
-----------------------------------------------------------------

 SHEE0063A  07/01/1992
                                      Rates          Fringes
```

```
SHEET METAL WORKERS                    19.38          9.63
-----------------------------------------------------------------
```

TEAM0379A  12/01/1992

|  | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| Group 1 | 18.25 | 5.98+A+B |
| Group 2 | 18.45 | 5.98+A+B |
| Group 3 | 18.52 | 5.98+A+B |
| Group 4 | 18.64 | 5.98+A+B |
| Group 5 | 18.74 | 5.98+A+B |
| Group 6 | 19.03 | 5.98+A+B |
| Group 7 | 19.32 | 5.98+A+B |

## TRUCK DRIVERS CLASSIFICATIONS

Group 1:  Station wagons; panel trucks; and pickup trucks
Group 2:  Two axle equipment; helpers on low bed; warehouseman;
          forklift operator
Group 3:  Three axle equipment and tireman
Group 4:  Four and Five Axle equipment
Group 5:  Specialized earth moving equipment under 35 tons other
          than conventional type trucks; low bed; vachual;
          mechanics, paving restoration equipment
Group 6:  Specialized earth moving equipment over 35 tons
Group 7:  Trailers for earth moving equipment (double hookup)


FOOTNOTES:
  A.  PAID HOLIDAYS:  New Year's Day, Washington's Birthday,
      Memorial Day, Independence Day, Labor Day, Patriot's Day,
      Columbus Day, Veteran's Day, Thanksgiving Day, and
      Christmas Day
  B.  PAID VACATION:  Employees with 4 months to 1 year of
      service receive 1/2 day's pay per month; 1 week
      vacation for 1 - 5 years of service; 2 weeks vacation
      for 5 - 10 years of service; and 3 weeks vacation for
      more than 10 years of service

-----------------------------------------------------------------


Unlisted classifications needed for work not included within the
scope of the classifications listed may be added after award only
as provided in the labor standards contract clauses (29 CFR
5.5(a) 1(ii)).

                    END OF GENERAL DECISION