# EXHIBIT C

1

I
1 - 56

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | Case No. |
| JOHN DOE. | |

Federal Grand Jury
U.S. Courthouse
1550 Main Street
Springfield, Massachusetts

Tuesday
February 24, 2004

**ORIGINAL**

APPEARANCE:   WILLIAM M. WELCH
              Assistant U.S. Attorney


WITNESS:      DEBORAH BARTON

*APEX Reporting*
(617) 426-3077

DEBORAH BARTON - 02/24/04                            53

1   experienced?
2       A    Maybe a little less degrees.
3       Q    150?
4       A    He was my executive director.  I gave him my faith
5   and loyalty.
6       Q    Okay.
7       A    I don't have a problem with that.  I just -- I
8   don't know what to say.
9       Q    Well, you don't have to say anything.
10      A    Yeah.  I -- it's -- I'm not going to say anything
11  else.
12      Q    Okay.  With respect to the mod fund, the capital
13  fund, are you familiar with the fact that the contractors
14  had to pay their workers the prevailing wage rate?
15      A    Yes.  It's called Davis-Bacon, the Davis-Bacon
16  Act.
17      Q    And who was responsible for ensuring that the
18  contractors did that?
19      A    Arthur did for quite a few years and then Terry
20  Pettito took over that, probably about three years ago.
21      Q    Okay.  And when you're referring to having
22  responsibility to ensure that that was being done, meaning,
23  what are you talking about?
24           I mean, did they go out in the field and actually
25  interview the employees and make sure they're getting their

DEBORAH BARTON - 02/24/04                                54

1  20 or 25 an hour?
2      A    No.  The contractor would have to fill out a
3  report of how much he was paying his employees and the
4  benefits he was giving them, send that in to the housing
5  authority for every week that the workers did work at the
6  housing authority, and we would match it up to the
7  prevailing Davis-Bacon wages at the time, based on what
8  category he was in.
9      Q    So you're basically just matching up what the wage
10 form is in the regs versus what they're putting on their
11 forms?
12     A    Right.
13     Q    And then finally, the various deposits that are
14 coming in via wire from HUD, generally going into the
15 revolving fund, is that an interest bearing account?
16     A    Yes, it is.
17     Q    And what is done with that interest?
18     A    Well, it's not a real program, so what we do is,
19 all the different programs, the public housing, the
20 Section 8 voucher, the state, give in advance so it can run,
21 pay the weekly bills, up until the point you can get
22 reimbursed.  So based on how much each program advances, at
23 the end of the year we take the interest and make a
24 proration and give the interest back to the different
25 programs.