# EXHIBIT D

1

I
1 - 79

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

VS.                                    Case No.

JOHN DOE.

Federal Grand Jury
U.S. Courthouse
1550 Main Street
Springfield, Massachusetts

Tuesday
May 27, 2003

APPEARANCE:   WILLIAM M. WELCH
              Assistant U.S. Attorney

WITNESS:      NEKTAR PAPOUTSAKIS

ORIGINAL

*APEX Reporting*
(617) 426-3077

1    Q    And who ---

2    A    At that time I knew, you know, I knew that it was
3  a prevailing wage -- you know, I had come to the realization
4  of it all, and I just, ah.

5         (Pause.)

6    Q    Okay.  Do you remember having any conversations
7  with Art Sotirion about the prevailing wage forms?

8    A    At one point he told me to hurry up and turn in my
9  forms, unless I want to go to jail.

10   Q    Okay.  How did that come up?  Meaning, what was
11 happening as far as you putting together your forms and
12 turning them in?

13   A    Well, I would -- I would write down the hours
14 myself on those little sheets of paper there and, you know,
15 my wife would help me.  She would fill out the wage forms
16 and -- I guess it was just me and Chris and maybe another
17 guy, Joe Alexsopolis, helped on some units and the low-rise
18 kitchens and, you know, just filled out the forms.  That's
19 -- that's when I first started doing the social security,
20 the taxes and all that.  Nick had given me some printouts of
21 the tax, I guess, percentages you have to fill out, and
22 that, you know, it was like a little chart thing.

23   Q    Okay.

24   A    Go by the dependents and everything and you'd fill
25 it all out and ---

1   Q   Okay. So as a result of this additional
2   information and some of the additional things you had to do,
3   it sounds like you were falling behind in timely submitting
4   these forms?
5   A   Yes.
6   Q   And who was it who put you on notice of that and
7   sort of caught your attention that you better kind of catch
8   up?
9   A   Well, both Nick and Art, you know, you have to
10  turn in your wage forms or you can't go on or, you know,
11  until all the -- until they're all turned in, you can't
12  install any more kitchens and that type of thing. And, you
13  know, they were just pressuring me to get the wage forms in.
14  Q   And how did it come up that Arthur Sotirion
15  actually told you that you needed to get the forms in or you
16  would go to jail?
17  A   Well, I think one morning I went into his office
18  to submit some of the wage forms and that's what he said.
19  He said, oh, you better hurry up and turn them in on time
20  or, you know, you may go to jail.
21      He asked me, do you want to go to jail? That type
22  of thing.
23  Q   And it's at that point when you realized that,
24  obviously, filling out these wage forms accurately and
25  turning them in was a serious matter?

1   A   Right.

2   Q   Was Arthur Sotirion able to see that you were not
3   listing all of the crew members who were doing your work
4   during Phase II of the project?

5   A   Yes.

6   Q   I mean ---

7   A   I would say Phase I, Phase II and ---

8   Q   Okay.

9   A   --- all of them.

10  Q   Would he, every once in a while, come by and check
11  on progress of the kitchen jobs?

12  A   Maybe once or twice I saw him doing an inspection.

13  Q   Okay.

14  A   Walk through, whatever.

15  Q   How about during the course of Phase II, would you
16  continue to interact with Mr. Thomas on a regular basis?

17  A   Yeah.

18  Q   He would still come by ---

19  A   He'd just come by and see how everything was
20  going.

21  Q   Do you remember him pulling anybody aside during
22  Phase II and have them executing these forms that you told
23  us about, regarding Phase I?

24  A   I think, actually, the forms that we filled out
25  were during the Phase II ---