# EXHIBIT E

1

I
1 - 35

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

     VS.                          Case No.

JOHN DOE.

                       Federal Grand Jury
                       U.S. Courthouse
                       1550 Main Street
                       Springfield, Massachusetts

                       Tuesday
                       April 29, 2003

APPEARANCE:   WILLIAM M. WELCH
               Assistant U.S. Attorney     ORIGINAL

WITNESS:     DEMETRIUS DAVIS

*APEX Reporting*
(617) 426-3077

DEMETRIUS DAVIS - 04/29/03                    24

1    A    Basically by the job, a ramp rate.

2    Q    Okay.

3    A    Most of them were very similar, so it was kind of

4  piecework, but I think there were like 48 of them or

5  something.  It was a lot of -- it was a lot of work.  So by

6  the time we got to the end, we got pretty good at it.

7    Q    Do you ever remember having to fill out any forms

8  where you'd have to list the amount of hours that you worked

9  per day and how much you were making per hour?

10    A    I don't remember that, no.

11    Q    Do you ever remember having any conversations with

12  anyone along the lines of you were required to be paid, say

13  a certain amount of money per hour, per state and federal

14  regulations, but perhaps people like Mr. Maroney were only

15  making half of what they were supposed to make?

16    A    No, I don't recall anything like that.

17    Q    Did you get a 1099 at the end of the year?

18    A    Yeah.

19    Q    Did your 1099 accurately reflect the amount of the

20  money that you were getting?

21    A    Yeah, I'd imagine it did.  I never ---

22    Q    Okay.

23    A    --- added up everything.  I just depended on the

24  1099 to save for taxes, basically.

25    Q    Okay.  How about Lenny Stadnicki?  Did you work