# EXHIBIT F

```
                                                                    1

                                                              I
                                                              1 - 19

              UNITED STATES DEPARTMENT OF JUSTICE

              OFFICE OF THE UNITED STATES ATTORNEY

                    DISTRICT OF MASSACHUSETTS
```

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | Case No. |
| JOHN DOE. | |

```
                              Federal Grand Jury
                              U.S. Courthouse
                              1 Courthouse Way
                              Boston, Massachusetts

                              Tuesday
                              May 13, 2003




APPEARANCE:   WILLIAM M. WELCH
              Assistant U.S. Attorney
                                                  ORIGINAL

WITNESS:      KEVIN MARONEY
```

KEVIN MARONEY - 05/13/03                                     5

1   A   Three years or so.
2   Q   Do you remember the rough time frame, meaning mid
3   Nineties, mid ---
4   A   Mid Nineties. Yes.
5   Q   When you did work for Peter Davis, how were you
6   paid?
7   A   By check.
8   Q   And when you did work for him, what was the rate
9   at which you were paid? Meaning, were you paid by the hour,
10  were you paid by project?
11  A   Some jobs by hour, other jobs by -- like if I
12  installed a window, a certain amount per window.
13  Q   So it varied, depending upon the job?
14  A   Correct.
15  Q   When you were paid per hour, do you remember just
16  approximately how much you were making per hour from
17  Mr. Davis?
18  A   About $15.
19  Q   And at that time do you remember whether or not
20  that was what would be considered the prevailing wage for
21  the trade that you were in?
22  A   Probably not. I'm not positive.
23  Q   At the conclusion of a year, when you were working
24  for Mr. Davis, would he issue you a 1099?
25  A   Yes.

APEX Reporting
(617) 426-3077