# EXHIBIT G

1

I
1 - 47

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    VS.                                Case No.

JOHN DOE.

Federal Grand Jury
U.S. Courthouse
1550 Main Street
Springfield, Massachusetts

Tuesday
October 7, 2003

APPEARANCE:   WILLIAM M. WELCH
                Assistant U.S. Attorney

WITNESS:     WALLACE G. KISIEL     **ORIGINAL**

*APEX Reporting*
(617) 426-3077

Case 3:04-cr-30033-MAP    Document 250-8    Filed 09/13/2006    Page 3 of 8

KISIEL - 10/7/03                                      15

1  that's what they were suppose to do.
2       Q     How are you familiar with change orders with
3  respect to, as you used an example, solid core doors being
4  changed over to hollow core doors?
5             How are you familiar with that in your role as a
6  Modernization Coordinator?
7       A     Well, I was using that as an example.  It's hard
8  for me to mention specifics without seeing something that
9  you may have caught in your searches, but, I mean, that
10 would be just something that I used as an example.
11 Specifically, I can't think of anything right now.
12      Q     Well, let me use, just using that as an example,
13 and I understand that you may not have a memory of a
14 specific example, but, in your capacity as a Modernization
15 Coordinator, would you know what the specifications were for
16 a particular project per your position?
17      A     Oh, sure.
18      Q     So, that, if you saw a, so, that, in your
19 position, you would see a change from solid core doors to
20 hollow core doors and would have to find out why that has
21 been made?
22      A     Sure.
23      Q     Did you ever get the sense that Mr. Sotirion or
24 Raymond Asselin, Sr. were, or was more lenient with
25 Mr. Davis on other issues; such as, wage rate issues, versus

*APEX Reporting*
(617) 426-3077

1  other contractors, who did not fit in that same category as
2  a favored contractor if you will?
3      A    Well, one of the contractors that received some
4  work during that period was RAC Builders, who, they were out
5  of Chicopee at the time, and I don't think they are anymore.
6  Tom Raschilla was the general manager.
7           I thought it was strange that Art said to me,
8  because, you know, certain things just stay there. "You've
9  gotta keep an eye on these guys because they don't play the
10 game."
11          What he meant was, you know, they don't play his
12 game. They play the real game, and I found them to be
13 really the, the only contractors that I worked with, during
14 that period, that, actually, well, there was a couple of
15 others. I shouldn't say that. There were some roofing
16 contractors that were very righteous and did all the right
17 things and, and followed the specs to the T, but RAC was one
18 of the contractors that, that we could trust. That we felt,
19 that I felt comfortable with. I spent the whole summer with
20 them.
21          You know, there are some roofing contractors, like
22 I said, who did the roofs at Riverview. I didn't have any
23 problems with them. You know, it just, I found that
24 strange. So, that stuck in my mind.
25      Q    Okay. When you found flaws in some of Mr. Davis'

1   work, would you communicate that to Mr. Davis and/or
2   Mr. Sotirion?
3       A    Yes.
4       Q    And what would happen?
5       A    Well, sometimes he'd just, you know, "Just shut
6   the F up and do it." You know?
7       Q    Who would say,--
8       A    Art.
9       Q    --"Shut the F up and"--
10      A    Art would say that to me. You know, "Just the
11  shut the F up and do it. Try and be a little bit more
12  cooperative."
13      Q    And, and be more cooperative in your dealings with
14  Mr. Davis?
15      A    Yes. Try to be a little bit more cooperative in
16  my dealings with him.
17      Q    And, then, to use the example, say, of RAC
18  Builders or one of these other contracts who didn't receive
19  that same sort of preferential treatment, would Mr. Sotirion
20  be aggressive about making sure that they stayed on top of--
21      A    Yes. He--
22      Q    --all their projects?
23      A    He would make sure that I spent more time with
24  them. He would make sure that, you know, he would ask me
25  questions to make sure, "Did you interview the, the

KISIEL - 10/7/03                                                    18

1   laborers?" or, you know, or things like that. Just asking
2   questions about that and making sure, I, I remember for,
3   Raschilla had a, not a change order, but it was a request
4   for payment for some product that he was storing off site
5   somewhere, and that's an acceptable method to, if you
6   purchased it, and you've paid for it, and you're storing it
7   off site, you just have to go verify that it's there, and
8   that it is going to be in a secure spot, and we could
9   actually pay for it.
10          That's, that's a, it's a proper procedure, and I
11  remember having to do that with him, but only with him, but
12  only with him. I thought that was, that's, that's a kind of
13  a strange thing too, but other people, I'm sure have done
14  it. I was just never requested to go and visit and
15  physically make sure it was there.
16          MR. WELCH: Okay. Let's turn your attention to
17  another contractor or vendor by the name of John Spano, who
18  owns Valley Flooring & Covering.
19          BY MR. WELCH:
20      Q   Are you familiar with him?
21      A   Yes.
22      Q   And how are you familiar with him?
23      A   Well, John, he's had, you know, he's kind of come
24  around late in the ballgame I thought. He didn't, wasn't
25  around in the early days as far as I could remember. I

KISIEL - 10/7/03
37

1  So, a lot of times what you're doing is you're
2  anticipating. Well, like, for instance, in a roof. You
3  know that a roof probably has got a 20 year life cycle. So,
4  you know, every 20 years, you're going to make sure it's up
5  there.
6
7  Things like countertops probably have a 10 year
8  life cycle in our developments because they wear down quite
9  frankly because they're only formica over hardpressed wood.
10 Although, Moxon Apartments, something I never said to you
11 before. We have Corian countertops on there. You know what
12 Corian goes for? Anybody? It's really strange; isn't it?
13     Q   Okay. The other, the next question asked was, "Do
14 you know of contractors who did not pay prevailing wages?"
15     A   Well, as, one of my duties was to make, was to do
16 the interviews of the workers to, to make sure that they
17 were receiving the prevailing wage, and that's how you got
18 to know the guys, and, and one of the things that you would
19 do is, you wouldn't push that interview on them right away
20 because they were going to feel uncomfortable talking to you
21 about it anyway. Even if they're getting the prevailing
22 wage, you know, they feel it's kind of like intrusive.
23     So, I would always wait and do that interview a
24 little bit later down the road, after you got to know
25 people, but, in the instances that we're talking about,
   where they wanted me to avoid talking to those people, I was

APEX Reporting
(617) 426-3077

1  told to stay away from the, from the sites anyway.
2         So, I never really got to know the people that I
3  should have been probably interviewing, other than like RAC.
4  When I spent the summer up there, at Pen-3 (phonetic). When
5  they were doing the windows, the doors, the floors, the
6  cabinets, and the whole, whole ball of wax up there, I knew
7  everybody really well.
8     Q   So, give us an example of a contractor who you did
9  not spent a lot of time at the job site, and, therefore,
10 didn't get to know--
11    A   Well, like Peter Davis. Of course, you know, most
12 of the subs would be, like, the John Spanos of the world
13 that, you know, he was a sub; so, you know, you, they
14 wouldn't even tell you, you wouldn't even, they wouldn't
15 even let us know, like, when they would go to do work. That
16 way, it's easier to avoid who was there.
17    Q   Okay.
18    A   And, then, you would, of course, get the, when
19 you, you'd be up on the site, and you'd see the people that
20 they were hiring. You'd go, "This guy is getting paid 28
21 bucks an hour? You know, he doesn't even have construction
22 boots on. He's wearing a pair of beat up old sneakers."
23        The rumors were that they were getting these guys
24 out of the soup kitchen, or, you know, from the, anywhere.
25 Just picking up people that said that they knew how to do