# EXHIBIT 1

MINUTES OF A REGULAR MEETING
OF THE SPRINGFIELD HOUSING AUTHORITY
HELD ON MONDAY, JUNE 21, 1993

The members of the Springfield Housing Authority met in regular session at the Administration Office of the Authority, 25 Saab Court, Springfield, Massachusetts at 4:35 p.m. on Monday, June 21, 1993.

The meeting was called to order by Chairman Fiorentino, and those present were as follows upon roll call:

| PRESENT | ABSENT |
|---|---|
| Athan Catjakis | |
| Nicholas F. Fiorentino | |
| Sadie B. Johnson | |
| Aretha L. Matthews | |
| Richard P. Whitney | |

Also present:

Raymond B. Asselin, Executive Director
William M. Dearman, Assistant Executive Director, Management
Robert P. Knihnicki, Assistant Executive Director, Finance
Arthur G. Sotirion, Assistant Executive Director, Operations
Willie J. Thomas, Director, Housing Services Department
Serop Melikian, Administrator, Rental Assistance Office
Robert Perez, Drug Task Force, Ann G. Hughes, Secretary
John O'Connell, Reporter, Springfield Union News
Maricela Zapata, 117 Marble Street, 45-B, Springfield, MA

A copy of the Notice of Meeting, pursuant to Section 23B of Chapter 39 of the Massachusetts General Laws, as amended, with the Certificate as to Service of the Notice, were read and ordered spread upon the minutes of the meeting and filed for records.

NOTICE OF MEETING

A notice of meeting is hereby given in accordance with Section 23B of Chapter 39 of the Massachusetts General Laws, as amended, that a regular meeting of the Springfield Housing Authority will be held on Monday, June 21, 1993.

SPRINGFIELD HOUSING AUTHORITY
June 14, 1993                /s/ Raymond B. Asselin, Secretary

CERTIFICATE AS TO SERVICE OF THE NOTICE OF MEETING

I, Raymond B. Asselin, the duly appointed and qualified Secretary of the Springfield Housing Authority, do hereby certify that on June 14, 1993, I filed in the manner provided by Section 23B Chapter 39 of the Massachusetts General Laws, as amended, with the Clerk of the City of Springfield, Massachusetts, a Notice of Meeting of which the foregoing is a true and correct copy.

Attest
Raymond B. Asselin,
Secretary

996

VOTED:    To authorize execution of contract with Commercial Disposal Company, Inc., P. O. Box 389, 115 Mayside Avenue, West Springfield, MA 01090, the low responsible bidder in the amount of $152,075.28; for three (3) years commencing July 1, 1993 to June 30, 1996; which includes the base bid of $60,453.72; and the add alternate of $91,621.56; provided funding is available for year two and three; for trash removal at various Springfield Housing Authority developments in accordance with specifications prepared by the Springfield Housing Authority and bid received from Commercial Disposal Company, Inc. on June 16, 1993; and to accept the additional prices in Exhibit C and D; and authorizing the Executive Director to execute the contract on behalf of the Springfield Housing Authority.

The Board reviewed the recap of the bids for the Parking and Storage Garage at Christopher Court Apartments MA 35-14, opened June 21, 1993 at 12:00 Noon. The following responsive bidders presented submissions:

| | |
|---|---|
| Kudlic Brothers, Inc. | $ 78,000.00 |
| R.A.C. Builders, Inc. | $107,350.00 |
| P. J. Richfield, Inc. | $ 69,155.00 |

Staff recommendation is to award the contract to the low responsive bidder.

Upon a motion made by Ms. Matthews, which was seconded by Ms. Johnson, it was unanimously

VOTED:    TO AUTHORIZE EXECUTION OF CONTRACT WITH P. J. RICHFIELD INC., 17 LYNNWOOD DRIVE, LONGMEADOW, MA 01106, THE LOW RESPONSIBLE BIDDER, IN THE AMOUNT OF $69,155.00 FOR PARKING AND STORAGE GARAGE AT CHRISTOPHER COURT MA 35-14 UNDER THE MA 35-C FEDERAL OPERATING RESERVE PROGRAM; IN ACCORDANCE WITH THE SPECIFICATIONS PREPARED BY SPRINGFIELD HOUSING AUTHORITY AND CHAFFIN ASSOCIATES; BID RECEIVED ON JUNE 21, 1993 FROM P. J. RICHFIELD INC; AND AUTHORIZING THE EXECUTIVE DIRECTOR TO EXECUTE THE CONTRACT ON BEHALF OF THE SPRINGFIELD HOUSING AUTHORITY; AND ALSO APPOINTING THE EXECUTIVE DIRECTOR, RAYMOND B. ASSELIN, AS CONTRACT OFFICER SUBJECT TO THE REVIEW AND APPROVAL OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.

The Board reviewed a memorandum from Mr. Arthur G. Sotirion with reference to the usage of Reed Village Section 8 Capital Reserve fund for the following work items at Reed Village: refinishing tubs, removal and replacement of weather-stripping and door sweeps replacement of 400 existing apartment bottom locks to private passage sets, replace 100 - 30" gas ranges, installation of 132 security screen doors replacement of 66 entrance doors and rehabilitation of floors, stair treads, railings walls and ceilings for a total of $127,740.

Upon a motion made by Ms. Matthews, which was seconded by Ms. Johnson it was unanimously