# EXHIBIT 2

```
          Springfield Housing Authority
              INTEROFFICE  MEMORANDUM
                    9306-1413
```

TO:       Raymond B. Asselin

FROM:     Arthur G. Sotirion

SUBJECT:  Contract Award for ADA/504 Compliance at 14 Federal
          Developments - Site Work

DATE:     June 25, 1993

---

Attached please find recap of bids received June 25, 1993 at 12 Noon; Architect's recommendation and legal review.


RECOMMENDATION :


RESOLUTION 7819

Resolution authorizing execution of contract with P.J. Richfield In., 17 Lynnwood Dr., Longmeadow, MA 01106 in the amount of $586,900; and to accept the installed unit prices for ADA/504 Compliance at 14 Federal Developments - Site Work under the FY-92 Comprehensive Grant Program (CGP); in accordance with the specifications prepared by Caolo & Bieniek Associates Inc; bid received on June 25, 1993 from P.J. Richfield Inc; and authorizing the Executive Director to execute the contract on behalf of the Springfield Housing Authority; and also appointing the Executive Director, Raymond B. Asselin, as contract officer; subject to the review and approval of the U.S. Department of Housing & Urban Development.



Raymond B. Asselin
Executive Director

**SPRINGFIELD HOUSING AUTHORITY**

25 SAAB COURT / P.O. BOX 1609
SPRINGFIELD, MASSACHUSETTS 01101
TELEPHONE (413) 785-4500     FAX (413) 785-4516

Mr. Raymond B. Asselin
Executive Director
P.O. Box 1609                                  RE: Project No. __Various__
Springfield, MA 01101                                          __35-S__

Dear Mr. Asselin

As legal counsel for the Springfield Housing Authority, I have reviewed the following bids for __ADA/504 - Site Work__ opened on __June 25, 1993__ at 12 Noon.

| List of Bidders | Bid Price |
|---|---|
| R.A.C | 687,000 |
| P.J. Richfield | 586,900 |
| | |
| | |
| | |
| | |

[X]  I am recommending the contract award to the low bidder and find all documents to be in order as to form and content.

[ ]  I am recommending the contract award to the second low bidder, _____ for the following reasons:

_Mary Z. Stuart_
Mary Z. Stuart
Attorney

MZS/agh

An Equal Opportunity Employer
Equal Housing Opportunity

## CAOLO & BIENIEK ASSOCIATES, INC.

ARCHITECTS & ENGINEERS

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

380 UNION STREET
WEST SPRINGFIELD, MASS. 01089
413 - 734-3139
FAX 413 - 734-0822

June 25, 1993

Mr. Raymond Asselin
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101

Dear Mr. Asselin:

I have reviewed the bids, which were received today, for the ADA/504 COMPLIANCE AT 14 DEVELOPMENTS - SITE WORK. Two bids were reveiwed with amounts as follows:

| | |
|---|---|
| R.A.C. | $687,000 |
| P.J. Richfield | $586,900 |

Bid documents for both bidders were in order, so we recommend that you accept the base bid from the lowest bidder, P.J. Richfield. We reviewed and found reasonable the installed unit prices and recommend that also be accepted.

If you have any questions, please contact me.

Very truly yours,

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright

JB:dld

# CAOLO & BIENIEK ASSOCIATES, INC.

ARCHITECTS & ENGINEERS

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1921-1990

380 UNION STREET
WEST SPRINGFIELD, MASS. 01089
413 - 734-3139
FAX 413 - 734-0822

June 25, 1993

Mr. Arthur Sotirion
Springfield Housing Authority
25 Saab Court
P.O. Box 1609
Springfield, MA 01101

Dear Art:

To confirm our discussion, after receiving bids on the **ADA/504 COMPLIANCE - SITEWORK** project, about issuing plans and specs for interior renovations of the **ADA/504 COMPLIANCE** the following is noted:

1. Plans and specs for the following 8 developments will be prepared to go to bid during the third week of July.

    | | |
    |---|---|
    | Riverview | Patrick Harrigan |
    | Collins Tri-Towers | Moxan |
    | Kathryn Jones | Sullivan |
    | Bay-Sherman | Christopher Court |

2. At Riverview the units in the zero bedroom lowrises will be included as an alternate for the units in the highrises. The time taken for the preparation of the alternate is the reason for the extension of time.

3. The plans and specs for the remaining developments will be held until the Final Rule for the ADA as it pertains to Housing Authorities is released in the Federal Register. The Final Rule is expected to be released in the Fall of 1993. These remaining developments involve complex issues (i.e. accessibility requirements in community rooms at developments where no disabled persons reside), that hopefully will be addressed by the upcoming Final Rule. This clarification will allow a more judicious dispersion of available funds.

Thank you.

CAOLO & BIENIEK ASSOCIATES, INC.

James Bright

JB:dld

## GENERAL BID SUMMARY

Housing Authority: Springfield, Massachusetts

Work Description: 504/ADA Site Work Federal complexes

Bid Guaranty Required (amount): $ 5%

Bids Opened June 25, 1993 at 12 Noon

| GENERAL BIDDER | BID PRICE | | | BID GUARANTY AMOUNT | 2530 | | 5369-A | |
|---|---|---|---|---|---|---|---|---|
| | BASE BID | DEDUCT ALTERNATES | ADDENDUM #1,2,3 | | Submitted | Bid Opening | Submitted | Bid Opening |
| | | | | | yes | no | yes | no |
| R.A.C. Builders Inc.<br>Box 404<br>Chicopee, MA 01021 | $ 687,000 | $ Included | YES | $ B.B. | X | | X | |
| P.J. Richfield Inc.<br>17 Lynnwood Drive<br>Longmeadow, MA 01106 | $ 586,900 | $ Included | YES | $ B.B. | X | | X | |

HUD-2530 – Previous Participation
HUD-5369-A –Representations, Certifications & Other Statements of Bidders