# EXHIBIT 6

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/28/2002

**GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(e)**

BETSAIDA TORRES, (PROTECT IDENTITY) White female, date of birth ▆▆-77, social security number ▆▆▆▆▆ residential address ▆▆▆▆▆▆▆▆▆▆▆▆▆, ▆▆▆▆▆▆▆, Massachusetts 01151, telephone number ▆▆▆▆▆▆▆ and VERMA CLARA SANTIAGO, (PROTECT IDENTITY) white female, date of birth ▆▆▆▆▆, social security number ▆▆▆▆▆▆, residential address ▆▆▆▆▆▆ ▆▆▆▆, Springfield, Massachusetts 01119, telephone ▆▆▆▆▆▆▆, were provided with the identity of the interviewing agents and the purpose of the interview. TORRES and SANTIAGO provided the following information on August 27, 2002:

TORRES has been employed at the Springfield Housing Authority (SHA) maintenance department since May 25, 1997. Her job description is listed as cashier clerk. TORRES is responsible for time sheets, overtime, and typing for her supervisor, ART SOTIRION. TORRES inputs overtime into her computer. She also does monthly recaps on apartment maintenance, which is subsequently electronically submitted to the Department of Housing and Urban Development (HUD).

There are eight (8) maintenance crews, each with their own foreman. TORRES said, "RIVERVIEW is unique as ART personally oversees this crew, each employee is hand selected." TORRES receives work orders from the foremen and places the information into the HUD report. The original work orders have three copies. One goes to SOTIRION, the second goes to the Housing Manager and the third is filed by TORRES in filing cabinets maintained at the RIVERVIEW complex. TORRES advised that the individual foreman for each project enters the raw data on the work order, and she is responsible for RIVERVIEW.

TORRES identified the current maintenance employees at RIVERVIEW as:

GEORGE WILLIAMSON
JIM HULSE
CLIFFORD JORGENSON

---

Investigation on  8/27/02  at  Springfield, Mass.  244cwh03.302

File #  194B-BS-90535 SUB 302-39           Date dictated  8/28/02

by  SA Cliff Hedges
    SA Susan Kossler

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

194B-BS-90535 SUB 302

Continuation of FD-302 of __Betsaida Torres & Verma Santiago__, On __8/27/02__, Page __3__

campaign stuff for CHRIS ASSELIN but she refused. Within a few hours, SOTIRION came to TORRES and asked her to do him a favor. When TORRES questioned him, he asked her to do the CHRIS ASSELIN stuff that COLON had earlier requested.

TORRES used to come into work early and stay late to do the ASSELIN campaign material. She would be given deadlines for when the work had to be completed. TORRES acknowledged that all of the materials utilized for these tasks came from SHA. TORRES stated, "I never asked any questions, he was my boss and I just did what I was told.... I knew it was not right." TORRES admitted that she really did the majority, if not all, of this during regular hours although SOTIRION "told me to tell you that I did it before work."

TORRES admitted that she has done personal projects for other people and/or businesses during work hours, including RAYTRON. TORRES advised that RAYTRON is owned by ASSELIN SR'S son, RAY ASSELIN JR.

TORRES was noticeably upset while admitting to her involvement. She stated "this is the first time I have ever really been able to talk about this, I feel that he (ART) took advantage of me right behind my back."

TORRES was not compensated for the extra hours she worked on the campaign material. During this time, TORRES was living in assisted housing. SANTIAGO advised TORRES not to get paid overtime for this, as SHA would then withdraw more money for her rent, as the subsidy is based on her salary.

TORRES stated that she has always trusted SOTIRION until recently, "since the investigation he has been acting very strange." TORRES rarely deals with RAY ASSELIN SR, and when she has ASSELIN SR, "expects me to drop everything....MR. A is very picky."

TORRES admitted that SOTIRION had also ask TORRES to change numbers on contractor proposals/bids. TORRES explained that after a contractor would send in the paperwork, SOTIRION would ask her to make changes to the documents including dates, backdating, and amounts being paid to the contractor. TORRES said, "Once I was done with them, SOTIRION would seal the bid and he and ASSELIN SR would deal with it from that point on." SOTIRION maintains the majority, if not all, of these items in his office and in the file

FD-302a (Rev. 10-6-95)

194B-BS-90535 SUB 302

Continuation of FD-302 of __Betsaida Torres & Verma Santiago__ , On __8/27/02__ , Page __4__

cabinets located at 117 Sorrenson, the maintenance department office. TORRES also advised that a lot of the records are kept in the basement. TORRES recalled the name of some of the contractors that had submitted paperwork that SOTIRION later directed her to change:

    1- G&R ASSOCIATES
    2- MANNY's PLUMBING
    3- SPRINGFIELD PLUMBING
    4- ATC ASSOCIATES
    5- VALLEY FLOORING
    6- HILLTOP CONSTRUCTION

TORRES was aware of closed door meetings between SOTIRION and ASSELIN Sr. These meetings are most often on Friday's. TORRES said, "Mr. A comes down and they go in and lock the door." She has been told that when the door is closed with "Mr. A and ART", no one is to disturb them and no calls forwarded. If TORRES knocks on the door, they will let her in but they stop talking until she leaves. TORRES said what is done in that office is "hush-hush."

SANTIAGO stated her job title is Senior Clerk/Residential Service Coordinator. She has been employed at SHA for over 27 years. SANTIAGO stated that she never did anything for CHRIS ASSELIN.

SANTIAGO was asked if she was aware of any SHA employees doing work on the ASSELINS' homes. She responded, "I am not personally aware of any employee doing work, but there have been numerous occasions when they (maintenance and painting crews) were not around." SANTIAGO continued, "I would ask ART where the guys were or try calling them on the radio, and ART would tell me they were doing work on RIVERVIEW." SANTIAGO added, "my gut feeling is they were out doing something for ASSELIN. I would get a call from MR. A, looking for FRANK HIGGINBOTHEM, JIM HULSE, MARK HORTIE, or GEORGE WILLIAMSON. After they got the call you would nto see them around." HIGGINBOTHEM is dead and HORTIE now works for AARON'S LEASING. SANTIAGO believes the ASSELINS will blame a lot of stuff on HIGGINBOTHEM since he is deceased.

SANTIAGO and TORRES identified SHA employeee RAY DESCOTEAU as someone who did work for ASSELIN SR on SHA time. DESCOTEAU has done painting at the Cape house and other ASSELIN residences. SANTIAGO stated "I would do painting reports, and we were supposed to show exactly where each painting crew member was