# EXHIBIT 7

```
                                                              1
                                                          I
                                                          1 - 66
              UNITED STATES DEPARTMENT OF JUSTICE

              OFFICE OF THE UNITED STATES ATTORNEY

                    DISTRICT OF MASSACHUSETTS
```

| UNITED STATES OF AMERICA, | |
|---|---|
| VS. | Case No. |
| JOHN DOE. | |

```
                         Federal Grand Jury
                         U.S. Courthouse
                         1550 Main Street
                         Springfield, Massachusetts

                         Tuesday
                         January 21, 2003




APPEARANCE:   WILLIAM M. WELCH
              Assistant U.S. Attorney


WITNESS:      BETSAIDA TORRES
```

ORIGINAL

*APEX Reporting*
(617) 426-3077

BETSAIDA TORRES - 01/21/03                              22

1    Q    And how would it come about that Mr. Sotirion
2 would ask you to do work for G&R?
3    A    Gary Baribeau would come into the office, go
4 straight into Arthur's office, him and Arthur would make
5 arrangements, then a few minutes later Arthur would come out
6 with the contracts and we typed them.
7    Q    So what's the nature of some of the work that
8 you've done for G&R?
9    A    I have notice to proceeds, I've done the DeCamp
10 update statement, a lot of contracts.
11   Q    And when you say contracts, meaning the actual
12 contract that G&R eventually has to submit as part of the
13 bidding process?
14   A    That is correct.
15   Q    What would you be presented in order to, you know,
16 base your typing off of?  Meaning, how do you know what to
17 create?
18   A    Arthur would give us drafts.  He would type -- he
19 would take blanks, make copies of blanks, like Gary Baribeau
20 would bring in, then Art would fill in the blanks and bring
21 it to me and we would have to follow the directions on the
22 copies, and then we would have to attach what I typed with
23 the original that Arthur gave me.
24   Q    And so then, based on what Mr. Sotirion gave you,
25 you would simply generate whatever it is that he asked?

BETSAIDA TORRES - 01/21/03                                25

1   Q    And I understand that you don't know the
2   specifics, but this is generally what you gleaned from
3   either being told orally or from actually doing the
4   contract?
5   A    Yes. Correct.
6   Q    But all of these various documents that we're
7   talking about, are these things that you do on the housing
8   time?
9   A    Yes, I do.
10  Q    If we continue to focus on G&R Construction, are
11  you also familiar with the fact that there would be times
12  when your colleague, Verma Santiago, would sign Deborah
13  Baribeau's name to some of the contracts or some paperwork
14  related to G&R?
15  A    That is correct.
16  Q    And how is it that you know that?
17  A    Arthur would just come into the office and say,
18  sign this for me, and Verma would sign it.
19  Q    So that's something that you had witnessed?
20  A    Yes.
21  Q    As far as typing notices to proceed and DeCamp
22  Certifications and contracts submitted by G&R to Springfield
23  Housing Authority, how many times do you think you've done
24  that for G&R, I mean, if you can even estimate?
25  A    I would say three, four times. And the DeCamp

BETSAIDA TORRES - 01/21/03                    26

1  statement was the longest. That, I only did maybe once or
2  twice. But the contracts, I would say -- I can't even
3  recall numbers, I did so many.
4      Q    Okay.
5      A    It's very hard to ---
6      Q    Put a number on it?
7      A    Yeah. Very. That's all we did constantly. It
8  was contracts after contracts after contracts.
9      Q    Okay. So is it something that you're
10 comfortable saying that it's something that you've done with
11 regularity?
12     A    Yeah. Because those were the main contractor for
13 Arthur.
14     Q    And when you're referring to those, you're
15 referring to G&R, Manny's and Spano?
16     A    Correct.
17     Q    So that if I were to expand my questions to ask
18 you about whether you've done contracts for Manny's, the
19 answer would be yes?
20     A    Oh, yes.
21     Q    And if I were to ask you whether you've done
22 contracts for Spano and Valley Flooring, the answer would be
23 yes?
24     A    Correct.
25     Q    Have there also been occasions where you've not

BETSAIDA TORRES - 01/21/03                                    30

1    Q    Was that considered his own area?
2    A    That was his own personal files and we could not
3    go near those.
4    Q    So as far as whatever happened to the originals
5    and those previous contracts whose numbers got changed, you
6    have no idea what happened to them?
7    A    No.
8    Q    I just want to show you another example of these
9    numbers that got changed. Well, I should say another
10   example, because I haven't shown you an example yet.
11        Let me show you 2-VS. Just take a look at this,
12   but are you familiar not only with sort of the initial
13   contract itself, but also what are called continuation
14   sheets, which reflect the amount of moneys required to be
15   expended for the project by various subcontractors and those
16   sort of things?
17   A    Yes, that's correct.
18   Q    And I take it you see a lot of these?
19   A    Oh, yes.
20   Q    And over time, do contractors and subcontractors
21   put in for payment, based upon the percentage of completion
22   of a project?
23   A    That is correct.
24   Q    And is that why you see these over and over again
25   over the life of a contract?

BETSAIDA TORRES - 01/21/03                                      31

1  A   Yes.
2  Q   Are these continuation sheets, sheets that both
3  you and Ms. Santiago have also changed over time as a
4  contract is kind of working its way through?
5  A   Yes.
6  Q   And, again, is it Mr. Sotirion giving these to you
7  with white outs and asking you to put different numbers
8  down?
9  A   That is correct.
10 Q   And the reason for him doing that, you simply
11 don't know?
12 A   No.
13 Q   And have you ever been able to sort of correlate
14 whether the numbers are increasing, decreasing?  Is that
15 something that you paid attention to or not?
16 A   No, because there was just so many.
17     (Pause.)
18 Q   This process, we'll now call sort of the cutting
19 and pasting of contracts, have you seen Mr. Sotirion do
20 that, not only with G&R, but again with Manny's and John
21 Spano?
22 A   Yes.
23 Q   With respect to John Spano and Valley Flooring,
24 what sort of services do they provide, do you know?
25 A   Manny's Plumbing?  They do all the heating of --