# EXHIBIT 8

1

I
1 - 73

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    VS.                         Case No.

JOHN DOE.

Federal Grand Jury
U.S. Courthouse
1550 Main Street
Springfield, Massachusetts

Tuesday
January 21, 2003

APPEARANCE:  WILLIAM WELCH
               Assistant U.S. Attorney

WITNESS:    VERMA SANTIAGO

ORIGINAL

VERMA SANTIAGO - 01/21/03                    39

1    If we typed, then he make sure that the typing matched that

2    typing.  And then he xerox it, makes a nice clean copy.

3         Q    And then does he then sort of submit that into the

4    normal channel of paperwork required by Springfield Housing

5    Authority ---

6         A    Yes.

7         Q    --- to maintain?

8         A    Yes.

9         Q    And are you familiar with whether or not the

10   numbers that he asks that you change, whether they increased

11   the contract, decrease the contract, or do you pay attention

12   to that?

13        A    I don't pay attention, I just do whatever he tells

14   me to do.

15        Q    The contracts that he's changing, are there

16   particular names of contractors that you recall seeing over

17   and over again, that those appear to be always the ones that

18   are getting change?

19        A  ~ Yes.

20        Q    What ---

21        A    G&R.

22        Q    What else?

23        A    Manny's Plumbing, the same one, John Spano.  Seems

24   like we always type in the same ones.

25        Q    Okay.  How about Mr. Ware, does he fall in that

VERMA SANTIAGO - 01/21/03                    40

1    category?

2        A    I don't do that many, but I've done some for him.

3        Q    So as far as ones that you have done with greater

4    frequency, you recall them as being the G&R contracts, the

5    Manny's contracts and the John Spano contracts?

6        A    John Spano.

7        Q    And then less frequently, contracts related to

8    Frank Ware and his entities?

9        A    Yes.

10                        (Grand Jury Exhibit No. 2-VS

11                        marked.)

12        Q    BY MR. WELCH:   I'm going to show you what's marked

13    as Grand Jury Exhibit 2-VS.   And this is a, just an example

14    of the type of document that you had a memory where you

15    would receive instructions from Mr. Sotirion to type over

16    numbers that he had whited out; is that correct?

17        A    That's correct.

18        Q    And it's this type of document that you can recall

19    him carefully whiting out the numbers and making sure that

20    they matched and aligned with the previous contract or the

21    previous document that he was now correcting?

22        A    Yes.   But it's more this one.

23        Q    Okay.   So let's take a look at that.

24             The third page of 2-VS is something called a

25    continuation sheet; is that a document that you're familiar

1  with?

2      A    Yes.

3      Q    And is this a document that the contractors have

4  to submit periodically as they complete different phases or

5  go through different phases of completion of the contract?

6      A    That's correct.

7      Q    And is it this particular document with numbers on

8  it that you can recall Mr. Sotirion whiting out numbers and

9  adding new numbers and those sorts of things?

10      A    Yes.

11      Q    So with respect to say G&R contracts and Manny's

12  contracts and John Spano contracts, you would actually see

13  him change the numbers over the course of the contract?

14          Do you understand what I mean?

15      A    No.

16      Q    Meaning, there could be several different

17  submissions of these continuation sheets, where the numbers

18  would be changed; is that right?

19      A    Yes.

20      Q    So it's not that this just happens at the time of

21  the bid opening, this can happen as the contract is

22  progressing with Springfield Housing Authority?

23      A    Yes.

24      Q    And just based on your knowledge generally, these

25  numbers are initially being submitted by the contractor as

1    that, did you feel obligated to do it?

2        A    No.

3        Q    Why would you do it?

4        A    I did it because I thought it was just my job.

5        Q    Okay.  So he would ask you to do something like

6    that and you would trust him in believing that whatever he

7    was asking you was appropriate?

8        A    Yes.

9        Q    And just to reiterate, you were talking about how

10   the numbers would change on some of the contracts in the

11   continuation sheets.  You would recall that that occurred

12   with the most frequency with G&R Associates, Manny's

13   Plumbing and John Spano contracts?

14       A    Yes.

15       Q    And a little bit less so with Mr. Ware?

16       A    Yes.

17       Q    Do you recall doing either personal work or what

18   I'll call the contractual work for an entity called

19   RAC Builders, did you ever do that for them?

20       A    I recall typing some stuff for them.

21       Q    But off the top of your head, can you recall any

22   specifics?

23       A    No.

24       Q    Make sure you keep your voice up, you're just

25   trailing off a little bit, all right?

VERMA SANTIAGO - 01/21/03                    46

1    A    Okay.

2    Q    How about an entity called M&D Remodeling, do you

3    remember doing anything for them?

4         And if you don't, you don't.

5    A    No.

6    Q    Okay.  Do you remember doing any, you yourself,

7    doing any personal work for a contractor by the name of Paul

8    Bannick?

9    A    No.

10   Q    Okay.  Did Ms. Torres, to your knowledge, do some

11   work for Paul Bannick?

12   A    Yes.

13   Q    Over the years, have you seen Mr. Sotirion receive

14   frequent visits from some of these contractors?

15   A    Yes.

16   Q    Up until the investigation began in the summer of

17   2002, who would you say were the most frequent visitors to

18   Mr. Sotirion's office among the contractors?

19   A    Gary, Frank Ware, John Spano.

20   Q    And when you referred to them as frequent

21   visitors, I mean, how often would they be by visiting?

22   A    At least once or twice a week, and some time in

23   the evening when we leave, they will be coming in.

24   Q    You mentioned John Spano, Gary Baribeau and Frank

25   Ware, how about Nick Katsounakis?

**APEX Reporting**
(617) 426-3077