# EXHIBIT 9

MAR.29.2006  4:15PM    SPFLD HSG AUTHORITY              NO.543   P.2

**JAMES BRIGHT**
Architect

36 Baldwin St.
East Longmeadow, MA 01028
p 413-525-6426
f 413-525-6427

12/6/05
Wallace
FYI
Terry

12-05-05

Terry Hogan
Assistant Executive Director
Springfield Housing Authority
25 Saab Court
Springfield, MA

Terry:

I inspected the garage at Saab Court today with Wallace Kisiel. It is a two story, concrete masonry unit building approximately 26' x 90'. The first floor is a concrete slab on grade. The second floor is supported by 2x10's 16" o.c. with a steel beam dividing the 26' span in halves. The roof is constructed of wood roof trusses with a plywood deck and a built up roof. Several problems were visible on the initial inspection. They included evidence of water running down the interior surface of the rear, 90' exterior wall. Other water damage was visible on the interior surface of other exterior walls, but not to the magnitude of the rear wall. Other problems included a crack in the floor slab approximately 25' long. Richie said the crack began as a hairline crack and has continued to grow wider. There are several areas in the front exterior wall where the mortar joints have cracked. At the easterly side of the front elevation the concrete blocks have shifted approximately ½".

The second floor is supported by 2x10's 16" o.c. spanning approximately thirteen feet. Simple engineering calculations determine this floor system can carry a load of approximately 60 lbs. per square foot. According to the Massachusetts State Building Code 780CMR the second floor space is a Storage, light Use Group which requires a floor load capacity of 125 lbs. per sq. ft. The capacity of the existing floor can be increased to acceptable limits by reducing the span of the 2x10's to 7-1/2' (running a new steel beam the length of the building at mid span on both sides of the existing steel beam).

Typically when a concrete masonry unit exterior wall is constructed the units are reinforced horizontally and vertically. Horizontal reinforcement may be a ladder type horizontal reinforcement is placed every third course and horizontal bond beams are typical at various locations, depending on the height of the wall and load bearing points. Vertically, cells are filled with mortar and rebar is inserted in the mortar before it cures. All of this reinforcement is concealed in the wall, it is not visible. Because of the reputation of the contractor involved in this building and some of the past practices that have recently come to light, I recommend the presence of the reinforcing be confirmed to be certain the building meets the structural capacities required by the Massachusetts State Building Code.

Other areas of concern that should be investigated include:

- the crack in the floor slab, what is causing it? Is there settling below the slab or footing?
- extent of mold growth in the wood roof deck and wood roof trusses
- floor drains/oil separators are required in all commercial (not residential) storage or repair garages

Please let me know how you would like to proceed. Investigating the issues and developing a cost estimate for resolving all issues will require the expertise of a mold abatement company as well as a company that can test the walls to determine the location of reinforcing that may or may not be present.

Sincerely,

*[signature]*

James Bright

MAR.29.2006   4:15PM   SPFLD HSG AUTHORITY                                NO.543   P.1

# Springfield Housing Authority

Terrence J. Hogan
Springfield Housing Authority
117 Sanderson Street
P.O. Box 1609
Springfield, MA 01107
785-4531
785-4553

| SEND TO | |
|---|---|
| Company name: Lyon & Fitzpatrick | From: Terrence J. Hogan |
| Attention: Priscilla Chesbey | Date: 3-29-06 |
| Office location: | Office location: 117 Sanderson Street |
| Fax number: 536-3773 | Phone number: 413-785-4571 OR 531 |

☐ Urgent    ☐ Reply ASAP    ☐ Please comment    ☐ Please review    ☑ For your information

Total pages, including cover: 6

**COMMENTS**

Priscilla,

I hope this will help you with the Chu Court Storage Garage. Let me know if I can be of further help.

