# EXHIBIT 10

JAN 06 '95 09:42 CAOLO & BIENIEK ASSOC. 734 0622



# CAOLO & BIENIEK ASSOCIATES, INC.
## ARCHITECTS AND ENGINEERS

435 COTTAGE STREET   SPRINGFIELD MASSACHUSETTS 01104
PHONE 413-734-6138                PAX 413-734-0622

## FAX TRANSMITTAL

date: **1-6-95**            time sent: _____

to: **RAY ASSELIN**
                            company name

_____
         attention

from: Caolo & Bieniek Associates, Inc.

**J.B.**
                            sender

TOTAL NUMBER OF PAGES (including this cover page): _____

re: _____

PLEASE DELIVER TO THE ABOVE NAMED PERSON(S) IMMEDIATELY...
THANK YOU

**PARTIAL PUNCH LIST FOR P.J. RICHFIELD**

JAN 06 '95 09:42 CAOLO & BIENIEK ASSOC. 734 0822

# CAOLO & BIENIEK ASSOCIATES, INC.

**ARCHITECTS & ENGINEERS**

VITO CAOLO, A.I.A.
CURTIS A. EDGIN, A.I.A.
FRANK A. GUGLIELMO, A.I.A. 1951-1990

435 COTTAGE STREET
SPRINGFIELD, MA 01104
413-734-3130
FAX 413-734-0822

## PATRICK HARRIGAN PUNCH LIST

1. Van accessible sign missing.
2. H/C sign wrong size.
3. Pavement striping incorrect spacing ( 3'-6" o.c. instead of 12" o.c.).

## JOHNNY APPLESEED PUNCH LIST

1. Van accessible signs missing (2).
2. H/C sign located at incorrect parking space.

## KATHRYNE JONES PUNCH LIST

1. R100 - insufficient clearance at masonry wall.
2. R101 - insufficient clearance at masonry wall, ramp cracked.
3. Bollards missing at parking.
4. 5" striping missing.
5. HP sign is not new.

JAN 06 '95 09:42 CAOLO & BIENIEK ASSOC. 734 0822

# CAOLO & BIENIEK ASSOCIATES, INC.

### CHRIS COURT PUNCH LIST

1. At P31 - Sign mounted at improper height.
2. At P31 - Accessible aisle incorrect width.
3. At P31 - Stripping incorrect.
4. P30 - Missing (including items mentioned in 1-4 above).
5. CC - 31 Missing
6. CC - 32 Missing
7. R - 50 Cracked
8. R50 - Improper spacing of handrail from brick wall.
9. R51 - Improper spacing of handrail from brick wall.
10. R51 - Handrails at incorrect height.
11. R51 - Base of vertical supports rusting.
12. R54 - Spacing largert han 6" at guard rail.

JAN 06 '95 09:43 CAOLO & BIENIEK ASSOC. 734 0822

**CAOLO & BIENIEK
ASSOCIATES, INC.**

## MOXON SITE WORK PUNCH LIST

1. Drain cover not replaced.
2. Mail boxes not moved.
3. Concrete curb stops not removed from P20.
4. Concrete curb stops not removed from P21.
5. Concrete curb stops not removed from P22.
6. Striping incorrect at P20.
7. Striping incorrect at P21.
8. Striping incorrect at P22.
9. No H/C sign at P20.
10. No H/C sign at P21.
11. No H/C sign at P22.