# EXHIBIT 11

To: Terrence Hogan

From: Wallace Kisiel

Re: Handicapped Ramps

Date: Friday, August 18, 2006

Cc: File
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

A recent survey of the Federal Developments that have handicapped ramps showed that all have rust stains on them from the type of sleeves that were used during construction, and that most have cracked and or settled causing trip hazards and placing the Housing Authority in a position of non-compliance with the Access Board. The list is as follows:

| Development | Need to be Replaced | Satisfactory |
|---|---|---|
| Riverview | 31 | 10 |
| Sullivan | 9 | 3 |
| Tri-Towers | 1 | 1 |
| Kathryn Jones | 3 | 1 |
| Pine Renee | 0 | 2 |
| Central Elderly | 0 | 2 |
| Johnny Appleseed | 0 | 1 |
| Marble | 0 | 1 |
| Christopher Court | 1 | 3 |
| Totals | 45 | 24 |

As you know, we have already replaced six (6) of the 14 ramps at Moxon apartments.

Depending on the approach taken to replace the ramps, the cost would range between $5,000 & $10,000 each ($225,000 to $450,000).

Government Exhibit
303
04-30033-MAP