# EXHIBIT A

FD-302a (Rev. 10-6-95)

194B-BS-90535-302

Continuation of FD-302 of ____Joseph Asselin_____ , On __07/28/2006__ , Page __6__

in 1997. This was because it coincided with DAVIS closing the books on his last SHA project.

DAVIS wanted to pay some of ASSELIN'S construction costs as a way to settle his debt with RAY SR. RAY SR. explained DAVIS could pay RAY SR "dollar for dollar" and RAY SR. would get 100% of the value owed to him. DAVIS could pay for concrete work, lumber work, and brick work. RAY SR. said if DAVIS paid RAY SR. in cash, DAVIS would have to pay taxes on the cash and this amount would be deducted from the amount owed RAY SR. RAY SR. said if DAVIS paid for ASSELIN'S construction costs, DAVIS could "write it off as materials and labor", in other words, deduct the costs from his taxes. RAY SR. said this was his gift to ASSELIN.

RAY SR. asked ASSELIN for a list of the vendors who were working on ASSELIN'S house. The lumber vendor was SPRINGFIELD LUMBER. The "brick man" was JACK MATOUSE and the concrete vendor was ROY & DUTIL. When RAY SR. heard the lumber and brick vendors, he responded, "Good, Peter has used those guys too." RAY SR. was not sure about ROY & DUTIL. There was a fourth vendor paid by DAVIS, TOUSSAINT BROTHERS, who did the framing. ASSELIN was not sure if the TOUSSAINTS had previously worked for DAVIS.

While construction was proceeding, RAY SR. would ask ASSELIN for the bills, "How much you owe your concrete guy? You got a bill? I'll give it to Peter. Peter needs to pay his bills." ASSELIN actually paid MATOUSE before he finished his work because DAVIS wanted to get the bill paid. ASSELIN never went over 30 days on his lumber bills because of DAVIS. ASSELIN received the checks for the framers ahead of time and held them until the framers were done.

At some point, RAY SR. asked ASSELIN for copies of the lumber bills to give to DAVIS. ASSELIN did not receive any checks directly from DAVIS. The checks were always delivered through his father. MATOUS may have received one check directly from DAVIS.

Once the bills were paid in 1997, ASSELIN did not hear about/from DAVIS until a chance meeting in 2000/2001. DAVIS may have been in town for a wedding, and ASSELIN happened to run into him one day. DAVIS told ASSELIN, "I hear you have a nice (or a beautiful) house." ASSELIN responded it was nice and

FD-302a (Rev. 10-6-95)

194B-BS-90535-302

Continuation of FD-302 of __Joseph Asselin__ , On 07/28/2006 , Page __7__

thanked DAVIS. DAVIS said he was glad everything had worked out. DAVIS said, "It worked for both of us." ASSELIN took this statement to mean, "I got a nice house, my father got repaid, and Peter got to deduct the payments on his taxes."

After the wedding, ASSELIN asked RAY SR. about DAVIS and if he was worried about being investigated. RAY SR. said DAVIS was "sitting okay" because the IRS only goes back so far to audit taxes and the time for auditing 1997 and the bills paid for ASSELIN'S house had passed. ASSELIN responded he was glad DAVIS was not worried.

Regarding the other vendors used to build his house, as construction progressed, ASSELIN realized that all of the vendors obtained by his father were also vendors for SHA. ASSELIN had considered using someone for the electrical work, but his father wanted to use a SHA vendor. RAY SR. told ASSELIN, "we're gonna run it all through Manny", regarding the heating work. ASSELIN was aware these vendors had also been awarded contracts at other housing authorities. ASSELIN by this time knew that these vendors owed his father money for "fees" or commission for work his father had generated for them and were basically working on his house for free.

DAVIS was the only vendor who asked for documents or wanted to get billed for payment. The one exception was for a shed that was built in the backyard. GARY BARIBEAU, owner of G & R CONSTRUCTION (G&R), asked for a bill for the shed.

**RAY ASSELIN SR.'S RELATIONSHIP WITH VENDORS**

ASSELIN stated, "I knew my Dad had leverage over all the vendors." ASSELIN used an example of an incident with EASTERN ELECTRONICS. ASSELIN had been trying to get EASTERN ELECTRONICS to the new house to install an alarm and central vac system. Initially, ASSELIN was told they would be there in two weeks. ASSELIN called and complained to his father. After his father spoke with the vendor, they came the next day.

ASSELIN felt that his father deserved the commissions he received from the vendors. GARY BARIBEAU, owner of G & R CONSTRUCTION, and NICK KATSOUNAKIS, owner of MANNY'S, were just tradesmen before they started doing business with RAY SR. They never had the wherewithal to put contracts together without help