UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 04-30033-MAP |
| RAYMOND ASSELIN, SR., et al. | |
| Defendants. | |

## DEFENDANT PETER DAVIS'S WITNESS LIST

Defendant Peter Davis hereby submits the following list of individuals that may be called as witnesses during his case-in-chief. The defendant reserves the right to call any record keeper witnesses necessary related to any trial subpoenas served on behalf of the defendant in connection with this matter. The defendant further reserves the right to call any of the individuals identified on the government's witness list, and reserves the right to amend or supplement this list:

- Angelo Bilionis
- Nona Bilionis
- Petra Cervoni
- Priscilla Chesky
- Dorothy Davis
- Elias Velonis

1

        Respectfully submitted,

        PETER DAVIS

        By his attorneys,

         **/s/ James C. Rehnquist**
        James C. Rehnquist (BBO # 552602)
        Kathleen Luz (BBO # 643278)
        William J. Trach (BBO #661401)
        GOODWIN PROCTER LLP
        Exchange Place
        Boston, MA 02109-2881
        (617) 570-1000

Dated: September 14, 2006

## CERTIFICATE OF SERVICE

    I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on September 14, 2006.

         **/s/ James C. Rehnquist**
        James C. Rehnquist

LIBA/1729325.1