**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

Main Reception: (413) 785-0235
Facsimile.      (413) 785-0394

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 14, 2006

**BY REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:  United States v. Raymond Asselin, et al.
         Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    Please find enclosed an excerpt of Government Exhibit 305, the Code of Policies and Procedures of the Springfield Housing Authority. The entire exhibit will be available for you to inspect and/or copy at your convenience. In addition, please find enclosed copies of business records certifications for Scott Channell and Deborah Barton.

                      Very truly yours,

                      MICHAEL J. SULLIVAN
                      United States Attorney

        By: _____
                      STEVEN H. BRESLOW
                      Assistant U.S. Attorney

Encl.
cc: Clerk of the Court (MAP) (w/o enclosure)