UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 04-30033-MAP |
| RAYMOND ASSELIN, SR., et al. | |
| Defendants. | |

## DEFENDANT PETER DAVIS'S TRIAL EXHIBIT LIST

Defendant Peter Davis hereby submits his Trial Exhibit List for the jury trial currently scheduled for September 18, 2006. Mr. Davis reserves the right to supplement and amend this list. Mr. Davis further reserves the right to offer as evidence additional documents as needed for cross-examination, impeachment or rebuttal. Finally, Mr. Davis reserves the right to introduce any exhibit appearing on the United States of America's exhibit list.

Mr. Davis further states that he includes certain exhibits without waiver or limitation of his right to object to any exhibit, on grounds of authenticity, competency, relevancy, materiality, privilege, admissibility as evidence for any purpose, or any other ground.

| EXHIBIT NUMBER | DATE | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|---|
| A. | 12/29/1986 | Articles of Organization filed with the Office of the Massachusetts Secretary of State for P.J. Richfield, Inc. | | | |
| B. | 11/10/1987 | Articles of Organization filed with the Office of the Massachusetts Secretary of State for Countryview Development Corp. | | | |
| C. | 08/05/1988 | Promissory Note in the amount of $600,000 between The First National Bank of Boston and P.J. Richfield, Inc. for 14 lots at Mark Twain Estate | | | |

1

| EXHIBIT NUMBER | DATE | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|---|
| D. | 08/05/1988 | Mortgage in the amount of $600,000 between The First National Bank of Boston and P.J. Richfield, Inc. for 14 lots at Mark Twain Estate | | | |
| E. | 08/05/1988 | Guaranty of payment between The First National Bank of Boston and P.J. Richfield, Inc. | | | |
| F. | 08/09/1991 | Letter from Riemer & Braunstein to P.J. Richfield demanding payment of outstanding obligations pursuant to the $600,000 Note between The First National Bank of Boston and P.J. Richfield, Inc. for 14 lots at Mark Twain Estate | | | |
| G. | 11/04/1991 | Letter from Riemer & Braunstein to P.J. Richfield giving notice of a foreclosure auction sale of remaining lots to decrease outstanding obligations pursuant to the $600,000 Note between The First National Bank of Boston and P.J. Richfield, Inc. for 14 lots at Mark Twain Estate | | | |
| H. | 01/15/1992 | Complaint filed on behalf of First National Bank of Boston demanding payment of outstanding obligations pursuant to the $600,000 Note between The First National Bank of Boston and P.J. Richfield, Inc. for 14 lots at Mark Twain Estate | | | |
| I. | 1990 | Springfield Housing Authority Meeting Minutes | | | |
| J. | 1991 | Springfield Housing Authority Meeting Minutes | | | |
| K. | 1992 | Springfield Housing Authority Meeting Minutes | | | |
| L. | 1993 | Springfield Housing Authority Meeting Minutes | | | |
| M. | 1994 | Springfield Housing Authority Meeting Minutes | | | |
| N. | 1995 | Springfield Housing Authority Meeting Minutes | | | |
| O. | 1996 | Springfield Housing Authority Meeting Minutes | | | |

| EXHIBIT NUMBER | DATE | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|---|
| P. | 1997 | Springfield Housing Authority Meeting Minutes | | | |
| Q. | 1998 | Springfield Housing Authority Meeting Minutes | | | |
| R. | 1999 | Springfield Housing Authority Meeting Minutes | | | |
| S. | 2000 | Springfield Housing Authority Meeting Minutes | | | |
| T. | 2001 | Springfield Housing Authority Meeting Minutes | | | |
| U. | 2002 | Springfield Housing Authority Meeting Minutes | | | |
| V. | 06/25/1993 | P.J. Richfield, Inc. General Bid for ADA/504 Modifications at 14 Developments – Contract No. 35-C-1993-2-8 | | | |
| W. | 06/25/1993 | R.A.C. Builders, Inc. General Bid for ADA/504 Modifications at 14 Developments – Contract No. 35-C-1993-2-8 | | | |
| X. | 06/25/1993 | Memo from Raymond Asselin to Arthur Sotirion re: recap of received bids, architect's recommendation and legal review | | | |
| Y. | 08/12/1993 | Letter from James Bright to Peter Davis re: handrail construction | | | |
| Z. | 08/26/1993 | Transmittal letter from Judith A. Collins of ZRC Products Company to Peter Davis enclosing Underwriters Laboratories reports on the cold galvanizing process | | | |
| AA. | 12/20/1993-05/20/1994 | Construction Meeting Minutes, dated 12/20/1993 through 05/20/1994, for ADA/504 Interior project | | | |
| BB. | Undated | Handwritten note on P. J. Richfield stationery captioned "Handycap Rail Type" | | | |
| CC. | 02/02/1994 | Letter from David Myers to Arthur Sotirion explaining that HUD must approve contract changes only when the modification exceeds the scope or $25,000 | | | |

