

U.S. Department of Justice

United States Attorney
District of Massachusetts

FILED
CLERK'S OFFICE

2006 SEP 25 P 4: 30

*Main Reception: (413) 785-0235*
*Facsimile:       (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

September 25, 2006

**BY FACSIMILE AND REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:  United States v. Raymond Asselin, et al.
          Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    Please find enclosed business records certifications for Government Exhibits 192, 205, 207, and 222.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

             By:      */signature/*
                            STEVEN H. BRESLOW
                            Assistant U.S. Attorney

cc: ✓Clerk of the Court (MAP) (w/o enclosure)