# Exhibit 1


# LYON & FITZPATRICK, LLP
ATTORNEYS AND COUNSELORS AT LAW

ARCHER B. BATTISTA
JAMES F. DONNELLY
PETER C. CONNOR
PRISCILLA FIFIELD CHESKY
ROBERT C. SACCO
JOSEPH J. LANGE
MICHAEL S. GOVE

OF COUNSEL

WILLIAM D. FITZPATRICK
CHRISTINE A. CAHILLANE

CLARKE S. LYON
(1920 - 2002)

September 28, 2006

*Via Facsimile 617-523-1231 and Regular Mail*

Kathleen Luz
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

RE: United States of America
v. Peter Davis
Springfield Housing Authority

Dear Attorney Luz:

I received a Subpoena from your office regarding investigation and employee interview notes on Monday, September 25, 2006.

There are several legal questions that I have to resolve before responding to the Subpoena. One issue being the attorney/client privilege issue; Attorney Terry Nagel is assisting me with that review. However, he is on trial in the Federal District Court in Boston this week. I have an appointment to meet him Monday afternoon, October 2, 2006 to discuss the responses to the Subpoena.

I hope you will allow us that time to respond. I also wish to point out that you may be able to locate most or all of what you have requested in the United States Attorney's Office as these are all documents that were subpoenaed earlier in this case.

If you have any questions, please do not hesitate to contact my office.

Very truly yours,

Priscilla Fifield Chesky