UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | NO. 04CR30033-MAP |
| V. ) | |
| ) | |
| RAYMOND ASSELIN, SR., ET AL. ) | |

## MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER BY SPRINGFIELD HOUSING AUTHORITY

The Springfield Housing Authority, Keeper of the Records, by its counsel, (hereinafter "SHA"), hereby moves this Court pursuant to Rule 17 (c)(2) to quash and/or modify the subpoena issued by the Defendant, Peter Davis to the Keeper of the Records of Springfield Housing Authority dated September 14, 2006 and received by the counsel for the SHA on September 25, 2006. A copy of the Subpoena is attached hereto as Exhibit A. and its Memorandum in support is attached as Exhibit B. An affidavit is attached as Exhibit C.

In support of this Motion, SHA requests:

1. That the Court set a reasonable time frame for the period of time covered by said documents;

2. That the Court allow the redaction of sensitive information from the Executive Session Minutes of the SHA as to matters not related to Peter Davis or P. J. Richfield either by relying on counsel for SHA to redact or to have counsel to submit said documents to the Court by means of an in camera review with counsel's notations as to proposed redacted information.

SHA further states as grounds for this motion that:

1. The substance of the subpoenas is too broad as to the time period covered and the voluminous nature of the documents; and

2. The subpoena is unduly burdensome both as to the number of documents to be produced and the exposure of SHA to harm.

**Wherefore**, it is respectfully requested that the subpoena served on the Keeper of the Records for the Springfield Housing Authority be quashed and/or modified; and that a hearing on this motion be scheduled.

SPRINGFIELD HOUSING AUTHORITY

By: *SJ Lange*                    BY: *Priscilla Fifield Chesky*

Joseph J. Lange, Esq.              Priscilla Fifield Chesky, BBO#550003
BBO#564577                         LYON & FITZPATRICK, LLP
LYON & FITZPATRICK                 14 Bobala Road
14 Bobala Road                     Holyoke, MA 01040
Holyoke, MA 01040                  (413) 536-4000
(413) 536-4000                     (413) 536-3773 fax
JLange@lyonfitzpatrick.com         PChesky@lyonfitzpatrick.com

Dated: October 2, 2006

### CERTIFICATE OF SERVICE

I, Priscilla Fifield Chesky, hereby certify that this document filed through the ECF will be sent electroinically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on October 2, 2006 and I caused a copy of the within document to be served on the Plaintiffs and the Defendant by causing a copy thereof to be mailed, postage prepaid, and facsimiled, to the attorneys of record for Plaintiff and Defendant as follows:

Steven Breslow, AUSA              James Rehnquist, Esq.
United States Attorneys Office    Goodwin Proctor, LLP

1550 Main Street  
Springfield, MA  01103

Exchange Place  
Boston, MA  02109

/s/ Priscilla Fifield Chesky  
Priscilla Fifield Chesky