AO89 (Rev 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____Massachusetts_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUBPOENA IN A CRIMINAL CASE** |
| V. | |
| PETER DAVIS | Case Number: 04-CR-30033-MAP |

TO: Keeper of the Records
Springfield Housing Authority
25 Saab Court
Springfield, MA 01101

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Federal Building and Courthouse<br>1550 Main Street<br>Springfield, Massachusetts 01103<br>(413) 735-0015 | No. 1, 5th Floor |
| | DATE AND TIME<br>September 25, 2006 |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attached Schedule A

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| SARAH A. THORNTON<br>(By) Deputy Clerk<br>*[signature]* | SEP 14 2006 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
James C. Rehnquist, Esq.
Goodwin Procter LLP
Exchange Place, Boston MA 02109 (617) 570-1000

## SCHEDULE A – SPRINGFIELD HOUSING AUTHORITY

### Instructions

1. Any request propounded in the disjunctive shall also be read as if propounded in the conjunctive and vice versa. Any request propounded in the masculine shall also be read as if propounded in the feminine and vice versa. Any request propounded in the singular shall also include the plural.

2. In accordance with Fed. R. Crim. P. 17(c)(1), you are to produce for inspection and copying documents described below that are in your possession, custody, or control.

3. Documents are to be produced as they are kept in the normal course of business.

4. In production of documents, please specify under which paragraph or paragraphs below a document or documents are produced.

5. If you withhold responsive information on a claim that it is privileged, you shall make such claim expressly and provide a description of the documents, communications, or things not produced that is sufficient to enable Peter Davis to contest the claim.

## Definitions

1. "Concerning" means discussing, describing, referring to, reflecting, containing, analyzing, studying, reporting on, commenting on, evidencing, constituting, setting forth, considering, recommending, or pertaining to in whole or in part.

2. "Document" shall include writings, memoranda, reports, studies, summaries, notes (whether typewritten, handwritten, or otherwise), charts, tables, computer printouts, computer databases, electronic mail or other electronic communications or correspondence, and any other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form. A draft or non-identical copy is a separate document within the meaning of this term and must be produced if responsive to these requests.

3. "You" means your company or corporate entity, affiliates, subsidiaries, parents, or d/b/a's.

## Requests

1. All documents (including, but not limited to, documents created by or received by counsel for the SHA) regarding any internal or external investigation of the Springfield Housing Authority, including but not limited to memoranda reflecting witness interviews, notes of such interviews, and any reports, summaries, or findings concerning such investigations.

LIBA/1732231.1