UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 OCT -3 A 8: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
)  NO. 04CR30033-MAP
V. )
)
RAYMOND ASSELIN, SR., ET AL. )

## MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER BY SPRINGFIELD HOUSING AUTHORITY

The Springfield Housing Authority, Keeper of the Records, by its counsel, (hereinafter "SHA"), hereby moves this Court pursuant to Rule 17 (c)(2) to quash and/or modify the subpoena issued by the Defendant, Peter Davis to the Keeper of the Records of Springfield Housing Authority dated September 14, 2006 and received by the counsel for the SHA on September 25, 2006. A copy of the Subpoena is attached hereto as Exhibit A.

Prior subpoenas have been served on SHA by both the prosecution and defense counsel. All of the documents requested therein have been turned over to the Court and the requesting party. During the week of September 18, 2006, counsel for Mr. Davis and counsel for the Springfield Housing Authority had several conversations regarding investigation reports and witness statements. It was noted by counsel for the SHA that the subpoenas served on SHA did not cover these documents. Counsel for Mr. Davis indicated that they would serve another subpoena that was more specific and counsel for SHA agreed to accept

service. This is the subpoena in question which was received by counsel for SHA on Monday September 25, 2006.

In response to the subpoena dated September 13, 2006 requesting " all correspondence between the SHA (including, but not limited to, counsel for the SHA) and the United States Attorney's Office, the Federal Bureau of Investigation, or any other law enforcement agency regarding P.J. Richfield, Inc., Peter Davis, or any of the facts alleged in United States v. Asselin, et al., Crim. No. 04-30033-MAP," documents were provided to the court and counsel for the prosecution and defense. This included copies of correspondence between Attorney Chesky and AUSA Welch in response to a grand jury subpoena. These letters detail the documents turned over to the Grand Jury in 2004 and 2005. Said exculpatory material are discoverable through the United States Attorney and are included in previous productions by SHA

SHA states that the subpoena is overly broad in time and space. For example, the Springfield Housing Authority has been the subject of several investigations, both external and internal in nature, and has conducted its own internal investigations. Some of these investigations are ongoing. These investigations, whether conducted by SHA or an outside entity, may relate not only to this federal corruption investigation, but other such investigations and may also relate to tenant fraud, employee fraud, theft of property, discrimination, employee disciplinary matters, etc. Most of the information contained in these reports is confidential and privileged as to the specific tenant and/or employee and

might, at best, be either tangentially related or entirely unrelated to Mr. Davis or to another federal corruption investigation.

Counsel for SHA requests the Court modify and/or quash the subpoena in question because it does not indicate for what period of time these documents are requested. It is an open ended request that covers no specific time frame and arguably could cover from the beginning of the SHA to the present. Such an open ended request is overly broad and unduly burdensome on the alleged victim, SHA, in this matter.

Furthermore due to the breadth of the request it appears that the subpoena is being used as a discovery device and a fishing expedition on behalf of Mr. Davis. All of said documents as relates to Attorney Chesky's investigation have been produced pursuant to a Grand Jury subpoena to the United States Attorneys Office and were and are discoverable through that office.

Reports of investigations of any nature are made by the reporting party to the Board of Commissioners for the Springfield Housing Authority in either, Executive Session or in Open Session, depending on the requirements of State law. Copies of the Open Session minutes could be provided by the Keeper of the Records for the Springfield Housing Authority but a reasonable time frame should be set for the disclosure of the Open Session minutes. With respect to the minutes kept for Executive Session, the SHA states that these minutes may contain references to matters completely unrelated to this matter and protected from disclosure by State law. The SHA objects to the release of information that potentially has no relation to Mr. Davis and states that counsel is then required to

redact that information from those minutes which may potentially expose SHA to harm. This is a time consuming process and unduly burdensome on SHA without a more specific request in time and/or scope.

If a reasonable time frame is set for the scope of the documents the Housing Authority proposes to produce copies of the Executive Session minutes prior to redaction for an in camera review with notations indicating what the Housing Authority would propose to redact.

In order to comply with the subpoena and produce the records as requested therein, counsel estimates that it would take numerous man hours to sort, redact and copy the documents. SHA understands the time crunch of the trial and will work within a reasonable time specified by the court to produce these documents if so ordered and with the subpoena duly modified so as to protect SHA from liability for disclosing confidential information unrelated to Mr. Davis.

Most importantly, the Housing Authority is concerned that the subpoena by its breadth seeks confidential information regarding employees or other individuals who may have other employment and/or related matters in front of the Housing Authority Board of Commissioners or in other venues (for example Massachusetts Commission Against Discrimination, Civil Service Commission and other venues.) The subpoena requests "all documents (including, but not limited to, documents created or received by counsel for the SHA) regarding any internal or external investigation of the Springfield Housing Authority, including but not limited to memoranda reflecting witness interviews, notes of such interviews, and any reports, summaries or findings concerning such

investigations". Some of these matters may be ongoing and disclosure of these reports may compromise those ongoing matters. These employees which may be the subject of the investigations or reports are entitled to their privacy and the SHA is entitled to the protection of its defense and strategy from disclosure in the event these reports involve potential legal action whether civil or criminal in nature. The reports may also be generated by counsel other than Attorney Chesky.

**Wherefore**, it is respectfully requested that the subpoena served on the Keeper of the Records for the Springfield Housing Authority be quashed and/or modified as stated herein.

SPRINGFIELD HOUSING AUTHORITY

By:_____     BY: _/s/ Priscilla Fifield Chesky_

Joseph J. Lange, Esq.              Priscilla Fifield Chesky, BBO#550003
BBO#564577                         LYON & FITZPATRICK, LLP
LYON & FITZPATRICK                 14 Bobala Road
14 Bobala Road                     Holyoke, MA 01040
Holyoke, MA 01040                  (413) 536-4000
(413) 536-4000                     (413) 536-3773 fax
JLange@lyonfitzpatrick.com         PChesky@lyonfitzpatrick.com

Dated: October 2, 2006

CERTIFICATE OF SERVICE

I, Priscilla Fifield Chesky, hereby certify that this document filed through the ECF will be sent electroinically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on October 2, 2006 and I caused a copy of the within document to be served on the Plaintiffs and the Defendant by causing a copy thereof to be mailed,

postage prepaid, and facsimiled, to the attorneys of record for Plaintiff and Defendant as follows:

Steven Breslow, AUSA  
United States Attorneys Office  
1550 Main Street  
Springfield, MA 01103

James Rehnquist, Esq.  
Goodwin Proctor, LLP  
Exchange Place  
Boston, MA 02109

Priscilla Fifield Chesky