UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) NO. 04CR30033-MAP |
| V. | ) |
| | ) |
| RAYMOND ASSELIN, SR., ET AL. | ) |

AFFIDAVIT OF PRISCILLA FIFIELD CHESKY

I, Priscilla Fifield Chesky, do depose and say under the penalties of perjury:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts. I am a partner at the Holyoke, Massachusetts law firm of Lyon & Fitzpatrick, LLP, and am counsel for the Springfield Housing Authority with respect federal investigations. I make this Affidavit in support of the Springfield Housing Authority's Motion to Quash and/or Modify a Subpoena in this matter.

2. The Springfield Housing Authority is the alleged victim of the allegations contained in the criminal indictments in this matter.

3. On September 13, 2006, a subpoena was served on the Springfield Housing Authority. All documents requested therein have been provided to the court. A second subpoena was served on the Springfield Housing Authority and all said documents requested therein have been provided pursuant thereto.

4. As the Housing Authority attempted to comply with the above requests, counsel for Mr. Davis and I had several conversations related to the compliance therein and what documents would be provided.

5. Counsel for Mr. Davis, in said conversation, indicated that they were requesting documents relating to investigation reports and witness statements and employee interviews. Said documents were not specified in the above subpoena requests. A request was made by counsel for Mr. Davis for the undersigned to accept service of said subpoena and I agreed. The subpoena was addressed to the Springfield Housing Authority Keeper of the Records and was received by the undersigned's office on Friday September 22, 2006 but not seen by the undersigned until Monday September 25, 2006. The subpoena calls for the production on the same day it was seen by counsel.

6. Counsel for the Springfield Housing Authority was preparing for two trials last week which are both scheduled for the week of October 2, 2006.

7. It is unclear to counsel as to the period of time in scope for the documents. Furthermore, the documents, as requested, may involve reports that are unrelated to Mr. Davis and/or P.J. Richfield.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 2nd day of October, 2006.

Priscilla Fifield Chesky