# EXHIBIT A


Case 3:04-cr-30033-MAP   Document 313-2   Filed 10/10/2006   Page 2 of 15
10/09/06  11:11 FAX 4137850394            US ATTY'S OFFICE                        ☒001


**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Facsimile:     (413) 785-0394*

*Federal Building and Courthouse*
*1550 Main Street, Room 310*
*Springfield, Massachusetts 01103*

October 9, 2006

**BY FACSIMILE (617) 523-1231 AND REGULAR MAIL**

James C. Rehnquist, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

    Re:  United States v. Raymond Asselin, et al.
           Criminal No. 04-CR-30033-MAP

Dear Attorney Rehnquist:

    Please find enclosed a copy of government exhibits 326 to 328, which were previously provided to defense counsel by hand without their government exhibit stickers.

                                  Very truly yours,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:   *[signature]*
                              STEVEN H. BRESLOW
                              Assistant U.S. Attorney

24 Catherine Street
Portland, Maine 04102
24 November 1993

Dear George and Norma,

Bill Needelman and I have completed work on the items that you and I discussed during your 10/15 - 10/17 stay at the cottage. Our bills are enclosed. We work together on some projects as partners, not as an employer/employee, thus the separate bills.

First I will describe the work that we did. The upstairs window treatment was a continuation of that that I began 5 years ago (and did not bill you for). The five window sashes in the bathroom and small bedroom were removed and the glass all taken out of them. The wood was stripped of putty and paint. Deteriorated sections were treated with epoxy. Then the sashes were treated with Cuprinol preservative, primed, reglazed, and painted. Sills and adjacent exterior trim were treated and painted too. See the enclosed photos 12, 13 & 14.

In order to get at two of the bathroom windows we had to take the shower stall out. That exercise took two hours — an hour out and an hour in.

Now for the stonework. As you probably know, the stone that you see on the piers is a decorative veneer applied over structural

Government Exhibit 326 04-30033-MAP

2

stonework. The corner pier was badly deteriorated, and the one next to it in the back to a lesser extent. Finish stones were out and others were loose, requiring removal and resetting. The structural stonework needed substantial rebuilding. The other piers just needed repointing for the most part. Photos 3, 4 & 8 show this.

Seven of the porch posts were severely rotted at their bases. Rather than replacing complete posts we excised the rotted portions and inserted pressure-treated replacements. The posts measure $7"\pm \times 7"\pm$ in section — not an available dimension. The solution was to rip down a pressure-treated hard pine timber with an 8" x 8" section. Ripping down an 8 x 8 to a 7 x 7 is a simple enough concept, but doing it without the aid of sawmill-size equipment is a laborious task. The resulting new pieces of 7 x 7 were lap-jointed to the sound upper portions of the old posts, and held in place with epoxy and $\frac{3}{8}"$ lag screws. The joints were filled and faired. Photos 1, 2, 5, 6, 7, 9, 10 & 11 show this work.

Replacement of the lightning-zapped shingles was no big deal.

Now on to Arthur's list (attached):

3

Item #1 is more than a reshingle and paint proposition. See photos 15-20. The back porch framing and decking are sound but there are other problems. The posts supporting the corners of the porch are soft at the bottom and have slipped downslope away from the house — causing the porch to drop and the siding to become out of plumb. The back corner roof support post rotted at the bottom and the sheathing adjacent to it is rotted, as is a support member backing up the sheathing. The outside stair support stringer is rotted, as is much of the sidewall sheathing in the triangle below the stringer.

What I recommend is: 1) Raising and resupporting the porch — either on new posts or hopefully, by cutting off the deteriorated bottoms of the old ones and pouring a concrete footing to support them; 2) Replacing the 4"x6" roof support post and replacing any rotted sheathing and framing in that area (and doing the necessary reshingling); and 3) Rebuilding the stairs.

