# APPENDIX TO DEFENDANT PETER DAVIS'S MEMORANDUM IN SUPPORT OF PROPOSED JURY INSTRUCTIONS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 04-30033-MAP |
| RAYMOND ASSELIN, SR., et al. | |
| Defendants. | |

**APPENDIX TO DEFENDANT PETER DAVIS'S**
**MEMORANDUM IN SUPPORT OF HIS PROPOSED JURY INSTRUCTIONS**

James C. Rehnquist (BBO # 552602)
Kathleen Luz (BBO # 643278)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Attorneys for Defendant Peter Davis

LIBA/1732971.2

# INDEX TO APPENDIX

| Proposed Instruction | | Tab |
|---|---|---|
| 1.1 | The Government as a Party | 1 |
| 1.2 | Duty of the Jury to Find Facts and Follow Law | 2 |
| 1.3 | Presumption of Innocence and Burden of Proof | 3 |
| 1.4 | Credibility of Witnesses | 4 |
| 1.5 | Unindicted Co-Conspirator as Government Witness | 5 |
| 1.6 | Testimony of Cooperating Witness | 6 |
| 1.7 | Statutory Immunity of Government Witness | 7 |
| 1.8 | Informal Immunity of Government Witness | 8 |
| 1.9 | Government Witness-Not Proper to Consider Guilty Plea | 9 |
| 1.10 | Law Enforcement Witnesses | 10 |
| 1.11 | Evidence | 11 |
| 1.12 | Impermissible to Infer Participation From Association | 12 |
| 1.13 | Inference Defined | 13 |
| 2.0 | Description of Counts | 14 |
| 2.1 | Description of RICO Conspiracy Charge | 15 |
| 2.2 | Elements of the Offense | 16 |
| 2.3 | Existence of Agreement | 17 |
| 2.4 | Enterprise Affecting Interstate Commerce | 18 |
| 2.5 | Membership in the Conspiracy | 19 |
| 2.6 | Pattern of Racketeering Activity | 20 |
| 2.7 | Intent to Commit Racketeering | 21 |

| | | |
|---|---|---|
| 3.0 | Description of Bribery Conspiracy Charge Elements of the Offense | 22 |
| 3.2 | Elements of the Offense | 23 |
| 3.3 | Existence of Agreement | 24 |
| 3.4 | Membership in the Conspiracy | 25 |
| 3.5 | Commission of an Overt Act | 26 |
| 3.6 | Intent to Commit Bribery | 27 |
| 4.0 | Statute of Limitations | 28 |
| 4.1 | Withdrawal | 29 |
| 4.1 | Multiple Conspiracies [TBA] | 30 |