# INSTRUCTION NO. 4.1

*Multiple Conspiracies*

**INSTRUCTION NO. 4.1**
*Multiple Conspiracies*

[TBA]