UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND ASSELIN, SR., et al.<br><br>Defendants. | Criminal No. 04-30033-MAP |

### DECLARATION OF JAMES C. REHNQUIST

I, James C. Rehnquist, do depose and say under the penalties of perjury:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts. I am an attorney at the Boston, Massachusetts law firm of Goodwin Procter LLP. I was the lead counsel for the defendant Peter Davis in this matter. I make this Declaration in support of Defendant Peter Davis's Application for Costs and Attorneys Fees Pursuant to the Hyde Amendment.

2. On October 18, 2006, the Court entered an order granting Defendant Peter Davis's Rule 29 Motion for Judgment of Acquittal. A copy of that Order is attached hereto as Exhibit 1.

3. The following is an itemized breakdown of the attorneys' fees incurred in connection with the defense of this matter:

| **Attorney** | **No. of Hours** | **Rate**[1] | **Total** |
|---|---|---|---|
| James C. Rehnquist | 831.70 | $125 | $103,962.50 |

---

[1] Pursuant to 28 U.S.C. § 2412, which is incorporated by reference in the Hyde Amendment, there is a statutory cap of $125 per hour for attorneys' fees. Accordingly, for purposes of calculating the total amount of attorneys' fees, Mr. Davis used $125 as the applicable rate.

1

| | | | |
|---|---|---|---|
| Kathleen Luz | 898.10 | $125 | $112,262.50 |
| Elizabeth K. Train | 495.90 | $125 | $61,987.50 |
| Kimberly E. Dean | 622.60 | $125 | $77,825 |
| William J. Trach | 631.60 | $125 | $78,950 |
| Albert M. Lessard[2] | 1,083.50 | $125 | $135,437.50 |
| Nicholas Lanoie[3] | 171.70 | $125 | $21,462.50 |

The total amount of legal fees, using a rate of $125 per hour, was $591,887.50

4.  The total disbursements in this litigation were $57,481.11. The itemization for those disbursements are as follows:

| | |
|---|---|
| Court Reporting/Professional Services | $24,568.20 |
| Document Printing | $4,302.15 |
| Duplicating/Copying Charges | $28,610.76 |

5.  The total amount of legal fees and disbursements was $649,368.61.

6.  Mr. Davis's net worth is less than $2,000,000.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of November, 2006.

          **/s/ James C. Rehnquist**
          James. C. Rehnquist

LIBA/1743843.1

---

[2] Mr. Lessard is a legal assistant.

[3] Mr. Lanoie is a legal assistant.

2