UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs. ) | |
| ) | |
| PETER DAVIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETER DAVIS'S HYDE AMENDMENT APPLICATION, WITH CONSENT OF DAVIS'S COUNSEL**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files the instant Motion For Extension Of Time To File Opposition To Peter Davis's Application for Costs and Attorneys' Fees Pursuant to the Hyde Amendment (Docket No. 347).

1. The government respectfully requests that the Court extend the date for filing its opposition to Davis's Hyde Amendment Application until December 22, 2006. I have discussed this request with counsel for Davis, who consents.

2. I request the extension for the following reasons: (1) until November 27, 2006, I was entirely engaged in filing responses to fourteen complex pre-trial motions in the case of United States v. Francis G. Keough, et al., CR-04-30032-MAP; (2) the instant motion involves complex and novel questions of fact and law; and (3) since on October 18, 2006, this Court dismissed

1

all charges against Davis, no criminal case is pending against him.

    3.   For the foregoing reasons, the government respectfully requests that the Court extend the time for the date for filing its opposition to Davis's Hyde Amendment Application until December 22, 2006.

    Filed this <u>30th</u> day of November, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                            /s/ Steven H. Breslow
                              STEVEN H. BRESLOW
                              Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                              Springfield, Massachusetts
                                          November 30, 2006

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing motion by ECF to:

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109
Counsel for Peter Davis

                                         <u>/s/ Steven H. Breslow</u>
                                         STEVEN H. BRESLOW
                                         Assistant United States Attorney