UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30033-MAP |
| ) | |
| vs. ) | |
| ) | |
| PETER DAVIS, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETER DAVIS'S HYDE AMENDMENT APPLICATION, WITH CONSENT OF DAVIS'S COUNSEL**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files the instant Motion For Extension Of Time To File Opposition To Peter Davis's Application for Costs and Attorneys' Fees Pursuant to the Hyde Amendment (Docket No. 347).

1.  The government respectfully requests that the Court extend the date for filing its opposition to Davis's Hyde Amendment Application from December 22, 2006 until January 5, 2007. I have discussed this request with counsel for Davis, who consents.

2.  I request the extension for the following reasons: (1) I have been engaged in extensive pre-trial preparation in <u>United States v. Francis G. Keough, et al.</u>, CR-04-30032-MAP, in addition to work on various other charged cases, including preparing for numerous sentencings in <u>United States v. Raymond Asselin, Sr.</u>, CR-04-30033-MAP and related cases; (2) the instant motion involves

complex and novel questions of fact and law; and (3) since on October 18, 2006, this Court dismissed all charges against Davis, no criminal case is pending against him.

    3.   For the foregoing reasons, the government respectfully requests that the Court extend the time for the date for filing its opposition to Davis's Hyde Amendment Application until January 5, 2007.

    Filed this <u>13th</u> day of December, 2006.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                <u>/s/ Steven H. Breslow</u>
                                STEVEN H. BRESLOW
                                Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                               Springfield, Massachusetts
                                           December 13, 2006

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing motion by ECF to:

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109
Counsel for Peter Davis

                                            /s/ Steven H. Breslow
                                         STEVEN H. BRESLOW
                                         Assistant United States Attorney