UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 04-30033-MAP |
| PETER DAVIS | |
| Defendant. | |

# DEFENDANT PETER DAVIS'S MOTION
## FOR LEAVE TO FILE A REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), defendant Peter Davis hereby requests leave to file a Reply Brief in Support of his Application for Costs and Fees Pursuant to the Hyde Amendment. As grounds for this motion, Mr. Davis states as follows:

1. On November 16, 2006, Mr. Davis filed his Application for Costs and Fees Pursuant to the Hyde Amendment ("Application") with the Court.

2. The government requested two extensions of time to respond to Mr. Davis's Application. On January 5, 2006, the government filed a thirty-eight page response to Mr. Davis's eight-page Application.

3. Mr. Davis believes that a reply brief is necessary to respond to numerous legal arguments and factual assertions made in the Government's Opposition to Mr. Davis's Application. Moreover, Mr. Davis believes that a reply brief will assist the Court in consideration of the numerous issues raised by Mr. Davis's application.

4. In its opposition, the government makes numerous representations concerning what information it relied upon in making it decision to indict Mr. Davis in July 2004. In order to adequately assess the government's assertions, on January 9, 2006, counsel for Mr. Davis

made an informal request for discovery from the government concerning those assertions. *See* Letter from James C. Rehnquist to Steven H. Breslow, dated January 9, 2007 (attached as Exhibit A). In addition, counsel for Mr. Davis inquired as to whether the government would assent to this motion for leave to file a reply brief. *Id.* The government has not yet responded to either of these requests.

5. Mr. Davis respectfully requests that this Court allow him until January 26, 2007 to file a reply brief, which will give Mr. Davis adequate time to respond to the complicated legal issues and numerous factual assertions raised by the government in its opposition. Moreover, should the government elect to voluntarily provide discovery in response to Mr. Davis's request, a deadline of January 26, 2007 would permit Mr. Davis ample time to review such discovery.

Accordingly, Mr. Davis respectfully requests that this Court: (1) grant him leave to file a reply brief; and (2) set a deadline of January 26, 2007 for the filing of said reply brief.

    Respectfully submitted,

    PETER DAVIS

    By his attorneys,

    **/s/ James C. Rehnquist**
    James C. Rehnquist (BBO # 552602)
    Kathleen Luz (BBO # 643278)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    (617) 570-1000

Dated: January 10, 2007

## LOCAL RULES CERTIFICATION

    I, James C. Rehnquist, hereby certify that, pursuant to Local Rules 7.1 and 116.3, counsel for defendant Peter Davis conferred with counsel for the United States in a good-faith attempt to resolve or narrow the issues presented by this motion.

                                                                  **/s/ James C. Rehnquist**
                                                                   James C. Rehnquist

## CERTIFICATE OF SERVICE

    I, James C. Rehnquist, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on January 10, 2007.

                                                                 **/s/ James C. Rehnquist**
                                                                  James C. Rehnquist

LIBA/1756401.1