# EXHIBIT A

GOODWIN | PROCTER

James C. Rehnquist
617.570.1820
jrehnquist@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

January 9, 2007

**By Facsimile and Regular Mail**

Steven H. Breslow
Assistant United States Attorney
U.S. Attorney's Office
Federal Building & Courthouse, Room 310
1550 Main Street
Springfield, MA 01103

Re:   *USA v. Raymond Asselin, Sr., et al., Crim. A. No: 04-30033-MAP*

Dear Steve:

I write to make two requests.

First, I seek your assent to our request for leave to file a reply brief and for that reply to be due on January 26 (three weeks after we received your opposition). The need for a reply, and for extra time, is occasioned by the length of your opposition, which at 39 pages is over five times as long as our initial brief.

Second, I seek your voluntary agreement to produce any documents that support or fail to support the various factual assertions made in your brief regarding the government's "reliance" on certain evidence and theories in making its charging decisions, e.g., the "arm of the grand jury" theory adopted by the Seventh Circuit (p. 22), the suppressed evidence (Lisa Sanford testimony, FBI interview, express agreement to conceal) of Mr. Davis's alleged continuing criminal involvement after 1998 (p. 29), and the exacting withdrawal standard (p. 34). This request would extend to at least the prosecution memorandum that was presumably prepared in seeking internal and Main Justice approval for the prosecution. Please advise of your position as soon as possible, as depending on your response we may need to file a motion and possibly seek more time for the reply.

GOODWIN | PROCTER

Steven H. Breslow
January 9, 2007
Page 2

Do not hesitate to call if you wish to discuss these requests.

Very truly yours,

*James C. Rehnquist/ng*

James C. Rehnquist

JCR/ng

cc:   Kevin O'Regan
      Assistant U.S. Attorney