Terry



*From Bruce*

588 SILVER STREET
AGAWAM, MA 01001
413-789-3530
FAX: 413-789-2776
WWW.ECSCONSULT.COM

## MOLD & MOISTURE REMEDIATION PLAN
### Work Plan Elements for the Springfield Housing Storage Garage

**Background:** An inspection of the Garage storage facility has shown that the rear wall and portions of the two side walls are heavily contaminated with mold. The resulting airborne mold spores and VOC off-gassing from the mold's digestive process has resulted in conditions within the facility that prohibit any prolonged exposure. Conditions favorable to mold formation have resulted from water intrusion via the rear cinder block wall. The rear wall is not painted or treated in any way to resist water intrusion. In addition, the rear gutter is breached in the center, there is no roof soffit or over-hang and water is free to flow down the slope of the roof directly onto the cinderblock wall. There is also substantial ground cover and vegetation that prevents natural drying of this location. Recommendations are provided as follows in necessary order of completion:

- Remove vegetation in at least a 10 foot perimeter around the building.
- Resolve any problems related to roof leakage. If roof replacement needed attempt to extend roofing beyond the rear wall (establish soffit) and discard/ replace and plywood sheathing that has been water damaged or mold compromised.
- Repair/ Replace rear roof rain gutter. Ensure that gutter has sufficient capacity and downspouts for the area of roof requiring drainage.
- During a period of at least 3 days of dry weather apply forced hot to the interior rear wall. Maintain conditions within the building at a temperature of between 75-80 degrees and a maximum of 45% Relative Humidity.
- Apply a moisture resistant coating to the exterior of the rear wall at the conclusion of wall drying operations
- Establish critical barriers, and negative pressure HEPA filtration within the building and conduct mold abatement where it occurs on rear and portions of the side walls. This to include physical scrubbing of cinderblock surfaces and HEPA-vacuum collection of debris. Plan on at least 48 hours of negative pressure HEPA filtration in the interior following abatement work.
- Apply a sporocide (i.e. Fiberlock or equiv EPA certified) as a mold preventative to rear and rear portions of sidewall.
- Conduct air testing and moisture testing to determine the effectiveness of the abatement actions
- Apply water resistant coating to interior wall surface.
- Make provisions to control environmental conditions within the building (i.e. heating).

This work plan has been provided by ECS at the request of the Springfield Housing Authority on October 26, 2005. No modifications are authorized without written consent of an ECS representative. Questions related to this work plan should be addressed to Douglas Auvine at ECS, 588 Silver Street, Agawam, MA. 413-789-3530.

HADDAM, CT    TAMPA, FL         AGAWAM, MA       AUBURN, MA    WAKEFIELD, MA
       BOW, NH         MARION, NY

DATE:   6 December 2005

TO:     Terrence J. Hogan

FROM:   Bruce A. Fuller

RE:     Mold and Moisture Remediation Plan for Chris Court Storage Garage

The remediation plan has begun with the awarding of a contract to have the trees and brush immediately surrounding the building removed to provide air space.   This will allow air circulation around the building and allow the building exterior to "dry out".

The gutter installed on the rear of the building has been cleaned out.   With the removal of the trees, the gutter should remain clear.

The roof sheathing appears to be only ½ inch instead of ¾ inch called for by code.   This is currently leaking.   My recommendation is to install blue tarps (FEMA roof) to completely cover the roof and stop the leaking into the building.   This is a temporary measure until the decision is made to rehab the existing building or demolish the building and start over.

The next step is to dry out the inside of the building with the four propane heaters.   This will help stop the mold and stop the metal oxidation (rusting) of the equipment stored in the building.   This will make the interior safer for employees to be in.

**If the decision is to keep the building then the rest of the recommendations as outlined in the remediation plan should be followed.**

MAR.29.2006  4:17PM   SPFLD HSG AUTHORITY                        NO.543   P.6
Jan 13 06 04:19p    JAMES BRIGHT ARCHITECT     413 525 6427              p.1

# JAMES BRIGHT
## Architect

38 Baldwin Street   East Longmeadow, MA 01028

413-525-6426   413-525-6427
phone              fax

### FACSIMILE TRANSMITTAL SHEET

DATE:
01/13/06

TO:
Wallace

FROM:
James Bright

TOTAL NO OF PAGES INCLUDING COVER:

**PLEASE DELIVER TO THE ABOVE NAMED PERSON(S) IMMEDIATELY**

Thanks for the additional info for the garages. A couple of more consultants I will include in my proposal are:

1) a structural engineer – with the loads required by the code for storage on the second floor (125 lbs.sq. ft.) and then being transferred to the foundation I will have a structural engineer confirm all the numbers and stamp the drawings.