| EXHIBIT NUMBER | DATE | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|---|
| DD. | 09/20/1996 | P.J. Richfield General Bid for Unit Modifications and Repairs at Christopher Court – Contract No. 35-14-1996-1-11 | | | |
| EE. | 03/12/1997 | Contract to Purchase 9 Overlook Street, Newburyport, MA between Lena Simonetti and Dorothy Davis | | | |
| FF. | 03/26/1997 | Purchase and Sale Agreement for 9 Overlook Street, Newburyport, MA between Lena Simonetti and Dorothy Davis | | | |
| GG. | 05/09/1997 | Quitclaim Deed for 9 Overlook Street, Newburyport, MA between Lena Simonetti and Dorothy Davis | | | |
| HH. | 05/14/1997 | P.J. Richfield General Bid for Low Rise Renovations at Riverview Apartments MA 35-1 – Contract No. 35-1-1997-1-8 | | | |
| II. | 12/08/1997 | Real Estate Listing Agreement and Addendum between Nona Bilionis and Dorothy Davis for the listing of 17 Lynnwood Drive, Longmeadow, MA | | | |
| JJ. | 12/21/1997 | MLS listing sheet for 17 Lynnwood Drive, Longmeadow, MA | | | |
| KK. | 02/23/1998 | Purchase and Sale Agreement for 17 Lynnwood Drive, Longmeadow, MA between Dorothy Davis and Ravi Madabhushi | | | |
| LL. | 03/31/1998 | Warranty Deed for 17 Lynnwood Drive, Longmeadow, MA between Dorothy Davis and Ravi Madabhushi | | | |
| MM. | 06/04/1998 | P. J. Richfield General Bid for the Re-Bid of Project A Modernization of 7 Federal Developments – Contract No. 35-C-1998-4-5 | | | |
| NN. | 06/04/1998 | P. J. Richfield General Bid for the Re-Bid of Project B Modernization of 6 Federal Developments – Contract No. 35-C-1998-5-6 | | | |
| OO. | 03/06/2003 | Union-News Newspaper article titled "Housing Director Suspended" | | | |

| EXHIBIT NUMBER | DATE | DESCRIPTION OF EXHIBIT | REC'D | ADM'D | WITNESS |
|---|---|---|---|---|---|
| PP. | | Checks and Summary for P. J. Richfield Fleet Bank Account No. 3501002011 for checks from 1998 to close of account | | | |
| QQ. | | Springfield Housing Authority Vendor Payment s to R.A.C. Builders, Inc. from 06/14/90 through 02/27/01 | | | |
| RR. | 10/23/97 | Check number 193 from Dorothy Davis to the City of Newburyport | | | |
| SS. | 01/20/98 | Check number 202 from Dorothy Davis to the City of Newburyport | | | |
| TT. | 10/02/89 | Springfield Housing Authority Meeting Minutes | | | |
| UU. | | Summary of Projects In Which P.J. Richfield Was The Lowest Responsive Bidder | | | |
| VV. | | Summary of Projects In Which P.J. Richfield Was and Was Not The Lowest Responsive Bidder | | | |
| WW. | | Summary Chart, Bids Submitted and Won, R.A.C. Builders | | | |
| XX. | 11/15/96 | Letter from Traveling Plumbing to P.J. Richfield re Christopher Court | | | |
| YY. | 12/10/96 | Letter from Reinhardt Associates to the Springfield Housing Authority re Christopher Court | | | |

Respectfully submitted,

PETER DAVIS

By his attorneys,

 /s/ James C. Rehnquist
James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: September 15, 2006

**CERTIFICATE OF SERVICE**

      I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on September 15, 2006.

                                                                           **/s/ James C. Rehnquist**
                                                                           James C. Rehnquist

LIBA/1723707.2