The stairs need rebuilding anyhow, so this provides an opportunity for making a real improvement. The run of the stairs can be increased by 16", a change that would reduce the steepness considerably. The tread materials are sound and could be

4

RE-USED. I'D ENCLOSE THE VERTICAL SPACES WITH RISERS — THE HOUSE DESERVES THE FINISHED APPEARANCE. TO ENCLOSE THE TRIANG. BENEATH THE STAIRS I'D LIKE TO SEE LATTH AND TRIM RATHER THAN SHEATHING AND SHINGLES. THIS DETAIL WOULD NOT TRAP WATER AND INVITE DECAY.

IF THE ABOVE WERE DONE USING PRESSURE-TREATED MATERIALS THROUGHOUT THE RATIONALE FOR ARTHUR'S ITEM 2 — CONTINUATION OF THE ROOF — WOULD BE ELIMINATED. FURTHER, EXTENDING THE ROOF WOULD SIGNIFICANTLY DARKEN THE KITCHEN, AND I REALLY HATE MESSING WITH NICE ARCHITECTURAL DETAIL.

I HAVE ENCLOSED A QUOTATION PAGE FOR THESE LISTED ITEMS. ARTHUR'S ITEM 1 IS ROLLED INTO THE ABOVE WORK. THE KITCHEN FLOOR BUSINESS IS ON THAT SHEET. AS FAR AS GETTING RID OF THE FRIDGE GOES, IF YOU CAN WAIT UNTIL THE CITY PROVIDES THE HEAVY ITEM PICK-UP IN EARLY JULY I'D BE HAPPY TO GET IT OUT TO THE ROAD.

BEFORE I GET ON TO ANOTHER PAGE — ENOUGH SAID! WE CAN DO THIS WORK AS SOON AS YOU'D LIKE.

BEST REGARDS,

Philip H. Lee

24 Catharine Street
Portland, Maine 04102
24 November 1993

Bill prepared for George and Norma Sotirion for work completed at cottage, Little Diamond Island. Work consisted of items discussed during your 10/15 – 10/17 stay at the island — namely restoration of the five windows in the upstairs bathroom and the small bedroom, rebuilding and repointing the stone piers supporting the porch, repair of seven rotted porch posts, and replacement of shingles at back door blown off by lightning strike.

Please note that Bill Needelman has billed his charges separately (enclosed). The attached page is a detail of my charges.

Labor    80 hours at $22.50/hour        $1800.

Materials   Mortar mix, pressure-treated timber    128.

Freight    Casco Bay Lines                          17.
                                                  _____
                                                  $1945.

Thank you,

Philip H. Lee

24 November 1993

_Detail of PHL charges_

_Labor_

| | | |
|---|---|---|
| Week of | 18 October 1993 | 1 hour |
| | 25 Oct | 23 |
| | 1 Nov | 27.5 |
| | 8 Nov | 8.5 |
| | 15 Nov | 15.5 |
| | 22 Nov | 4.5 |
| | | 80 Hours |
| | | × $22.50/hour |
| | | $1800 |

_Materials_

| | | | |
|---|---|---|---|
| 10/21 | Vito Mixinni | Mortar Bonding Admix | $16.22 |
| 10/22 | Home Quarters | 3 bags mortar mix | 8.55 |
| 10/27 | Rufus Deering | 12 foot 8"×8" Pres. Tr. | 79.75 |
| 10/28 | HQ | 3 bags mortar mix | 8.55 |
| 11/5 | HQ | 3 bags mortar mix, Admix | 15.40 |
| | | | $128.47 |

_Freight_   Casco Bay Line

| | | |
|---|---|---|
| 10/22 | 3 bags mortar | $3.15 |
| 10/29 | 8"×8"×12' PT | 7.70 |
| 10/28 | 3 bags mortar | 3.15 |
| 11/5 | 3 bags mortar | 3.15 |
| | | $17.15 |

Total  1945.62

10/09/06  11:13 FAX 4137850394        US ATTY'S OFFICE                    ☒008

P.11/15

From:
William B. Needelman
42 Salem St.
Portland, ME
04102

Billed to:
The Soterion Cottage
Little Diamond Island
Casco Bay, Maine                    November 23, 1993

Statement of hours and charges for work performed restoring windows, porch supports, and masonry on the Soterion Cottage, Little Diamond Island.