2) A geotechnical engineer – the structural will want to know the bearing capacity of the soil which will require a geotechnical engineer. The geotechnical engineer will want a few borings to determine the types of soil in the area where the buildings will be located, especially when we know the soil conditions are not the best at some of the sites (who would have ever guessed that the past administration would have purchased or built on poor soil conditions? Did they really build on swamp land at Marble? Did they pay top price for that swamp?)

MAR-30-2006 17:40        LYON & FITZPATRICK, LLP            1 413 536 3773    P.03/08

**Springfield Housing Authority**

Terrence J. Hogan
Springfield Housing Authority
117 Sanderson Street
P.O. Box 1609
Springfield, MA 01107
785-4531
785-4559

| SEND TO | From |
|---|---|
| Company name: Lyon & Fitzpatrick | Terrence J. Hogan |
| Attention: Priscilla Chesley | Date: 3-29-06 |
| Office location: | Office location: 117 Sanderson Street |
| Fax number: 536-3773 | Phone number: 413-785-4571 OR 531 |

☐ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☑ For your information

Total pages, including cover: 6

**COMMENTS**

Priscilla,

I hope this will help you with the Chs. Court Storage Garage. Let me know if I can be of further help.

Terry

MAR-30-2006  17:39      LYON & FITZPATRICK, LLP          1 413 536 3773    P.02/08

# LYON & FITZPATRICK, LLP
### ATTORNEYS AND COUNSELORS AT LAW

ARCHER B. BATTISTA
JAMES F. DONNELLY
PETER C. CONNOR
PRISCILLA FIFIELD CHESKY
ROBERT C. SACCO
JOSEPH J. LANGE

WHITNEY PLACE
14 BOBALA ROAD
HOLYOKE, MASSACHUSETTS 01040

TELEPHONE (413) 536-4000
FACSIMILE (413) 536-3773

www.lyonfitzpatrick.com

OF COUNSEL

WILLIAM D. FITZPATRICK
CHRISTINE A. CAHILLANE

CLARKE S. LYON
(1920 - 2002)

March 30, 2006

*Via Facsimile 413-785-0394 and Regular Mail*

William M. Welch, II
Assistant United States Attorney
Department of Justice
1550 Main Street, Room 310
Springfield, MA 01103

RE:  Springfield Housing Authority
     Peter Davis Chris Court

Dear Attorney Welch:

Enclosed is a copy of a report I received from Terry Hogan regarding the Chris Court garage built by PJ Richfield and Springfield Housing Authority employees. Springfield Housing Authority discovered that there are structural issues with the way it was originally built. I believe the decision has been made to tear it down and construct a new one with proper drainage and reinforcements.

If you have any questions, please do not hesitate to contact Terry Hogan or myself.

Very truly yours,

Priscilla F. Chesky

PFC/jam
Enclosures

Cc:  Special Agent, Cliff Hedges, FBI w/ enclosures via facsimile 413-736-9192

U:\WP80\S\Springfield Housing Authority\3-30-06ltrtoattywelch.doc

**JAMES BRIGHT**
Architect

38 Baldwin St.
East Longmeadow, MA 01028
p 413-525-6426
f 413-525-6427

*12/6/05*
*Wallace*
*FYI*
*(Terry)*

12-05-05

Terry Hogan
Assistant Executive Director
Springfield Housing Authority
25 Saab Court
Springfield, MA

Terry:

I inspected the garage at Saab Court today with Wallace Kisiel. It is a two story, concrete masonry unit building approximately 26' x 90'. The first floor is a concrete slab on grade. The second floor is supported by 2x10's 16" o.c. with a steel beam dividing the 26' span in halves. The roof is constructed of wood roof trusses with a plywood deck and a built up roof. Several problems were visible on the initial inspection. They included evidence of water running down the interior surface of the rear, 90' exterior wall. Other water damage was visible on the interior surface of other exterior walls, but not to the magnitude of the rear wall. Other problems included a crack in the floor slab approximately 25' long. Richie said the crack began as a hairline crack and has continued to grow wider. There are several areas in the front exterior wall where the mortar joints have cracked. At the easterly side of the front elevation the concrete blocks have shifted approximately ½".