Dates:   Oct. 20 to Nov. 23, 1993
Hours:   41 hrs   Window restoration
         45 hrs   Porch post splicing
          5 hrs   Masonry
          2 hrs   Clean up
         93 hrs   Worked
Charge: $15.00 / hrs  = $1395.00
Materials: $27.00  Epoxy
            $8.00  Paint / Primer
            $8.00  Fasteners / hardware
            $6.00  Glazing compound / Points
           $49.00
          1395.00

Total Due  $1434.00

Thank you for the work.        William B. Needelman

# Photo Key

(Photo's are numbered on back)

1 & 2   Decayed porch post bottoms
3 & 4   Deteriorated stone work
5       Two post bottoms from NE corner
6 & 7   Detail of repair — lap joint epoxied and lag-screwed together
8       Stonework complete, posts in progress
9, 10 & 11  Posts completed and primed
12      Bathroom windows
13 & 14 Bedroom and bathroom windows
15      Detail of stair stringer, sheathing probe
16 & 17 View showing posts kicked out of plumb
18
19      Detail of rotted post and sheathing, rear porch
20

24 Catherine Street
Portland, Maine 04102
24 November 1993

Estimate prepared for work items specified on Arthur's list

1) Rear porch and stairs — (please refer to pages 3 and 4 of the letter)

    Labor   1.5 PHL & WBN week   $2250
    Materials                                  350
    Freight   CBL                     30
                                                   $2630

2) Kitchen Floor

    Labor includes removal and disposal of old materials, and takes into consideration several moves of stoves and water heater

    Labor   3 PHL & WBN days   $900
    Materials   for 175 sq. ft.
               6 sheets lauan $75.00
               Vinyl tile @ 50¢-1.50/sf   160-225
               = $85-250
    Freight   CBL                     15
                                               1075-1140

3) Refrigerator removal — no charge

                                                PHL H/

Government
Exhibit
327
04-30033-MAP

24 Catherine Street
Portland, Maine 04102
28 December 1993

Dear George and Norma,

I trust that you received my letter and bill of November 24. At this point I do not know what to make of not hearing from you. My concern is that your health has taken a turn. I sincerely hope that that is not the case.

The work that we did I felt was quite clearly what you indicated that you wanted. If not please let me know.

Regarding the work items on Arthur's list, I shouldn't have come down so strongly with my opinion. For Item #1, the rear stair rail can be replaced as it was originally — sheathed and shingled, with a good rail cap — rather than with open rail and latticed bottom as I recommended. The closed design can be done with appropriate materials and attention to detail minimizing the risk of rot. The existing structural problems that I delineated 24 November are still there and not to be overlooked. Replacing that section to either design is in the same price range.

Arthur's Item #2 was the proposed roof over the back stairs. If it is what

-2-

you want it can be done, though I still contend that it is not necessary. Supporting it would require a tall post from the landing at the foot of the stairs, or a substantial bracket hung on the side of the house. If you are interested in it I can work up a price.

Please write. If I did not have a tenant who is three months behind in rental payments I would not be in quite such a fix.

Sincerely,

Philip H. Lee

G. Sofinion
353 Maple ST
Spfld, MA 01105

Mr. Philip Lee.
24 Catherine ST.
Portland, ME. 04102.





Government
Exhibit
328
04-30033-MAP

1/13/94.

To: Philip —

Sorry for the delay.

Any problems call me.

Art Sotirion
811 Dickinson ST
Spfld, MA 01108.

Home #   413-737-0707
Work #   413-785-4533 (private #)