The second floor is supported by 2x10's 16" o.c. spanning approximately thirteen feet. Simple engineering calculations determine this floor system can carry a load of approximately 60 lbs. per square foot. According to the Massachusetts State Building Code 780CMR the second floor space is a Storage, light Use Group which requires a floor load capacity of 125 lbs. per sq. ft. The capacity of the existing floor can be increased to acceptable limits by reducing the span of the 2x10's to 7-1/2' (running a new steel beam the length of the building at mid span on both sides of the existing steel beam).

Typically when a concrete masonry unit exterior wall is constructed the units are reinforced horizontally and vertically. Horizontal reinforcement may be a ladder type horizontal reinforcement is placed every third course and horizontal bond beams are typical at various locations, depending on the height of the wall and load bearing points. Vertically, cells are filled with mortar and rebar is inserted in the mortar before it cures. All of this reinforcement is concealed in the wall, it is not visible. Because of the reputation of the contractor involved in this building and some of the past practices that have recently come to light, I recommend the presence of the reinforcing be confirmed to be certain the building meets the structural capacities required by the Massachusetts State Building Code.

Other areas of concern that should be investigated include:

- the crack in the floor slab, what is causing it? Is there settling below the slab or footing?
- extent of mold growth in the wood roof deck and wood roof trusses
- floor drains/oil separators are required in all commercial (not residential) storage or repair garages

Please let me know how you would like to proceed. Investigating the issues and developing a cost estimate for resolving all issues will require the expertise of a mold abatement company as well as a company that can test the walls to determine the location of reinforcing that may or may not be present.

Sincerely,

James Bright

MAR-30-2006 17:40    LYON & FITZPATRICK, LLP    1 413 536 3773    P.06/08



From Bruce

588 SILVER STREET
AGAWAM, MA 01001
413-789-3530
FAX: 413-789-2776
WWW.ECSCONSULT.COM

## MOLD & MOISTURE REMEDIATION PLAN
### Work Plan Elements for the Springfield Housing Storage Garage

**Background:** An inspection of the Garage storage facility has shown that the rear wall and portions of the two side walls are heavily contaminated with mold. The resulting airborne mold spores and VOC off-gassing from the mold's digestive process has resulted in conditions within the facility that prohibit any prolonged exposure. Conditions favorable to mold formation have resulted from water intrusion via the rear cinder block wall. The rear wall is not painted or treated in any way to resist water intrusion. In addition, the rear gutter is breached in the center, there is no roof soffit or over-hang and water is free to flow down the slope of the roof directly onto the cinderblock wall. There is also substantial ground cover and vegetation that prevents natural drying of this location. Recommendations are provided as follows in necessary order of completion:

- Remove vegetation in at least a 10 foot perimeter around the building.
- Resolve any problems related to roof leakage. If roof replacement needed attempt to extend roofing beyond the rear wall (establish soffit) and discard/ replace and plywood sheathing that has been water damaged or mold compromised.
- Repair/ Replace rear roof rain gutter. Ensure that gutter has sufficient capacity and downspouts for the area of roof requiring drainage.
- During a period of at least 3 days of dry weather apply forced hot to the interior rear wall. Maintain conditions within the building at a temperature of between 75-80 degrees and a maximum of 45% Relative Humidity.
- Apply a moisture resistant coating to the exterior of the rear wall at the conclusion of wall drying operations
- Establish critical barriers, and negative pressure HEPA filtration within the building and conduct mold abatement where it occurs on rear and portions of the side walls. This to include physical scrubbing of cinderblock surfaces and HEPA-vacuum collection of debris. Plan on at least 48 hours of negative pressure HEPA filtration in the interior following abatement work.
- Apply a sporocide (i.e. Fiberlock or equiv EPA certified) as a mold preventative to rear and rear portions of sidewall.
- Conduct air testing and moisture testing to determine the effectiveness of the abatement actions
- Apply water resistant coating to interior wall surface.
- Make provisions to control environmental conditions within the building (i.e. heating).

This work plan has been provided by ECS at the request of the Springfield Housing Authority on October 26, 2005. No modifications are authorized without written consent of an ECS representative. Questions related to this work plan should be addressed to Douglas Auvine at ECS, 588 Silver Street, Agawam, MA. 413-789-3530.

HADDAM, CT    TAMPA, FL
   BOW, NH    MARION, NY    AGAWAM, MA    AUBURN, MA    WAKEFIELD, MA

DATE:   6 December 2005

TO:     Terrence J. Hogan

FROM:   Bruce A. Fuller

RE:     Mold and Moisture Remediation Plan for Chris Court Storage Garage

The remediation plan has begun with the awarding of a contract to have the trees and brush immediately surrounding the building removed to provide air space. This will allow air circulation around the building and allow the building exterior to "dry out".

The gutter installed on the rear of the building has been cleaned out. With the removal of the trees, the gutter should remain clear.

The roof sheathing appears to be only ½ inch instead of ¾ inch called for by code. This is currently leaking. My recommendation is to install blue tarps (FEMA roof) to completely cover the roof and stop the leaking into the building. This is a temporary measure until the decision is made to rehab the existing building or demolish the building and start over.

The next step is to dry out the inside of the building with the four propane heaters. This will help stop the mold and stop the metal oxidation (rusting) of the equipment stored in the building. This will make the interior safer for employees to be in.

If the decision is to keep the building then the rest of the recommendations as outlined in the remediation plan should be followed.

# JAMES BRIGHT
## Architect

36 Baldwin Street   East Longmeadow, MA 01028

413-525-6426   413-525-6427
phone           fax

---

### FACSIMILE TRANSMITTAL SHEET

DATE:
01/13/06

TO:
Wallace

FROM:
James Bright

TOTAL NO. OF PAGES INCLUDING COVER:

---

**PLEASE DELIVER TO THE ABOVE NAMED PERSON(S) IMMEDIATELY**

---

Thanks for the additional info for the garages. A couple of more consultants I will include in my proposal are:

1) a structural engineer – with the loads required by the code for storage on the second floor (125 lbs.sq. ft.) and then being transferred to the foundation I will have a structural engineer confirm all the numbers and stamp the drawings.
2) A geotechnical engineer – the structural will want to know the bearing capacity of the soil which will require a geotechnical engineer. The geotechnical engineer will want a few borings to determine the types of soil in the area where the buildings will be located, especially when we know the soil conditions are not the best at some of the sites (who would have ever guessed that the past administration would have purchased or built on poor soil conditions? Did they really build on swamp land at Marble? Did they pay top price for that swamp?)

TOTAL P.08

MAR-30-2006 17:39          LYON & FITZPATRICK, LLP             1 413 536 3773    P.01/08

# LYON & FITZPATRICK, LLP
## ATTORNEYS AND COUNSELORS AT LAW

ARCHER B. BATTISTA
JAMES F. DONNELLY
PETER C. CONNOR
PRISCILLA FIFIELD CHESKY
ROBERT C. SACCO
JOSEPH J. LANGE
CHRISTINE A. CAHILLANE

WHITNEY PLACE
14 BOBALA ROAD
HOLYOKE, MASSACHUSETTS 01040

TELEPHONE (413) 536-4000
FACSIMILE (413) 536-3773

www.lyonfitzpatrick.com

OF COUNSEL

WILLIAM D. FITZPATRICK

CLARKE S. LYON
(1920 - 2002)

## FAX COVER SHEET

DATE: March 30, 2006

TO:        William Welch, Esquire

Fax No.    785-0394

FROM:      Priscilla F. Chesky, Esquire

RE:        **Springfield Housing Authority**
           **Chris's Court/ Peter Davis**

Telephone No. (413) 536-4000                    Fax No. (413) 536-3773

*[Handwritten note: Have you thought about your response to my question on Mr. Krihnicki? My client wants to know. Thanks!]*

Original Will Follow By U.S. First Class Mail _____ Other
Original Will Not Follow: __X__
Total Number of Pages: __8__ (Including cover sheet)

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND IS PRIVILEGED AND CONFIDENTIAL. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION, OTHER THAN TO THE INDIVIDUAL OR ENTITY NAMED ABOVE, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY USE IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE (AND ANY COPIES) TO THE SENDER NAMED ABOVE. THANK YOU.**